# EXHIBIT B

# CALIFORNIA POWER EXCHANGE CORPORATION

# PX PARTICIPATION AGREEMENT

**The PX Participation Agreement contains the changes ordered by FERC in its December 17th Order[1] plus an Addendum that has been filed with FERC on December 19, 1997 in**
Docket Nos. EC96-19-0 08 and ER96-1663-009.

---

[1] Pacific Gas & Electric Company et. al., 81 FERC ¶61,320 (1997).

# PX Participation Agreement

**THIS AGREEMENT** is made the 18th day of March, 1998, and is entered into, by and between:

(1) **BONNEVILLE POWER ADMINISTRATION,** having a principal executive office at 905 N.E. 11th Avenue, P.O. Box 3621, Portland, OR 97208-3621 (the "PX Participant")

and

(2) **THE CALIFORNIA POWER EXCHANGE CORPORATION,** a California nonprofit public benefit Corporation having a principal executive office located at such place in the State of California as the PX Governing Board may from time to time designate (the "PX").

**WHEREAS:**

A. The PX Participant has been certified by the PX under the certification procedure referred to in Section 2.6 of the PX Tariff.

B. The PX Participant wishes to trade Energy through the PX Market under the terms and conditions set forth in the PX Tariff.

**NOW IT IS HEREBY AGREED** as follows:

**I. Definitions**

A. Terms and expressions used in this Agreement shall have the same meanings as those contained in the Master Definitions Supplement to the PX Tariff.

B. The "PX Tariff" shall mean the PX Operating Agreement and Tariff as amended from time to time, together with any Appendices or attachments thereto.

**II. Covenant of the PX Participant**

The PX Participant agrees that:

A. the PX Tariff governs all aspects of trading in and administration of the PX Market, including (without limitation), the financial and technical criteria for PX Participants, bidding, Settlement, information reporting requirements and confidentiality restrictions;

B. it will abide by, and will perform all of the obligations under the PX Tariff in respect of all matters set forth therein including, without limitation, all matters relating to the trading of Energy by it through the PX Market, ongoing obligations in respect of bidding, Settlement, security requirements, billing and payments, confidentiality and dispute resolution; and

C. its status as a PX Participant is at all times subject to the PX Tariff.

3. **Term and Termination**
This Agreement shall commence on the later of (a) March 31, 1998 or (b) the date the PX Participant is certified by the PX as a PX Participant and shall terminate upon acceptance by FERC of the Notice of Termination. The PX shall timely file a Notice of Termination.

4. **Assignment**
Either party may assign its obligations under this Agreement with the other party's prior consent, not to be unreasonably withheld.

5. **Partial Invalidity**
If any provision of this Agreement, or the application of such provision to any persons, circumstance of transaction, shall be held invalid, the remainder of this Agreement, or the application of such provision to other persons or circumstances or transactions, shall not be affected thereby.

6. **Settlement Account**
The PX Participant shall at all times maintain an account with a bank in California to which credits or debits will be made in accordance with the billing and Settlement provisions of Section 6 of the PX Tariff. The details of such account shall be as set out in Section 7 hereof or as notified by the PX Participant to the PX from time to time by giving at least 5 Business Days written notice before the new account becomes operational.

7. **Notices**
Any notice demand or request made to or by either party regarding this Agreement shall be made in accordance with the PX Tariff and unless otherwise stated or agreed shall be made to the representative of the other party indicated below:

PX:

Name of primary representative: Martin Ochotorena

Name of alternative representative: Leslie Sharp

Address: 1000 South Fremont Avenue
Alhambra, CA 91803

E-mail Address: mbochotorena@calpx.com
Phone no.: (626)537-3267
Fax no.: (626) 281-6095

PX Participant: Bonneville Power Administration

Name of primary representative: Stephen Oliver

Name of alternative representative: Peggy Olds

Address: 905 NE 11th Avenue
P.O. Box 3621-PSB - 5
Portland, OR 97208-3621

E-mail Address: sroliver@bpa.gov
Phone no.: (503) 230-3295 (Oliver); (503) 230-5002 (Olds)
Fax no.: (503) 230-7463
Settlement Account: ______________________

| | |
|---|---|
| Number: | Acct #89001401 |
| Title: | Bonneville Power Administration |
| Sort Code: | ABA #021030004 |
| Bank: | Federal Reserve Bank of New York |

8. **Incorporation of Tariff.**
The PX Tariff is incorporated herein and made a part hereof. In the event of a conflict between the terms and conditions of this Agreement and any other terms and conditions set forth in the PX Tariff, the terms and conditions of the PX Tariff shall prevail.

