# EXHIBIT E

ORIGINAL

[redacted]

2000 Pennsylvania Avenue, N.W.
Suite 8550
Washington, D.C. 20006

Tele: 202-466-0060
Fax: 202-466-0077

Washington D.C.
San Francisco Operations

Associated with
Cameron McKenna:
London
Aberdeen
Bristol
Brussels
Budapest
Prague
Warsaw
Moscow
Almaty
Tashkent
Hong Kong

ER 98-1928-000

February 18, 1998

FILED
OFFICE OF THE SECRETARY
98 FEB 18 PM 1:31
FEDERAL ENERGY REGULATORY COMMISSION

The Honorable David P. Boergers
Acting Secretary
Federal Energy Regulatory Commission
888 First Street, N.E.
Washington, D.C. 20426

Re: California Independent System Operator Corporation
Docket No. ER98-___-__

Dear Mr. Boergers:

Pursuant to Section 205 of the Federal Power Act, 16 U.S.C. Section 824d, the California Independent System Operator Corporation ("ISO") submits for Commission filing and acceptance a Scheduling Coordinator Agreement executed by the ISO and Western Area Power Administration, Sierra Nevada Region. This Agreement is intended to become effective in time to correspond with the initiation of ISO operations. Some aspects of this Agreement have been negotiated and therefore vary from the pro forma agreement in the ISO Tariff and Operating Agreement as filed on August 15, 1997 in this proceeding.

The ISO is requesting a waiver of the 60-day notice requirement and is requesting that the Commission take expedited action so that this Agreement may be accepted for filing and become effective on no later than the March 31, 1998 operation date of the ISO.

980223-0038-1



FERC - DOCKETED
FEB 1 8 1998
V.H.H

San Francisco Operations: 505 Sansome Street
Fifth Floor
San Francisco, California 94111
Tele: 415-954-8484
Fax: 415-954-4864

1 Puk/06e

[redacted]



## I. Purpose of the Scheduling Coordinator Agreement

The Scheduling Coordinator Agreement is part of a series of agreements and other documents that need to be made effective as part of the restructuring of the California market in this and other dockets. The entire panoply of agreements, protocols, and tariffs are designed to assist the ISO in running major portions of the electric transmission system in California, and in facilitating arrangements with other entities participating in the market. These other entities include Generators, other Transmission Owners, and owners or operators of Distribution Systems. The Scheduling Coordinator Agreement must be evaluated in the context of all these other agreements, which either have been or will be filed with the Commission as soon as possible.

The Scheduling Coordinator Agreement is applicable to all Scheduling Coordinators who wish to participate in the California market by transmitting Energy or Ancillary Services to or from the ISO Control Area. In order to coordinate operation of the ISO Control Area and various utilities' systems in California, the Agreement authorizes the Scheduling Coordinator to communicate with the ISO and market participants on behalf of its clients. The Scheduling Coordinator Agreement also obligates the Scheduling Coordinator to comply with the terms and conditions of the ISO Tariff.

The revisions to the pro forma Scheduling Coordinator Agreement were filed with the Commission on November 21, 1997 as part of the ISO's Section 205 filing for tariff changes. Attachment A is a copy of those changes. The attached Scheduling Coordinator Agreement includes some of those changes which are:

(i) the clarification that the agreement applies to Scheduling Coordinators who "have applied for certification", rather than have been certified;
(ii) that termination will be handled in accordance with the Scheduling Coordinator Application Protocol as well as the ISO Tariff; and
(iii) that Scheduling Coordinator must use a bank capable of Fed-Wire transfers.

A revision to the pro forma Scheduling Coordinator Agreement that is not set forth in the ISO's Section 205 filing is the reference to "ISO System Security Policy and Procedures" in section 2B. The ISO System Security Policy and Procedures are currently being developed.

[redacted]



## II. Request for Waiver

The ISO respectfully requests a waiver of Federal Power Act Section 205(d) which would require this Scheduling Coordinator Agreement to go into effect no earlier than 60 days after it is filed. Such a waiver is appropriate given the technical difficulties that resulted in the postponement of the original ISO Operations Date. Granting the waiver will permit this Agreement, which is a bilateral executed agreement between the ISO and Western Area Power Administration, Sierra Nevada Region, to become effective in sufficient time for the California market to operate on March 31, 1998.

