**ORIGINAL**

RECEIVED OVER THE COUNTER
MAR 1 2 2007
THE OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s)
See attachment.

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

07-157 C

| | |
|---|---|
| Name of the attorney of record (See RCFC 83.1(c)): | See attachment. |
| Firm Name: | See attachment. |
| Post Office Box: | See attachment. |
| Street Address: | See attachment. |
| City-State-Zip: | See attachment. |
| Telephone & Facsimile Numbers: | See attachment. |

J. Smith

Is the attorney of record admitted to the Court of Federal Claims Bar? ■ Yes □ No

Does the attorney of record have a Court of Federal Claims ECF account? □ Yes □ No See attachment
If not admitted to the court or enrolled in the court's ECF system, please call (202) 357-6406 for admission papers and/or enrollment instructions.

Nature of Suit Code: 1 1 2
Select only one (three digit) nature-of-suit code from the attached sheet. If 213, identify partnership or partnership group. If numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code: D O E
See attached sheet for three-digit codes.

Amount Claimed: $ 75 million approx.
Use estimate if specific amount is not pleaded.

Disclosure Statement:
Is a RCFC 7.1 Disclosure Statement required? ■ Yes □ No
If yes, please note that two copies are necessary.

Bid Protest:
Indicate approximate dollar amount of procurement at issue: $
Is plaintiff a small business? □ Yes □ No

Vaccine Case:
Date of Vaccination:

Related Cases:
Is this case directly related to any pending or previous case? □ Yes ■ No
If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.

In the United States Court of Federal Claims

Attachment to Cover Sheet

| **Plaintiffs:** | **Attorneys of Record:** |
|---|---|
| (1) Pacific Gas and Electric Company | Marie L. Fiala<br>HELLER EHRMAN LLP<br>333 Bush Street<br>San Francisco, CA 94104-2878<br>Telephone: (415) 772-6000<br>Facsimile: (415) 772-6268 |
| (2) Southern California Edison Company | Jane I. Ryan<br>STEPTOE & JOHNSON LLP<br>1330 Connecticut Avenue NW<br>Washington, DC 20036<br>Telephone: (202) 429-3000<br>Facsimile: (202) 429-3902 |
| (3) California Electricity Oversight Board | Steven Benito Russo<br>CALIFORNIA ELECTRICITY OVERSIGHT BOARD<br>770 L Street, Suite 1250<br>Sacramento, CA 95814<br>Telephone: (916) 322-8601<br>Facsimile: (916) 322-8591 |

**Admission of attorneys of record to Court of Federal Claims Bar:**

All attorneys of record are admitted to the Court of Federal Claims Bar.

**ECF accounts:**

Marie Fiala has registered for an ECF account. Jane Ryan and Steven Russo have not yet registered for ECF accounts.