ORIGINAL

FILED
MAR 1 2 2007
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

Pacific Gas and Electric Company, *et al.*,

Plaintiffs,

v.

The United States,

Defendant.

Case No. 07-157-C

**RULE 7.1 DISCLOSURE STATEMENT OF**

**SOUTHERN CALIFORNIA EDISON COMPANY**

Pursuant to Rule 7.1(a) of the Rules of the Court of Federal Claims, Southern California Edison Company ("Edison") submits the following disclosure statement: Edison is a subsidiary of Edison International, a holding company that owns all of the common stock of Edison.

Date: March 7, 2007

Respectfully submitted,

JANE I. RYAN
DANIEL C. SAULS
Steptoe & Johnson LLP
1330 Connecticut Avenue NW
Washington, DC 20036
Telephone: (202) 429-3000
Facsimile: (202) 429-3902

LEON BASS, JR.
Southern California Edison Company
2244 Walnut Grove Avenue
Rosemead, CA 91770
Telephone: (626) 302-6967
Facsimile: (626) 302-3990

Attorneys for Southern California Edison Company