ORIGINAL

FILED
MAR 1 2 2007
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Pacific Gas and Electric Company, *et al.*,

Plaintiffs,

v.

The United States,

Defendant.

Case No. 07-157-C

**RULE 7.1 DISCLOSURE STATEMENT OF**

**PACIFIC GAS AND ELECTRIC COMPANY**

Pursuant to Rule 7.1 of the Rules of the Court of Federal Claims, Pacific Gas and Electric Company ("PG&E") submits the following disclosure statement.

PG&E is a subsidiary of PG&E Corporation and is a corporation organized and existing under the laws of the state of California. PG&E's principal place of business is 77 Beale Street, San Francisco, California, 94105. PG&E is a public utility operating in northern and central California. PG&E is engaged primarily in the businesses of electricity and natural gas distribution; electricity generation, procurement, and transmission; and natural gas procurement, transportation, and storage. PG&E serves approximately 4.9 million electricity distribution customers and approximately 4.1 million natural gas distribution customers.

PG&E is the predecessor of PG&E Corporation, a publicly held California corporation incorporated in 1995, which became the holding company of PG&E and its subsidiaries on January 1, 1997. PG&E Corporation has a 10% or greater ownership interest in PG&E. PG&E Corporation and a subsidiary hold 100% of the issued and outstanding shares of PG&E common stock. Together they own approximately 95% of the total outstanding voting stock of PG&E.

Holders of PG&E's preferred stock hold approximately 5% of PG&E's total outstanding voting stock.

Date: March 8, 2007

Respectfully submitted,

MARIE L. FIALA
RUSSELL P. COHEN
CECILIA Y. CHAN
Heller Ehrman LLP
333 Bush Street
San Francisco, CA 94104
Telephone: +1.415.772.6000
Facsimile: +1.415.772.6500

STAN BERMAN
PEGGY J. WILLIAMS
LISA D. HARDIE
Heller Ehrman LLP
701 Fifth Ave, Suite 6100
Seattle, WA 98104-7098
Telephone: +1.206.447.0900
Facsimile: +1.206.447.0849

MARK PATRIZIO
Pacific Gas & Electric Company
77 Beale Street, Mail Code B30A
San Francisco, CA 94105
Telephone: +1.415.973.6344
Facsimile: +1.415.973.5520

Attorneys for Pacific Gas & Electric Company