IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| PACIFIC GAS AND ELECTRIC COMPANY, SOUTHERN CALIFORNIA EDISON COMPANY, AND CALIFORNIA ELECTRICITY OVERSIGHT BOARD, | |
| Plaintiffs, | |
| v. | No. 07-157C (Senior Judge Smith) |
| THE UNITED STATES, | |
| Defendant. | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Mark A. Melnick as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Mark A. Melnick
Assistant Director
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530

Dated: March 16, 2007

s/Mark A. Melnick
Mark A. Melnick
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Telephone: (202) 616-0475
Telecopier:(202) 305-7644

CERTIFICATE OF FILING

I hereby certify that on March 16, 2007, a copy of foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Mark A. Melnick