IN THE

UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| PACIFIC GAS AND ELECTRIC COMPANY, SOUTHERN CALIFORNIA EDISON COMPANY, AND CALIFORNIA ELECTRICITY OVERSIGHT BOARD,<br>Plaintiffs,<br>v.<br>THE UNITED STATES,<br>Defendant. | No. 1:07-cv-00157-LAS<br>**HON. LOREN A. SMITH**<br>**CALIFORNIA PLAINTIFFS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME** |

## INTRODUCTION

Plaintiffs Pacific Gas and Electric Company ("PGE"), Southern California Edison Company ("SCE"), and the California Electricity Oversight Board ("EOB") (collectively the "California Plaintiffs") respectfully request an enlargement of time, pursuant to Rule 6(b) of the Rules of the Court of Federal Claims ("RCFC"), to respond to the Defendant's Motion to Consolidate, for a More Definite Statement, and to Stay Proceedings; Alternatively, Defendant's Motion for Enlargement of Time ("the Motion").

Defendant filed the Motion on May 11, 2007. The California Plaintiffs' opposition is due on May 25, 2007. RFCF 7.2(a). The California Plaintiffs request an additional 19 calendar days – until June 13, 2007 – to file an opposition.

## ARGUMENT

### A. The Requested Enlargement Is Unopposed.

This request is uncontested. The California Plaintiffs discussed this request with Defendant on May 2, 2007, and Defendant does not oppose it. The California Plaintiffs have not previously requested and the Court has not previously provided an enlargement of time to file an

opposition to Defendant's Motion.

**B. The Enlargement Of Time Is Necessary.**

The requested enlargement of time is necessary. The California Plaintiffs have agreed to consolidate this lawsuit with a pending Complaint in this Court against the United States by San Diego Gas and Electric Company ("SDG&E"), asserting similar claims (*San Diego Gas & Elec. Co. v. United States*, Case No. 07-167C). Defendant has filed an identical motion in that lawsuit. In the interest of efficiency, the California Plaintiffs and SDG&E intend to file identical opposition briefs in each action, and that will require additional time to coordinate and finalize their filings.[1] That process is complicated by the fact that lead counsel for some of the California Plaintiffs are unavailable for significant periods of time during the latter half of this month and the first half of June, due to conflicting obligations in other lawsuits and previously scheduled business and personal travel. In light of these scheduling conflicts, the importance of the motion, the modest amount of additional time requested, and the lack of any opposition by the United States, the California Plaintiffs' requested enlargement is necessary and appropriate, and should be granted.

[1] SDG&E has asked for a similar enlargement of time to respond to the Defendant's motion in their respective lawsuit.

DATED: May 21, 2007

By: s/ Marie L. Fiala
MARIE L. FIALA

HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268

**ATTORNEY OF RECORD FOR PLAINTIFF PACIFIC GAS AND ELECTRIC COMPANY**

**OF COUNSEL:**

RUSSELL P. COHEN
CECILIA Y. CHAN
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268

STAN BERMAN
PEGGY J. WILLIAMS
LISA D. HARDIE
HELLER EHRMAN LLP
701 Fifth Ave, Suite 6100
Seattle, WA 98104-7098
Telephone: (206) 447-0900
Facsimile: (206) 447-0849

MARK PATRIZIO
PACIFIC GAS AND ELECTRIC COMPANY
77 Beale Street, MailCode B30A
San Francisco, CA 94105
Telephone: (415) 973-6344
Facsimile: (415) 973-5520

Attorneys for Plaintiff
Pacific Gas and Electric Company

DATED: May 21, 2007

By: s/ Jane I. Ryan
JANE I. RYAN

Steptoe & Johnson LLP
1330 Connecticut Avenue NW
Washington, DC 20036
Telephone: (202) 429-3000
Facsimile: (202) 429-3902

**ATTORNEY OF RECORD FOR THE SOUTHERN CALIFORNIA EDISON COMPANY**

**OF COUNSEL:**

DANIEL C. SAULS
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue NW
Washington, DC 20036
Telephone: (202) 429-3000
Facsimile: (202) 429-3902

LEON BASS, JR.
SOUTHERN CALIFORNIA EDISON COMPANY
2244 Walnut Grove Avenue
Rosemead, CA 91770
Telephone: (626) 302-6967

Attorneys for Plaintiff Southern California Edison Company

DATED: May 21, 2007

By: s/ Steven Benito Russo
STEVEN BENITO RUSSO

CALIFORNIA ELECTRICITY
OVERSIGHT BOARD
770 L Street, Suite 1250
Sacramento, CA 95814
Telephone: (916) 322-8601
Facsimile: (916) 322-8591

**ATTORNEY OF RECORD FOR THE CALIFORNIA ELECTRICITY OVERSIGHT BOARD**

SE 2211669 v1