IN THE

UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| PACIFIC GAS AND ELECTRIC COMPANY, SOUTHERN CALIFORNIA EDISON COMPANY, AND CALIFORNIA ELECTRICITY OVERSIGHT BOARD,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 1:07-cv-00157-LAS<br><br>**HON. LOREN A. SMITH**<br><br>**[PROPOSED] ORDER RE CALIFORNIA PLAINTIFFS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME** |

THIS MATTER came before this Court on the California Plaintiffs' Unopposed Motion for Enlargement of Time ("the Motion"). The Court has reviewed the Motion. The Court having considered the pleadings and papers on file herein and being fully advised in the premises, hereby orders:

The Motion is GRANTED. The deadline by which Plaintiffs Pacific Gas & Electric Company, Southern California Edison Company, and the California Electricity Oversight Board must file an opposition to Defendant's Motion to Consolidate, for a More Definite Statement, and to Stay Proceedings; Alternatively, Defendant's Motion for Enlargement of Time is hereby enlarged from May 25, 2007 to June 13, 2007.

Entered this ____ day of ______, 2007.

______________________________
The Honorable Loren A. Smith
United States Court of Federal Claims

PRESENTED BY:

**PLAINTIFF PACIFIC GAS AND ELECTRIC COMPANY**

By: s/ Marie L. Fiala
MARIE L. FIALA

HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268

STAN BERMAN
PEGGY J. WILLIAMS
LISA D. HARDIE
HELLER EHRMAN LLP
701 Fifth Ave, Suite 6100
Seattle, WA 98104-7098
Telephone: (206) 447-0900
Facsimile: (206) 447-0849

**THE SOUTHERN CALIFORNIA EDISON COMPANY**

By: s/ Jane I. Ryan
JANE I. RYAN

STEPTOE & JOHNSON LLP
1330 Connecticut Avenue NW
Washington, DC 20036
Telephone: (202) 429-3000
Facsimile: (202) 429-3902

DANIEL C. SAULS
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue NW
Washington, DC 20036
Telephone: (202) 429-3000
Facsimile: (202) 429-3902

LEON BASS
2244 Walnut Grove Ave
Rosemead, CA 91770
Telephone: (626) 302-1212
Facsimile: (626) 302-3990

**THE CALIFORNIA ELECTRICITY OVERSIGHT BOARD**

By: s/ Steven Benito Russo
STEVEN BENITO RUSSO

CALIFORNIA ELECTRICITY
OVERSIGHT BOARD
770 L Street, Suite 1250
Sacramento, CA 95814
Telephone: (916) 322-8601
Facsimile: (916) 322-8591

SE 2211700 v1