# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * *

**PACIFIC GAS AND ELECTRIC COMPANY, SOUTHERN CALIFORNIA EDISON COMPANY, AND CALIFORNIA ELECTRICITY OVERSIGHT BOARD,**

*Plaintiffs,*

v.

**THE UNITED STATES,**

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * * * * *

Case Nos.07-157C cons. with 07-167C

Senior Judge Smith

Filed: May 23, 2007

**ORDER**

The Court hereby **GRANTS** the Plaintiffs' Unopposed Motion for Enlargement of Time. Plaintiffs' response to Defendant's Motion to Consolidate, for a More Definite Statement, and to Stay Proceedings or in the alternative Defendant's Motion for Enlargement of Time shall be filed and served on or before June 13, 2007. The Court further **GRANTS** Defendant's Motion to Consolidate case number 07-157C with 07-167C. Case number 07-157C shall be the lead case.

**It is so ORDERED.**

s/Loren A. Smith
LOREN A. SMITH
Senior Judge