# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**PACIFIC GAS AND ELECTRIC COMPANY, SOUTHERN CALIFORNIA EDISON COMPANY, AND CALIFORNIA ELECTRICITY OVERSIGHT BOARD,**

*Plaintiffs,*

v.

**THE UNITED STATES,**

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * * * * * *

Case Nos.07-157C cons. with 07-167C

Senior Judge Smith

Filed: June 22, 2007

**ORDER**

The Court hereby **GRANTS** the Defendant's Unopposed Motion for Enlargement of Time. Defendant's reply to Defendant's Motion for a More Definite Statement, and to Stay Proceedings or in the alternative Defendant's Motion for Enlargement of Time shall be filed and served on or before July 10, 2007.

**It is so ORDERED.**

s/Loren A. Smith
LOREN A. SMITH
Senior Judge