IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| PACIFIC GAS AND ELECTRIC COMPANY,<br>SOUTHERN CALIFORNIA EDISON COMPANY,<br>AND CALIFORNIA ELECTRICITY<br>OVERSIGHT BOARD,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 07-157C<br>(Senior Judge Smith) |
| SAN DIEGO GAS AND ELECTRIC COMPANY,<br>a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 07-167C<br>(Senior Judge Smith) |

**DEFENDANT'S STATUS REPORT REGARDING**
**PLAINTIFFS' PETITION FOR A WRIT OF CERTIORARI**

Defendant respectfully submits this status report regarding plaintiffs' petition for a writ of certiorari from the United States Supreme Court. In our motion to stay this matter, we asserted that the Court should stay this case because the Supreme Court's reversal of BPA v. FERC, 422 F.3d 908 (9th Cir. 2005), could render this matter moot. In our reply to plaintiffs' response to our motion to stay, we informed the Court that plaintiffs' petition for a writ of certiorari was due on July 20, 2007. On July 20, two of the plaintiffs, Pacific Gas and Electric Co. ("PG&E") and the California Electricity Oversight Board ("CEOB"), filed with the Supreme

Court an emergency application for an extension of time to file their petition, citing a decision issued that day by the United States Court of Appeals for the District of Columbia in Transmission Agency of Northern California v. FERC, ___ F.3d ___, 2007 WL 2067034 (D.C. Cir. July 20, 2007). See Attachment A.[1] Noting that their petition for a writ of certiorari was "finalized and ready to transmit to the printer," PG&E and CEOB requested that their deadline to file be extended to August 6, 2007. We are filing this status report because whether and when plaintiffs file a petition for a writ of certiorari with the Supreme Court is directly related to our motion to stay this case.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ Jeanne E. Davidson
JEANNE E. DAVIDSON
Director

s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 616-0475
Fax: (202) 305-7644

Attorneys for Defendant

OF COUNSEL:
Sean B. McNamara
Trial Attorney
Department of Justice

Peter Burger
Attorney
Bonneville Power Administration

John D. Bremer
Attorney
Western Area Power Administration

July 23, 2007

[1] Attachment A consists of PG&E and CEOB's emergency application to the Supreme Court for an extension of time, omitting the application's attached copy of the TANC v. FERC decision.

CERTIFICATE OF FILING

I hereby certify that on this 23rd day of July, 2007, a copy of the foregoing "DEFENDANT'S STATUS REPORT REGARDING PLAINTIFFS' PETITION FOR A WRIT OF CERTIORARI" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/ Mark A. Melnick