# Attachment A

HellerEhrman LLP

July 20, 2007

E. Joshua Rosenkranz
josh.rosenkranz@hellerehrman.com
Direct (212) 847-8478
Main (212) 832-8300
Fax (212) 763-7600

13779-0085

***Via Hand Delivery***

Honorable William K Suter, Clerk
Supreme Court of the United States
One First Street, N.E.
Washington, DC 20543

Re: Pacific Gas and Electric Company, *et al.* v. Bonneville Power Administration

Dear Mr. Suter:

Enclosed for filing please find an original and two copies of an emergency application for an extension of time within which to file a petition for a writ of certiorari, including a Certificate of Service.

Please call me if you have any questions.

Sincerely,

E. Joshua Rosenkranz
Counsel for Pacific Gas & Electric Company

Enclosures

cc: Service List

No. _______

---

IN THE

# SUPREME COURT OF THE UNITED STATES

---

PACIFIC GAS AND ELECTRIC COMPANY AND
CALIFORNIA ELECTRICITY OVERSIGHT BOARD,
PETITIONERS,

v.

BONNEVILLE POWER ADMINISTRATION, ET AL.,
RESPONDENTS.

---

APPLICATION FOR AN EMERGENCY EXTENSION OF TIME WITHIN WHICH TO FILE A PETITION FOR A WRIT OF CERTIORARI TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

---

MARK D. PATRIZIO
KERMIT R. KUBITZ
Pacific Gas and Electric Company
77 Beale Street, B30A
Post Office Box 7442
San Francisco, CA 94120

E. JOSHUA ROSENKRANZ
*Counsel of Record*
STAN BERMAN
JOSEPH H. FAGAN
Heller Ehrman LLP
7 Times Square
New York, NY 10036
(212) 832-8300

*Counsel for Pacific Gas and Electric Company*

*(Additional counsel listed on following page)*

ERIK N. SALTMARSH
STEVEN B. RUSSO
California Electricity Oversight Board
770 L Street, Suite 1250
Sacramento, CA 95814

*Counsel for the California Electricity Oversight Board*

## CORPORATE DISCLOSURE STATEMENTS

Pursuant to Rule 29.6 of the Rules of this Court, applicants Pacific Gas & Electric Company and the California Electricity Oversight Board state as follows:

**Pacific Gas & Electric Company** is a subsidiary of PG&E Corporation, which has a ten percent or greater ownership interest in Pacific Gas & Electric Company's stock. No publicly held company owns more than ten percent of PG&E Corporation's stock.

The **California Electricity Oversight Board** is an agency of the State of California, and is not required to file a corporate disclosure statement.

No. _______

IN THE
SUPREME COURT OF THE UNITED STATES

PACIFIC GAS AND ELECTRIC COMPANY AND
CALIFORNIA ELECTRICITY OVERSIGHT BOARD,
PETITIONERS,

v.

BONNEVILLE POWER ADMINISTRATION, ET AL.,
RESPONDENTS.

APPLICATION FOR AN EMERGENCY EXTENSION OF TIME WITHIN WHICH TO FILE A PETITION FOR A WRIT OF CERTIORARI TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

Petitioners Pacific Gas and Electric Company and the California Electricity Oversight Board respectfully request a brief emergency extension of time, to and including August 6, 2007, within which to file a petition for a writ of certiorari to review the judgment of the United States Court of Appeals for the Ninth Circuit. *See* 28 U.S.C. § 2101(c) (2000); S. Ct. R. 13.5, 22, 30.3. Justice Kennedy had previously granted a 45-day extension. *See* Docket No. 06A1087. The background of this case, the jurisdictional basis, and the opinion under review were described in Petitioners' earlier

application. The Clerk's Office has informed us that they need not be repeated in this application.

The deadline is today, but exceptional circumstances warrant an extension. By early this morning, the Cert. Petition was finalized and ready to transmit to the printer. At 10:30 this morning, Petitioners received word that the D.C. Circuit had just issued an opinion that directly addresses the central issues addressed in the Ninth Circuit's opinion—whether FERC has the authority to enforce refund orders against municipalities once FERC has concluded that the rates charged were unjust and unreasonable. *See Transmission Agency of Northern California v. FERC*, No. 05-1402 (D.C. Cir. July 20, 2007). Today's D.C. Circuit opinion, which is attached, specifically addresses the opinion that is the subject of this Cert. Petition.

Given this development, Petitioners are evaluating whether they do, indeed, wish to proceed with the Petition, and, if so, on what basis. In the few hours remaining before the filing deadline, Petitioners could not rewrite the Petition thoughtfully to address today's D.C. Circuit opinion, secure client approval, and seek feedback from the dozens of lawyers representing non-petitioner parties that have a common interest in this litigation.

Because the Court of Appeals has already issued its mandate, no party will be prejudiced by this brief additional delay in the filing of the Petition. Moreover, this extension is likely to have little effect on the pace of this case because of the Court's summer recess.

If this Court grants the full 60-day extension permitted by the rules, the Cert. Petition would be due August 6, 2007. Accordingly, Petitioners respectfully request an extension of the deadline until August 6.

Respectfully submitted,


E. JOSHUA ROSENKRANZ
*Counsel of Record*
STAN BERMAN
JOSEPH H. FAGAN
Heller Ehrman LLP
7 Times Square
New York, NY 10036
(212) 832-8300

MARK D. PATRIZIO
KERMIT R. KUBITZ
Pacific Gas and Electric Company
77 Beale Street, B30A
Post Office Box 7442
San Francisco, CA 94120

*Counsel for Pacific Gas and Electric Company*

ERIK N. SALTMARSH
STEVEN B. RUSSO
California Electricity Oversight Board
770 L Street, Suite 1250
Sacramento, CA 95814

*Counsel for the California Electricity Oversight Board*


Dated: July 20, 2007