IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| PACIFIC GAS AND ELECTRIC COMPANY,<br>SOUTHERN CALIFORNIA EDISON COMPANY,<br>AND CALIFORNIA ELECTRICITY<br>OVERSIGHT BOARD,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 07-157C<br>(Senior Judge Smith) |
| SAN DIEGO GAS AND ELECTRIC COMPANY,<br>a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 07-167C<br>(Senior Judge Smith) |

**DEFENDANT'S MOTION FOR LEAVE**
**TO FILE A SECOND STATUS REPORT REGARDING**
**PLAINTIFFS' PETITION FOR A WRIT OF CERTIORARI**

Defendant, the United States, respectfully requests that this Court grant defendant leave to file a second status report in this matter. The status report concerns the United States Supreme Court's action related to plaintiffs' petition for a writ of certiorari in BPA v. FERC, 422 F.3d 908 (9th Cir. 2005), which is directly related to our motion to stay this case.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ Jeanne E. Davidson
JEANNE E. DAVIDSON
Director

OF COUNSEL:
Sean B. McNamara
Trial Attorney
Department of Justice

Peter Burger
Attorney
Bonneville Power Administration

John D. Bremer
Attorney
Western Area Power Administration

July 26, 2007

s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 616-0475
Fax: (202) 305-7644

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 26th day of July, 2007, a copy of the foregoing "DEFENDANT'S MOTION FOR LEAVE TO FILE A SECOND STATUS REPORT REGARDING PLAINTIFFS' PETITION FOR A WRIT OF CERTIORARI" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/ Mark A. Melnick