IN THE UNITED STATES COURT OF FEDERAL CLAIMS

PACIFIC GAS AND ELECTRIC COMPANY,
SOUTHERN CALIFORNIA EDISON COMPANY,
AND CALIFORNIA ELECTRICITY
OVERSIGHT BOARD,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

No. 07-157C
(Senior Judge Smith)

SAN DIEGO GAS AND ELECTRIC COMPANY,
a California corporation,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

No. 07-167C
(Senior Judge Smith)

**DEFENDANT'S SECOND STATUS REPORT REGARDING**
**PLAINTIFFS' PETITION FOR A WRIT OF CERTIORARI**

Defendant respectfully submits this status report regarding plaintiffs' petition for a writ of certiorari from the United States Supreme Court. As we informed the Court in our July 23, 2007 status report, two of the plaintiffs in this matter filed with the Supreme Court on July 20, 2007, an emergency application for an extension of time to file a petition for a writ of certiorari in BPA v. FERC, 422 F.3d 908 (9th Cir. 2005). The Supreme Court has granted this application, allowing the petitioners until August 4, 2007, to file their petition.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ Jeanne E. Davidson
JEANNE E. DAVIDSON
Director

s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 616-0475
Fax: (202) 305-7644

Attorneys for Defendant

OF COUNSEL:
Sean B. McNamara
Trial Attorney
Department of Justice

Peter Burger
Attorney
Bonneville Power Administration

John D. Bremer
Attorney
Western Area Power Administration

July 26, 2007

CERTIFICATE OF FILING

I hereby certify that on this 26th day of July, 2007, a copy of the foregoing "DEFENDANT'S SECOND STATUS REPORT REGARDING PLAINTIFFS' PETITION FOR A WRIT OF CERTIORARI" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/ Mark A. Melnick