# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **PACIFIC GAS AND ELECTRIC COMPANY, SOUTHERN CALIFORNIA EDISON COMPANY, AND CALIFORNIA ELECTRICITY OVERSIGHT BOARD,** | * | |
| *Plaintiffs,* | * | Case Nos.07-157C cons. with 07-167C |
| v. | * | Senior Judge Smith |
| | * | Filed: August 3, 2007 |
| **THE UNITED STATES,** | * | |
| *Defendant.* | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court hereby **GRANTS** the Defendant's Motions for Leave to File a Status Report.

The Court further **SCHEDULES** oral argument on Defendant's Motion to Stay and Responses to be held by telephone on Friday, August 24, 2007 at 2:00 p.m. EDT.

**It is so ORDERED.**

s/Loren A. Smith
LOREN A. SMITH
Senior Judge