IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PACIFIC GAS AND ELECTRIC COMPANY,<br>SOUTHERN CALIFORNIA EDISON COMPANY,<br>AND CALIFORNIA ELECTRICITY<br>OVERSIGHT BOARD,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 07-157C<br>(Senior Judge Smith) |
| SAN DIEGO GAS AND ELECTRIC COMPANY,<br>a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 07-167C<br>(Senior Judge Smith) |

**DEFENDANT'S MOTION FOR LEAVE**
**TO FILE A THIRD STATUS REPORT REGARDING**
**THE RELATED PETITION FOR A WRIT OF CERTIORARI**

Defendant, the United States, respectfully requests that this Court grant defendant leave to file a third status report in this matter. The status report concerns a related petition for a writ of certiorari in BPA v. FERC, 422 F.3d 908 (9th Cir. 2005).

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ Jeanne E. Davidson
JEANNE E. DAVIDSON
Director

s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 616-0475
Fax: (202) 305-7644

Attorneys for Defendant

OF COUNSEL:
Sean B. McNamara
Trial Attorney
Department of Justice

Peter Burger
Attorney
Bonneville Power Administration

John D. Bremer
Attorney
Western Area Power Administration

August 8, 2007

CERTIFICATE OF FILING

I hereby certify that on this 8TH day of August, 2007, a copy of the foregoing "DEFENDANT'S MOTION FOR LEAVE TO FILE A THIRD STATUS REPORT REGARDING THE RELATED PETITION FOR A WRIT OF CERTIORARI," was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/ Mark A. Melnick