# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * *

**PACIFIC GAS AND ELECTRIC COMPANY, SOUTHERN CALIFORNIA EDISON COMPANY, AND CALIFORNIA ELECTRICITY OVERSIGHT BOARD,**

*Plaintiffs,*

v.

**THE UNITED STATES,**

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * * * * *

Case Nos.07-157C cons. with 07-167C

Senior Judge Smith

Filed: August 24, 2007

**ORDER**

Per the representations by counsel, the Court hereby **CANCELS** oral argument scheduled for August 24, 2007 and Defendant's Motion to Stay and For More Definite Statement is hereby **WITHDRAWN**.

Defendant shall file and serve its proposed time-line to respond to Plaintiffs' Complaint on or before Friday, August 31, 2007.

**It is so ORDERED.**

s/Loren A. Smith
LOREN A. SMITH
Senior Judge