IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| PACIFIC GAS AND ELECTRIC COMPANY, SOUTHERN CALIFORNIA EDISON COMPANY, AND CALIFORNIA ELECTRICITY OVERSIGHT BOARD,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 07-157C<br>(Senior Judge Smith) |
| SAN DIEGO GAS AND ELECTRIC COMPANY, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 07-167C<br>(Senior Judge Smith) |

**DEFENDANT'S STATUS REPORT REGARDING**
**DEFENDANT'S RESPONSE TO PLAINTIFFS' COMPLAINTS**

Pursuant to the Court's August 24, 2007 Order, defendant submits this status report regarding the parties' agreed-upon time-line for defendant to respond to plaintiffs' complaints. We have consulted with plaintiffs' counsel, and they have represented that plaintiffs concur with this status report.

Plaintiffs have agreed to identify by September 24, 2007, the statements or conduct of the defendant that plaintiffs allege support their claim for anticipatory breach. In particular, plaintiffs will identify the statements or conduct that support the following statement in their

complaints: "Specifically, the Agencies have repudiated, in the FERC proceedings, in appeals from FERC orders, and by their denials of the California IOUs' duly-presented claims, their contractual obligations to the California IOUs, including their obligation to comply with the revised tariff provisions by refunding their unlawful overcharges."

Defendant will then respond to plaintiffs' complaints by Friday, November 30, 2007.[1] The parties reserve the right to revisit the issue of staying this matter should the United States Supreme Court grant Pacific Gas and Electric Company's petition for certiorari in BPA v. FERC, 422 F.3d 908 (9th Cir. 2005).

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ Jeanne E. Davidson by Bryant G. Snee
JEANNE E. DAVIDSON
Director

s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 616-0475
Fax: (202) 305-7644

Attorneys for Defendant

OF COUNSEL:
Sean B. McNamara
Trial Attorney
Department of Justice

Peter Burger
Attorney
Bonneville Power Administration

John D. Bremer
Attorney
Western Area Power Administration

August 31, 2007

---

[1] The parties intend to confer about possibly briefing the issues that might be presented in the Government's response in stages to facilitate their consideration by the Court. Should they reach agreement about that, they will file a subsequent proposal regarding it with the Court.

CERTIFICATE OF FILING

I hereby certify that on this 31st day of August, 2007, a copy of the foregoing "DEFENDANT'S STATUS REPORT REGARDING DEFENDANT'S RESPONSE TO PLAINTIFFS' COMPLAINTS" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/ Mark A. Melnick