# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * *

**PACIFIC GAS AND ELECTRIC COMPANY, SOUTHERN CALIFORNIA EDISON COMPANY, AND CALIFORNIA ELECTRICITY OVERSIGHT BOARD,**

*Plaintiffs,*

v.

**THE UNITED STATES,**

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * * * * *

Case Nos.07-157C cons. with 07-167C

Senior Judge Smith

Filed: September 10, 2007

## ORDER

After review of Defendant's Status Report, and as represented as consented to by the parties, the Court hereby DIRECTS Plaintiffs to identity by September 24, 2007, the statements or conduct of the Defendant that Plaintiffs allege support their claim for anticipatory breach. The Court further DIRECTS Defendant to respond to Plaintiffs' complaints by Friday, November 30, 2007.

The parties may revisit the issue of staying the matter should the United States Supreme Court grant Pacific Gas and Electric Company's petition for certiorari.

**It is so ORDERED.**

s/Loren A. Smith
LOREN A. SMITH
Senior Judge