IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| PACIFIC GAS AND ELECTRIC COMPANY, SOUTHERN CALIFORNIA EDISON COMPANY, AND CALIFORNIA ELECTRICITY OVERSIGHT BOARD,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 07-157C<br>(Senior Judge Smith) |
| SAN DIEGO GAS & ELECTRIC CO.,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 07-167C<br>(Senior Judge Smith) |

**DEFENDANT'S SECOND MOTION FOR AN ENLARGEMENT OF TIME TO FILE A RESPONSE TO PLAINTIFFS' COMPLAINTS AND MOTION TO SET BRIEFING SCHEDULE**

Defendant respectfully requests an enlargement of time of 39 days, to and including January 8, 2008, within which to file our response to plaintiffs' complaints. Our response is now due to be filed on November 30, 2007. This is defendant's second request for an enlargement of time for this purpose. Counsel for plaintiffs has represented that plaintiffs do not oppose this request for an enlargement of time.

Counsel for the United States has made extensive progress preparing defendant's response to plaintiffs' complaints. However, in the course of that preparation, defendant has encountered an issue requiring significant coordination between the relevant agencies and review by high level officials within the Department of Justice. This review is continuing and requires more time to complete. Until this review is finished, defendant cannot complete its response to plaintiffs' complaints. An enlargement until January 8, 2008, should provide defendant sufficient time to finish its review and complete a response.

Further, on September 10, 2007, this Court ordered defendant to file a response to plaintiffs' complaints by November 30, 2007, following defendant's request for an enlargement of time related to Supreme Court proceedings in BPA v. FERC, a matter related to this case. The Supreme Court has yet to decide whether it will grant the petition for a writ of certiorari filed by two of the plaintiffs in this case.[1] An extension of time until January 8, 2008, may provide sufficient time for the Supreme Court to act in BPA v. FERC. Accordingly, we request that the Court grant this enlargement of time.

Finally, counsel for plaintiffs and counsel for defendant have consulted concerning an appropriate initial briefing schedule in this matter. Counsel have agreed upon defendant's January 8, 2008 deadline to file its response to plaintiffs' complaints. Counsel have also agreed that plaintiffs should file their opposition to defendant's response by March 14, 2008, and that defendant should file its reply to plaintiffs' opposition by April 14, 2008. Accordingly, defendant respectfully requests that the Court enter a scheduling order reflecting these dates.

---

[1] The petition has been scheduled for the Court's December 7, 2007 conference.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

s/ Jeanne E. Davidson
JEANNE E. DAVIDSON
Director

s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 616-0475
Fax: (202) 305-7644

Attorneys for Defendant

OF COUNSEL:
Sean B. McNamara
Trial Attorney
Department of Justice

Peter Burger
Attorney
Bonneville Power Administration

John D. Bremer
Attorney
Western Area Power Administration

November 29, 2007

CERTIFICATE OF FILING

I hereby certify that on this 29th day of November, 2007, a copy of the foregoing " "DEFENDANT'S SECOND MOTION FOR AN ENLARGEMENT OF TIME TO FILE A RESPONSE TO PLAINTIFFS' COMPLAINTS AND MOTION TO SET BRIEFING SCHEDULE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/ Mark A. Melnick