# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * *

**PACIFIC GAS AND ELECTRIC COMPANY, SOUTHERN CALIFORNIA EDISON COMPANY, AND CALIFORNIA ELECTRICITY OVERSIGHT BOARD,**

*Plaintiffs,*

v.

**THE UNITED STATES,**

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * * * * *

Case Nos.07-157C cons. with 07-167C

Senior Judge Smith

Filed: November 30, 2007

**ORDER**

The Court hereby **GRANTS** the Defendant's Motion for An Enlargement of Time to File a Response to Plaintiffs' Complaints and Motion to Set Briefing Schedule. Defendant's response shall be filed and served on or before January 8, 2008. Plaintiffs shall file and serve their opposition to Defendant's Response by March 14, 2009 and Defendant shall file and serve its reply by April 14, 2008. A status conference shall be set after the reply is filed.

**It is so ORDERED.**

s/Loren A. Smith
LOREN A. SMITH
Senior Judge