# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * *

**THE PEOPLE OF THE STATE OF CALIFORNIA EX REL., EDMUND G BROWN JR., ATTORNEY GENERAL OF THE STATE OF CALIFORNIA, and the CALIFORNIA DEPARTMENT OF WATER RESOURCES BY AND THROUGH ITS CALIFORNIA ENERGY RESOURCES SCHEDULING DIVISION,**

*Plaintiffs,*

v.

**THE UNITED STATES**,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * * * * *

Case No.07-184C

Senior Judge Smith

Filed: November 30, 2007

**AMENDED ORDER**

The Court hereby **GRANTS** the Defendant's Motion for An Enlargement of Time to File a Response to Plaintiffs' Complaints and Motion to Set Briefing Schedule. Defendant's response shall be filed and served on or before January 8, 2008. Plaintiffs shall file and serve their opposition to Defendant's Response by March 14, 2008 and Defendant shall file and serve its reply by April 14, 2008. A status conference will be set after the reply is filed.

**It is so ORDERED.**

s/Loren A. Smith
LOREN A. SMITH
Senior Judge