IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| PACIFIC GAS AND ELECTRIC COMPANY, SOUTHERN CALIFORNIA EDISON COMPANY, AND CALIFORNIA ELECTRICITY OVERSIGHT BOARD,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 07-157C<br>(Senior Judge Smith) |
| SAN DIEGO GAS & ELECTRIC CO.,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 07-167C<br>(Senior Judge Smith) |

**DEFENDANT'S THIRD MOTION FOR AN ENLARGEMENT OF TIME TO FILE A RESPONSE TO PLAINTIFFS' COMPLAINTS**

Defendant respectfully requests an enlargement of time of 30 days, to and including February 7, 2008, within which to file our response to plaintiffs' complaints. Our response is now due to be filed on January 8, 2008. This is defendant's third request for an enlargement of time for this purpose. Plaintiffs' counsel has informed us that plaintiffs oppose this motion.

Counsel for the United States has made extensive progress preparing defendant's response to plaintiffs' complaints. As we noted in our previous motion to enlarge, we have

encountered an issue requiring significant coordination between the relevant agencies and review by high level officials within the Department of Justice. Further deliberations concerning the issue resulted in the need for elevation to a higher level of review. An enlargement until February 7, 2008, should provide defendant sufficient time to finish its review and complete a response.

The issue concerns the jurisdiction of the Court to entertain these suits. Accordingly, resolution of the issue is critical to our ability to file a comprehensive response to plaintiffs' complaints, and to avoid multiple filings. We recognize that our requests have delayed these proceedings, and we regret any inconvenience we may have caused the plaintiffs or the Court. Our need for additional time has occurred notwithstanding our best efforts to resolve the issue as quickly as possible.

Given our request, and consistent with previous scheduling in this case, we would have no objection to a corresponding shift in plaintiffs' time to file a response to our response to plaintiffs' complaints. In the Court's November 30, 2007 order granting our previous motion to enlarge, the Court set plaintiffs' response date as March 14, 2008, and defendant's reply date as April 14, 2008. Thus, we would concur with moving plaintiffs' response date to April 16, 2008, and our reply date to May 14, 2008.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

s/ Jeanne E. Davidson
JEANNE E. DAVIDSON
Director

s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 616-0475
Fax: (202) 305-7644

Attorneys for Defendant

OF COUNSEL:
Sean B. McNamara
Trial Attorney
Department of Justice

Peter Burger
Attorney
Bonneville Power Administration

John D. Bremer
Attorney
Western Area Power Administration

December 21, 2007

CERTIFICATE OF FILING

I hereby certify that on this 21st day of December, 2007, a copy of the foregoing "DEFENDANT'S THIRD MOTION FOR AN ENLARGEMENT OF TIME TO FILE A RESPONSE TO PLAINTIFFS' COMPLAINTS" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/ Mark A. Melnick