IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| PACIFIC GAS AND ELECTRIC COMPANY, SOUTHERN CALIFORNIA EDISON COMPANY, AND CALIFORNIA ELECTRICITY OVERSIGHT BOARD,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 07-157C<br>(Senior Judge Smith) |
| SAN DIEGO GAS & ELECTRIC CO.,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 07-167C<br>(Senior Judge Smith) |

**SUPPLEMENT TO DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME TO FILE A RESPONSE TO PLAINTIFFS' COMPLAINTS**

Defendant, the United States, respectfully submits this supplemental filing in support of defendant's third motion for an enlargement of time in this matter. Defendant's counsel of record has been out of the office for part of the past two weeks and will remain out of the office for some time due to the serious and prolonged illness of an immediate family member. Accordingly, the Government's resolution of the issue raised in our motion to enlarge has been delayed, as has been the Government's preparation of a response to plaintiffs' complaints. We

regret any inconvenience this will cause the parties or the Court. We have informed plaintiffs of our intent to submit this supplemental filing.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

s/ Jeanne E. Davidson
JEANNE E. DAVIDSON
Director

s/ Mark A. Melnick by Sean B. McNamara
MARK A. MELNICK
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 616-0475
Fax: (202) 305-7644

Attorneys for Defendant

OF COUNSEL:
Sean B. McNamara
Trial Attorney
Department of Justice

Peter Burger
Attorney
Bonneville Power Administration

John D. Bremer
Attorney
Western Area Power Administration

January 3, 2008

CERTIFICATE OF FILING

I hereby certify that on this 3rd day of January, 2008, a copy of the foregoing "SUPPLEMENT TO DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME TO FILE A RESPONSE TO PLAINTIFFS' COMPLAINTS" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/ Mark A. Melnick