# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **PACIFIC GAS AND ELECTRIC COMPANY, SOUTHERN CALIFORNIA EDISON COMPANY, AND CALIFORNIA ELECTRICITY OVERSIGHT BOARD,** | * | |
| *Plaintiffs,* | * | Case Nos.07-157C cons. with 07-167C |
| v. | * | Senior Judge Smith |
| | * | Filed: January 4, 2008 |
| **THE UNITED STATES,** | * | |
| *Defendant.* | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**AMENDED ORDER**

Before the Court is Defendant's Opposed Motion for Enlargement of Time, and Supplemental Brief in Support of Enlargement of time. In light of Defendant's assertions in its supplemental brief, and in this instance only, the Court hereby **GRANTS** Defendant's Motion for Enlargement of Time. Defendant shall file its answer on or before February 7, 2008.

**It is so ORDERED.**

s/Loren A. Smith
LOREN A. SMITH
Senior Judge