IN THE

UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| PACIFIC GAS AND ELECTRIC COMPANY, SOUTHERN CALIFORNIA EDISON COMPANY, AND CALIFORNIA ELECTRICITY OVERSIGHT BOARD,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant.<br><br>SAN DIEGO GAS & ELECTRIC COMPANY, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 1:07-cv-00157-LAS<br><br>No. 1:07-cv-00167-LAS<br><br>Consolidated<br><br>**HON. LOREN A. SMITH**<br><br>**PLAINTIFFS' UNOPPOSED MOTION TO SET BRIEFING SCHEDULE** |

**PLAINTIFFS' UNOPPOSED MOTION TO SET BRIEFING SCHEDULE**

Plaintiffs Pacific Gas & Electric Company, Southern California Edison Company, and San Diego Gas & Electric Company respectfully submit the following unopposed motion to set a briefing schedule in connection with the United States' anticipated motion in response to the Plaintiffs' complaints.[1]

Previously, this Court set a briefing schedule and ordered the United States to file its responsive pleading by January 8, 2008. The United States then filed a Third Motion for an

[1] Attorneys for Plaintiff California Electricity Oversight Board ("EOB") have also indicated their consent to the briefing schedule proposed herein.

Enlargement of Time seeking to extend the time to file its responsive pleading to February 7, 2008, and to adjust the briefing schedule accordingly. The Court granted the United States' Third Motion for an Enlargement of Time, and all parties now wish to set forth a briefing schedule preserving a timetable similar to the one agreed to previously.

The United States agrees to the following briefing schedule suggested by Plaintiffs:

1. Plaintiffs shall file any opposition to the United States' responsive pleading within 60 days of the date the United States' motion is filed; and
2. The United States shall file any reply to Plaintiffs' opposition within 31 days of the date the opposition is filed.

Plaintiffs respectfully request that the Court set a briefing schedule accordingly.

DATED: January 9, 2008

By: s/ Marie L. Fiala
MARIE L. FIALA

HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268

**ATTORNEY OF RECORD FOR PLAINTIFF PACIFIC GAS AND ELECTRIC COMPANY**

**OF COUNSEL:**

RUSSELL P. COHEN
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268

STAN BERMAN
PEGGY J. WILLIAMS
LISA D. HARDIE
HELLER EHRMAN LLP
701 Fifth Ave, Suite 6100
Seattle, WA 98104-7098
Telephone: (206) 447-0900
Facsimile: (206) 447-0849

MARK PATRIZIO
PACIFIC GAS AND ELECTRIC COMPANY
77 Beale Street, MailCode B30A
San Francisco, CA 94105
Telephone: (415) 973-6344
Facsimile: (415) 973-5520

Attorneys for Plaintiff
Pacific Gas and Electric Company

DATED: January 9, 2008

By: s/ Jane I. Ryan
JANE I. RYAN

STEPTOE & JOHNSON LLP
1330 Connecticut Avenue NW
Washington, DC 20036
Telephone: (202) 429-3000
Facsimile: (202) 429-3902

**ATTORNEY OF RECORD FOR THE SOUTHERN CALIFORNIA EDISON COMPANY**

**OF COUNSEL:**

DANIEL C. SAULS
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue NW
Washington, DC 20036
Telephone: (202) 429-3000
Facsimile: (202) 429-3902

LEON BASS, JR.
SOUTHERN CALIFORNIA EDISON COMPANY
2244 Walnut Grove Avenue
Rosemead, CA 91770
Telephone: (626) 302-6967

Attorneys for Plaintiff Southern California Edison Company

DATED: January 9, 2008

By: s/ Laura Lindgren
LAURA LINDGREN

HENNIGAN BENNETT & DORMAN LLP
865 S. Figueroa Street
Los Angeles, California 90017
Telephone: (213) 694-1200
Facsimile: (213) 694-1234

**ATTORNEY OF RECORD FOR THE SAN DIEGO GAS & ELECTRIC COMPANY**

**OF COUNSEL:**

J. MICHAEL HENNIGAN
ROBERT W. MOCKLER
HENNIGAN BENNETT & DORMAN LLP
865 S. Figueroa Street
Los Angeles, California 90017
Telephone: (213) 694-1200
Facsimile: (213) 694-1234

Attorneys for Plaintiff the San Diego Gas & Electric Company