# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**PACIFIC GAS AND ELECTRIC COMPANY, SOUTHERN CALIFORNIA EDISON COMPANY, AND CALIFORNIA ELECTRICITY OVERSIGHT BOARD,**

*Plaintiffs,*

v.

**THE UNITED STATES,**

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * * * * * *

Case Nos.07-157C cons. with 07-167C

Senior Judge Smith

Filed: January 14, 2008

**ORDER**

The Court hereby **GRANTS** the Plaintiffs' Unopposed Motion to Set Briefing Schedule. The Plaintiffs shall file any opposition to the United States' responsive pleading within 60 days from the date the United States' motion is filed; and the United States shall file any reply within 31 days of the date the opposition is filed. The Court will thereafter set a hearing date.

**It is so ORDERED.**

s/Loren A. Smith
LOREN A. SMITH
Senior Judge