IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PACIFIC GAS AND ELECTRIC COMPANY, SOUTHERN CALIFORNIA EDISON COMPANY, AND CALIFORNIA ELECTRICITY OVERSIGHT BOARD,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 07-157C<br>(Senior Judge Smith) |
| SAN DIEGO GAS & ELECTRIC CO.,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 07-167C<br>(Senior Judge Smith) |

**DEFENDANT'S MOTION FOR LEAVE TO FILE BRIEF IN EXCESS OF 40 PAGES**

Pursuant to Rule 5.2(b)(1) of the Rules of the United States Court of Federal Claims,[1] defendant, the United States, respectfully requests leave of the Court to file a response to plaintiffs' complaints that exceeds the 40-page limit specified by RCFC 5.2(b)(1). As we have noted in previous filings, these are complex cases involving a sophisticated regulatory regime. The complaints present numerous claims about multiple sets of transactions engaged in by two

[1] Rule 5.2(b)(1) provides that, "[e]xcept by leave of the court on motion, a party's initial brief or memorandum shall not exceed 40 pages . . . ."

different agencies in two separate markets governed by two different tariffs. Each tariff is hundreds of pages in length. Moreover, the underlying facts involve the protracted events of the California energy crisis of 2000-2001, which has been the subject of its own history of lengthy related administrative and judicial litigation. We have made a diligent effort to limit the length of our brief, but in light of the complexity of this case, we require additional pages to respond to plaintiffs' complaints.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

s/ Jeanne E. Davidson
JEANNE E. DAVIDSON
Director

s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 616-0475
Fax: (202) 305-7644

OF COUNSEL:
Sean B. McNamara
Trial Attorney
Department of Justice

Peter Burger
Attorney
Bonneville Power Administration

John D. Bremer
Attorney
Western Area Power Administration

January 31, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 31st day of January, 2008, a copy of the foregoing "DEFENDANT'S MOTION FOR LEAVE TO FILE BRIEF IN EXCESS OF 40 PAGES" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/ Mark A. Melnick