# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**PACIFIC GAS AND ELECTRIC COMPANY, SOUTHERN CALIFORNIA EDISON COMPANY, AND CALIFORNIA ELECTRICITY OVERSIGHT BOARD,**

*Plaintiffs,*

v.

**THE UNITED STATES,**

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * * * * * *

Case Nos.07-157C cons. with 07-167C

Senior Judge Smith

Filed: February 5, 2008

**ORDER**

The Court hereby GRANTS Defendant's Motion for leave to file brief in excess of 40 pages. Plaintiffs' and Defendant's briefs shall be no longer than 60 pages each.

**It is so ORDERED.**

s/Loren A. Smith
LOREN A. SMITH
Senior Judge