[Original Sheet Nos. 53 through 55 reserved for future use.]

# PX TARIFF SCHEDULE 2

# PX CLEARINGHOUSE, CREDIT POLICIES, BUSINESS PRACTICES AND BANKING

**Schedule 2**

**PX Clearinghouse Credit Policies,
Business Practices And Banking**

**INTRODUCTORY STATEMENT**

A single legal entity may choose to participate in the PX Core Market through multiple business units as separate PX Core Market Participants. In addition, Participants can also participate in the CTS Market. In such instances, all PX credit requirements and monitoring of the multiple PX Core and CTS Participants will be conducted on a consolidated basis. This monitoring shall include all creditworthiness requirements, collateral requirements, and payment obligations to or from the PX. Default procedures, including the proportional charge-back, shall be handled separately for each market. This credit consolidation shall not apply to market activity or invoicing, which shall be provided at the PX Core Participant and CTS Participant levels.

**1. Financial Requirements for All PX Participants**

**1.1 Initial Financial Requirements**

Each Core Market Participant must meet each of the following minimum financial requirements in order to become certified to trade in the Core Market:

- Provide the PX with its latest annual audited financial statements or other equivalent evidence of solvency and creditworthiness;
- Not be in default of any of its obligations to the PX; and
- Make a collateral deposit, as described in Section 2 of this Schedule, to cover expected collateral requirements resulting from expected Core Market activities.

**1.2 Credit Scoring**

Credit scoring shall be done with regard to each legal entity participating in the Core and CTS Markets to determine the unsecured line of credit, if any, that the PX will grant and will apply to the CTS and Core Markets. Amounts in excess of the unsecured line of credit will require a third party guarantee such as a letter of credit, surety bond or parental guarantee as collateral.

The PX shall keep the amount of the unsecured line of credit granted to each Participant confidential. However, the PX will report the exposure in the form of unsecured lines of credit in the aggregate as part of the normal financial reporting to the PX Board of Governors. The PX will notify each Participant in writing of the amount of its unsecured line of credit. If the Participant's credit requirement subsequently exceeds the unsecured line of credit, the Participant shall be responsible for providing collateral for 100% of the excess of credit requirement over the unsecured line of credit. Under such a situation, the Participant will receive a call for additional collateral from the PX. Failure to provide the PX with additional

collateral by the deadline given by the PX shall result in the application of liquidation and default procedures as currently in place in the applicable PX Tariff, CTS Rate Schedule, Operating Manual or CTS Information Guide.

**1.3 Information Requirements for Credit Scoring Process**

PX Participants who wish to obtain an unsecured line of credit must provide to the PX the required data necessary to allow the PX to complete the credit scoring process and determine the amount, if any, of the unsecured line of credit. The burden of providing complete, accurate and timely information to the PX is on the Participant. Failure to provide enough relevant information for the PX to make a credible judgment shall result in a "low" rating until sufficient information has been provided. A low rating shall require the Participant to support 100% of its collateral requirements with a form of collateral acceptable to the PX.

The PX shall require the following information: (1) up to five years of annual, audited financial information; (2) the last calendar year of quarterly or interim financial statements. Annual financial statements must be audited and must include a letter of opinion or a statement from an independent public accountant.

After review of the financial data provided, the PX may submit to the Participant a number of requests for such additional information as may be needed. The PX may also request an onsite meeting to obtain further information about the Participant's operations. Whether information is adequate to reach an opinion about the creditworthiness of the Participant is a matter solely within the discretion of the PX.

**1.4 Use of Rating Agency Information**

A credit rating from any of the leading rating agencies (Moody's, Standard & Poors, Duff & Phelp's, Fitch, Dominion Bond Rating Service or Canadian Bond Rating Service) is not required to participate in the PX credit scoring process.

If a Participant has a rating from any of the above agencies, however, the PX may use such a rating in its credit scoring decision. If a Participant's long-term or short-term rating is below investment grade, the Participant shall receive a "low" credit score from the PX and shall not be eligible to receive an unsecured line of credit. Likewise, any Participant with a long-term or short-term rating that is one level above non-investment grade and has been placed on credit watch with negative outlook, shall also not be eligible for an unsecured line of credit.

The PX requires stand-alone or "natural" ratings. If a participant's rating is credit enhanced, the PX will discount the value of the enhancement in the credit scoring process and look to the stand-alone rating. In other words, a credit enhanced rating that is investment grade may not carry much weight in PX credit scoring process. Additional evidence of financial strength and creditworthiness will be required in order to receive an unsecured line.

### 1.5 Credit Scoring Methodology

There is no set formula for predicting a participant's credit score. The credit score shall be principally based on the quantitative assessment of the Participant's short-term financial strength as well as qualitative information gathered from Participant responses to PX data requests and the onsite visit. The PX shall determine which financial ratios and other factors are relevant based on the nature of the Participant's business.

The PX shall furnish a credit rating of Superior, High, Med+, Med or Low. Specific requirements must be met in order for a Participant to receive a Superior rating (see Section 1.5.1 below). The credit scoring received by a Participant will correspond to a formula that will determine the amount of the unsecured line of credit as shown in the table below. The amount of the unsecured line will be a percentage of the company's adjusted tangible net worth (ATNW).

| ***Rating* Class** | ***Formula*** | ***Maximum Line (In $US Dollars)*** |
|---|---|---|
| Superior | See Section 1.5.1 | See Section 1.5.1 |
| High | 10% of ATNW | $10 million |
| Med + | 7% of ATNW | $5 million |
| Med | 5% of ATNW | $3 million |
| Low or Not Rated | N/A | NONE |

The PX shall reserve the right to adjust at any time the amount of the unsecured line of credit granted to any Participant. However, no Participant shall receive an unsecured line of credit greater than the amounts listed in the maximum line column for its Rating Class.

#### 1.5.1 SUPERIOR RATINGS

During the transition period of California electric industry restructuring a Superior Rating will be given to only those Participants who meet all the following requirements:

- Remain a mandated, full requirements customer of the PX under AB 1890 for the duration of the transition period as defined by the CPUC and FERC; and,
- have a stand-alone, short-term rating of A-1 by Standard & Poor's or a stand-alone, short-term rating of P-1 by Moody's; and,
- continue to receive all exchange, scheduling, settlement and clearing services from the PX.

If a Participant receives a Superior rating, there is an unlimited line of credit for the Core Market activity, but the unsecured line of credit in the CTS Market is limited to $10 million.

### 1.6 Adjusted Tangible Net Worth (ATNW)

In determining ATNW, the PX shall start with the basic Generally Accepted Accounting Principles (GAAP) equity equation: (Assets – Liabilities = Equity). Based on a review of the financial data and other information available to the PX, it may in its discretion make adjustments to both the asset and liability side of the equation to arrive at a value for ATNW.

Assets may be excluded entirely from the asset side of the equation if it is determined that the recovery of plant investment through regulated rates or through market mechanisms is questionable. Adjustments may also be made for out-of-market long term contracts, various off balance sheet liabilities, stranded costs, under performing assets, non-recognized liabilities or any asset with a market value lower than its book value. Particular attention will be paid to the source of cash-flow and assets to pay the short-term obligations to the PX.

For governmental entities, cash reserves or five-year-average operating cash flow may be used in place of ATNW.

### 1.7 Ongoing Financial Monitoring And Surveillance

The PX shall determine whether an applicant meets the initial financial requirements in Section 1.1 for the CTS and Core Markets, and shall also conduct annual and quarterly reviews of the PX Participant's financial status to determine continuing compliance. The PX may conduct additional reviews as it deems necessary to ensure that each PX Participant, at all times, meets the minimum creditworthiness standards required by the PX.

After the initial credit scoring, the PX shall perform an annual review of a Participant's credit score as well as quarterly updates to the Participant's credit file and ongoing monitoring of information about the Participant or events that could affect the Participant. The Participant shall supply information when requested to the PX in order to continue to receive an unsecured line of credit. Failure to supply requested information within a reasonable period of time may result in the PX changing a Participant's credit score to "low."

If the PX requests the Participant to post a form of collateral due to a circumstance described above, the PX at its sole discretion will give the Participant a time deadline in order to make collateral arrangements and comply with the new requirements. Future Trading shall be suspended pending the posting of the required collateral. Failure to post collateral by the time deadline may trigger the application of default and liquidation procedures.

#### 1.7.1 Parental Guarantees

If a PX Participant requests that its parent company provide a parental guarantee for the purposes of serving as a guarantor for the PX Participant, the PX shall credit score the parent company using the same procedures and rules described in this Schedule 2. The PX shall determine a credit score for the parent company and determine an amount based on the parent company's ATNW. This amount, subject to the maximum limits, will be the total amount the PX is willing to accept from the guarantor in a parental guarantee. A parent company may serve as guarantor for multiple Participants, but the total of the amounts guaranteed may not exceed the

total amount of exposure the PX is willing to accept from the guarantor as determined by the PX's credit scoring process. If there is more than one Participant being guaranteed by the same parent the maximum will be allocated to the Participants based on the parent's written allocation instructions.

### 1.8 Partial Requirement Customers with Prior Unlimited Credit

In the past, the PX has allowed a Participant with a short-term rating from Standard & Poor's of A-1 or a short term rating of P-1 from Moody's to participate in the Core Market without a collateral limit for the full amount of its unsecured credit exposure. Likewise, the PX has accepted parental guarantees without an amount limit from guarantors with an A-1/P-1 rating. Implementation of credit scoring as described in this document will impose new limits on the these Participants without collateral requirements and may require them to provide the PX with a form of collateral. Such Participants shall be allowed a credit policy transition period commencing with the effective date of these changes before the new credit scoring rules will apply. If, at the end of the credit policy transition period, a Participant has failed to provide the necessary data to allow the PX to complete the credit scoring, the PX Participant may receive an automatic "low" rating and be required to post collateral for 100% of its exposure.

### 1.9 Participant's Solvency

If the PX determines that there is a strong likelihood that any Participant may become insolvent, the PX may in its discretion take any action necessary to protect the PX and its Participants from potential loss. Such actions may include limiting the Participant's form of collateral to a letter of credit.

## 2. PX PARTICIPANT COLLATERAL

Each PX Participant shall post collateral for 100% of its requirements in excess of the unsecured line of credit in order to participate in the CTS and Core Markets. PX Participants are expected to maintain sufficient collateral so that, in most instances, additional daily collateral collections will not be required. If a Core Market PX Participant is also a CTS Participant, then the collateral shall be applied to the aggregate collateral requirement for both the Core and CTS Markets.