9. **Electronic Contracting.**
All submitted applications, schedules, bids, confirmations, changes to information on file with the PX and other communications conducted via electronic transfer (e.g. direct computer link, FTP file transfer, bulletin board, e-mail, facsimile or any other means established by the PX) shall have the same legal rights, responsibilities, obligations and other implications as set

forth in the terms and conditions of the PX Tariff as if executed in written format.

**10. Payment Obligations.**

All obligations to pay amounts or perform obligations due with respect to the PX Tariff and any other charges, taxes or other expenses related to this Agreement (including, without limitation, expenses pursuant to the Meter Service Agreement) or the PX Participant's trading in the PX Market generally shall be the sole responsibility of the PX Participant.

**IN WITNESS WHEREOF**, the Parties have caused this Agreement to be executed by their respective authorized officials.

PX:

By: [signature] CEO 3/24/98
Name Title Date

PX Participant: Bonneville Power Administration

By: [signature]
Jack S. Robertson
Acting Administrator and Chief Executive Officer

Date: ____________

# EXHIBIT C

ER 00-321-000

ORIGINAL

**BRUDER, GENTILE & MARCOUX, L.L.P.**

**ATTORNEYS AT LAW**

1100 NEW YORK AVENUE, N. W.
SUITE 510 EAST
WASHINGTON, D. C. 20005-3934

(202) 783-1350
FACSIMILE: (202) 737-9117; 347-2644
Website: www.brugen.com

CARMEN L. GENTILE
J. MICHEL MARCOUX
DAVID E. GOROFF
GARY E. GUY
JAMES H. MCGREW
THOMAS L. BLACKBURN

ANTONIA A. FROST
DAVID M. CONNELLY
GARY D. LEVENSON

PETER K. MATT
OF COUNSEL

GEORGE F. BRUDER
RETIRED 1997

E-MAIL: jhmcgrew@brugen.com

OFFICE OF THE SECRETARY
99 OCT 29 PM 12: 01
FEDERAL ENERGY REGULATORY COMMISSION

October 29, 1999

The Honorable David P. Boergers
Secretary
Federal Energy Regulatory Commission
888 First Street, N.E.
Washington, D.C. 20426

Re: California Power Exchange Corporation
Docket No. ER00-__________-000
Quarterly Reports: Index of PX Participation Agreements
Index of PX Meter Service Agreements

Dear Mr. Boergers:

The Commission has required the California Power Exchange Corporation ("CalPX") to submit quarterly reports identifying each customer that is subject to a CalPX Participation Agreement[1] and each customer that is subject to a CalPX Meter Services Agreement.[2] Enclosed for filing are six copies of these two indices updated through the calendar quarter ending September 30, 1999.

The indices are generally in the same format as those previously submitted to the Commission for the quarter ending June 30, 1999 in Docket Nos. ER99-3782-000 and ER99-3783-000. A check mark in the third column of each index indicates that the applicable agreement conforms to the pro forma version approved by the Commission. Where this is not the case, the index identifies the Commission docket number in which a modified agreement was filed.

CalPX recently entered into Participation Agreements with Western Area Power Administration Colorado River Storage Project ("WAPA/CRS Agreement") and with Western Area Power Administration Sierra Nevada Region ("WAPA/SNR Agreement").

1 *See California Power Exchange Corp.*, 83 FERC ¶ 61,186 at 61,771 (May 19, 1998).

2 *See California Power Exchange Corp.*, 83 FERC ¶ 61,313 at 62,280 (June 25, 1998).