## III. Expenses

No expense or cost associated with this filing has been alleged or judged in any judicial or administrative proceeding to be illegal, duplicative, unnecessary, or demonstratively the product of discriminatory employment practices.

## IV. Service

Copies of this filing have been served on parties to this proceeding.

Enclosed for filing are six copies of the following documents:

(1) the Scheduling Coordinator Agreement;
(2) Notice of Filing suitable for publication in the Federal Register (with a three and a half inch diskette version in WordPerfect 6.0); and
(3) a Certificate of Service.

## V. Correspondence

The ISO requests that all correspondence, pleadings, and other communications concerning this filing be served upon the following:

[redacted]



N. Beth Emery
Vice President and General Counsel
The California Independent System Operator Corporation
151 Blue Ravine Road
Folsom, CA 95630

Fiona Woolf
Linda C. Ray
Cameron McKenna LLP
2000 Pennsylvania Avenue NW, Suite 8550
Washington D.C. 20006

Respectfully submitted,

By: ______________________

Fiona Woolf
Linda C. Ray
Cameron McKenna LLP
2000 Pennsylvania Avenue, NW
Suite 8550
Washington D.C. 20006
Telephone: 202-466-0060
Facsimile: 202-466-0077

Attorneys for the California Independent
System Operator Corporation

[redacted]

**CERTIFICATE OF SERVICE**

I hereby certify I have this day served the foregoing document upon each person designated on the official service list compiled by the Secretary in Docket Nos. EC96-19-003 and ER96-1663-003, in accordance with the requirements of Rule 2010 of the Commission's Rules of Practice and Procedure, 18 C.F.R. §385.2010.

Dated at Washington, D.C. this 18th day of February, 1998.

Harry Dupre

# NOTICE SUITABLE FOR PUBLICATION IN THE FEDERAL REGISTER

**UNITED STATES OF AMERICA**
**BEFORE THE**
**FEDERAL ENERGY REGULATORY COMMISSION**

| | |
|---|---|
| **The California Independent System Operator Corporation** | **) Docket No. ER98-___-__** |

**Notice of Filing**

[ ]

On February 18, 1998, the California Independent System Corporation (ISO), tendered for filing a Scheduling Coordinator Agreement executed by the ISO and Western Area Power Administration, Sierra Nevada Region for acceptance by the Commission.

The ISO states that this filing has been served on all parties listed on the official service list in the above referenced dockets, including the California Public Utilities Commission.

Any person desiring to be heard to protest said filing should file a motion to intervene or protest with the Federal Energy Regulatory Commission, 888 First Street, N.E., Washington, D.C. 20426, in accordance with Rules 211 or 214 of the Commission's Rules of Practice and Procedure (18 C.F.R. §§385.211, 385.214). All such motions or protests should be filed on or before [ ]. Protests filed with the Commission will be considered by it in determining the appropriate action to be taken but will not serve to make the protestants parties to the proceeding. Any person wishing to become a party must file a motion to intervene. Copies of this filing are on file with the Commission and are available for public inspection.

ATTACHMENT A

# ISO Tariff Changes

# SC Agreement

## Revise Recital A to Appendix B [New]

The Recital should be amended as follows:

> the Scheduling Coordinator ~~has been certified~~ has applied for certification by the ISO under the certification procedure referred to in Section 2.2.3 of the ISO Tariff.

The language has been changed to reflect the possibility that a Scheduling Coordinator applicant may sign and return the SC Agreement before final certification as set forth in the Scheduling Coordinator Application Protocol (SCAP) the language had to be changed.

## Amend Section 2.B to Appendix B [New]

The section should be amended as follows:

> it will abide by, and will perform all of the obligations under the ISO Tariff and the ISO Protocols placed on Scheduling Coordinators in respect of all matters set forth therein including, without limitation, all matters relating to the scheduling of Energy and Ancillary Services on the ISO Controlled Grid, ongoing obligations in respect of scheduling, Settlement, ~~security requirements~~system security policy and procedures to be developed by the ISO from time to time, billing and payments, confidentiality and dispute resolution.