### 2.1 Form of Collateral

Collateral shall be payable to the PX in one or more of the following forms:

1. An irrevocable and unconditional standby letter of credit in United States dollars, issued by a bank or financial institution domiciled in the United States that has and maintains a credit rating of not less than A (long-term) or A1 (short-term) as determined by Standard and Poor's rating group, <u>or</u> not less than A2 (long-term) or P-1 (short-term) as determined by Moody's Investor Services, Inc., and which letter of credit is in a form acceptable to the PX; and/or

2. A cash deposit in the PX Participant restricted cash collateral account in United States dollars, maintained at a bank or financial institution designated by the PX; and/or

3. Other liquid collateral acceptable to the PX may be provided in lieu of cash; and/or

4. An unconditional and irrevocable surety bond in United States dollars, issued by an insurance company domiciled in the United States, which has and maintains a credit rating of not less than A as determined by Standard and Poor's, or not less than A2 as determined by Moody's Investor Services, Inc. and not less than A- (and a minimum size rating of VIII) by Best's Insurance Guide and Key Ratings, and is listed on the U.S. Department of Treasury's Listing of Approved Securities (Department Circular 570), and which surety bond is in a form acceptable to the PX; and/or

5. An unconditional and irrevocable written corporate guarantee in United States dollars, issued by the PX Participant's parent company, provided that the parent company has been pre-approved by the PX through the credit scoring process.

A PX Participant shall not use a corporate guarantee to meet collateral requirements if it has been granted an unsecured line of credit by the PX. In order to use a corporate guarantee, the Participant's parent company must meet eligibility rules for serving as guarantor as described in the credit scoring section of this Schedule 2.

### 2.2 Collateral Requirement

The collateral required of each Core Market Participant shall be calculated as described in this section.

**Day-Ahead/Day-Of Market**

Each PX Participant shall maintain sufficient collateral to cover its aggregate outstanding liabilities in the Day-Ahead and Day-Of Markets to and from the PX between cash clearing cycles or during the period in which the liabilities are incurred and when payment is billed and settled. The collateral requirement is calculated at the transaction level and thus may vary by transaction type.

**Real Time Market**

Each PX Participant shall maintain sufficient collateral to cover the estimated potential Real Time aggregate outstanding liabilities to and from the PX between cash clearing cycles or during the true-up period in which the liabilities are incurred and when payment is billed and settled. The collateral requirement is estimated at the transaction level and by a PX Participant's Real Time exposure history and thus may vary by transaction type and among PX Participants.

### 2.2.1 CTS

If a Core Market PX Participant is also a CTS Participant, then the collateral requirement will be aggregated for both the Core and CTS Markets.

### 2.3 Monitoring of Daily Collateral

Each day after the market closes and the back office processes are completed, the PX shall review each PX Participant's total activity in all markets and calculate the total collateral requirement and compare the results to the amount of the PX Participant's total posted collateral.

The PX may place courtesy phone calls to PX Participants whose required collateral is 70% or more of their daily collateral. If a PX Participant's collateral requirement exceeds 100% of the collateral, the PX shall issue a call for collateral. This call for collateral requires that the PX Participant post the necessary amount of additional collateral to meet the collateral requirement. Trading in all the Core Markets shall be suspended pending the resolution of the collateral call.

The PX reserves the right to issue calls for collateral during and after the trading session to fulfill the collateral requirement and minimize the risk to all Participants. The PX Participant shall post the required amount in collateral, regardless of events following any call for collateral.

### 2.4 Deadline to Post Daily Collateral

If required, a call for collateral shall be issued to a Core Market PX Participant by 1:30 p.m. PPT for the shortfall in its daily collateral. The PX Participant must post the required collateral no later than 5:30 a.m. PPT on the day following the call for collateral. If the required additional collateral is not posted by this deadline, participation in the Day-Ahead/Day-Of market shall be suspended for that PX Participant. The PX will attempt to contact the PX Participant to secure information prior to taking any actions. However, if collateral is not posted by the deadline and corrective action is not taken, the PX shall have the right to immediately exercise any remedies available to it, including suspending PX participation and drawing on the PX Participant's collateral.

### 2.5 PX Participant Access to Excess Amounts of Cash in its Cash Collateral Bank Account

Each PX Participant may request distribution of excess cash in its cash collateral account no more frequently than once per calendar week. All requests for release of excess cash are required to be made in writing by an authorized PX Participant representative. Requests received by the close of business on Wednesday will be processed no later than Friday and will not be considered to be part of the PX Participant's collateral as of close of business Thursday. Amounts less than $50,000 are not eligible for withdrawal.

## 3. POOL PERFORMANCE BOND

The PX shall maintain a surety pool performance bond for the Core Market in an amount deemed sufficient by its Governing Board to cover the PX Participant defaults only to the extent that such defaults exceed the PX Participant's collateral amount in the market. The initial pool performance bond amount will be $20 million and any subsequent changes must be approved by the PX Governing Board. The defaulting PX Participant shall be held separately liable by the surety company for draws on the Pool Performance Bond.

### 3.1 Defaulting PX Participant Indemnity to Surety for Pool Performance Bond

The PX has contracted with American Home Assurance Company (Surety) to provide a $20 million Pool Performance Bond which will cover all eligible PX Participants who have met the underwriting requirement of the PX for inclusion in the PX Core Market. The Surety and/or amount of the Pool Performance Bond may change from time to time as designated by the PX. By participating in the Core Market, each and every PX Participant who is in default of any of its obligations to the PX under the PX Tariff agrees to be bound to the Surety under the following terms and conditions for inclusion in the $20 million Pool Performance Bond:

The PX Participant has agreed to be included and will be added as a principal to the Pool Performance Bond issued by American Home Assurance Company for the Core Market. Each PX participant must sign and return an Indemnity Letter with the provider of this surety bond. In certain circumstances, the PX may require the parent company of the PX Participant to execute the Indemnity Letter. The Indemnity Letter shall incorporate commercially reasonable terms and conditions.

In consideration for the Surety providing the Bond, the PX Participant agrees to indemnify, keep indemnified, and hold and save the Surety harmless against all demands, claims, losses, costs, damages and expenses, including but not limited to attorneys' fees, and any liability sustained or incurred by the Surety by reason of the Surety executing or procuring the execution of the Bond, or renewing and continuing the Bond.

The PX Participant further agrees that if demand is made upon the Surety for payment under the Bond, the PX Participant shall, upon receipt of a first written or simple demand by the Surety (which shall be conclusive evidence that such sum is due and payable), immediately agree to make such payment or place with the Surety such funds (subject to the Bond amount), without proof or condition that such claim has merit and or such claim was rightfully submitted by the PX, and make such payment without any question or delay and whether or not such demand, in the opinion of the PX Participant, is a proper demand.

The PX Participant hereby acknowledges and agrees that under the terms of the PX Participation Agreement, the PX Tariff, and the Pool Performance Bond, the nature of the Surety's obligation under the Pool Performance Bond is such that the Surety is required to make payment within 20 days of a notice of default by a PX Participant, whether or not such default

has been established as a fact or has merit and that certain rights of defense usually afforded the Surety and the PX Participant to the PX's claim are being waived.

In the event of a failure to comply with such demand the PX Participant hereby authorizes and empowers any attorney of any court of record of the United States or any of its territories or possessions to appear for the PX Participant in any suit by Surety and to confess judgment against the PX Participant for any sum or sums of money up to the amount of the Bond with costs, interest, and attorneys' fees. The authority to confess judgment as set forth herein shall not be exhausted by any one exercise thereof, but may be exercised from time to time and more than one time until all liability of the PX Participant to Surety shall have been paid in full.

## 4. INVOICING AND PAYMENTS

### 4.1 The Monthly Day-Ahead / Day-Of and Real Time Invoice

The PX shall prepare and send to each PX Participant an invoice which reflects all payments and charges related to PX services or market involvement for the market and timeframe indicated on the invoice.

### 4.2 Billing Cycle

The Payments Calendar posted on the PX website constitutes the schedule for the issuance of invoices and for the exchange of funds between the PX and PX Participants.

### 4.3 PX Payment Procedures

Each PX Participant acknowledges that it incurs separate financial obligations to the PX in respect to its PX Core Market transactions and to the CTS Division in respect to its CTS Market transactions and agrees that settlement within the PX Core Market shall be PX's sole responsibility, and the calculation of the reconciliation with the PX Core Market and the Block Forwards Market shall be CTS's sole responsibility. All PX Participants shall honor their obligations to pay all of the amounts owed to the PX in a timely manner.

#### 4.3.1 Priority in Payments of the PX Administration Charge

The PX may instruct the PX Bank to debit the PX Clearing Account and transfer to the relevant PX account sufficient funds to pay in full the PX Administration Charge falling due on any Payment Day in priority to any other payments to be made on that or on subsequent days out of the PX Clearing Account.

#### 4.3.2 Payments Via Fedwire by PX Participants

All payments by the PX Participants shall be made to the PX Clearing Account via the Fedwire System for funds to be received at the PX Clearing Account no later than noon PPT on the Payment Due Date. If the PX Participant's Settlement Account is with the PX Bank, such PX Participant may choose, as an alternative to the Fedwire System, a different fund transfer

method within the PX Bank provided that such transfer is (a) irrevocable and (b) it ensures that funds are received in the PX Clearing Account for value by noon on the Payment Date.

All payments by PX to the PX Participants shall be made via the Fedwire System for funds to be received at the PX Participants' Settlement Accounts no later than the close of banking two business days after the Payment Date. If a PX Participant's Settlement Account is with the PX Bank, PX may choose, as an alternative to the Fedwire System, a different fund transfer method within the PX Bank, provided that such transfer is (a) irrevocable and (b) it ensures that funds are received in the PX Participant's Settlement Account for value by the close of banking business two (2) days after the Payment Date.

**4.3.3 Overpayments**

If for any reason a PX Creditor receives on any Payment Date more than the amount to which it is entitled under the PX Tariff, it shall notify the PX within two (2) Business Days from the date of receipt of the funds into its Participant Settlement Account of the overpayment and shall forthwith pay the excess amount into a PX Account specified by the PX.