AS

FERC DOCKETED
OCT 29 1999

9911030042-1

Each of those Participation Agreements consisted of the pro forma agreement in the CalPX Tariff together with an Exhibit A specifically tailored for contracts with an agency of the Federal Government. The May 19, 1998 order requires any terms that deviate from the pro forma Participation Agreement to be filed with the Commission. CalPX therefore includes a copy of Exhibit A as attached to the WAPA/CRS Agreement and the WAPA/SNR Agreement.

Enclosed with this letter is a Notice of Filing suitable for publication in the Federal Register. The PX has served copies of this filing on each of the affected PX customers and on the California Public Utilities Commission.

Please place the following names on the Commission's official service list for this proceeding:

Scott D. Rasmussen
General Counsel
California Power Exchange Corporation
200 South Los Robles Avenue
Suite 400
Pasadena, CA 91101-2482
Telephone: 626-537-3127
Facsimile: 626-537-3159

James H. McGrew
Bruder, Gentile & Marcoux, L.L.P.
1100 New York Avenue, N.W.
Suite 510-East
Washington, D.C. 20005-3934
Telephone: 202-783-1350
Facsimile: 202-737-9117

Thank you for your attention to this matter and kindly address any questions to the undersigned.

Very truly yours,

James H. McGrew

James H. McGrew

Enclosures

**PARTICIPATION AGREEMENT**
**INDEX OF CUSTOMERS**

**PARTICIPANT AGREEMENT INDEX OF CUSTOMERS**

| CUSTOMER NAME | SERVICE COMMENCEMENT DATE | THE EXECUTED PARTICIPATION AGREEMENT DOES NOT INCLUDE ANY MODIFICATIONS TO THE APPROVED FORM |
|---|---|---|
| AMERICAN ELECTRIC POWER SERVICE CORPORATION | July 30, 1998 | ✓ |
| AQUILA POWER CORPORATION | July 9, 1998 | ✓ |
| ARIZONA PUBLIC SERVICE COMPANY | March 31, 1998 | ✓ |
| AUTOMATED POWER EXCHANGE | March 31, 1998 | ✓ |
| AVISTA ENERGY, INC | September 18, 1998 | ✓ |
| BONNEVILLE POWER ADMINISTRATION | March 31, 1998 | ✓ |
| BRITISH COLUMBIA POWER EXCHANGE CORPORATION | March 31, 1998 | ✓ |
| CALIFORNIA DEPARTMENT OF WATER RESOURCES | June 1, 1998 | ER98-4062-000 Filed July 31, 1998 |
| CALIFORNIA POLAR POWER BROKERS | March 31, 1998 | ✓ |
| CARGILL-ALLIANT, INC. | July 3, 1999 | ✓ |
| CITIZENS POWER SALES | March 31, 1998 | ✓ |
| CITY OF ANAHEIM | December 3, 1998 | ✓ |
| CITY OF RIVERSIDE | July 1, 1998 | ✓ |
| CITY OF VERNON | January 31, 1999 | ✓ |
| DUKE ENERGY TRADING & MARKETING, LLC | March 31, 1998 | ✓ |
| EDISON MISSION MARKETING & TRADING, INC. | June 25, 1999 | ✓ |
| EDISON SOURCE | March 31, 1998 | ✓ |
| ELECTRIC CLEARINGHOUSE, INC | March 31, 1998 | ✓ |
| EL PASO POWER SERVICES COMPANY | June 4, 1999 | ✓ |
| ENGAGE ENERGY US, L.P. | July 1, 1998 | ✓ |
| ENRON ENERGY SERVICES, INC. | March 31, 1998 | ✓ |