The ISO is establishing ISO System Security Policy and Procedure to address concerns about potential misuse of the technology (software and hardware) developed and paid for by the ISO.

Strikethrough in bold & italics ............deletions 10/31/97
Double Underline ..............................additions 10/31/97
Strikethrough ....................................deletions 11/21/97
Underline ..........................................additions 11/21/97

1 of 2

## Insert new Section 2.E in Appendix B

> E. it shall have the primary responsibility to the ISO, as principal, for all Scheduling Coordinator payment obligations under the ISO Tariff and the ISO Protocols.

The new Section 2.E was added to reflect the fact that the ISO will not pursue the Scheduling Coordinator's customers for payment.

## Renumber the existing Section 2.E in Appendix B

> F. its status as a Scheduling Coordinator is at all times subject to the ISO Tariff and the ISO Protocols

This change is consequential to the insertion of a new Section 2.E to Appendix B.

## Amend Section 3.2 in Appendix B [New]

The Section should be amended as follows:

> This Agreement may terminate in accordance with the provisions set forth in the ISO Tariff and the Scheduling Coordinator Application Protocol.

This amendment clarifies the fact that the termination provisions in the SCAP are applicable to the SC Agreement.

## Amend Section 6 in Appendix B [New]

The Section should be amended as follows:

> The Scheduling Coordinator shall maintain at all times an account with a bank capable of Fed-Wire transfer ~~in California~~ to which credits or debits shall be made in accordance with the billing and Settlement provisions of Section 11 of the ISO Tariff. Such account shall be the account referred to in Clause 7 hereof or as notified by the Scheduling Coordinator to the ISO from time to time by giving at least 7 days written notice before the new account becomes operational.

This amendment removes the limitation of the Settlement Account to banks in California, but it is essential that the bank be capable of Fed-Wire transfer.

Strikethrough in bold & italics ............deletions 10/31/97
Double Underline ...............................additions 10/31/97
Strikethrough ....................................deletions 11/21/97
Underline ..........................................additions 11/21/97

2of2

# Scheduling Coordinator Agreement

**THIS AGREEMENT is made this** 12th **day of** February , 1998 **and is entered into, by and between:**

(1) Western Area Power Administration, Sierra Nevada Region having a registered or principal
(full legal name)
executive office at

114 Parkshore Drive, Folsom, Califoria 95630-4710 , the "Scheduling Coordinator."

and

(2) **CALIFORNIA INDEPENDENT SYSTEM OPERATOR CORPORATION**, a California nonprofit public benefit Corporation having a principal executive office located at such place in the State of California as the ISO Governing Board may from time to time designate (the "ISO").

Whereas:

(A) The Scheduling Coordinator has applied for certification by the ISO under the certification procedure referred to in Section 2.2.3 of the ISO Tariff.

(B) The Scheduling Coordinator wishes to schedule Energy and Ancillary Services on the ISO Controlled Grid under the terms and conditions set forth in the ISO Tariff and the ISO Protocols.

**NOW IT IS HEREBY AGREED as follows:**

**1. Definitions**

A. Terms and expressions used in this Agreement shall have the same meanings as those contained in the Master Definitions Supplement to the ISO Tariff.

B. The "ISO Tariff" shall mean the ISO Operating Agreement and Tariff as amended from time to time, together with any Appendices or attachments thereto.

**2. Covenant of the Scheduling Coordinator**

The Scheduling Coordinator agrees that:

- The ISO Tariff and the ISO Protocols govern all aspects of scheduling of Energy and Ancillary Services on the ISO Controlled Grid, including (without limitation), the financial and technical criteria for Scheduling Coordinators, bidding, settlement, information reporting requirements and confidentiality restrictions;
- It will abide by, and will perform all of the obligations under the ISO Tariff and the ISO Protocols placed on Scheduling Coordinators in respect of all matters set forth therein, including, without limitation, all matters relating to the scheduling of Energy and Ancillary