**4.3.4 Repayment of Overpayment**

If prior to a PX Creditor notifying the PX of the overpayment pursuant to Section 4.3.3 above, PX receives notice (from the PX Bank or otherwise) of the overpayment, the PX shall within two (2) Business Days notify the recipient of the overpayment. The PX shall be responsible for ascertaining the identity of those PX Participants entitled to receive amounts overpaid to another PX Participant and for disbursing those funds to the persons entitled to them promptly after they are returned in accordance with Section 4.3.3 above.

**4.3.5 Underpayments**

If, for any reason, a PX Creditor receives on the relevant Payment Date less than the amount to which it is entitled under the PX Tariff, the PX Creditor shall notify the PX within two (2) Business Days after the Payment Date of the amount of the underpayment, and the PX, after consultation with the PX Bank, shall use all reasonable efforts to identify such entity as shall have received any corresponding overpayment and shall act promptly to correct the underpayment. If, by reason of its negligence, the PX holds or has under its control after five (5) Business Days from receipt in the PX Clearing Account amounts which it ought properly to have paid to PX Participants, such PX Participants shall be entitled to interest on such amounts at the PX Clearing Account Interest Rate, for such period as the PX negligently holds or has such amounts under its control.

**4.3.6 PX Responsibilities**

On the payment due date, the PX shall determine whether all payments due to the PX clearing account have been received. If any such amount has not been received, the PX shall determine which PX Participants have failed to make payment owed by them and take steps to allow the PX clearing account to clear.

In the event that the PX reasonably believes that a Default Amount is likely to be paid no later than close of banking business on the Business Day following the Payment Date, then if the defaulting PX Debtor is a PX Participant which has provided collateral available to the PX, the PX may delay calling upon or proceeding to realize that daily collateral until after the close of business on the Business Day following the Payment Date; provided that in all cases default interest at the PX Default Interest Rate will nonetheless accrue on the Default Amount and charged to the PX Debtor.

**4.4 Prepayments**

A PX Participant may elect to pay earlier than the payment date provided it has already executed a prepayment account agreement and set up a separate prepayment account in its name with the PX. The PX Participant then needs to notify PX at least two business days prior to the prepayment date. Notifications must specify the dollar amount prepaid and the payment date to which the prepaid funds are intended to be applied.

In situations where the PX Participant has not previously executed a prepayment account agreement and established its own prepayment account with the PX, the PX Participant may temporarily Fedwire funds to a PX designated general prepayment account. The PX Participant shall then notify the PX at least two Business Days prior to the prepayment date. Notifications shall specify the dollar amount prepaid and the payment date to which the prepaid funds are intended to be applied. The prepayments into this general prepayment account shall not be segregated by PX Participant and shall not be subject to interest payments by the PX.

Prepayments shall reduce the Participant's daily collateral only to the extent of the unpaid PX invoice. All prepayments by PX Participants shall be made via Fedwire using the PX designated wiring instructions.

Funds designated as prepayment by a PX Participant may be used by the PX to recoup or offset outstanding financial obligations of that PX Participant to the PX or other PX Participants and the PX shall be authorized to debit the relevant prepayment account for this purpose.

**4.5 Payment Communications**

If a PX Participant is unable to use the Fedwire system due to failure of the Fedwire system, then the PX Participant must notify the PX by telephone and use an alternative wire transfer provider specified by the PX. If the PX is unable to use the Fedwire system due to failure of that system, then the PX shall attempt to transfer funds using an alternative funds transfer provider.

**5. PARTICIPANT DEFAULT**

If a PX Participant default occurs in the Core Market, the PX Participant will be deemed to have defaulted in all CTS and Core Markets. Likewise, a CTS Participant default will be deemed to have defaulted in the Core Market. The default mitigation process would take place in the respective markets.

### 5.1 Allocation of Loss Between the Core and CTS Markets

If a PX Participant default occurs and the PX Participant was trading in both the Core and CTS Markets, the following methodology will be used to allocate the loss between markets:

1. Apply the PX Participant's total collateral to recover the total loss for both markets;
2. Any remaining loss not covered in Step 1 will be allocated according to the ratio of each market's loss to the total loss;
3. Any remaining loss will be carried through the respective market default procedures.

### 5.2 Payment Default

The PX will calculate the amounts available for distribution to PX Creditors not later than the end of the second Business Day after the Payment Due Date and will instruct the PX Bank to remit via the Fedwire System from the PX Clearing Account to the relevant PX Creditors' Settlement Accounts the aggregate amounts determined by the PX to be available for payment to PX Creditors. If the PX determines that all or any part of any amount due to be remitted by a PX Participant to the PX Clearing Account has not been remitted, PX shall take the necessary action, to the extent immediately available with reasonable commercial efforts, to mitigate loss as outlined in Section 5 of this Schedule.

The PX Participant's collateral requirement shall be increased by any overdue amount while such amount remains unpaid to the PX.

#### 5.2.1 Enforcement of Defaulting PX Debtor Collateral

The PX shall make reasonable efforts to enforce the defaulting PX Debtor's Security to the extent necessary to pay the Default Amount.

#### 5.2.2 Use of Pool Performance Bond

The PX shall draw on the Pool Performance Bond for any default amounts in excess of the Participant's posted collateral and shall allocate the remaining default amount to all PX Participants in accordance with the proportional charge-back methodology described below in Section 5.2 of this Schedule.

#### 5.2.3 Use and Replenishment of Liquidity Credit Line

If it is not practicable to obtain funds in time to effect payments required within a Billing Period, the PX may temporarily bridge this timing gap by utilizing the PX Liquidity Credit Line.

The PX shall apply payments of Default Amounts remitted to the PX Clearing Account first to replenish any usage of the PX Liquidity Line which was created as a result of the default and then to debts to PX Creditors in the order of the creation of such debts, with the oldest outstanding debts of that defaulting PX Participant settled first.

### 5.2.4 Defaults in Excess of PX Participant Collateral and Pool Performance Bond

Any PX debtor's residual liabilities that are not remedied through the mitigation process described above shall be allocated to each non-defaulting PX Participant according to the proportional charge-back methodology described in 5.2 of this Schedule. For the purpose of calculating the proportional charge-back, one PX Participant defaulting on one payment obligation constitutes a single event of default.

### 5.2.5 Set-Off

The PX may recoup, set-off and apply any amount to which any defaulting PX Participant is entitled towards satisfaction of any of that PX Participant's debts for all PX and Core markets payable to PX Creditors pursuant to the PX Settlement and Billing Procedures under the PX Tariff and PX Rate Schedule. The oldest outstanding amounts will be settled first among those PX Participants who were PX Creditors in the order of the creation of such debts.

### 5.2.6 Default Interest

PX Debtors shall pay interest on Default Amounts, which includes late payments, at the PX Default Interest Rate for the period from the relevant Payment Date to the date on which the payment is received by the PX together with any related transaction costs incurred by the PX. Interest is charged on the outstanding PX Participant's payment starting with one day's interest on the payment due date for all late payments, increasing daily until the outstanding payment is remedied.

### 5.3 PX Core Market Proportional Charge-Back Methodology

In the event that amounts owed to the PX Participants on a payout date cannot be fully paid due to an insufficiency of funds in the PX clearing accounts, the PX will allocate the shortage to the PX Participants using the proportional charge-back methodology described below. If payments are recovered, they will be remitted to the relevant PX Participants on the same basis using the same ratio as the original charge-back.

Default charge-back to PX CORE MARKET Participants shall be assessed using the following methodology:

The PX Participant's outstanding default amount will be charged back to all current PX Participants based upon the percentage of its gross sales in MWhs to the total gross MWhs sales in the Core Market during the three calendar months preceding the event plus the current month-to-date.

### 5.4 Remedies Upon Default by a PX Participant

If a PX Participant becomes aware that a payment for which it is liable will not be remitted to the clearing account on time, it shall immediately notify the PX of the delay and the factual reason for the non-payment. If the PX Participant fails to pay any sum or to perform any other obligation to the PX or to CTS when due, then the PX may, in its sole discretion and without

further notice to the defaulting PX Participant or regard to formalities of any kind, pursue all remedies under Section 5.

### 5.5 Identification of Defaulting Participant

When default charge-backs are allocated to PX Participants under Section 5 of this Schedule, the PX will identify the defaulting Participant to all other affected PX Participants by the most expeditious means available.

## 6. BANKING

### 6.1 Declaration of Trust

All PX Accounts established pursuant this section shall be opened and operated by the PX in trust for the PX Participants. Each such account shall be maintained at a bank or other financial institution residing in the United States.

### 6.2 No Commingling

The PX shall not commingle any funds standing to the credit of a PX Account with its other funds. The PX shall promptly withdraw any amounts paid into a PX Account representing amounts paid for the account of the PX.

### 6.3 Prohibition on Transfers

The PX shall at no time instruct the PX Bank to transfer any sum from a PX Account to another account (not being a PX Account) unless that account is a PX Participant Settlement Account or the amount is owed to the PX under the PX Tariff, or the amount is owed to the ISO under the ISO Tariff.

### 6.4 PX Participant Settlement Account

The PX requires each PX Participant to designate a PX Participant settlement account located at a financial institution in the United States that is acceptable to the PX. This account will accept payments by the PX to clear the Core Market Activities. All PX Participants are required to submit, prior to being certified to trade in the Core Market, a letter to the PX which lists their contact persons for handling the payment of PX invoices and Fedwire instructions for their PX Settlement Account. This letter needs to be addressed to the PX CFO and signed by an authorized person. Any subsequent changes to the information contained in this letter need to be in writing signed by an authorized person and addressed to the PX CFO.

### 6.5 PX Authorization to Operate Bank Accounts

The PX shall establish and operate the following accounts:

1. ***Clearing Account.*** The account in which all payments from and to PX Participants are made during cash clearing cycles.

2. ***Adjustment Account.*** Where, in the course of the Settlement and Billing process referred to in the PSABP, the PX determines that the Charges calculated as due from PX Debtors are higher or lower than the Payments calculated as due to PX Creditors in relation to the same Trading Day, the PX shall on the Payment Date credit or debit the Adjustment

Account and transfer such funds from or to the Clearing Account to balance the Clearing Account to zero.

The Adjustment Account shall only be used for the credits or debits described above in the event that the amount to be credited, or debited, for one or more charges or payments does not exceed a certain amount, the level of which shall be determined from time to time by the PX Governing Board.