**PARTICIPANT AGREEMENT INDEX OF CUSTOMERS**

| CUSTOMER NAME | SERVICE COMMENCEMENT DATE | THE EXECUTED PARTICIPATION AGREEMENT DOES NOT INCLUDE ANY MODIFICATIONS TO THE APPROVED FORM |
|---|---|---|
| ENRON POWER MARKETING, INC. | March 31, 1998 | ✓ |
| ENSERCH ENERGY SERVICES, INC. | April 5, 1999 | ✓ |
| FPL ENERGY POWER MARKETING, INC | December 27, 1998 | ✓ |
| HAFSLUND ENERGY TRADING, L.L.C. | August 12, 1998 | ✓ |
| IDAHO POWER COMPANY | January 21, 1999 | ✓ |
| ILLINOVA ENERGY PARTNERS, INC | August 3, 1998 | ✓ |
| KOCH ENERGY TRADING, INC. | August 28, 1998 | ✓ |
| LG&E ENERGY MARKETING, INC. | March 31, 1998 | ✓ |
| LOS ANGELES DEPARTMENT OF WATER AND POWER | December 3, 1998 | ✓ |
| MARTINEZ REFINING COMPANY | May 25, 1999 | ✓ |
| MERCHANT ENERGY GROUP OF THE AMERICAS, INC. | June 25, 1999 | ✓ |
| MIDWAY SUNSET COGENERATION COMPANY | March 31, 1998 | ✓ |
| MIECO, INC. | May 22, 1999 | ✓ |
| MODESTO IRRIGATION DISTRICT | December 18, 1998 | ✓ |
| THE MONTANA POWER TRADING & MARKETING COMPANY | March 31, 1998 | ✓ |
| MORGAN STANLEY CAPITAL GROUP INC. | November 16, 1998 | ✓ |
| NEVADA POWER COMPANY. | April 13, 1999 | ✓ |
| NORTHERN CALIFORNIA POWER AGENCY | March 31, 1998 | ✓ |
| PACIFIC GAS & ELECTRIC COMPANY | March 31, 1998 | ER98-4084-000 Filed July 31, 1998 |
| PACIFICORP | March 31, 1998 | ✓ |
| PACIFICORP POWER MARKETING, INC. | January 17, 1999 | ✓ |
| PECO ENERGY COMPANY | August 18, 1998 | ✓ |
| PG&E ENERGY SERVICES CORPORATION | March 31, 1998 | ✓ |
| PG&E ENERGY TRADING - POWER, L.P. | March 31, 1998 | ✓ |
| PORTLAND GENERAL ELECTRIC COMPANY | March 31, 1998 | ER98-4085-000 Filed July 31, 1998 |

**PARTICIPANT AGREEMENT INDEX OF CUSTOMERS**

| CUSTOMER NAME | SERVICE COMMENCEMENT DATE | THE EXECUTED PARTICIPATION AGREEMENT DOES NOT INCLUDE ANY MODIFICATIONS TO THE APPROVED FORM |
|---|---|---|
| POWER RESOURCES MANAGERS, L.L.C. | March 31, 1998 | ✓ |
| PUBLIC SERVICE COMPANY OF NEW MEXICO | March 31, 1998 | ✓ |
| RELIANT ENERGY SERVICES, INC. (FORMERLY NORAM) | March 31, 1998 | ✓ |
| SACRAMENTO MUNICIPAL UTILITY DISTRICT | July 20, 1998 | ✓ |
| SALT RIVER PROJECT AGRICULTURAL IMPROVEMENT AND POWER DISTRICT | March 31, 1998 | ER98-4086-000 Filed July 31, 1998 |
| SAN DIEGO GAS & ELECTRIC COMPANY | March 31, 1998 | ✓ |
| SEMPRA ENERGY TRADING CORPORATION | March 31, 1998 | ✓ |
| SIERRA PACIFIC POWER COMPANY | March 31, 1998 | ER98-4087-000 Filed July 31, 1998 |
| SILICON VALLEY POWER (FORMERLY CITY OF SANTA CLARA) | December 3, 1998 | ✓ |
| SOUTHERN CALIFORNIA EDISON COMPANY | March 31, 1998 | ✓ |
| SOUTHERN COMPANY ENERGY MARKETING, L.P. | March 31, 1998 | ✓ |
| STATOIL ENERGY TRADING, INC. | June 10, 1999 | ✓ |
| SUNLAW COGENERATION PARTNERS I | January 31, 1999 | ✓ |
| TRANSALTA ENERGY MARKETING (CALIFORNIA) INC. | September 15, 1999 | ✓ |
| TUCSON ELECTRIC POWER COMPANY | March 31, 1998 | ✓ |
| WESTERN AREA POWER ADMINISTRATION COLORADO RIVER STORAGE PROJECT | September 1, 1999 | Exhibit A included with this filing |
| WESTERN AREA POWER ADMINISTRATION SIERRA NEVADA REGION | June 25, 1999 | Exhibit A included with this filing |
| WILLIAMS ENERGY SERVICES COMPANY | March 31, 1998 | ✓ |