Services on the ISO Controlled Grid, ongoing obligations in respect of scheduling, Settlement, ISO Systems Security Policy and Procedures, billing and payments, confidentiality and dispute resolutions;

- It shall ensure that each UDC, over whose Distribution system Energy or Ancillary Services are to be transmitted in accordance with Schedules, Adjustment Bids or bids for Ancillary Services submitted to the ISO by the Scheduling Coordinator, enters into a UDC operating agreement in accordance with Section 4 of the ISO Tariff;
- It shall ensure that each Generator for which it schedules Energy or on whose behalf it submits to the ISO adjustment Bids or bids for Ancillary Services enters into a Generator Agreement in accordance with Section 5 of the ISO Tariff;
- Its status as a Scheduling Coordinator is at all times subject to the ISO Tariff and the ISO Protocols.

## 3. Term and Termination

3.1 This Agreement shall commence on the later of (a) ISO operational date, or (b) the date the Scheduling Coordinator is certified by the ISO as a Scheduling Coordinator.

3.2 This Agreement may terminate in accordance with the provisions set forth in the ISO Tariff, and Scheduling Coordinator Application Protocol.

## 4 Assignment

Either party may assign its obligations under this Agreement with the other party's consent, such consent shall not be unreasonably withheld.

## 5. Partial Invalidity

If any provision of this Agreement, or the application of such provision to any persons, circumstance or transaction, shall be held invalid, the remainder of this Agreement, or the application of such provision to other persons or circumstances or transactions, shall not be affected thereby.

## 6. Settlement Account

The Scheduling Coordinator shall maintain at all times an account with a bank capable of Fed-Wire transfers to which credits or debits shall be made in accordance with the billing and settlement provisions of Section 11 of the ISO Tariff. Such account shall be the account referred to in Clause 7 hereof or as notified by the Scheduling Coordinator to the ISO from time to time by giving at least 7 days written notice before the new account becomes operational.

7. Notices

Any notice, demand or request made to or by either party regarding this Agreement shall be made in accordance with the ISO Tariff and unless otherwise stated or agreed shall be made to the representative of the other party indicated below.

ISO:

Name of Primary Representative: Susan Schneider

Title: Vice President, Client Services

Address: P.O. Box 639014
Folsom, CA 95763-9014

E-Mail Address: sschneid@caiso.com

Phone No: (916) 351-2210

Fax No: (916) 351-2350

Name of Alternative Representative: Byron Woertz

Title: Director of Client Relations

Scheduling Coordinator:

Name of Primary Representative: Mr. Robert Miller

Title: Supervisory Power System Dispatcher

Address: 114 Parkshore Drive
Folsom

State: California Zip Code: 95630-4710

E-Mail Address:

Phone No: (916) 353-4559

Fax No: (916) 353-2232

Name of Alternative Representative: Mr. Bruce Justeson

Title: Power Operations Specialist

Fed-Wire Transfer Documentation: (To Be Determined)

Account Name: ____________________

Account Number: ____________________

Bank Name: ____________________

Bank Number (ABA): ____________________

Bank City/State: ____________________

**8. Agreement to be bound by ISO Tariff and ISO Protocols**

The ISO Tariff and the ISO Protocols are incorporated herein and made a part hereof. In the event of a conflict between the terms and conditions of this Agreement and any other terms and conditions set forth in the ISO Tariff, the terms and conditions of the ISO Tariff shall prevail.

**9. Agreement Provisions**

The Agreement provisions, attached hereto as Exhibit A, are hereby made a part of this Agreement the same as if they had been expressly set forth herein.

**10. Exhibit made part of Agreement**

Six (6) Agreement provisions are set forth in Exhibit A. Exhibit A is attached hereto, and shall be in force and effect in accordance with the terms until superseded by a subsequent Exhibit.

**11. Electronic Contracting**

All submitted applications, schedules, bids, confirmations, changes to information on file with the ISO and other communications conducted via electronic transfer (e.g., direct computer link, FTP file transfer, bulletin board, e-mail, facsimile or any other means established by the ISO) shall have the same legal rights, responsibilities, obligations, and other implications as set forth in the terms and conditions of the ISO Tariff and the ISO Protocols as if executed in written format.