In the event that there are accumulated funds standing in credit of the Adjustment Account in excess of an amount to be determined by the PX Governing Board, such excess shall be distributed to PX Participants in a manner to be determined by the PX Governing Board.

In the event that the accumulated debit balance of the Adjustment Account exceeds at any time an amount to be determined by the PX Governing Board, the PX shall notify the PX Governing Board, which will determine the appropriate action to be taken.

Any amounts paid to the PX in respect of acts or defaults giving rise to default interest, penalties, damages, fines, losses, reimbursement of costs or expenses, or other similar payments by PX Participants, shall be first applied to reimburse the PX the expense, loss or cost the PX has incurred or will incur as a result of such act or default. The excess shall then be credited to the Adjustment Account.

All amounts standing to the credit or debit of the Adjustment Account shall be held at all times in trust for PX Creditors.

3. ***Suspense Account.*** If, in the course of the Settlement and Billing process, the PX determines that the charges or payments referred to in the ISO Settlements file contain insufficient information to settle with PX Participants, the PX will, on the Payment Date, credit or debit the Suspense Account and transfer such funds from or to the Clearing Account.

The Suspense Account shall only be used for the credits or debits described above in the event that the amount to be credited, or debited, for one or more charges or payments does not exceed a certain amount, the level of which will be determined by the PX Governing Board from time to time. If such amount exceeds the maximum level, the PX will take further actions with the ISO to obtain the information necessary to settle the charges. If, at some point, the PX Governing Board determines that it is necessary to allocate the payments and charges held in this account, the PX will do so in a manner approved by the PX Governing Board and post notice of the action on its Home Page.

4. ***Liquidity Credit Line.*** The proceeds of drawings under this credit line shall primarily be used as a means to temporarily bridge any gap in the cash clearing timeline to PX Creditors and the ISO to the extent funds are available in the PX Liquidity Credit Line. Possible causes for timing gaps in the clearing cycle include but are not limited to the following: defaults, bankruptcies, late payments and system malfunctions. Once all outstanding obligations have been collected, the Liquidity Credit Line shall be promptly paid-off. The cost of funding and operating the PX (net of default interest paid by PX Debtors on Default Amounts advanced from the PX Credit Line) shall be recoverable through the PX Administration Charge.

5. ***Other accounts.*** The PX may maintain any other accounts that it deems necessary or convenient. Each such account shall be maintained at a bank or other financial institution selected by the PX in its sole discretion. No PX Participant shall have any beneficial or other right to any funds in any PX accounts except in accordance with this Tariff.

The PX is authorized to establish and maintain bank accounts and obtain lines of credit and other banking facilities it deems necessary or convenient for the operation of its billing and payment systems. The PX shall keep funds standing to the credit of a PX Participant for the PX market completely separate from funds for the CTS markets.

[Original Sheet Nos. 73 through 86 reserved for future use.]

California Power Exchange Corporation
FERC Electric Tariff
Third Revised Volume No. 1

Original Sheet No. 87

# PX TARIFF SCHEDULE 3

# DETERMINATION OF MARKET CLEARING PRICE

Issued by: Scott D. Rasmussen, General Counsel
Issued on: August 2, 2000

Effective: June 7, 2000

EXH. 2.69

**Schedule 3**

**Determination of Market Clearing Price**

## 1.0 METHODOLOGY

On each Trading Day, the PX shall, for each Settlement Period in that Trading Day, create an aggregate Energy Supply curve by combining all Supply Bids and an aggregate Energy Demand curve by combining all Demand Bids. The aggregate Demand and Supply will be created as entries in tables sorted in merit order. The segments at which the Supply and Demand curves intersect will be determined by a topological (two-dimensional in this case) binary search procedure.

### 1.1 Identifying the Point of Intersection in Certain Cases.

If at least one of the intersecting Demand and Supply segments has a non-zero and non-infinite slope, or if one of the intersecting segments is vertical and the other non-vertical, the point of intersection will be determined by a direct calculation. The initial Market Clearing Price will then be set at the intersection price, so that all PX Sellers with a portion of their output priced at or below the initial Market Clearing Price will be selected to submit Disaggregated Bids under the PX Scheduling and Control Procedures ("PSCP") in the PX Operating Manual at their corresponding Generation levels, and all Demand priced at or above the Market Clearing Price will be selected to submit Disaggregated Bids under the PSCP for the corresponding Demand. If there is no Inter-zonal Congestion when all Preferred Schedules are submitted to the ISO by the PX and other Scheduling Coordinators, the initial Market Clearing Price will become final. If there is more than one point of intersection, the Market Clearing Price will be determined in accordance with the following paragraph of this Section 1.1. If there is no point of intersection because all Demand Bid prices are lower than the lowest priced Supply Bid (after netting out all non-economic Generation and an equal quantity of Demand), no Energy will be traded, other than Energy associated with non-economic Generation.

If both intersecting Demand and Supply segments are vertical (that is are parallel with the price ($/MWh) axis of graph) and overlap, then the Demand to be met and the Supply Bids accepted will be the common quantity (MWh) coordinate, and the Market Clearing Price (MCP) will be set at the higher of the lowest Demand Bid price and the lowest Supply Bid price at this MWh level.

### 1.2 Tied Bids.

When the MCP equals the Minimum Price, all supply quantities, other than those associated with RMR Energy bid at the Minimum Price, Eligible Regulatory Must-Take Generation and Eligible Must-Run Generation, will be reduced on a pro rata basis until supply matches demand, or until these quantities are reduced to zero. Eligible Regulatory Must-Take Generation, Eligible Regulatory Must-Run Generation and Reliability Must-Run Generation bid at the Minimum Price will not be pro rated, but will be treated under the Overgeneration conditions of Section 6.0 of Schedule 4 if supply still exceeds demand after elimination of all other bid quantities.

Issued by: Scott D. Rasmussen, General Counsel
Effective: June 1, 2000
Issued on: August 2, 2000
Filed to comply with order of the Federal Energy Regulatory Commission, Docket No. ER00-2387-000, issued June 23, 2000.

### 1.3 Administered Prices.

For those hours when PX Overgeneration exists and the marginal Demand Bid price is equal to the minimum price referred to in Section 3.3 of the PX Tariff, the Market Clearing Price will be that minimum price. For those hours when the marginal Supply Bid is equal to the maximum price specified by the PX under Section 3.3 of the PX Tariff, the Market Clearing Price will be that maximum price. For those hours when there is not enough Supply to meet Demand, the Market Clearing Price will be the lower of the maximum price specified by the PX under Section 3.3 of the PX Tariff or the price determined in accordance with the PX Operating Manual. The PX shall manage the mitigation of Overgeneration in accordance with Section 6.0 of Schedule 4.

### 1.4 Market Clearing Prices in the Presence of Congestion.

If there is Congestion, Market Clearing Prices will be determined for each affected Zone and Scheduling Point in accordance with the methodologies described below.

### 1.5 Calculation of Zonal and Scheduling Point Price.

If the ISO does not perform Congestion Management on a Trading Day, or if Congestion Management is undertaken but the Final Schedule for the PX is unchanged from the Preferred Schedule and no Usage Charges are set by the ISO, then the MCP determined in accordance with the foregoing provisions of this Section 1 will be the MCP in each Zone for the relevant Trading Day.

### 1.6 Zonal Market Clearing Prices (MCPs) Incorporating Usage Charges.

If the ISO performs Congestion Management on a Trading Day and the Final Schedule for the PX is changed from the PX's Preferred Schedule for any Settlement Period in circumstances where the ISO has set Usage Charges, the PX will calculate:

(a) the cost (determined from the resource's Adjustment Bid used in Congestion Management) of the last increment of Energy to be provided by each Generating Unit or System Resource (as adjusted by the applicable GMM) included in the Final Schedule for the PX which will not be operating at the lower end of the MWh range of its Adjustment Bid;

(b) the cost (determined from the resource's Adjustment Bid used in Congestion Management) of the last increment of Energy reduction to be provided by each Dispatchable Load (or export) included in the Final Schedule for the PX which will not be operating at the upper end of the MWh range of its Adjustment Bid; and

(c) a separate MCP for each Zone by adjusting the MCP determined under Section 1.1 above so that:

(i) the difference in the MCP for the Zones on either side of a Congested Inter-Zonal Interface will equal the Usage Charge applicable to that interface;

(ii) the MCP in each Zone will be greater than or equal to the incremental cost for each resource in the Zone as calculated under (a) and (b) above; and

(iii) the MCP for each Zone is no higher than necessary to satisfy conditions (i) and (ii) above. This may result in negative MCPs in one or more Zones.

**1.7 Implicit Bid Price.**

If the ISO performs Congestion Management and the Final Schedule quantity is greater than the maximum Adjustment Bid quantity of a Supply Schedule, or less than the minimum Adjustment Bid of a Demand Schedule, the PX will assume that the higher of (a) the highest Adjustment Bid accepted by the ISO or (b) the uncongested Market Clearing Price is the implicit bid price at the Final Schedule quantity for purposes of the Zonal Market Clearing Price calculation.

**1.8 Application of Excess/Deficit Funds.**

During hours of Congestion, if the ISO's Usage Charges do not match the surplus collected by the PX due to different Zonal and Scheduling Point prices, the PX may collect excess funds (or incur a deficit in funds). The PX will rebate (or collect) any remaining excess (or deficit) in funds to or from PX Participants in accordance with the applicable provisions of the PX Operating Manual.

[Original Sheet Nos. 91 through 94 reserved for future use.]

Case 2:07-cv-05591-MGE-AJM Document 38-125-3 Filed 07/31/2008 Page 6 of 60



# PX TARIFF SCHEDULE 4

# BIDDING AND BID EVALUATION SCHEDULE

**Schedule 4**

**Bidding and Bid Evaluation**

## 1.0 OBJECTIVES AND DEFINITIONS

### 1.1 Objectives.

The objective of this Bidding and Bid Evaluation Schedule is to facilitate the submission of Supply Bids and Demand Bids by PX Participants to the PX and the evaluation of those bids by the PX in the Day-Ahead Market and the Hour-Ahead Market for Energy. This schedule also provides for the submission to the PX of Ancillary Services bids, Adjustment Bids and Supplemental Energy bids by PX Participants for onward submission by the PX to the ISO.