# METER SERVICES AGREEMENT
# INDEX OF CUSTOMERS

**METER SERVICE AGREEMENT INDEX OF CUSTOMERS**

| CUSTOMER NAME | SERVICE COMMENCEMENT DATE | THE EXECUTED METER SERVICE AGREEMENT DOES NOT INCLUDE ANY MODIFICATIONS TO THE APPROVED FORM |
|---|---|---|
| AMERICAN ELECTRIC POWER SERVICE CORPORATION | July 30, 1998 | ✓ |
| AQUILA POWER CORPORATION | July 9, 1998 | ✓ |
| ARIZONA PUBLIC SERVICE COMPANY | September 18, 1998 | ✓ |
| AUTOMATED POWER EXCHANGE | * | |
| AVISTA ENERGY, INC | September 18, 1998 | ✓ |
| BONNEVILLE POWER ADMINISTRATION | * | |
| BRITISH COLUMBIA POWER EXCHANGE CORPORATION | * | |
| CALIFORNIA DEPARTMENT OF WATER RESOURCES | * | |
| CALIFORNIA POLAR POWER BROKERS | March 31, 1998 | ✓ |
| CARGILL-ALLIANT, LLC | July 3, 1999 | ✓ |
| CITIZENS POWER SALES | * | |
| CITY OF ANAHEIM | December 3, 1998 | ✓ |
| CITY OF RIVERSIDE | * | |
| CITY OF VERNON | January 31, 1999 | ✓ |
| DUKE ENERGY TRADING & MARKETING, LLC | April 28, 1998 | ✓ |
| EDISON MISSION MARKETING & TRADING, INC. | * | |
| EDISON SOURCE | * | |
| ELECTRIC CLEARINGHOUSE, INC | March 31, 1998 | ✓ |
| EL PASO POWER SERVICES COMPANY | June 4, 1999 | ✓ |
| ENGAGE ENERGY US, L.P. | July 1, 1998 | ✓ |
| ENRON ENERGY SERVICES, INC. | March 31, 1998 | ✓ |
| ENRON POWER MARKETING, INC. | April 28, 1998 | ✓ |
| ENSERCH ENERGY SERVICES, INC. | April 5, 1999 | ✓ |
| FPL ENERGY POWER MARKETING, INC. | December 27, 1998 | ✓ |
| HAFSLUND ENERGY TRADING, L.L.C. | August 12, 1998 | ✓ |

"*" INDICATES NO METER SERVICE AGREEMENT WAS EXECUTED FOR PARTICIPANT.