IN WITNESS WHEREOF, the Parties have caused this Agreement to be executed by their respective authorized officials.

ISO:

By: Jeffrey Tranen (signature) — Name; PRESIDENT & CEO — Title; 2/12/98 — Date

Scheduling Coordinator:

By: Jerry W. Toenyes (signature) — Name; Acting Regional Manager — Title; 1/30/98 — Date

# Exhibit A
# Scheduling Coordinator Agreement

## 1. Contingent Upon Appropriations

Where activities provided for in the contract extend beyond the current fiscal year, continued expenditures by the United States are contingent upon Congress making the necessary appropriations required for the continued performance of the United States obligations under the contract. In case such appropriation is not made, the Contractor hereby releases the United States from its contractual obligations and from all liability due to the failure of Congress to make such appropriation.

## 2. Officials Not to Benefit

No member of or delegate to Congress or Resident Commissioner shall be admitted to any share or part of the contract or to any benefit that may have arisen from the contract, but this restriction shall not be construed to extend to the contract if made with a corporation or company for its general benefit.

## 3. Covenant Against Contingent Fees

The Contractor warrants that no person or selling agency has been employed or retained to solicit or secure the contract upon an agreement or understanding for a commission, percentage, brokerage, or contingent fees, excepting bona fide employees or bona fide established commercial or selling agencies maintained by the Contractor for the purpose of securing business. For breach or violation of this warranty, Western shall have the right to annul the contract without liability or in its discretion to deduct from the contract price or consideration the full amount of such commission, percentage, brokerage, or continent fee.

## 4. Contract Work Hours and Safety Standards

The contract, to the extent that it is of a character specified in Section 103 of the Contract Work Hours and Safety Standards Act (Act), 40 U.S.C.A. (329 (1986)), is subject to the provisions of the Act, 40 U.S.C.A. (327-333 (1986)), and to regulations promulgated by the Secretary of Labor pursuant to the Act.

## 5. Equal Opportunity Employment Practices

Section 202 of Executive Order No. 11246, 43 Fed. Reg. 46501 (1978), which provides, among other things, that the Contractor will not discriminate against any employee or applicant for employment because of race, color, religion, sex, or national origin, is incorporated by reference in the contract.

## 6. Use of Convict Labor

The Contractor agrees not to employ any person undergoing sentence of imprisonment in performing the contract except as provided by 18 U.S.C. 4082(c)(2) and Executive Order 11755, December 29, 1973.

ORIGINAL

SWIDLER & BERLIN
CHARTERED

DAVID B. RUBIN
ATTORNEY-AT-LAW

DIRECT DIAL
(202)424-7516
DBRUBIN@SWIDLAW.COM

July 20, 1998

98 JUL 20 AM 10: 43

The Honorable David P. Boergers
Acting Secretary
Federal Energy Regulatory Commission
888 First Street, N.E.
Washington, D.C. 20426

Re: California Independent System Operator Corporation
Docket No. ER98 - 1928 - 001

Dear Secretary Boergers:

Enclosed for filing on behalf of the California Independent System Operator Corporation ("ISO") is Amendment No. 1 ("Amendment No. 1") to the Scheduling Coordinator Agreement ("SCA") between the ISO and the Western Area Power Administration, Sierra Nevada Region. The ISO filed the SCA in the above-referenced docket on February 18, 1998.

The Commission accepted the SCA, effective as of March 31, 1998 (the date that ISO Grid operations commenced), in its order issued March 30, 1998, Pacific Gas and Electric Corp. et al., 82 FERC ¶ 61,326, 62,286, and directed the ISO to amend it to comply with the order issued December 17, 1997, Pacific Gas and Electric Co., 81 FERC ¶ 61, 320 (1997). The ISO previously submitted an unexecuted Amendment No. 1 as part of its June 1, 1998 compliance filing and is now submitting the fully-executed Amendment No. 1 in the instant docket.