#### 1.1.1 The Role of the PX.

The PX operates an Energy auction for the PX Markets on behalf of PX Participants. The PX also acts as a Scheduling Coordinator for certain PX Participants, while other PX Participants have alternative arrangements for submitting Schedules to the ISO. In the case of the latter group, not all provisions of this schedule are applicable.

### 1.2 Definitions.

In this schedule, the following words and expressions shall have the meanings set forth opposite them:

**"Activity Rules"** means the set of rules relating to the submission of Supply Bids and Demand Bids in the PX's Energy auction and the set of rules relating to the submission of Adjustment Bids to the PX by PX Participants, prepared by the PX as amended from time to time.

**"Economic Generation"** means Generation other than Reliability Must-Run Generation, Eligible Regulatory Must-Take Generation or Eligible Regulatory Must-Run Generation.

**"Maximum Price"** means the maximum price ($MWh) which may be specified in a Demand Bid or a Supply Bid as notified by the PX to PX Participants from time to time.

**"Maximum Size"** means the maximum size (MWh) of a Demand Bid or a Supply Bid as notified by the PX to PX Participants from time to time.

**"Minimum Price"** means the minimum price ($/MWh) which may be specified in a Demand Bid or a Supply Bid as notified by the PX to PX Participants from time to time.

**"Minimum Size"** means the minimum size (MWh) of a Demand Bid or a Supply Bid as notified by the PX to PX Participants from time to time.

**"PX Home Page"** means the PX Internet home page at http://www.calpx.com or such other Internet address as the PX shall publish from time to time.

**"RMR Energy"** means the Energy to be delivered pursuant to the ISO's RMR Dispatch Notices, as defined in Section 2.2.12.2 of the ISO Tariff.

**"TA System"** means the electronic communications system used by the PX and PX Participants to conduct, across the WEnet, the Day-Ahead and Day-of Markets.

**1.3 Communications.**

In this schedule, references are made to the normal means of electronic communication between the PX and the ISO (i.e., WEnet) and the normal means of electronic communication between the PX and the PX Participants (i.e., in the case of the Day-Ahead Market, the TA System). In the event of a total or partial failure of the WEnet, the alternative communication arrangements specified in the ISO Tariff and Protocols shall apply. In the event of a total or partial failure of the TA System, the alternative communication arrangements specified in the PX Operating Manual in the PX Communication Procedures (PCP) and the PX Emergency Recovery Procedures (PERP) shall apply.

**2.0 GENERAL BIDDING PROCEDURES**

**2.1 PX Day-Ahead Bidding Sequence.**

The following are the steps to develop the Day-Ahead Schedules in sequential order.

**2.1.1 Receipt and Validation of Bid Data.**

Each PX Participant shall submit its Day-Ahead bids in the format specified by this schedule. Upon receipt, the PX will validate all bids to ensure that the bid format has been followed and to check for consistency with the data in the Master File.

**2.1.2 Portfolio Bidding.**

With certain exceptions described in Section 3.2.2 of this Schedule 4, bids submitted into the auction that leads to the PX's initial Preferred Schedule need not be attributed to any particular Demand, Generating Unit or System Resource. Such a bid is referred to as a portfolio bid, and the entity submitting it as a portfolio bidder. If any part of a portfolio bid is accepted into the PX's initial Preferred Schedule, it shall be that portfolio bidder's responsibility to convert the portfolio bid into a schedule of Demands, Generating Units, and System Resources which yields Demand and effective Generation equal to the quantity the PX has accepted from the portfolio bid. The PX shall submit the resulting schedule to the ISO as part of the initial Preferred Schedule.

**2.1.3 PX Participant Data Submitted to the PX.**

In addition, all PX Participants will submit their Supply Bids and Demand Bids to the PX, at the time and in the manner specified in this schedule.

**2.1.4 Preparation of the Tentative PX Schedule.**

The PX will perform the following steps:

(a) create aggregate Supply and Demand curves;
(b) determine a Day-Ahead Market Clearing Price, total Demand and resulting Schedule for each hour and communicate that price, along with the resulting tentative Schedule, to the PX Participants; and
(c) manage PX Overgeneration when conducting the PX Energy auction.

**2.1.5 Closing the PX Auction.**

The PX will close the Energy auction when the time allotted by the PX for the Energy auction has elapsed. The PX will then determine, absent Congestion, the hourly Market Clearing Price, total Demand and, absent PX Overgeneration, the resulting Schedule for each Settlement Period and communicate to each PX Participant the Market Clearing Price and the aggregate quantity of Energy to be purchased and sold by that PX Participant. The PX will then conduct the PCQM process. When the PX identifies PX Overgeneration, it will follow the procedures set out in Section 6.0 of this schedule and reflect the outcome in its notification to PX Participants. At this point, the PX will require any successful PX Participant that has previously used portfolio bidding to convert the portfolio to site and resource specific information including: bus specific Demand schedules; individual Generating Unit and System Resource schedules by location and quantity, including any scheduled delivery receipts at Scheduling Points for each Settlement Period; and Contract Usage Schedules using various transmission rights as the ISO may define in the ISO Tariff from time to time. All PX Participants will be invited to submit Ancillary Services bids, Adjustment Bids for use by the ISO to relieve Congestion and Supplemental Energy Bids for use by the ISO to balance Supply and Demand in real time.

**2.1.6 Validation of Schedules.**

Upon receipt of the information, the PX will validate individual unit schedules, Adjustment Bids and Ancillary Services bids.

**2.1.7 PX Initial Preferred Schedule.**

The PX will submit its initial Preferred Schedule, together with Adjustment Bids and transmission Contract Usage Schedules and Supplemental Energy bids, to the ISO.

**2.1.7.1 Submission and Withdrawal of Supplemental Energy Bids.**

Supplemental Energy bids submitted to the PX for forward submission to the ISO may be submitted at any time after the Day-Ahead Market closes, but must be submitted to the PX no later than fifteen (15) minutes prior to the deadline established by the ISO for receipt by the ISO of such Supplemental Energy bids by the PX. Withdrawal of any such Supplemental Energy bids must be submitted to the PX at least fifteen (15) minutes prior to the deadline for withdrawal of Supplemental Energy bids established by the ISO. Withdrawal may be accomplished by submitting a new Supplemental Energy bid that replaces the previous Supplemental Energy bid, but has quantity equal to the Final Scheduled quantity.

**2.1.8 Development of the Final PX Schedule.**

Upon receipt of the initial Preferred Schedule from the PX and other Scheduling Coordinators the ISO will evaluate potential Congestion. If the ISO finds that Inter-Zonal Congestion exists, the ISO will produce Suggested Adjusted Schedules. If the PX receives a Suggested Adjusted Schedule, it will resubmit the original initial Preferred Schedule as its Revised Schedule. Upon receipt of a Revised Schedule, the ISO will reapply Congestion Management. The ISO will determine Final Schedules for Energy, Final Schedules and prices for Ancillary Services and the Usage Charge for Congested Inter-Zonal Interfaces. On receipt of this information from the ISO, the PX will then notify all PX Participants of the relevant details of the Final Schedule, Zonal Market Clearing Prices for Energy, and final Ancillary Services schedules and prices.

**2.1.9 Ancillary Services.**

The PX shall, where possible, forward to the ISO any Ancillary Services bids submitted to it by PX participants in connection with any auction for Ancillary Services conducted by the ISO. In addition, the PX shall act as Scheduling Coordinator for the physical delivery of Ancillary Services, including inter-Scheduling-Coordinator Ancillary Service transfers, which PX Participants have committed in the CTS Ancillary Services Market.

**2.1.10 Generation Meter Multipliers.**

The PX will use the applicable Generation Meter Multipliers designated by the ISO Tariff and Protocols for specified purposes.

**2.1.11 Transmission Contract Usage Schedules.**

The PX will use the applicable Transmission Contract Usage Schedule designated by the ISO Tariff and Protocols for specified purposes.

**2.2 PX Hour-Ahead Bidding.**

The following are the steps to develop the Hour-Ahead Schedules in sequential order.

**2.2.1 Receipt and Validation of Bid Data.**

Each PX Participant shall submit its bid information in the format specified by this schedule. Upon receipt, the PX will validate all bids to ensure that the bid format has been followed and to check for consistency with the data in the Master File. No portfolio bids will be accepted in the Hour-Ahead Market.

**2.2.2 Hour-Ahead Bid Evaluation.**

The PX will evaluate the bids it receives for the Hour-Ahead Market according to the bid evaluation methodology described in Schedule 3 of the PX Tariff ("Determination of Market Clearing Price"). The prices so derived apply only to the Energy traded in the Hour-Ahead Market. If Overgeneration occurs in the Hour-Ahead Market, the PX shall mitigate the Overgeneration according to Section 6.6 of this schedule.

**2.2.3 Calculation of Hour-Ahead Schedules.**

The output from the PX Hour-Ahead evaluation will be the Supply and Demand deviations in the relevant hour from the corresponding Final Day-Ahead Schedule. The PX will adjust the Final Day-Ahead Schedule by the output of the Hour-Ahead bid evaluation to arrive at the Hour-Ahead Schedules.

**2.2.4 Submission of Schedules and Bids to the ISO.**

The PX will submit the resulting Hour-Ahead Schedules, together with any Adjustment Bids and Supplemental Energy Bids to the ISO.

**2.2.5 Receipt of Hour-Ahead Schedules.**

Upon notification by the ISO that the PX Hour-Ahead Schedules have been accepted or notification of any required adjustments to relieve Congestion, the PX will communicate to all the PX Participants in the auction to which the Market Clearing Price applies which of the Schedules submitted to it have been accepted, and which, if any, of the Adjustment Bids have been accepted.

**2.3 Final Schedule Information from the PX to PX Participants.**

The PX will provide the following information to each PX Participant for each Settlement Period of the Trading Day in relation to its own trading through the PX:

**(a) Supply.**

(1) The name and identification code of each Generating Unit or System Resource appearing in a Final Schedule; (2) the scheduled quantity of Energy for each such Generating Unit or System Resource; (3) the quantity of Energy scheduled as RMR Energy for each such Generating Unit; (4) the quantity of Energy scheduled under Eligible Regulatory Must-Run Generation requirements and Eligible Regulatory Must-Take Generation requirements; (5) the quantity of Energy (if any) to be supplied under Inter-Scheduling Coordinator Trades involving the PX and another Scheduling Coordinator in each Zone which is to be reflected in the Final Schedule of a Scheduling Coordinator other than the PX and the designated Scheduling Coordinator for that Energy; (6) any scheduled quantities of Spinning Reserve, Non-Spinning Reserve, Replacement Reserve, and, if applicable, Regulation purchased or accepted by the ISO; (7) Black Start requirements; (8) the Market Clearing Price and/or Zonal price of Energy; and (9) capacity reservation prices for Spinning Reserve capacity, Non-Spinning Reserve capacity, Replacement Reserve capacity and Regulation capability.