## METER SERVICE AGREEMENT INDEX OF CUSTOMERS

| CUSTOMER NAME | SERVICE COMMENCEMENT DATE | THE EXECUTED METER SERVICE AGREEMENT DOES NOT INCLUDE ANY MODIFICATIONS TO THE APPROVED FORM |
|---|---|---|
| IDAHO POWER COMPANY | January 21, 1999 | ✓ |
| ILLINOVA ENERGY PARTNERS, INC | August 3, 1998 | ✓ |
| KOCH ENERGY TRADING, INC. | August 28, 1998 | ✓ |
| LG&E ENERGY MARKETING, INC. | September 18, 1998 | ✓ |
| LOS ANGELES DEPARTMENT OF WATER AND POWER | December 3, 1998 | ✓ |
| MARTINEZ REFINING COMPANY | * | |
| MERCHANT ENERGY GROUP OF THE AMERICAS, INC. | June 25, 1999 | ✓ |
| MIDWAY SUNSET COGENERATION COMPANY | March 31, 1998 | ✓ |
| MIECO, INC. | May 22, 1999 | ✓ |
| MODESTO IRRIGATION DISTRICT | December 18, 1998 | ✓ |
| THE MONTANA POWER TRADING & MARKETING COMPANY | May 15, 1998 | ✓ |
| MORGAN STANLEY CAPITAL GROUP INC | November 16, 1998 | |
| NEVADA POWER COMPANY | April 13, 1999 | |
| NORTHERN CALIFORNIA POWER AGENCY | * | |
| PACIFIC GAS & ELECTRIC COMPANY | March 31, 1998 | ✓ |
| PACIFICORP | September 18, 1998 | ✓ |
| PACIFICORP POWER MARKETING, INC. | January 17, 1999 | ✓ |
| PECO ENERGY COMPANY | August 18, 1998 | ✓ |
| PG&E ENERGY SERVICES CORPORATION | * | |
| PG&E ENERGY TRADING - POWER, L.P. | * | |
| PORTLAND GENERAL ELECTRIC COMPANY | April 29, 1998 | ✓ |
| POWER RESOURCES MANAGERS, L.L.C. | * | |
| PUBLIC SERVICE COMPANY OF NEW MEXICO | * | |
| RELIANT ENERGY SERVICES, INC. (FORMERLY NORAM) | March 31, 1998 | ✓ |
| SACRAMENTO MUNICIPAL UTILITY DISTRICT | * | |
| SALT RIVER PROJECT AGRICULTURAL IMPROVEMENT AND POWER DISTRICT | March 31, 1998 | ✓ |

"*" INDICATES NO METER SERVICE AGREEMENT WAS EXECUTED FOR PARTICIPANT.

**METER SERVICE AGREEMENT INDEX OF CUSTOMERS**

| CUSTOMER NAME | SERVICE COMMENCEMENT DATE | THE EXECUTED METER SERVICE AGREEMENT DOES NOT INCLUDE ANY MODIFICATIONS TO THE APPROVED FORM |
|---|---|---|
| SAN DIEGO GAS & ELECTRIC COMPANY | March 31, 1998 | ✓ |
| SEMPRA ENERGY TRADING CORPORATION | * | |
| SIERRA PACIFIC POWER COMPANY | * | |
| SILICON VALLEY POWER ( FORMERLY CITY OF SANTA CLARA) | December 3, 1998 | ✓ |
| SOUTHERN CALIFORNIA EDISON COMPANY | March 31, 1998 | ✓ |
| SOUTHERN COMPANY ENERGY MARKETING, L.P. | * | |
| STATOIL ENERGY TRADING, INC. | June 10, 1999 | ✓ |
| SUNLAW COGENERATION PARTNERS I | January 31, 1999 | ✓ |
| TRANSALTA ENERGY MARKETING (CALIFORNIA) INC. | September 15, 1999 | ✓ |
| TUCSON ELECTRIC POWER COMPANY | April 29, 1998 | ✓ |
| WESTERN AREA POWER ADMINISTRATION COLORADO RIVER STORAGE PROJECT | * | |
| WESTERN AREA POWER ADMINISTRATION SIERRA NEVADA REGION | * | |
| WILLIAMS ENERGY SERVICES COMPANY | March 31, 1998 | ✓ |

"*" INDICATES NO METER SERVICE AGREEMENT WAS EXECUTED FOR PARTICIPANT.

**EXHIBIT A TO PRO FORMA PARTICIPATION AGREEMENTS**
**WITH WESTERN AREA POWER ADMINISTRATION**

**Exhibit A**
**Form of Participation Agreement to the PX Tariff**

1. **Covenant Against Contingent Fees**
The PX warrants that no person or selling agency has been employed or retained to solicit or secure the Agreement upon an agreement or understanding of a commission, percentage, brokerage, or contingent fees, excepting bona fide employees of bona fide established commercial or selling agencies maintained by the PX for the purpose of securing business.

2. **Contract Work Hours and Safety Standards**
The Agreement, to the extent that it is of a character specified in Section 103 of the Contract Work Hours and Safety Standards Act (Act), 40 U.S.C.A. (329 (1986)), is subject to the provisions of the Act, 40 U.S.C.A. (327—333 (1986)), and to regulations promulgated by the Secretary of Labor pursuant to the Act.