980721-0122-1



FERC-DOCKETED
JUL 2 0 1998

3000 K STREET, N.W. ■ SUITE 300
WASHINGTON, D.C. 20007-5116
(202)424-7500 ■ WWW.SWIDLAW.COM ■ FACSIMILE (202)424-7647

Pursuant to Section 35.11 of the Commission's regulations, 18 C.F.R. ¶ 35.11 (1997), the ISO respectfully requests a waiver of the 60-day prior notice requirement if it is deemed applicable to this filing, so that Amendment No. 1 may be accepted for filing and become effective as of March 31, 1998, the effective date of the SCA.

The following individuals should be placed on the Commission's official service list for this filing:

N. Beth Emery
Vice President and General Counsel
The California Independent System
Operator Corporation
151 Blue Ravine Road
Folsom, CA 95630
Tele: 916-351-2334
Fax: 916-351-4436

David B. Rubin
Kenneth G. Jaffe
Swidler & Berlin, Chartered
Suite 300
3000 K Street, N.W.
Washington, D.C. 20007
Tele: 202-424-7500
Fax: 202-424-7647

Attachment A to this filing is the executed agreement. Attachment B is a redlined version of the agreement showing the changes made by Amendment No. 1. Attachment C is a form notice of filing. Also enclosed is a diskette with the notice of filing.

Respectfully submitted,

Kenneth G. Jaffe
David B. Rubin
Swidler & Berlin, Chartered, Suite 300
3000 K Street, N.W.
Washington D.C. 20007
Telephone: 202-424-7500
Facsimile: 202-424-7647

Attorneys for the California
Independent System Operator
Corporation

**CERTIFICATE OF SERVICE**

I hereby certify I have this day served this document upon each person designated on the official service list compiled by the Secretary in Docket No. ER98-1928-000, in accordance with the requirements of Rule 2010 of the Commission's Rules of Practice and Procedure (18 C.F.R. ¶ 385.2010).

Dated at Washington, D.C. on this 19th day of June, 1998.

David B. Rubin

CALIFORNIA ISO

# AMENDMENT NO. 1 TO THE SCHEDULING COORDINATOR AGREEMENT

**THIS AMENDMENT** is dated this 13th day of July, 1998 and is entered into, by and between:

(1) **Western Area Power Administration, Sierra Nevada Region** having its registered and principal place of business located at **114 Parkshore Drive, Folsom, California 95630-4710** ("WAPA");

and

(2) **California Independent System Operator Corporation,** a California non-profit public benefit Corporation having a principal executive office located at such place in the State of California as the ISO Governing Board may from time to time designate, initially 151 Blue Ravine Road, Folsom, California, 95630 (the "ISO").

WAPA and the ISO are hereinafter referred to as the "Amending Parties."

**Whereas:**

**A.** The Amending Parties entered into the Scheduling Coordinator Agreement dated February 12, 1998 (the "Principal Agreement").

**B.** By orders issued on December 17, 1997 and March 30, 1998, the Federal Energy Regulatory Commission required that the Principal Agreement be amended.

NOW THEREFORE, **THE AMENDING PARTIES AGREE** as follows:

1) **Effective Date.** This Amendment shall be effective as of the effective date of the Principal Agreement and shall remain in full force and effect until the termination of the Principal Agreement.

2) **Amendment to the Principal Agreement.** The Principal Agreement shall be amended as set out below:

a) Recital B is amended to read as follows:

(B) The Scheduling Coordinator wishes to schedule Energy and Ancillary Services on the ISO Controlled Grid under the terms and conditions set forth in the ISO Tariff.

b) Section 2 is amended to read as follows:

**2. Covenant of the Scheduling Coordinator**

The Scheduling Coordinator agrees that:

- The ISO Tariff governs all aspects of scheduling of Energy and Ancillary Services on the ISO Controlled Grid, including (without limitation), the financial and technical criteria for Scheduling Coordinators, bidding, settlement, information reporting requirements and confidentiality restrictions;

- It will abide by, and will perform all of the obligations under the ISO Tariff placed on Scheduling Coordinators in respect of all matters set forth therein, including, without limitation, all matters relating to the scheduling of Energy and Ancillary Services on the ISO Controlled Grid, ongoing obligations in respect of scheduling, Settlement, ISO Systems Security Policy and Procedures, billing and payments, confidentiality and dispute resolution;