**(b) Demand.**

(1) The name and identification of the PX Buyer; (2) the quantity of Energy scheduled for each PX Buyer in a PX Final Schedule, (3) the quantity of Energy (if any) to be purchased by the PX Buyer under Inter-Scheduling Coordinator Trades involving the PX, which is to be reflected in a Final Schedule of a Scheduling Coordinator other than the PX, and the details of such designated Scheduling Coordinator; (4) the Market Clearing Price and/or Zonal price; and (5) whether Demand is scheduled as Non-Spinning Reserve or Replacement Reserve and the capacity reservation and prices payable for that Demand.

## 3.0 PX DAY-AHEAD BIDDING PROCEDURES FOR ENERGY TRADES

### 3.1 Timeline for Day-Ahead Bidding.

The Day-Ahead Market starts at 6:00 pm two (2) days ahead of the Trading Day and closes at 1:15 pm on the day ahead of the Trading Day when the PX notifies each PX Participant of the details of the Final Day-Ahead Schedules which pertain to that PX Participant. The timeline for the Day-Ahead Market, including the timing for submitting bids, is described in the PX Scheduling and Control Procedures (PSCP) of the PX Operating Manual.

### 3.2 Bid Data.

#### 3.2.1 Submission of Bids.

PX Participants wishing to participate in the PX Energy auction, which leads to the production of the PX's Preferred Schedule for the Day-Ahead Market, must submit bids which comply with the

requirements of this Section 3.2, Section 3 of the PX Tariff and applicable provisions of the PSCP. PX Participants may submit bids up to fourteen (14) days in advance of the Trading Day.

### 3.2.2 Supply Bids.

A Supply Bid (Generation or import) shall specify the effective Energy (i.e. the amount of Energy at the Load center which can be determined by taking a Generating Unit's planned actual output or import quantity and adjusting that output or quantity by the GMM applicable to the relevant Generator location or Scheduling Point). Supply bids will be related to the following seven (7) categories of energy:

1) import;
2) Economic Generation;
3) Inter-Scheduling Coordinator Trades not supplying RMR Energy;
4) Eligible Regulatory Must-Run Generation;
5) Eligible Regulatory Must-Take Generation;
6) RMR Energy; and
7) Inter-Scheduling Coordinator Trades supplying RMR Energy.

A Supply Bid must include the following information for each Settlement Period of the Trading Day:

(a) the PX Participant's name and ID code;
(b) bid type, i.e. Supply Bid, Generating Unit (name and/or identification code, location), scheduled import (name, Control Area, Scheduling Point) or portfolio;
(c) the amount of effective Energy in each bid type;
(d) the Settlement Period for which the bid applies;
(e) the Trading Day for which the Day-Ahead bid applies (month, day and year);
(f) the $/MWh values referred to in Section 3.4 of this schedule, which must be in the format specified in Section 3.4; and
(g) the Scheduling Coordinator in whose Schedule the Supply Bid will be reflected (if other than the PX) under Inter-Scheduling Coordinator Trades.

If a Day-Ahead Supply Schedule or Import Schedule includes a bid to provide Ancillary Services, the bid shall provide information in the format specified under the ISO Tariff.

If a Day-Ahead Supply Schedule includes the use of transmission contracts, the bid shall include the transmission contract schedules in the format specified in the ISO Tariff.

**3.2.2.1 Portfolio Supply Bids**

Portfolio Supply Bids shall be limited by the categories of Energy (listed in Section 3.2.2) that may be combined within a single portfolio. Energy categories may be combined in a portfolio only within the following groups:

Group A: (1) import, (2) Economic Generation, and (3) Inter-Scheduling Coordinator Trades not supplying RMR Energy

Group B: (4) Eligible Regulatory Must-Run Generation and (5) Eligible Regulatory Must-Take Generation

Group C: (6) RMR Energy and (7) Inter-Scheduling Coordinator Trades supplying RMR Energy

**3.2.3 Demand Bids.**

A Demand Bid (Demand or export) shall include the following information for each Settlement Period of the Trading Day:

(a) the PX Participant's name and ID code;
(b) bid type, i.e. Demand (name, Zone) or scheduled export (name, Control Area, Scheduling Point);
(c) the effective Energy in each Demand portfolio;
(d) the Settlement Period for which the bid applies;
(e) the Trading Day for which the bid applies (month, day and year); and
(f) the $/MWh values referred to in Section 3.4 of this schedule which must be in the format specified in Section 3.4;
(g) Adjustment Bids in the format specified by the ISO for Congestion Management; and
(h) the Scheduling Coordinator in whose Schedules the Demand Bid will be reflected if (if other than the PX under Inter-Scheduling Coordinator Trades).

If a Day-Ahead Demand Bid or export bid includes a bid to provide Ancillary Services, the bid shall be in the format specified in the ISO Tariff.

If a Day-Ahead Demand Bid or export bid includes the use of transmission contracts, the bid shall include the transmission contract schedules in the format specified in the ISO Tariff.

**3.3 Standing Bids and Default Bids.**

**3.3.1 Standing Bids.**

[Note: There currently is no provision for Standing Bids.]

**3.3.2 Default Bids.**

A PX Participant may provide the PX with a default bid file, in a form specified by the PX, to be used by the PX as the bid of that PX Participant for a Trading Day when and if:

(a) the PX Participant has notified the PX, pursuant to Section 2.1.2(a) of the PX Communications Procedures (PCP) in the PX Operating Manual, that it is unable to use the TA System; and
(b) the PX Participant has authorized the PX to utilize the bid in its default bid file for that Trading Day.

**3.4 Format for Day-Ahead Supply Bids and Demand Bids.**

**3.4.1 Table of Price/Quantity Pairs.**

Supply Bids and/or Demand Bids shall be prepared as a table listing not more than sixteen (16) quantity-price pairs which, when taken together, define a fifteen (15) segment piece-wise price/quantity curve. In preparing the tables, a PX Participant must ensure that the following restrictions are observed:

(a) prices and quantities must comply with the significant figures restriction and decimal place requirements of the relevant screen in the TA System; namely, MWh to one decimal place (e.g., 10.2) and $/MWh to two decimal places (e.g., $3.23);
(b) quantities cannot be less than the Minimum Size nor more than the Maximum Size;
(c) prices must not be less than and must include the Minimum Price and must not be more than and must include the Maximum Price;
(d) for Supply Bids the piece-wise linear curve must show prices which increase with quantity (i.e., the curve must not include horizontal line segments (parallel to the quantity axis) but must have an upward slope);
(e) for Demand Bids the piece-wise linear curve must show prices which decrease with quantity (i.e., the curve must not include horizontal line segments (parallel to the quantity axis) but must have a downward slope);
(f) each Supply Bid and each Demand Bid must contain a minimum of two (2) price-quantity pairs.

**3.4.2 Price Inelastic Bids.**

If a PX Participant wishes to submit a bid which represents no price elasticity, then, for the purposes of Section 3.4.1 of this schedule, the price-quantity pairs in the table shall be defined as follows:

(a) for an inelastic Demand (that is a Demand (Demand MWh) which must be met irrespective of price), two price-quantity pairs should be submitted as:
   (i) Maximum Price-Demand MWh; and
   (ii) Minimum Price-Demand MWh; and

(b) for an inelastic Supply (that is a Supply (Supply MWh) which must be sold irrespective of price), two price-quantity pairs should be submitted as:
   (i) Minimum Price-Supply MWh; and
   (ii) Maximum Price-Supply MWh.

**3.4.3 Separate Supply Bids and Demand Bids.**

PX Participants that may be able either to buy or sell Energy, and that wish to move between buying and selling depending on the Market Clearing Price (e.g. a pumped storage plant), must submit a separate Supply Bid and Demand Bid.

**3.4.4 Format.**

Where a PX Participant submits Supply Bids or Demand Bids to the PX, otherwise than by means of the TA System (in accordance with the PCP), it shall submit its bid data in the import format utilized by the TA System.

**3.5 Activity Rules.**

PX Participants must comply with the requirements of the Activity Rules in connection with their participation in the PX's Energy auction.

[Note: The scope of the Activity Rules will not extend to the submission of Supply Bids or Demand Bids until iterations are introduced into the PX's Energy auction. The Activity Rules will, however, apply to the submission of Adjustment Bids with effect from 1.1.98 – see Section 8 of this schedule.]

**3.6 Post Close Quantity Match (PCQM) Process.**

**3.6.1 Day-Ahead Timeline for PCQM Process.**

The PX will begin accepting PCQM Supply Bids and Demand Bids at 7:05 am on the day ahead of the Trading Day for each Settlement Period of the Trading Day, and the process will be completed by 7:25 am, when the PX publishes PCQM awards. The detailed timeline is spelled out in Section 2 of the PX Scheduling and Control Procedures (PSCP) of the PX Operating Manual.

**3.6.2 Bid Data.**

With the exception of monetary bid values ($/MWh), which will not be submitted with PCQM bids, PCQM bid data shall be the same as those specified in Section 3.2.2 and 3.2.3, above.

## 4.0 PX HOUR-AHEAD BIDDING PROCEDURES FOR ENERGY TRADING

## 5.0 BID VALIDATION

### 5.1 PX Security Amount.

#### 5.1.1 PX Security Amount Validation Check.

The PX will check following the issuance of Final Schedules on each Trading Day:

(a) that each PX Participant that relies on maintaining an Approved Credit Rating to enable it to trade in the PX Energy auction still holds a credit rating which qualifies as an Approved Credit Rating; and

(b) that each PX Participant that is required to provide guarantees or other forms of credit support, pursuant to Section 2.4 of the PX Tariff, to enable it to trade in the PX Energy auction, does not have outstanding aggregate commitments for net purchases of Energy (in kWh) which, when multiplied by the PX Indicative Price, would exceed 100% of the PX Security Amount provided by the PX Applicant.