3. **Equal Opportunity Employment Practices**
Section 202 of Executive Order No. 11246, 43 Fed. Reg. 46501 (1978), which provides, among other things, that the PX will not discriminate against any employee or applicant for employment because of race, color, religion, sex, or national origin, is incorporated by reference in the Agreement.

# NOTICE OF FILING

UNITED STATES OF AMERICA
FEDERAL ENERGY REGULATORY COMMISSION

OFFICE OF THE SECRETARY
99 OCT 29 PM 12:01
FEDERAL ENERGY REGULATORY COMMISSION

California Power Exchange Corporation ) Docket No. ER00-_____-000

NOTICE OF FILING

Take notice that on October 29, 1999, the California Power Exchange Corporation ("CalPX") tendered for filing its quarterly indices of customers subject to CalPX Participation Agreements and Meter Services Agreements. The indices cover the period ending September 30, 1999. CalPX also includes a copy of Exhibit A to Participation Agreements with Western Area Power Administration. The CalPX states that it has served copies of its filing on the affected customers and on the California Public Utilities Commission.

Any person desiring to be heard or to protest said filing should file a motion to intervene or protest with the Federal Energy Regulatory Commission, 888 First Street, N.E., Washington, D.C. 20426, in accordance with Rules 211 and 214 of the Commission's Rules of Practice and Procedure (18 CFR 385.211 and 18 CFR 385.214). All such motions or protests should be filed on or before ______________. Protests will be considered by the Commission in determining the appropriate action to be taken, but will not serve to make protestants parties to the proceeding. Any person wishing to become a party must file a motion to intervene. Copies of this filing are on file with the Commission and are available for public inspection. This filing may also be viewed on the Internet at http://www.ferc.fed.us/online/rims.htm (call 202/208-2222 for assistance).

David P. Boergers
Secretary

# EXHIBIT D

98PB10295

# CALIFORNIA INDEPENDENT SYSTEM OPERATOR

# AND

# THE BONNEVILLE POWER ADMINISTRATION

# SCHEDULING COORDINATOR AGREEMENT

# Scheduling Coordinator Agreement

**THIS AGREEMENT** is made this 24th day of APRIL, 1998 and is entered into, by and between:

(1) **The Bonneville Power Administration** having a registered or principal executive office at 905 NE 11 Avenue, Portland, Oregon 97208-3621 (the "Scheduling Coordinator")

and

(2) **CALIFORNIA INDEPENDENT SYSTEM OPERATOR CORPORATION**, a California nonprofit public benefit Corporation having a principal executive office located at such place in the State of California as the ISO Governing Board may from time to time designate (the "ISO").

Whereas:

A. The Scheduling Coordinator has applied for certification by the ISO under the certification procedure referred to in Section 2.2.3 of the ISO Tariff.

B. The Scheduling Coordinator wishes to schedule Energy and Ancillary Services on the ISO Controlled Grid under the terms and conditions set forth in the ISO Tariff.

**NOW IT IS HEREBY AGREED as follows:**

1. **Definitions**

A. Terms and expressions used in this Agreement shall have the same meanings as those contained in the Master Definitions Supplement to the ISO Tariff.

B. The "ISO Tariff" shall mean the ISO Operating Agreement and Tariff as amended from time to time, together with any Appendices or attachments thereto.

2. **Covenant of the Scheduling Coordinator**

The Scheduling Coordinator agrees that:

A. the ISO Tariff governs all aspects of scheduling of Energy and Ancillary Services on the ISO Controlled Grid, including (without limitation), the financial and technical criteria for Scheduling Coordinators, bidding, settlement, information reporting requirements and confidentiality restrictions;

B. it will abide by, and will perform all of the obligations under the ISO Tariff placed on Scheduling Coordinators in respect of all matters set forth therein including, without limitation, all matters relating to the scheduling of Energy and Ancillary Services on the ISO Controlled Grid, ongoing obligations in respect of scheduling, Settlement, system

security policy and procedures to be developed by the ISO from time to time, billing and payments, confidentiality and dispute resolution;