- It shall ensure that each UDC, over whose Distribution system Energy or Ancillary Services are to be transmitted in accordance with Schedules, Adjustment Bids or bids for Ancillary Services submitted to the ISO by the Scheduling Coordinator, enters into a UDC operating agreement in accordance with Section 4 of the ISO Tariff;

- It shall ensure that each Generator for which it schedules Energy or on whose behalf it submits to the ISO adjustment Bids or bids for Ancillary Services enters into a Generator Agreement in accordance with Section 5 of the ISO Tariff;

- Its status as a Scheduling Coordinator is at all times subject to the ISO Tariff.

c) Section 3.2 is amended to read as follows:

3.2 This Agreement shall terminate upon acceptance by FERC of a notice of termination. The ISO shall timely file any notice of termination with FERC.

d) Section 8 is amended to read as follows:

**8. Agreement to be bound by ISO Tariff**

The ISO Tariff is incorporated herein and made a part hereof. In the event of a conflict between the terms and conditions of this Agreement and any other terms and conditions set forth in the ISO Tariff, the terms and conditions of the ISO Tariff shall prevail.

d) Section 11 is amended to read as follows:

**11. Electronic Contracting**

All submitted applications, schedules, bids, confirmations, changes to information on file with the ISO and other communications conducted via electronic transfer (e.g., direct computer link, FTP file transfer, bulletin board, e-mail, facsimile or any other means established by the ISO) shall have the same legal rights, responsibilities, obligations, and other implications as set forth in the terms and conditions of the ISO Tariff as if executed in written format.

**IN WITNESS WHEREOF**, the Amending Parties have caused this Amendment No. 1 to be duly executed by and through their respective authorized representatives as of the date hereinabove written.

**California Independent System Operator Corporation**

By: [signature]

Name: Susan R. Schneider

Title: Vice President of Client Services

**Western Area Power Administration, Sierra Nevada Region**

By: [signature]

Name: ______________________

Title: ______________________

ATTACHMENT A

ATTACHMENT B

CALIFORNIA ISO

# BLACKLINED AMENDMENT NO. 1 TO THE SCHEDULING COORDINATOR AGREEMENT

**THIS AMENDMENT** is dated this ___ day of _____, 1998 and is entered into, by and between:

(1) **Western Area Power Administration, Sierra Nevada Region** having its registered and principal place of business located at **114 Parkshore Drive, Folsom, California 95630-4710** ("WAPA");

and

(2) **California Independent System Operator Corporation**, a California non-profit public benefit Corporation having a principal executive office located at such place in the State of California as the ISO Governing Board may from time to time designate, initially 151 Blue Ravine Road, Folsom, California, 95630 (the "ISO").

WAPA and the ISO are hereinafter referred to as the "Amending Parties."

**Whereas:**

**A.** The Amending Parties entered into the Scheduling Coordinator Agreement dated February 12, 1998 (the "Principal Agreement").

**B.** By orders issued on December 17, 1997 and March 30, 1998, the Federal Energy Regulatory Commission required that the Principal Agreement be amended.

NOW THEREFORE, **THE AMENDING PARTIES AGREE** as follows:

**1) Effective Date.** This Amendment shall be effective as of the effective date of the Principal Agreement and shall remain in full force and effect until the termination of the Principal Agreement.

**2) Amendment to the Principal Agreement.** The Principal Agreement shall be amended as set out below:

a) Recital B is amended as follows:

(B) The Scheduling Coordinator wishes to schedule Energy and Ancillary Services on the ISO Controlled Grid under the terms and conditions set forth in the ISO Tariff ~~and the ISO Protocols~~.

b) Section 2 is amended as follows:

**2. Covenant of the Scheduling Coordinator**

The Scheduling Coordinator agrees that:

- The ISO Tariff ~~and the ISO Protocols~~ governs all aspects of scheduling of Energy and Ancillary Services on the ISO Controlled Grid, including (without limitation), the financial and technical criteria for Scheduling Coordinators, bidding, settlement, information reporting requirements and confidentiality restrictions;