#### 5.1.2 Notification of Failure of Validation Check.

The PX will notify, via the TA System, any PX Participant which fails the validation check described in Section 5.1.1 of this schedule. All bids submitted by a PX Participant prior to such notification will be treated as validly submitted but, following notification, the PX Participant in question will not be entitled to submit any further bids under this schedule and will be denied access to the TA System, until such time as it is able to pass the validation check as a consequence of the provision of additional guarantees or other credit support or by reducing its outstanding commitments for net purchases of Energy.

### 5.2 Validation of Bids.

#### 5.2.1 Initial Validation.

The PX shall, immediately following receipt of each Demand Bid and each Supply Bid, undertake an initial validation to ensure that:

(a) price and quantity data have been included for each Settlement Period in the Trading Day; and

(b) bid prices and quantities comply with the requirements of Section 3.4 of this schedule.

#### 5.2.2 Second Stage Validation.

The PX shall, in accordance with the timing requirements of the PSCP, undertake a second stage validation of each Supply Bid and each Demand Bid to ensure that (otherwise than in

respect of those matters checked under Section 5.2.1 of this schedule) the bid is compliant with the requirements of this schedule.

**5.3 Notification of Errors and Rejection of Bids.**

Non-conforming and / or late bids will be rejected by the PX. Bids received that fail validation due to invalid bid format or violating the limits specified in the Master File or violation of the Activity Rules will also be rejected. If a corrected bid is received in time, it will be included in the PX evaluation process.

**6.0 Mitigation of Overgeneration.**

**6.0.1 Mitigation in the Day-Ahead Market.**

If the PX identifies PX Overgeneration in the course of the Energy bid evaluation process, it shall manage the situation in accordance with the following steps:

**Step 1:** the PX shall, to the extent necessary to eliminate Overgeneration, reject all Supply Bids received from PX Participants in the PX auction other than Supply Bids relating to Eligible Regulatory Must-Take Generation, Eligible Regulatory Must-Run Generation, and RMR Energy Bid Quantities at the Minimum Price.

**Step 2:** if PX Overgeneration remains following the completion of Step 1 above, the PX shall determine the total quantity of Supply Bids relating to Eligible Regulatory Must-Run Generation and Eligible Regulatory Must-Take Generation which must be rejected.

(a) If the total quantity of RMR Energy bid at the Minimum Price exceeds the total quantity of Energy in Demand Bids, the PX will reject all Supply Bids related to Eligible Regulatory Must-Run Generation and Eligible Regulatory Must-Take Generation and proceed to Step 3, below.

(b) Otherwise, each PX Participant's Eligible Regulatory Must-Run Generation Bid quantities and Eligible Regulatory Must-Take Generation Bid quantities shall be rejected first in proportion to the net Overgeneration in the PX Participant's portfolios *(i.e.*, the PX Participant's Eligible Regulatory Must-Run Generation Energy Bid quantities, Eligible Regulatory Must-Take Generation Energy Bid quantities and RMR Energy Bid quantities at the Minimum Price in excess of the Demand Energy Bid quantities), or the PX Participant's Eligible Regulatory Must-Run Generation Energy Bids and Eligible Regulatory Must-Take Generation Energy Bids, whichever is less, to the extent necessary and possible to eliminate PX Overgeneration. If, however, this measure is insufficient to eliminate PX Overgeneration, the PX Participant's remaining Eligible Regulatory Must-Run Generation Energy Bid quantities and Eligible Regulatory Must-Take Generation Energy Bid quantities shall be rejected pro rata to the extent necessary and possible to eliminate PX Overgeneration.

**Step 3:** If PX Overgeneration remains following the completion of Step 2, the PX Participant's RMR Energy Bid quantities at the Minimum Price shall be rejected in proportion to the remaining net Overgeneration in the PX Participant's portfolios (*i.e.*, the PX Participant's RMR Energy Bid quantities at the Minimum Price in excess of the Participant's Demand Energy Bid quantities) to the extent necessary to eliminate PX Overgeneration.

**6.0.2 Mitigation in the Hour-Ahead Market.**

If the PX identifies PX Overgeneration for any settlement period in the Hour-Ahead Market, it will directly modify the individual supply schedules of all PX Participants (including those of other Scheduling Coordinators that are the result of trades at the PX) according to the following two steps:

**Step 1:** The PX shall, to the extent necessary to eliminate Overgeneration, reject all Supply Bids received from PX Participants in the PX Hour-Ahead auction other than Supply Bids relating to RMR Energy, Eligible Regulatory Must-Take Generation and Eligible Regulatory Must-Run Generation. In the Hour-Ahead Market Supply Bids are defined as incremental energy bid values for generators, imports and inter-SC trade-ins and all decremental energy bid values for loads, exports and inter-SC trade-outs. If Hour-Ahead PX Overgeneration is not resolved after the completion of this step, Step 2 below is exercised by the PX.

**Step 2:** If Overgeneration remains following the completion of Step 1 above, the PX shall determine the quantity of Supply Bids for individual Eligible Regulatory Must-Take Generation and Eligible Regulatory Must-Run Generation which must be rejected.

If the quantity of RMR Energy bid at the Minimum Price exceeds the quantity of Energy in Demand Bids, the PX will reject all supply bids related to Eligible Regulatory Must-Take Generation and Eligible Regulatory Must-Run Generation and proceed to Step 3 below. Otherwise, the reduced quantity of Regulatory Must-Take Generation and Regulatory Must-Run Generation shall equal the difference between Demand Bids and RMR Energy bid at the Minimum Price. This quantity shall be allocated between PX Participants for the relevant Settlement Period by multiplying their remaining aggregate Supply Bids (following Step 1) by PX Participant specific factors, calculated as follows:

$F_i = Gen_i / \Sigma Gen_i$

$F_i$ is the factor by reference to which PX Participant i's share of the required reduction in Eligible Regulatory Must-Take Generation and Eligible Regulatory Must-Run Generation is calculated for the relevant Settlement Period;

$Gen_i$ is Hour-Ahead Supply Bid quantity in MW for Eligible Regulatory Must-Take Generation or Eligible Regulatory Must-Run Generation from PX Participant *i*; and

$\Sigma$ is the summation over all $Gen_i$.

**Step 3:** If Overgeneration remains following the completion of Step 2 above, the PX shall determine the total quantity of Supply Bids relating to RMR Energy bid at the Minimum Price. This reduced quantity shall be allocated between PX Participants for the relevant Settlement Period by multiplying their remaining aggregate Supply Bids (following Step 2) by a PX Participant Specific factor, calculated as follows:

$F_i = Gen_i / \Sigma Gen_i$

where:

$F_i$ is the factor by reference to which PX Participant *i*'s share of the required reduction in RMR Energy bid at the Minimum Price is calculated for the relevant Settlement Period;

$Gen_i$ is the aggregate of Supply Bids relating to RMR Energy bid at the Minimum Price in the PX auction by PX Participant i for the relevant Settlement Period;

$\Sigma$ is the summation of the numerator in $F_i$ over all PX Participants that bid RMR Energy at the Minimum Price for the relevant Settlement Period.

**6.1 Publication of MCP Day-Ahead Information.**

**6.1.1 Day-Ahead PX Participant Information.**

The PX will, in accordance with the timing requirements of the PSCP, notify, via the TA System, each PX Participant of the following information relating to that PX Participant:

(a) the PX Participant's name;
(b) its portfolio identification code(s);

(c) the Trading Day (month, day and year) for which the information is being given;
(d) the Demand Bids accepted from the PX Participant for each Settlement Period (MWh);
(e) the Supply Bids accepted from the PX Participant for each Settlement Period (MWh); and
(f) the Market Clearing Price for each Settlement Period ($/MWh)
(g) its eligibility to participate in the Post Close Quantity Match (PCQM) Process; and
(h) its maximum eligible PCQM Demand Bids and Supply Bids.

**6.1.1A Post Close Quantity Match PX Participant Information.**

The PX will, in accordance with the timing requirements of the PSCP, notify, via the TA System, each PX Participant of the following information relating to that PX Participant:

(a) the PX Participant's name;
(b) its portfolio identification code(s);
(c) the Trading Day (month, day and year) for which the information is being given;
(d) the PCQM Demand Bids accepted from the PX Participant for each Settlement Period (MWh);
(e) the PCQM Supply Bids accepted from the PX Participant for each Settlement Period (MWh).

**6.1.2 Day-Ahead Market Information.**

The PX will, for each Trading Day, publish on the PX Home Page the following information:

(a) an identification of the Trading Day (month, day and year) for which the information is being given;
(b) the Market Clearing Price for each Settlement Period ($/MWh) and, where applicable, for each Zone;
(c) the aggregate Demand for which Demand Bids were accepted for each Settlement Period (MWh); and
(d) the aggregate Supply for which Supply Bids were accepted for each Settlement Period (MWh).

**6.2 Procedures for Dealing with Anomalous Evaluation Results.**

**6.2.1 Announcement of an Anomalous Result.**

If the evaluation by the PX of all Supply Bids and Demand Bids for a Trading Day yields a result that is, in the opinion of the PX, significantly anomalous, the PX shall notify each PX Participant, via the TA System, that the evaluation has produced an anomalous result and that PX Participants have the option of submitting new bids. The notice shall specify the timing requirements for the submission of new bids and the PX may adjust the timing requirements in the PSCP for this purpose. The results of the initial evaluation shall not be disclosed by the PX to any PX Participant.

**6.2.2 Second Evaluation.**

If a PX Participant submits a new bid, then that bid will be used for the purpose of a second evaluation. If a PX Participant does not submit a new bid in response to the notice in Section 6.8.1 of this schedule, then the previously submitted bid of that PX Participant for that Trading Day shall be used for the second evaluation. Following the timely submission of any new bids, the PX will conduct and publish the results of the second evaluation, in accordance with Sections 6.2 through 6.7 of this schedule, again subject to any necessary modification of the timing requirements in the PSCP.

**7.0 ANCILLARY SERVICES**

**7.1 Self-Provision.**

PX Participants will have the option of (a) using the PX as their agent to purchase Ancillary Services required by the ISO through the ISO Ancillary Services auction or (b) arranging in the CTS market to provide Ancillary Services. The PX will act as Scheduling Coordinator for the physical delivery of Ancillary Services which PX Participants have committed in the CTS Ancillary Services Market.