C. it shall ensure that each UDC, over whose Distribution System Energy or Ancillary Services are to be transmitted in accordance with Schedules, Adjustment Bids or bids for Ancillary Services submitted to the ISO by the Scheduling Coordinator, enters into a UDC operating agreement in accordance with Section 4 of the ISO Tariff;

D. it shall ensure that each Generator for which it schedules Energy or on whose behalf it submits to the ISO Adjustment Bids or bids for Ancillary Services enters in to a Generator agreement in accordance with Section 5 of the ISO Tariff;

E. it shall have the primary responsibility to the ISO, as principal, for all Scheduling Coordinator payment obligations under the ISO Tariff;

F. its status as a Scheduling Coordinator is at all times subject to the ISO Tariff.

**3. Term and Termination**

3.1 This Agreement shall commence on the later of (a) the ISO Operations Date or (b) the date the Scheduling Coordinator is certified by the ISO as a Scheduling Coordinator.

3.2 This Agreement shall terminate upon acceptance by FERC of a notice of termination. The ISO shall timely file any notice of termination with FERC.

**4. Assignment**

Either party may assign its obligations under this Agreement with the other party's consent, such consent shall not to be unreasonably withheld.

**5. Partial Invalidity**

If any provision of this Agreement, or the application of such provision to any persons, circumstance or transaction, shall be held invalid, the remainder of this Agreement, or the application of such provision to other persons or circumstances or transactions, shall not be affected thereby.

## 6. Settlement Account

The Scheduling Coordinator shall maintain at all times an account with a bank capable of Fed-Wire Transfer to which credits or debits shall be made in accordance with the billing and Settlement provisions of Section 11 of the ISO Tariff. Such account shall be the account referred to in Clause 7 hereof or as notified by the Scheduling Coordinator to the ISO from time to time by giving at least 7 days written notice before the new account becomes operational.

## 7. Notices

Any notice, demand or request made to or by either party regarding this Agreement shall be made in accordance with the ISO Tariff and unless otherwise stated or agreed shall be made to the representative of the other party indicated below.

ISO:

Name of Primary Representative: Don Fuller

Name of Alternative Representative: Deborah A. Le Vine

Address: P.O. Box 639014

Folsom

State: CA Zip Code: 95763-9014

E-Mail Address: dfuller@caiso.com

Phone No: (916) 351-4445

Fax No: (916) 351-2263

Scheduling Coordinator:

Name of Primary Representative: Peggy Olds

Name of Alternative Representative: Lauren Nichols

Address: P.O. Box 3621

Portland

State: OR Zip Code: 97208-3621

E-Mail Address: paolds@bpa.gov

Phone No: (503) 230-5002

Fax No: (503) 230-5054

Settlement Account No: 89001401

Title: NA

Sort Code: ABA 021030004

Bank:: Federal Reserve Bank of New York

8. **Agreement to be bound by ISO Tariff**

The ISO Tariff is incorporated herein and made a part hereof. In the event of a conflict between the terms and conditions of this Agreement and any other terms and conditions set forth in the ISO Tariff, the terms and conditions of the ISO Tariff shall prevail, provided, however, that any suit or action to enforce this Agreement or the ISO Tariff as it applies to the Scheduling Coordinator shall be brought before FERC or, where jurisdictionally appropriate, a federal court of the United States of America with jurisdiction.

9. **Electronic Contracting**

All submitted applications, schedules, bids, confirmations, changes to information on file with the ISO and other communications conducted via electronic transfer (e.g. direct computer link, FTP file transfer, bulletin board, e-mail, facsimile or any other means established by the ISO) shall have the same legal rights, responsibilities, obligations and other implications as set forth in the terms and conditions of the ISO Tariff as if executed in written format.

IN WITNESS WHEREOF, the Parties have caused this Agreement to be executed by their respective authorized officials.

California Independent System Operator Corporation:

By: [signature] JRP

Title: PRESIDENT AND CEO

Date: 4-30-98

The Bonneville Power Administration:

By: [signature]

FOR Title: Acting Administrator and CEO

Date: April 28, 1998