- It will abide by, and will perform all of the obligations under the ISO Tariff ~~and the ISO Protocols~~ placed on Scheduling Coordinators in respect of all matters set forth therein, including, without limitation, all matters relating to the scheduling of Energy and Ancillary Services on the ISO Controlled Grid, ongoing obligations in respect of scheduling, Settlement, ISO Systems Security Policy and Procedures, billing and payments, confidentiality and dispute resolution;

- It shall ensure that each UDC, over whose Distribution system Energy or Ancillary Services are to be transmitted in accordance with Schedules, Adjustment Bids or bids for Ancillary Services submitted to the ISO by the Scheduling Coordinator, enters into a UDC operating agreement in accordance with Section 4 of the ISO Tariff;

- It shall ensure that each Generator for which it schedules Energy or on whose behalf it submits to the ISO adjustment Bids or bids for Ancillary Services enters into a Generator Agreement in accordance with Section 5 of the ISO Tariff;

- Its status as a Scheduling Coordinator is at all times subject to the ISO Tariff ~~and the ISO Protocols~~.

c) Section 3.2 is amended as follows:

3.2 This Agreement shall ~~may~~ terminate upon acceptance by FERC of a notice of termination. The ISO shall timely file any notice of termination with FERC ~~in accordance with the provisions set forth in the ISO Tariff, and Scheduling Coordinator Application Protocol~~.

d) Section 8 is amended as follows:

**8. Agreement to be bound by ISO Tariff ~~and ISO Protocols~~**

The ISO Tariff <u>is</u> ~~and the ISO Protocols are~~ incorporated herein and made a part hereof. In the event of a conflict between the terms and conditions of this Agreement and any other terms and conditions set forth in the ISO Tariff, the terms and conditions of the ISO Tariff shall prevail.

d) Section 11 is amended as follows:

**11. Electronic Contracting**

All submitted applications, schedules, bids, confirmations, changes to information on file with the ISO and other communications conducted via electronic transfer (e.g., direct computer link, FTP file transfer, bulletin board, e-mail, facsimile or any other means established by the ISO) shall have the same legal rights, responsibilities, obligations, and other implications as set forth in the terms and conditions of the ISO Tariff ~~and the ISO Protocols as~~ if executed in written format.

**IN WITNESS WHEREOF**, the Amending Parties have caused this Amendment No. 1 to be duly executed by and through their respective authorized representatives as of the date hereinabove written.

**California Independent System Operator Corporation**

By: ______________________________

Name: ______________________________

Title: ______________________________

**Western Area Power Administration, Sierra Nevada Region**

By: ______________________________

Name: ______________________________

Title: ______________________________

ATTACHMENT C

**NOTICE SUITABLE FOR PUBLICATION IN THE FEDERAL REGISTER**

**UNITED STATES OF AMERICA**
**BEFORE THE**
**FEDERAL ENERGY REGULATORY COMMISSION**

| | | |
|---|---|---|
| **California Independent System Operator Corporation** | ) | **Docket Nos. ER98-1928-______** |

**Notice of Filing**

[ ]

On July __, 1998, the California Independent System Operator Corporation (ISO), tendered for filing Amendment No. 1 to the Scheduling Coordinator Agreement between the Western Area Power Administration, Sierra Nevada Region and the ISO for acceptance by the Commission. The ISO states that Amendment No. 1 modifies the Agreement, as directed by the Commission, to comply with the Commission's order issued December 17, 1997 in Pacific Gas and Electric Co., 81 FERC ¶ 61,320 (1997).

The ISO states that this filing has been served on all parties listed on the official service list in the above-referenced docket.

Any person desiring to be heard to protest said filing should file a motion to intervene or protest with the Federal Energy Regulatory Commission, 888 First Street, N.E., Washington, D.C. 20426, in accordance with Rules 211 or 214 of the Commission's Rules of Practice and Procedure (18 C.F.R. ¶¶ 385.211, 385.214). All such motions or protests should be filed on or before [_ ]. Protests filed with the Commission will be considered by it in determining the appropriate action to be taken but will not serve to make the protestants parties to the proceeding. Any person wishing to become a party must file a motion to intervene. Copies of this filing are on file with the Commission and are available for public inspection.

3036541.1