**7.2 The ISO's Ancillary Services Auction.**

**7.2.1 Submission of Ancillary Services Bids.**

PX Participants who wish to participate in the ISO's Ancillary Services auction may do so by submitting Ancillary Services bids to the PX through the TA System, in accordance with the timing requirements of the PSCP. Any bid for Ancillary Services must be in the format and contain the information specified in Section 7.2.2 of this schedule.

**7.2.2 Format and Content of Ancillary Services Bids.**

An Ancillary Services bid shall include the following information as appropriate for the type of Ancillary Service, for each Settlement Period of the Trading Day:

(a) PX Participant name and ID code;
(b) Ancillary Service type:
   (i) Regulation;
   (ii) Spinning Reserve;
   (iii) Non-Spinning Reserve; or
   (iv) Replacement Reserve;
(c) Resource ID;
(d) Settlement Period for which the bid applies;
(e) Trading Day for which the bid applies;
(f) the $/MWh values for the Energy supplied (which shall be the same for each of the four Ancillary Service types);
(g) the lower and upper operating limits for each resource;

(h) ramp rate;
(i) capacity reservation prices (in $/MW), which may be different for each type of Ancillary Service;
(j) Regulation range both up and down;
(k) Spinning Reserve, Non-Spinning Reserve or Replacement Reserve quantity in MW;
(l) the time period required to reach synchronization (this must be the same value for all twenty-four (24) Settlement Periods for a particular resource);
(m) Bid or Schedule Type ("N" for Ancillary Service bid; "Y" for Ancillary Service schedule to deliver commitments in the CTS Ancillary Services Market).

**7.2.3 Validation of Ancillary Services Bids.**

The following validation checks are performed by the PX when an Ancillary Services bid is input into the TA System:

(a) values, which may include zero, are given for all twenty-four (24) Settlement Periods;
(b) price breakpoints increase monotonically;
(c) quantities are given for all prices;
(d) required values have been entered into valid fields for each Ancillary Service which the Ancillary Services bid covers.
(e) Ancillary Service bid data falls within the operating parameters stated in the PX participant's Master File;
(f) Generating Units bidding for Ancillary Services are within their stated operating capabilities (Ancillary Service bids, combined with scheduled Energy must fall within stated range of Generating Unit output, the ramp rate included in a bid must not exceed the stated ramping capability; and
(g) PX Buyers bidding Ancillary Services are within stated capabilities to deliver (bids to provide Non-Spinning Reserves or Replacement Reserves do not exceed stated ability of the relevant Participating Buyer to reduce actual net consumption for the entire period over which service is bid).

**7.2.4 Forwarding of Ancillary Services Bids to the ISO.**

The PX will forward the valid PX Participant's Ancillary Services bids it has received to the ISO, in accordance with the timing requirements of the PSCP and in the format and with the content specified in the ISO's Schedules and Bids Protocol (SBP).

**7.2.5 Transmission Contract Scheduling.**

**7.2.5.1 Bid Information.**

**Transmission Contract schedule** for use by the ISO to schedule transmission usage in the Congestion Management must be submitted in the format and include the information specified in the ISO's SBP.

**7.2.5.2 Submission of Bids by PX to ISO.**

The PX will forward to the ISO any Transmission Contract Schedule Bids received from PX Participants within any deadlines established by the ISO for the submission of Transmission Contract Schedule bids, in accordance with the ISO's SBP.

**8.0 SUPPLEMENTAL ENERGY BIDS**

**8.1 Bid Information.**

Supplemental Energy bids for use by the ISO in the Real Time Market must be submitted in the format and include the information specified in the ISO' SBP.

**8.2 Timing of Bids.**

PX Participants may, via the TA System, submit Supplemental Energy bids to the PX for forward submission to the ISO not later than fifteen (15) minutes before the deadline established by the ISO for the submission of such bids by the PX. Withdrawal of any such Supplemental Energy bids must be submitted to the PX at least fifteen (15) minutes prior to the deadline for withdrawal of Supplemental Energy bids established by the ISO. Withdrawal may be accomplished by submitting a new Supplemental Energy bid that replaces the previous Supplemental Energy bid, but has quantity equal to the Final Scheduled quantity.

**8.3 Submission of Bids by PX to ISO.**

The PX will forward to the ISO any Supplemental Energy Bids received by it from PX Participants by any deadlines established by the ISO for the submission of Supplemental Energy bids, in accordance with the ISO's SBP.

**9.0 ADJUSTMENT BIDS**

**9.1 Bid Information.**

PX Participants must submit, to the PX, Adjustment Bids for non-Regulatory Must Take Generation and non-Regulatory Must-Run Generation initial Preferred Schedules and may submit Adjustment Bids for Load initial Preferred Schedules for use in Congestion Management in the Day-Ahead Market and in the Hour-Ahead Market, in the format and with the information specified in the ISO's SBP. Adjustment Bids must specify for Generating Units the effective Energy; which is the amount of Energy at the Load center which can be determined by taking a Generating Unit's actual output and adjusting that output quantity by the GMM applicable to the relevant Generating Unit's location or Scheduling Point. All Adjustment Bids must be compliant with the requirements of the Activity Rules. The Generating Unit Adjustment Bids must include a quantity equal to or less than the minimum power production value which has been established for each specific Generating Unit being bid.

If a PX Seller's Preferred Schedule is received that does not include an Adjustment Bid, the PX will either:

(a) request an Adjustment Bid from the PX Participant submitting the Schedule; or
(b) if necessary due to PX operational considerations, forward the Preferred Schedule to the ISO without an Adjustment Bid.

**9.2 Imports/Exports.**

A PX Seller bidding into the PX's Energy auction in respect of Energy to be imported into the ISO Controlled Grid must submit, and a PX Buyer bidding into the PX's Energy auction in respect of Energy to be exported from the ISO Controlled Grid, may submit an Adjustment Bid via the TA System Import and export Adjustment Bids must meet the same requirements as Generating Units or Loads respectively in Section 9.1 of this schedule except that import Adjustment Bids must include zero quantity.

PX Participants must submit any Adjustment Bids to the PX for onward submission to the ISO in accordance with the timing requirements of the PSCP.

If a PX Seller's Preferred Schedule is received that does not include an Adjustment Bid, the PX will either:

(a) request an Adjustment Bid from the Participant submitting the Schedule; or
(b) if necessary due to PX operational considerations, forward the Preferred Schedule to the ISO without an Adjustment Bid.

**9.3 Timing of Bids.**

PX Participants must submit any Adjustment Bids to the PX for onward submission to the ISO in accordance with the timing requirements of the PSCP.

**9.4 Submission of Bids by PX to ISO.**

The PX will forward to the ISO any Adjustment Bids received by it from PX Participants under Section 9.2 of this schedule, with the PX's Preferred Schedule, in accordance with the timing requirements of the PSCP.

**10.0 RECORDS**

The PX shall maintain such records of PX Participants' bidding data and for such periods as the PX considers to be reasonably necessary for the purposes of:

(a) the requirements of the PX market monitoring Compliance Unit, pursuant to Schedule 5 (Market Monitoring) of the PX Tariff; and
(b) complying with its obligations under Section 15 (Audits) of the PX Tariff.

[Original Sheet Nos. 113 through 117 reserved for future use.]

## APPENDIX A

### PX Auction Activity Rules

[Note: The scope of these auction activity rules is limited to Adjustment Bids. Further auction activity rules will be developed to cover the submission of Demand Bids and Supply Bids if iterations are introduced into the PX's Energy auction.]

Adjustment Bids

A PX Participant submitting Adjustment Bids to the PX for onward submission to the ISO under Section 9 of PX Tariff Schedule 4 shall ensure that:

(a) in the case of a Supply Market Participant, any increase in Generation or import is offered at a price equal to or above the initial Market Clearing Price and any decrease in output is offered at a price equal to or below the initial Market Clearing Price; and

(b) in the case of a Demand Market Participant, any increase in Demand or export is offered at a price equal to or below the initial Market Clearing Price and any decrease in Demand or export is offered at a price equal to or above the initial Market Clearing Price.

## APPENDIX B

### HOUR-AHEAD/DAY-OF MARKET

Notwithstanding anything to the contrary in any part of CalPX's Tariff No. 2, all references therein to the Hour-Ahead Market shall be deemed to mean the Hour-Ahead Market as modified by the Day-of Market Experiment conducted from January 17, 1999 through November 17, 1999. The rationale for that experiment and for modifying the bidding timeline applicable to the original Hour-Ahead Market are set forth in Original Sheet Nos. 181-89 of this FERC Electric Service Tariff No. 2. The timeline that has been applicable during the Day-of Market Experiment and will continue in effect after November 17, 1999 is set forth in the Power Exchange Operating Manual, Power Exchange Scheduling and Control Procedures; provided, however, that the specified timeline shall be subject to change from time to time in accordance with the procedures for changing the Operating Manual itself.

## APPENDIX C

### Post Close Quantity Match

After the close of the Day-Ahead and Day-of Market, when the PX publishes awarded schedules, it will also notify participants of their eligibility to participate in the Post Close Quantity Match (PCQM) Process, as well as the maximum quantities of Supply and Demand that may be bid. The PX's determination of eligibility will be based upon (1) participant supply and demand bids originally submitted in the Day-Ahead market and (2) a pre-determined bandwidth, in percentage terms, above and below the Market Clearing Price (MCP).

All PX Participants whose bid quantities were not fully awarded in the primary auction are eligible to participate in the PCQM Process, provided that any such unfulfilled quantities were bid at prices that fall within the pre-determined bandwidth.

The maximum quantity allowed in a PCQM Supply Bid is equal to that part of the supply function lying above the MCP, but not above the upper limit of the bandwidth. The maximum quantity allowed in a PCQM Demand Bid is equal to that part of the demand function lying below the MCP, but not below the lower limit of the bandwidth.

Those eligible parties choosing to participate in the PCQM Process must so indicate within the timelines defined in the PSCP of the PX Operating Manual. The PX will calculate the matched quantities and then publish the results. The PCQM will operate at the MCP. It will not affect the MCP or the manner in which the MCP is determined.

The PX may change the bandwidth prospectively from time to time as needed to enhance the effectiveness of the PCQM. If the PX detects that the PCQM is being used to materially increase or decrease the MCP, the PX will suspend the PCQM until the underlying problem has been resolved.

Case 1:07-cv-05591-FDS Document 125-3 Filed 02/07/2008 Page 39 of 60



[Original Sheet Nos. 121 through 122 reserved for future use.]