**4.3.2** Within thirty (30) days of the notice of appeal (or such other period as FERC or the court of competent jurisdiction may specify) the appellant shall file the complete evidentiary record of the arbitration and a copy of the award with FERC or with the court of competent jurisdiction. The appellant shall serve copies of a description of all materials included in the submitted evidentiary record on the PX Governing Board, the PX ADR Committee, all parties and the arbitrators.

**4.4 Award Implementation**

Implementation of the award shall be deemed stayed pending an appeal unless and until, at the request of a party, the FERC or the court of competent jurisdiction to which an appeal has been filed, issues an order dissolving, shortening, or extending such stay. However, a summary of each appeal shall be published in the PX newsletter or electronic bulletin board, or any other method adopted by the PX ADR Committee.

**4.5 Judicial Review of FERC Orders**

FERC orders resulting from appeals shall be subject to judicial review pursuant to the FPA.

[Original Sheet Nos. 182 through 184 reserved for future use.]

# PX TARIFF SCHEDULE 10

# ADMINISTRATIVE SANCTIONS PROCEDURES

## Schedule 10

## Administrative Sanctions Procedures

**1.0 PURPOSE**

1.1 This Administrative Sanctions Schedule sets forth the procedures and standards under which the PX can impose Sanctions for certain violations of a PX Participant's obligations under the PX Tariff as in effect from time to time ("Participant Obligations"). The PX's ability to impose Sanctions under this Schedule is intended to deter noncompliance with Participant Obligations that causes harm to the PX or other PX Participants. Where a PX Tariff provision is ambiguous, it is expected that the PX will seek clarification of the rule, and will not impose Sanctions on behavior that a Participant could reasonably believe was in compliance with Participant Obligations. Behavior not constituting a violation by a Participant of its Participant Obligations, and not otherwise specifically made subject to sanction by another rule, is not Sanctionable Behavior under this Protocol.

1.2 When the PX identifies potential Sanctionable Behavior, the PX will investigate the circumstances surrounding such behavior, determine the existence and severity of Sanctionable Behavior and take appropriate remedial action in accordance with this Schedule.

1.3 Application of this Schedule by the PX shall be consistent and non-discriminatory.

1.4 Neither this Schedule nor the PX's failure to impose Sanctions hereunder is intended to or will be deemed to excuse performance by PX Participants of Participant Obligations.

**2.0 DEFINITIONS**

2.1 Capitalized terms used in this Schedule have the meaning given to them in Appendix B to the PX Tariff ("Master Definitions Supplement");

2.2 Each of the following capitalized terms used in this Schedule shall have the meaning set forth below:

**"Formal Warning"** has the meaning set forth in Attachment 1 to this Schedule.

**"Participant Obligations"** has the meaning set forth in Section 1.1 of this Schedule.

**"PX Tariff"** means the PX's FERC Electric Service Tariff No. 2 as in effect from time to time and includes all applicable procedures and schedules.

**"Sanction"** has the meaning set forth in Section 5.2 of this Schedule.

**"Sanctionable Behavior"** has the meaning set forth in Section 4 of this Schedule.

### 3.0 APPLICATION OF SANCTIONS – GENERAL RULE

The PX may impose Sanctions in accordance with this Schedule on any PX Participant that engages in Sanctionable Behavior.

### 4.0 SANCTIONABLE BEHAVIOR

An act or omission described in any of Sections 4.1 through 4.4 shall be deemed to constitute Sanctionable Behavior unless excused in accordance with Section 5.3 hereof or Section 11.1 of the PX Tariff.

#### 4.1 Market Operation Department

**4.1.1** Failure to meet the timelines established by the PX in accordance with the PX Tariff, including but not limited to the following:

**4.1.1.1** An act or omission by a PX Participant which renders the PX unable to close any of its markets in accordance with the PX Tariff.

**4.1.1.2** An act or omission by a PX Participant which causes the PX to miss the close time for Preferred Schedules and Adjustment Bids.

**4.1.1.3** An act or omission by a PX Participant which causes the PX to miss the close time for Ancillary Services.

**4.1.1.4** An act or omission by a PX Participant which causes the PX to miss the ISO deadline for submission of the PX Participant's meter data.

**4.1.2** Failure by a PX Participant to resolve Inter-Scheduling Coordinator Trades.

**4.1.3** A change by a PX Participant to its scheduled resource availability after data is transferred to the ISO.

**4.1.4** Failure of a PX Participant to submit a schedule equal to the amount awarded in the Day-Ahead auction, in which case the PX may both balance the schedule and impose a Sanction.

**4.1.5** Any act or omission by a PX Participant which impedes the timely transfer of Hour-Ahead data to the ISO and thereby causes the PX to revert to a Day-Ahead Schedule.

**4.1.6** Failure of a PX Participant to comply with PX instructions for generation and/or intertie changes if it results in penalties or charges to the PX or its Participants.

4.1.7 Failure of a PX Participant to communicate changes in its resource availability, such as changes to schedules due to generation forced outages, in a timely manner, usually ten (10) minutes within the WSCC.

4.1.8 Failure of a PX Participant to supply required NERC tags in connection with the Participant's energy trades in accordance with NERC's policies and guidelines.

**4.2 Settlements Department**

4.2.1 Conditions identified as requiring correction in the course of a meter audit, which are not resolved by the PX Participant in a reasonable time.

4.2.2 Failure to provide accurate meter data to the PX pursuant to Section 5 of the PX Tariff and the PX Operating Manual.

**4.3 Finance Department**

4.3.1 Repeated failure of a PX Participant to make timely payment to the PX in any billing cycle.

**4.4 Compliance Department**

4.4.1 Failure of a PX Participant to provide information as requested by the Compliance Unit including, but not limited, to the catalog of data described on the PX website under "Market Compliance and Monitoring Information."

**4.5 General**

4.5.1 The PX Board of Governors may from time to time adopt modifications or conditions to the Sanctionable Behaviors described in this section. The PX must effect such modifications or additions by making a filing under Section 205 of the Federal Power Act.

**5.0 PROCESS FOR IDENTIFYING SANCTIONABLE BEHAVIOR AND IMPOSING SANCTIONS**

**5.1 PX Sanctions Committee**

The PX will create a PX Sanctions Committee which will perform the following functions:

5.1.1 Investigate whether Sanctionable Behavior has occurred;

5.1.2 Comply with the procedures in Section 5.3;

5.1.3 Identify the appropriate Sanction to be imposed for that Sanctionable Behavior;

5.1.4 Impose the Sanction on the offending party; and

**5.1.5** Determine further action if necessary.

The members of this PX Sanctions Committee will be PX employees appointed by the Chief Executive Officer of the PX. The Sanctions Committee will meet on a periodic basis as needed, but not less frequently than once per calendar quarter, to review the status of Sanctions. At least one meeting per calendar quarter will be open to attendance by PX Participants.

**5.2 Determination of Sanctionable Behavior**

The PX Sanctions Committee may determine that Sanctionable Behavior has occurred or is occurring based upon information available to it or upon complaint of a PX Participant or the ISO. The PX may, in its sole discretion and to the extent it deems appropriate, investigate any behavior that it believes to be Sanctionable Behavior. The affected PX Participant(s) shall cooperate in good faith and in a timely manner in any such investigation.

**5.3 Procedures for Investigation of Sanctionable Behavior**

When the PX Sanctions Committee receives evidence that Sanctionable Behavior may have occurred, it will provide notice to the Participant(s) that may have engaged in such behavior. The notice will identify with specificity the act(s) or omission(s) comprising Sanctionable Behavior and the Participant Obligation that has been breached. The Participant will then have a reasonable opportunity to (a) explain to the reasonable satisfaction of the PX Sanctions Committee why the conduct at issue should be excused or is not Sanctionable Behavior and (b) remedy such conduct and provide reasonable assurance that it will not reoccur.

**5.4 Determination of Appropriate Sanction(s)**

After following the procedures in Section 5.3, if the PX Sanctions Committee concludes that Sanctionable Behavior has occurred or is occurring and has not been adequately excused and/or remedied, it may, with the concurrence of the Chief Executive Officer of the PX, impose Sanctions as set forth in the Attachments to this Schedule as such Attachments are in effect from time to time. Attachment 1 will apply to Sanctionable Behavior in the Market Operation and in the Settlement Departments; Attachment 2 will apply to Sanctionable Behavior in the Finance Department; and Attachment 3 will apply to Sanctionable Behavior in the Compliance Department.

If the PX concludes that Sanctionable Behavior has occurred, it must make a written finding (i) with respect to each claim, including the basis of any finding of intent or state of knowledge; (ii) with respect to the duration of such behavior; and (iii) that the behavior has not been excused. In determining the appropriate Sanction(s) to impose, the PX will, to the extent practicable, consider the following criteria:

**5.4.1** The nature of the Sanctionable Behavior and the amount of the corresponding Sanction.

**5.4.2** The consequences to the PX or PX Participants.

**5.4.3** The extent to which the Sanctionable Behavior is intentional or inadvertent; provided, however, that intent is not a prerequisite to the imposition of any Sanction but will be considered in the decision whether and in what amount to impose Sanctions.

**5.4.4** The PX Participant's past history of Sanctionable Behavior and the nature of Sanctions previously imposed.

**5.4.5** Whether the Sanctionable Behavior is continuing.

**5.4.6** The promptness and effectiveness of the PX Participant's response in correcting the Sanctionable Behavior.

**5.5 Cumulative Effect**

If a PX Participant engages in more than one Sanctionable Behavior or if the Sanctionable Behavior is continuing, Sanctions may be increased or applied in a cumulative manner if the PX determines that cumulative Sanctions are necessary to deter the Sanctionable Behavior.

**5.6 Sanctions Imposed by the ISO**

The PX shall have no responsibility for any sanction or other penalty imposed by the ISO in connection with the behavior of a PX Participant. In the event that the ISO attempts to impose any monetary sanction or other penalty on the PX in connection with the behavior of a PX Participant, that PX Participant shall be directly responsible for the monetary charge and shall pay the full amount due promptly upon demand by the PX. Such obligation shall not be subject to dispute under the PX Tariff. In the event that the PX Participant successfully disputes the monetary charge before the ISO and the ISO refunds an amount to the PX, such amount shall be promptly refunded to the affected PX Participant as a direct pass-through.

If the PX cannot identify a particular offending PX Participant, ISO sanctions or refunds of same may be allocated to an appropriate subset of PX Participants in a manner approved by the PX.

**5.7 Notice and Payments**

The PX shall give written notice to the PX Participant of the imposition of any Sanction(s), together with its written findings. The PX's invoice for such Sanction(s) will be sent to the sanctioned PX Participant with the notice of the Sanction(s). Within fifteen (15) business days after the date appearing on the PX's invoice, the PX Participant shall either: (a) pay the full amount of the invoice to the PX; or (b) post a bond or other form of security acceptable to the PX in its discretion for the full amount of the invoice, together with written notice that the PX Participant disputes the Sanction(s) and requests review of the specified Sanction(s) in the manner set forth in Section 6 of this Schedule.

All amounts received by the PX as Sanctions will be deposited into the PX Adjustment Account established in accordance with the PX Tariff. If, at October 31 of each year, the accumulated

funds in the PX Adjustment Account exceed $5,000 or such other minimum amount as the PX Governing Board may, from time to time, determine to be necessary to carry out the purposes of the PX Adjustment Account, then the funds in excess of such minimum amount will be allocated among and distributed to PX Participants on or before December 31 of that year. The allocation will be made such that each legal entity of record (regardless of how many Participant identifications are registered with the PX) as of the applicable October 31 closing date receives an equal share of the total distribution.

### 5.8. Third Parties

There may be circumstances when Sanctionable Behavior may result in financial harm to other entities or in other aspects of business. The Sanctions described in this Schedule are not intended to nor should they be deemed to preclude any other affected party from pursuing, via legal means available to such party, restitution or any other damages that may result from the Sanctionable Behavior. Nor does the imposition of any Sanction by the PX create an obligation, for restitution or otherwise, from the PX to any party.

### 5.9 Limitations on Other Rights of the PX

Nothing contained in this Schedule shall limit the ability of the PX to collect information from PX Participants, to institute new rules or procedures, or to pursue other legal, equitable or administrative remedies, either in addition to or in lieu of Sanctions, in connection with any act or omission of a PX Participant.

### 5.10 Amendments

Nothing contained herein shall be construed as affecting in any way the PX's right to unilaterally make application to the FERC for a change in this Schedule under Section 205 of the Federal Power Act and the FERC's Rules and Regulations promulgated thereunder. Any such change shall, subject to FERC authorization, become effective no later than sixty (60) days after filing with the FERC.

## 6.0 DISPUTE RESOLUTION

### 6.1 Disputes

PX Tariff dispute resolution procedures shall apply to all Sanctions.

### 6.2

Nothing in this Schedule shall prohibit a Participant from filing a complaint at the FERC regarding the imposition of Sanctions, following the conclusion of the dispute resolution procedure referred to in Section 6.1.

## 7.0 CONFIDENTIALITY

Information obtained and disseminated by the PX pursuant to this Schedule will be treated as confidential to the extent required by Section 19.3 of the PX Tariff.

## Schedule 10

## ADMINISTRATIVE SANCTIONS PROCEDURES

## ATTACHMENT 1

## Market Operations and Settlements Departments

## AMOUNT AND NATURE OF SANCTIONS

## ATTACHMENT 1 - LEVELS OF SANCTIONS
### Market Operations and Settlements Departments

| | |
|---|---|
| **Level 1 Sanction:** | A "Formal Warning" which shall take the form of a written letter identifying the PX Participant's infraction(s). |
| **Level 2 Sanction:** | A lump sum Sanction of $250. |
| **Level 3 Sanction:** | A lump sum Sanction of $500. |
| **Level 4 Sanction:** | A lump sum Sanction of $750. |
| **Level 5 Sanction:** | A lump sum Sanction of $1,000. |
| **Level 6 Sanction:** | A lump sum Sanction not to exceed $5,000. |

The first violation within a twelve-month period will incur a Level 1 Sanction. The second violation within a twelve-month period will incur a Level 2 Sanction, and so forth. The Sanction levels will accumulate within each rolling twelve-month period, such that the Sanction level imposed will be based upon the number of Sanctions imposed within the twelve-month period immediately preceding the current Sanction.

California Power Exchange Corporation
FERC Electric Tariff
Third Revised Volume No. 1

Original Sheet No. 195

**Schedule 10**
**ADMINISTRATIVE SANCTIONS PROCEDURES**

**ATTACHMENT 2**
**Finance Department**

**AMOUNT AND NATURE OF SANCTIONS**

Issued by: Scott D. Rasmussen, General Counsel
Issued on: August 2, 2000

Effective: June 7, 2000



EXH. 2.161

## ATTACHMENT 2 - LEVELS OF SANCTIONS
### Finance Department

**Level 1 Sanction:** A lump sum Sanction of $1,000 per day for the first late payment of amounts less than $100,000.

**Level 2 Sanction:** A lump sum Sanction of $2,500 per day for the second late payment of amounts less than $100,000.

**Level 3 Sanction:** A lump sum Sanction of $3,500 per day for the third late payment of amounts less than $100,000.

**Level 4 Sanction:** A lump sum Sanction of $4,500 per day for the fourth late payment of amounts less than $100,000.

**Level 5 Sanction:** A lump sum Sanction not to exceed $5,000 for subsequent infractions.

**Level 6 Sanction:** A lump sum Sanction of $2,000 per day for the first late payment of amounts greater than $100,000.

**Level 7 Sanction:** A lump sum Sanction of $4,000 per day for the second late payment of amounts greater than $100,000.

**Level 8 Sanction:** A lump sum Sanction of $6,000 per day for the third late payment of amounts greater than $100,000.

**Level 9 Sanction:** A lump sum Sanction of $8,000 per day for the fourth late payment of amounts greater than $100,000.

**Level 10 Sanction:** A lump sum Sanction not to exceed $10,000 for subsequent infractions involving amounts greater than $100,000.

These Sanctions will accumulate within each rolling twelve-month period, such that the Sanction level imposed will be based upon the number of Sanctions imposed within the twelve-month period immediately preceding the current Sanction.

## Schedule 10
## ADMINISTRATIVE SANCTIONS PROCEDURES

## ATTACHMENT 3
## Compliance Department

## AMOUNT AND NATURE OF SANCTIONS

**ATTACHMENT 3 - LEVELS OF SANCTIONS**
**Compliance Department**

**Level 1 Sanction:** A "Formal Warning" which shall take the form of a written letter identifying the PX Participant's infraction(s) and specifying a due date after which monetary Sanctions will be imposed.

**Level 2 Sanction:** A lump sum Sanction of $1,000 for each day the requested information is not received after the due date specified in the Formal Warning. The cumulative total of all these fines shall not exceed $10,000, provided that the PX may apply further Sanctions if the Sanctionable Behavior continues.

[Original Sheet Nos. 199 through 201 reserved for future use.]

# PX TARIFF APPENDIX A

## Participation Agreement

**Form of Participation Agreement to the PX Tariff**

**THIS AGREEMENT** is made the ___ day of ________________, ______ and is entered into, by and between:

(1) [Full legal name] having a registered or principal executive office at [address] (the "PX Participant")

and

(2) **THE CALIFORNIA POWER EXCHANGE CORPORATION**, a California nonprofit public benefit Corporation having a principal executive office located at such place in the State of California as the PX Governing Board may from time to time designate (the "PX").

**WHEREAS:**

A. The PX Participant has been certified by the PX under the certification procedure referred to in Section 2.6 of the PX Tariff.

B. The PX Participant wishes to trade Energy through the PX Markets under the terms and conditions set forth in the PX Tariff.

**NOW IT IS HEREBY AGREED as follows:**

**I. Definitions**

A. Terms and expressions used in this Agreement shall have the same meanings as those contained in the Master Definitions Supplement to the PX Tariff.

B. The "PX Tariff" shall mean the PX FERC Electric Service Tariff as amended from time to time, together with any Schedules, Appendices or attachments thereto.

**II. Covenant of the PX Participant**

The PX Participant agrees that:

A. the PX Tariff governs all aspects of trading in and administration of the PX Market, including (without limitation), the financial and technical criteria for PX Participants, bidding, Settlement, information reporting requirements and confidentiality restrictions;

B. it will abide by, and will perform all of the obligations under the PX Tariff in respect of all matters set forth therein including, without limitation, all matters relating to the trading of Energy by it through the PX Markets, ongoing obligations in respect of bidding, Settlement, security requirements, billing and payments, confidentiality and dispute resolution;

C. its status as a PX Participant is at all times subject to the PX Tariff; and

D. it will enter into a software licensing agreement with the PX for use of the trade application software.

3. **Term and Termination**
This Agreement shall commence on the later of (a) __________ or (b) the date the PX Participant is certified by the PX as a PX Participant and shall terminate upon acceptance by FERC of the Notice of Termination. The PX shall timely file a Notice of Termination.

4. **Assignment**
Either party may assign its obligations under this Agreement with the other party's prior consent, not to be unreasonably withheld.

5. **Partial Invalidity**
If any provision of this Agreement, or the application of such provision to any persons, circumstance of transaction, shall be held invalid, the remainder of this Agreement, or the application of such provision to other persons or circumstances or transactions, shall not be affected thereby.

6. **Settlement Account**
The PX Participant shall at all times maintain an account with a bank in California to which credits or debits will be made in accordance with the billing and Settlement provisions of Section 6 of the PX Tariff. The details of such account shall be as set out in Section 7 hereof or as notified by the PX Participant to the PX from time to time by giving at least five (5) Business Days written notice before the new account becomes operational.

7. **Notices**
Any notice demand or request made to or by either party regarding this Agreement shall be made in accordance with the PX Tariff and unless otherwise stated or agreed shall be made to the representative of the other party indicated below:

PX:

Name of primary representative: ______________________

Name of alternative representative: ______________________

Address: ______________________

______________________

State: ____________ Zip code: ________

E-mail Address: ______________________

Phone no.: ______________________

Fax no.: ______________________

PX Participant:

Name of primary representative: ______________________

Name of alternative representative: ______________________

Address: ______________________________
______________________________
State:____________ Zip code:________
E-mail Address: ______________________
Phone no.: ______________________
Fax no.: ______________________
Settlement Account: ______________________
Number: ______________________
Title: ______________________
Sort Code: ______________________
Bank: ______________________

**8. Incorporation of Tariff.**
The PX Tariff is incorporated herein and made a part hereof. In the event of a conflict between the terms and conditions of this Agreement and any other terms and conditions set forth in the PX Tariff, the terms and conditions of the PX Tariff shall prevail.

**9. Electronic Contracting.**
All submitted applications, schedules, bids, confirmations, changes to information on file with the PX and other communications conducted via electronic transfer (e.g. direct computer link, FTP file transfer, bulletin board, e-mail, facsimile or any other means established by the PX) shall have the same legal rights, responsibilities, obligations and other implications as set forth in the terms and conditions of the PX Tariff as if executed in written format.

**10. Payment Obligations.**
All obligations to pay amounts or perform obligations due with respect to the PX Tariff and any other charges, taxes or other expenses related to this Agreement (including, without limitation, expenses pursuant to the Meter Service Agreement) or the PX Participant's trading in the PX Markets generally shall be the sole responsibility of the PX Participant.

**IN WITNESS WHEREOF,** the Parties have caused this Agreement to be executed by their respective authorized officials.

PX:

By: ____________________ ____________________
Name Title Date

PX Participant:

By: ____________________ ____________________

Name Title Date

[Original Sheet Nos. 207 through 208 reserved for future use.]

# PX TARIFF APPENDIX B

## Master Definitions Supplement

**Master Definitions Supplement**

**Access Charge**

A charge paid by all Market Participants withdrawing Energy from the ISO Controlled Grid, as set forth in Section 7.1 of the ISO Tariff. The Access Charge will recover that portion of the Participating TO's Transmission Revenue Requirement not recovered through Transmission Revenue Credits.

**Adjustment Bid**

A bid in the form of a curve defined by (i) the minimum MW output to which a Scheduling Coordinator will permit a resource (Generating Unit or Dispatchable Load) to be redispatched by the ISO; (ii) the maximum MW output to which a Scheduling Coordinator will permit the resource to be redispatched by the ISO; (iii) up to a specified number of MW values in between; (iv) a preferred MW operating point; and (v) for the ranges between each of the MW values greater than the preferred operating point, corresponding prices (in $/MWh) for which the Scheduling Coordinator is willing to increase the output of the resource and sell Energy from that resource to the ISO (or, in the case of a Dispatchable Load, decrease the Demand); and (vi) for the ranges between each of the MW values less than the preferred operating point, corresponding prices (in $/MWh) for which the Scheduling Coordinator is willing to decrease the output of the resource and purchase Energy from the ISO at the resource's location (or, in the case of a Dispatchable Load, increase the Demand). This data for an Adjustment Bid must result in a monotonically-increasing curve.

**Administrative Price**

The price set by the ISO in place of a Market Clearing Price when, by reason of a System Emergency, the ISO determines that it no longer has the ability to maintain reliable operation of the ISO Controlled Grid relying solely on the economic Dispatch of Generation. This price will remain in effect until the ISO considers that the System Emergency has been contained and corrected.

**AGC (Automatic Generation Control)**

Generation equipment that automatically responds to signals from the ISO's EMS control in real time to control the power output of electric generators within a prescribed area in response to a change in system frequency, tieline loading, or the relation of these to each other, so as to maintain the target system frequency and/or

the established interchange with other areas within the predetermined limits.

**Aggregate Final Schedules** — ISO approved aggregated Final Schedules.

**Ancillary Services** — Regulation, Spinning Reserve, Non-Spinning Reserve, Replacement Reserve, Voltage Support and Black Start together with such other interconnected operation services as the ISO may develop in cooperation with Market Participants to support the transmission of Energy from Generation resources to Loads while maintaining reliable operation of the ISO Controlled Grid in accordance with Good Utility Practice.

**Ancillary Service Provider** — A Participating Generator or an owner of Load who is eligible to provide an Ancillary Service.

**Applicable Reliability Criteria** — The reliability standards established by NERC, WSCC, and Local Reliability Criteria as amended from time to time, including any requirements of the NRC.

**Applicants** — Pacific Gas and Electric Company, San Diego Gas & Electric Company, and Southern California Edison Company and any others as applicable.

**Approved Load Profile** — Local Regulatory Authority approved Load profiles applied to cumulative End-Use Meter Data in order to allocate consumption of Energy to Settlement Periods.

**Available Transfer Capacity** — For a given transmission path, the capacity rating in MW of the path established consistent with ISO and WSCC transmission capacity rating guidelines, less any reserved uses applicable to the path.

**Balanced Schedule** — A Schedule shall be deemed balanced when Generation, adjusted for Transmission Losses equals Demand with respect to all entities for which a Scheduling Coordinator schedules.

**Black Start** — The procedure by which a Generating Unit self-starts without an external source of electricity thereby restoring power to the ISO Controlled Grid following system or local area blackouts.

| | |
|---|---|
| **Business Day** | A day on which banks are open to conduct general banking business in California. |
| **Capacity Adjustment as a result of Uninstructed Deviation** | ISO charge for Ancillary Service capacity dispatched without ISO instruction. |
| **C.F.R.** | Code of Federal Regulations. |
| **Congestion** | A condition that occurs when there is insufficient Available Transfer Capacity to implement all Preferred Schedules simultaneously or, in real time, to serve all Generation and Demand. "Congested" shall be construed accordingly. |
| **Congestion Fee** | The charge representing the absolute value of the negative portion of a Zonal Market Clearing Price. |
| **Congestion Management** | The alleviation of Congestion in accordance with applicable ISO Protocols and Good Utility Practice. |
| **Constraints** | Physical and operational limitations on the transfer of electrical power through transmission facilities. |
| **Contingency** | Disconnection or separation, planned or forced, of one or more components from an electrical system. |
| **Contract Usage Template** | The instrument employed by SCs for the submittal of a balanced schedule that includes the use of firm transmission rights or existing contracts, in accordance with the procedures contained in the ISO's SBP, Section 2.1.6. |
| **Control Area** | An electric power system (or combination of electric power systems) to which a common AGC scheme is applied in order to: i) match, at all times, the power output of the Generating Units within the electric power system(s), plus the Energy purchased from entities outside the electric power system(s), minus Energy sold to entities outside the electric power system, with the Demand within the electric power system(s); ii) maintain scheduled interchange with other Control Areas, within the limits of Good Utility Practice; iii) maintain the frequency of the electric power system(s) within reasonable limits in accordance with Good Utility Practice; and iv) provide sufficient generating capacity to maintain operating reserves in accordance with Good Utility Practice. |

| | |
|---|---|
| **Converted Rights** | Those transmission service rights as defined in Section 2.4.4.2.1 of the ISO Tariff. |
| **Core Market** | The Core Market is comprised of the Day-Ahead, Day-of and Real Time markets operated by the PX. The Core Market is governed by the PX Tariff and the Operating Manual. |
| **CTS Market** | The CTS Market is comprised of the block forward Energy and Ancillary Services markets and the registration of bilateral contracts conducted by CalPX Trading Services ("CTS"), a division of the PX. The CTS Market is governed by the CTS Rate Schedule and Information Guide. |
| **CPUC** | The California Public Utilities Commission, or its successor. |
| **CTC (Competition Transition Charge)** | A non-bypassable charge that is the mechanism that the California Legislature and the CPUC mandated to permit recovery of costs stranded as a result of the shift to the new market structure. |
| **CTS Ancillary Services Market** | The market provided by the California Trading Services (CTS) Division of the PX in which BFM Participants can buy and sell Ancillary Services and register bilateral transactions for delivery to CalPX markets. |
| **Curtailable Demand** | Demand that can be curtailed at the direction of the ISO in the real time dispatch of the ISO Controlled Grid. Scheduling Coordinators with Curtailable Demand may offer it to the ISO to meet Non-spinning or Replacement Reserve requirements. |
| **Day-Ahead** | Relating to a Day-Ahead Market or Day-Ahead Schedule. |
| **Day-Ahead Market** | The forward market for Energy and Ancillary Services to be supplied during the Settlement Periods of a particular Trading Day that is conducted by the ISO, the PX and other Scheduling Coordinators and which closes with the ISO's acceptance of the Final Day-Ahead Schedule. |

**Day-Ahead Schedule** — A Schedule prepared by a Scheduling Coordinator or the ISO before the beginning of a Trading Day indicating the levels of Generation and Demand scheduled for each Settlement Period of that Trading Day.

**Demand** — The rate at which Energy is delivered to Loads and Scheduling Points by Generation, transmission or distribution facilities. It is the product of voltage and the in-phase component of alternating current measured in units of watts or standard multiples thereof, e.g., 1,000W=1kW, 1,000kW=1MW, etc.

**Demand Bid** — A bid into the PX indicating a quantity of Energy that an Eligible Customer wishes to purchase and, if relevant, the maximum price that the customer is prepared to pay for that Energy. This bid will only be accepted in the PX auction process if the Market Clearing Price is at or below the price of the Demand Bid. A Buyer may state, for each hour, a different price preference for each demand quantity in each location, *i.e.*, the maximum price in each hour at which it is prepared to take a specified amount of Energy in the Day-Ahead Schedule. If a bid is submitted without a price, it is assumed that the bidder is prepared to pay the Market-Clearing Price.

**Demand Forecast** — An estimate of Demand over a designated period of time.

**Demand Market Participant** — Any Eligible Customer on behalf of whom Demand and Ancillary Services are scheduled pursuant to the ISO Tariff.

**Dependable Generation** — The sum of the maximum amount of generating capacity, in MW, from Generating Units interconnected with the Participating TO's transmission or distribution system, that a Participating TO reasonably believes could be delivered to serve Load, regardless of ownership of the Generation capacity or whether a contract exists for the purchase of the output from the Generator.

**Deviation Replacement Reserve Charge** — ISO charge for Replacement Reserves allocated to the load and generator deviations.

**Direct Access Demand** — The Demand of Direct Access End-Users.

| | |
|---|---|
| **Direct Access End-User** | An Eligible Customer located within the Service Area of a UDC who purchases Energy and Ancillary Services through a Scheduling Coordinator. |
| **Dispatch** | The operating control of an integrated electric system to: i) assign specific Generating Units and other sources of supply to effect the supply to meet the relevant area Demand taken as Load rises or falls; ii) control operations and maintenance of high voltage lines, substations, and equipment, including administration of safety procedures; iii) operate interconnections; iv) manage Energy transactions with other interconnected Control Areas; and v) curtail Demand. |
| **Dispatchable Loads** | Load which is the subject of an Adjustment Bid. |
| **Distribution System** | The distribution assets of a TO or UDC. |
| **Effective Price for Uninstructed Deviation Adjustment** | ISO charge to account for the difference between a resource's effective price and the ISO's ten (10) minute interval prices when paying for Uninstructed Deviations. |
| **Eligible Customer** | (i) any utility (including Participating TOs, Market Participants and any power marketer), Federal power marketing agency, or any person generating Energy for sale or resale; Energy sold or produced by such entity may be Energy produced in the United States, Canada or Mexico; however, such entity is not eligible for transmission service that would be prohibited by Section 212(h)(2) of the Federal Power Act; and (ii) any retail customer taking unbundled transmission service pursuant to a state retail access program or pursuant to a voluntary offer of unbundled retail transmission service by the Participating TO. |
| **Eligible Regulatory Must-Take Generation** | Regulatory Must-Take Generation which (i) has been approved as Regulatory Must-Take Generation by a Local Regulatory Authority within California, and (ii) is owned or produced by a Participating TO or UDC which has provided direct access to its End-Use Customers and serves load in the ISO Control Area. |
| **Eligible Regulatory Must-Run Generation** | Regulatory Must-Run Generation which (i) has been approved as Regulatory Must-Run Generation by a Local Regulatory Authority within California, and (ii) is owned or produced by a Participating TO or UDC which has |

| | |
|---|---|
| | provided direct access to its End-Use Customers and serves load in the ISO Control Area. |
| **Eligible Trader** | An Eligible Customer that has demonstrated to the reasonable satisfaction of the PX (which will apply published criteria and procedures adopted by the PX Governing Board in making its evaluation) that it has no unfair advantages over other PX Participants that would permit it to affect the Market Clearing Price in the PX Market. An Eligible Trader shall not include an Eligible Customer to the extent that any of its Energy transfers or Ancillary Services are provided pursuant to Existing Contracts. |
| **EMS (Energy Management System)** | A computer control system used by electric utility dispatchers to monitor the real time performance of the various elements of an electric system and to control Generation and transmission facilities. |
| **End-Use Customer or End-User** | A purchaser of electric power who purchases such power to satisfy a Load directly connected to the ISO Controlled Grid or to a Distribution System and who does not resell the power. |
| **End-Use Meter Data** | Meter Data that measures the Energy consumption in respect of End-Users gathered, edited and validated by Scheduling Coordinators and submitted to the ISO in Settlement quality form. |
| **End-Use Meter** | A metering device collecting Meter Data with respect to the Energy consumption of an End-User. |
| **Energy** | The electrical energy produced, flowing or supplied by generation, transmission or distribution facilities, being the integral with respect to time of the instantaneous power, measured in units of watt-hours or standard multiples thereof, e.g., 1,000 Wh=1kWh, 1,000 kWh=1MWh, etc. |
| **Energy Bid** | The price at or above which a Generator has agreed to produce the next increment of Energy. |
| **Energy Efficiency Services** | Services that are intended to assist End-Users in achieving savings in their use of Energy or increased efficiency in their use of Energy. |

| | |
|---|---|
| **Entitlements** | The right of a Participating TO obtained through contract or other means to use another entity's transmission facilities for the transmission of Energy. |
| **Environmental Quality** | In relation to Energy, means Energy which involves production sources that reduce harm to the environment. |
| **Existing Contracts** | The contracts which grant transmission service rights in existence on the ISO Operations Date (including any contracts entered into pursuant to such contracts) as may be amended in accordance with their terms or by agreement between the parties thereto from time to time. |
| **Existing Operating Agreement** | The agreement between the ISO and an Existing Operating Entity entered into prior to the ISO Operations Date relating to the operation of a subsystem of that Existing Operating Entity. |
| **Existing Operating Entity** | The entity which owns and operates a MSS (Metered Subsystem). |
| **Existing Rights** | Those transmission service rights defined in Section 2.4.4.1.1 of the ISO Tariff. |
| **Facility Study** | An engineering study conducted by a Participating TO to determine required modifications to the Participating TO's transmission system, including the cost and scheduled completion date for such modifications that will be required to provide needed services. |
| **FERC** | The Federal Energy Regulatory Commission or its successor. |
| **FIITC (Firm Import Interconnection Transmission Capacity)** | The amount of firm transmission capacity in MW associated with transmission facilities owned by a Participating TO or contracted to the Participating TO under an Existing Contract, which allows Generating Units that are not directly interconnected with that Participating TO's transmission or distribution system to deliver Energy to that Participating TO. For each month of the Self-Sufficiency Test Period, FIITC shall include the maximum amount of requirements and bundled power sale capacity purchased by the Participating TO from the transmission owner to which it is physically interconnected during the hour in which the Monthly Peak Load of the Participating TO occurs. |

| | |
|---|---|
| **Final Day-Ahead Schedule** | The Day-Ahead Schedule which has been approved as feasible and consistent with all other Schedules by the ISO based upon the ISO's Day-Ahead Congestion Management procedures. |
| **Final Hour-Ahead Schedule** | The Hour-Ahead Schedule of Generation and Demand that has been approved by the ISO as feasible and consistent with all other Schedules based on the ISO's Hour-Ahead Congestion Management procedures. |
| **Final Schedule** | A Schedule developed by the ISO following receipt of a Revised Schedule from a Scheduling Coordinator. |
| **Final Settlement Statement** | The restatement or recalculation of the Preliminary Settlement Statement by the ISO or the PX, as the case may be, following the issue of that Preliminary Settlement Statement. |
| **Five Minute Ex Post Price** | The price charged or paid to Scheduling Coordinators responsible for Participating Generators, System Resources or Participating Buyers for Imbalance Energy in each Zone. The price will vary between Zones if Congestion is present. This five minute price is equal to the bid price of the marginal resource accepted by the ISO for dispatch and deemed eligible under the ISO Tariff to set the price during a five minute period. |
| **FPA** | Parts II and III of the Federal Power Act, 16 U.S.C. § 824, et seq., as they may be amended from time to time. |
| **Full Marginal Loss Rate** | A rate calculated by the ISO for each Generation and Scheduling Point location to determine the effect on total system Transmission Losses of injecting an increment of Generation at each such location to serve an equivalent incremental MW of Demand distributed proportionately throughout the ISO Control Area. |
| **Generating Unit** | An individual electric generator and its associated plant and apparatus whose electrical output is capable of being separately identified and metered or a Physical Scheduling Plant that, in either case, is:<br>(a) located within the ISO Control Area;<br>(b) connected to the ISO Controlled Grid, either directly or via interconnected transmission, or distribution facilities; and |

(c) that is capable of producing and delivering net Energy (Energy in excess of a generating station's internal power requirements).

**Generation** — Energy delivered from a Generating Unit.

**Generator** — The seller of Energy or Ancillary Services produced by a Generating Unit.

**GMM (Generation Meter Multiplier)** — A number which when multiplied by a Generating Unit's Metered Quantity will give the total Demand to be served from that Generating Unit.

**Good Utility Practice** — Any of the practices, methods, and acts engaged in or approved by a significant portion of the electric utility industry during the relevant time period, or any of the practices, methods, and acts which, in the exercise of reasonable judgment in light of the facts known at the time the decision was made, could have been expected to accomplish the desired result at a reasonable cost consistent with good business practices, reliability, safety, and expedition. Good Utility Practice is not intended to be any one of a number of the optimum practices, methods, or acts to the exclusion of all others, but rather to be acceptable practices, methods, or acts generally accepted in the region.

**Grid Management Charge** — The ISO monthly charge on all Scheduling Coordinators that is intended to recover the ISO's startup and development costs and the costs associated with the ongoing operation and maintenance, including financing costs, of the ISO Controlled Grid which shall be calculated as set out in Section 8 of the ISO Tariff.

**Grid Operations Charge** — An ISO charge that recovers redispatch costs incurred due to Intra-Zonal Congestion in each Zone. These charges will be paid to the ISO by the Scheduling Coordinators, in proportion to their metered Demand within, and metered exports from, the Zone.

**Hour-Ahead** — Relating to an Hour-Ahead Market or an Hour-Ahead Schedule.

**Hour-Ahead Market** — The forward market for Energy and Ancillary Services to be supplied during a particular Settlement Period that is conducted by the ISO, the PX and other Scheduling

Coordinators which opens after the ISO's acceptance of the Final Day-Ahead Schedule for the Trading Day in which the Settlement Period falls and closes with the ISO's acceptance of the Final Hour-Ahead Schedule.

**Hour-Ahead Schedule** — A Schedule prepared by a Scheduling Coordinator or the ISO before the beginning of a Settlement Period indicating the changes to the levels of Generation and Demand scheduled for that Settlement Period from that shown in the Final Day-Ahead Schedule.

**Hourly Ex Post Price** — The price charged or paid to Scheduling Coordinators responsible for Participating Generators and Participating Buyers for Imbalance Energy in each Zone. The price will vary between Zones if Congestion is present. The Hourly Ex Post Price is the Energy weighted average of the 12 Five Minute Ex Post Prices in each Zone during each Settlement Period.

**Hydro Spill Generation** — Hydro-electric Generation in existence prior to the ISO Operations Date that: i) has no storage capacity and that, if backed down, would spill; ii) has exceeded its storage capacity and is spilling even though the generators are at full output, or iii) has inadequate storage capacity to prevent loss of hydro-electric Energy either immediately or during the forecast period, if hydro-electric Generation is reduced; iv) has increased regulated water output to avoid an impending spill.

**Identification Code** — An identification number assigned to each Scheduling Coordinator by the ISO.

**Imbalance Energy** — The real time change in Generation output or Demand (from dispatchable Generating Units or Loads) which is instructed by the ISO to ensure that reliability of the ISO Controlled Grid is maintained in accordance with Applicable Reliability Criteria. Sources of Imbalance Energy include Regulation, Spinning and Non-spinning Reserves, Replacement Reserve, and Energy from other Generating Units that are able to respond to the ISO's request for more or less Energy.

**Imbalance Energy Adjustment as a Result of Uninstructed Deviation** — ISO charge for Imbalance Energy produced by dispatch of capacity committed to providing Ancillary Services without ISO dispatch instruction.

**Insufficient Response to ISO Dispatch Instruction Adjustment**

ISO charge for Ancillary Service capacity that does not respond to ISO dispatch instruction.

**Inter-Scheduling Coordinator Trades**

Energy transactions between Scheduling Coordinators.

**Inter-Zonal Congestion**

Congestion across an Inter-Zonal Interface.

**Inter-Zonal Interface**

The (i) group of transmission paths between two adjacent Zones of the ISO Controlled Grid, for which a physical, non-simultaneous transmission capacity rating (the rating of the interface) has been established or will be established prior to the use of the interface for Congestion Management; (ii) the group of transmission paths between an ISO Zone and an adjacent Scheduling Point, for which a physical, non-simultaneous transmission capacity rating (the rating of the interface) has been established or will be established prior to the use of the interface for Congestion Management; or (iii) the group of transmission paths between two adjacent Scheduling Points, where the group of paths has an established transfer capability and established transmission rights.

**Interconnection**

Transmission facilities, other than additions or replacements to existing facilities that: i) connect one system to another system where the facilities emerge from one and only one substation of the two systems and are functionally separate from the ISO Controlled Grid facilities such that the facilities are, or can be, operated and planned as a single facility; or ii) are identified as radial transmission lines pursuant to contract; or iii) produce Generation at a single point on the ISO Controlled Grid; provided that such interconnection does not include facilities that, if not owned by the Participating TO, would result in a reduction in the ISO's Operational Control of the Participating TO's portion of the ISO Controlled Grid.

**Interest**

Interest shall be calculated in accordance with the methodology specified for interest on refunds in the regulations of FERC at 18 C.F.R. §35.19a(2)(iii) (1996). Interest on delinquent amounts shall be calculated from the due date of the bill to the date of payment. When payments are made by mail, bills shall be considered as having been paid on the date of receipt.

Case 2:06-cv-00559-MCE-KJM Document 33-5 Filed 07/26/2006 Page 6 of 58



| | |
|---|---|
| **Intra-Zonal Congestion** | Congestion within a Zone. |
| **IOU** | An investor owned electric utility. |
| **ISO (Independent System Operator)** | The California Independent System Operator Corporation, a state chartered, nonprofit corporation that controls the transmission facilities of all Participating TOs and dispatches certain Generating Units and Loads. |
| **ISO Authorized Inspector** | A person authorized by the ISO to certify, test, inspect and audit meters and metering facilities in accordance with the procedures established by the ISO pursuant to the ISO Protocols on metering. |
| **ISO Control Area Balancing Function** | The real time Dispatch of Generation (and Curtailable Demand), directed by the ISO, to balance with actual Demand during the current operating hour to meet operating reliability criteria. |
| **ISO Controlled Grid** | The system of transmission lines and associated facilities of the Participating TOs that have been placed under the ISO's Operational Control. |
| **ISO Governing Board** | The Board of Governors established to govern the affairs of the ISO. |
| **ISO Metered Entity** | Means:<br>(a) any one of the following entities that is directly connected to the ISO Controlled Grid:<br>i. a Generator other than a Generator that sells all of its Energy (excluding any Energy consumed by auxiliary load equipment electrically connected to that Generator at the same point) and Ancillary Services to the UDC in whose Service Area it is located;<br>ii. an Eligible Customer; or<br>iii. an End-User other than an End-User that purchases all of its Energy from the UDC in whose Service Area it is located; and<br>(b) any one of the following entities:<br>i. a Participating Generator; or<br>ii. a Participating TO in relation to its Tie Point Meters with other TOs or Control Areas. |
| **ISO Operations Date** | The date on which the ISO first assumes Operational Control of the ISO Controlled Grid. |

| | |
|---|---|
| **ISO Payments Calendar** | A calendar published by the ISO showing the dates on which Settlement Statements will be published by the ISO and the Payment Dates by which invoices issued under the ISO Tariff must be paid. |
| **ISO Protocols** | The rules, protocols, procedures and standards attached to the ISO Tariff as Appendix L, promulgated by the ISO (as amended from time to time) to be complied with by the ISO Scheduling Coordinators, Participating TOs and all other Market Participants in relation to the operation of the ISO Controlled Grid and the participation in the markets for Energy and Ancillary Services in accordance with the ISO Tariff. |
| **ISO Tariff** | The California Independent System Operator Agreement and Tariff, dated March 31, 1997, as it may be modified from time to time. |
| **Load** | An end-use device of an End-Use Customer that consumes power. Load should not be confused with Demand, which is the measure of power that a Load receives or requires. |
| **Local Publicly Owned Electric Utilities** | A municipality or municipal corporation operating as a public utility furnishing electric service, a municipal utility district furnishing electric service, a public utility district furnishing electric services, an irrigation district furnishing electric services, or a joint powers authority that includes one or more of these agencies and that owns Generation or transmission facilities, or furnishes electric services over its own or its members' electric Distribution System. |
| **Local Regulatory Authority** | The state or local governmental authority responsible for the regulation or oversight of a utility. |
| **Loop Flow** | Energy flow over a transmission system caused by parties external to that system. |
| **Loss Scale Factor** | The ratio of expected Transmission Losses to the total Transmission Losses which would be collected if Full Marginal Loss Rates were utilized. |
| **Maintenance Outage** | A period of time during which an Operator takes its facilities out of service for the purposes of carrying out routine planned maintenance, or for the purposes of new |

construction work or for work on de-energized and live transmission facilities (e.g., relay maintenance or insulator washing) and associated equipment.

**Market Clearing Price** — The price in a market at which supply equals Demand. All Demand prepared to pay at least this price has been satisfied and all supply prepared to operate at or below this price has been purchased.

**Market Participant** — An entity, including a Scheduling Coordinator, who participates in the Energy marketplace through the buying, selling, transmission, or distribution of Energy or Ancillary Services into, out of, or through the ISO Controlled Grid.

**Master File** — A file maintained by the PX in conformance with the PX bidding and bid evaluation protocol containing information regarding Generating Units, Loads and other resources eligible to bid into the PX.

**Meter Data** — Energy usage data collected by a metering device or as may be otherwise derived by the use of Approved Load Profiles.

**Monthly Peak Load** — The maximum hourly Demand on a Participating TO's transmission system for a calendar month, multiplied by the Operating Reserve Multiplier.

**MSS (Metered Subsystem)** — A system of an Existing Operating Entity as at the ISO Operations Date which has been operating for a number of years subsumed within the ISO Controlled Grid and encompassed by revenue quality meters at each interface point with the ISO Controlled Grid which is operated in accordance with Existing Contracts and an Existing Operating Agreement.

**NERC** — The North American Electric Reliability Council or its successor.

**Non-Spinning Reserve** — The portion of off-line generating capacity that is capable of being synchronized and ramping to a specified load in ten minutes (or load that is capable of being interrupted in ten minutes) and that is capable of running (or being interrupted) for at least two hours.

**NRC** — The Nuclear Regulatory Commission or its successor.

Case 2:07-cv-05915-CAS Document 21-25-5 Filed 02/05/2008 Page 9 of 58



| | |
|---|---|
| **Operating Reserve** | The combination of Spinning and Non-Spinning Reserve required to meet WSCC and NERC requirements for reliable operation of the ISO Control Area. |
| **Operating Reserve Multiplier** | The Operating Reserve Multiplier is initially 1.07 times the amount of Dependable Generation and FIITC that is not associated with hydro-electric Generation, plus 1.05 times the amount of Dependable Generation and FIITC that is associated with the hydro-electric Generation, divided by Dependable Generation and FIITC, based on the current WSCC operating reserve criteria of 7% for thermal generation and 5% for hydro-electric Generation. If the WSCC changes the operating reserve criteria or the ISO Governing Board establishes a higher reserve margin for purposes of system reliability and integrity, the Operating Reserve Multiplier shall be changed accordingly. |
| **Operational Control** | The rights of the ISO under the Transmission Control Agreement and the ISO Tariff to direct Participating TOs how to operate their transmission lines and facilities and other electric plant affecting the reliability of those lines and facilities for the purpose of affording comparable non-discriminatory transmission access and meeting Applicable Reliability Criteria. |
| **Operator** | The operator of facilities comprised in the ISO Controlled Grid or Reliability Must-Run Units. |
| **Outage** | Disconnection or separation, planned or forced, of one or more elements of an electric system. |
| **Overgeneration** | A condition that occurs when total Generation exceeds total Demand in the ISO Control Area. |
| **Participating Buyer** | A Direct Access End-User or a wholesale buyer of Energy or Ancillary Services through Scheduling Coordinators. |
| **Participating Seller** or **Participating Generator** | A Generator or other seller of Energy or Ancillary Services through a Scheduling Coordinator over the ISO Controlled Grid and which has undertaken to be bound by the terms of the ISO Tariff. |
| **Participating TO** | A party to the TCA whose application under Section 2.2 of the TCA has been accepted and who has placed its transmission assets and Entitlements under the ISO's Operational Control in accordance with the TCA. |

| | |
|---|---|
| **Payment Date** | The date by which invoiced amounts are to be paid under the terms of the ISO or PX Tariffs as applicable. |
| **Physical Scheduling Plant** | A group of two or more related Generating Units, each of which is individually capable of producing Energy, but which either by physical necessity or operational design must be operated as if they were a single Generating Unit and any Generating Unit or Units containing related multiple generating components which meet one or more of the following criteria: i) multiple generating components are related by a common flow of fuel which cannot be interrupted without a substantial loss of efficiency of the combined output of all components; ii) the Energy production from one component necessarily causes Energy production from other components; iii) the operational arrangement of related multiple generating components determines the overall physical efficiency of the combined output of all components; iv) the level of coordination required to schedule individual generating components would cause the ISO to incur scheduling costs far in excess of the benefits of having scheduled such individual components separately; or v) metered output is available only for the combined output of related multiple generating components and separate generating component metering is either impractical or economically inefficient. |
| **Post Close Quantity Match (PCQM) Process** | That session of the PX Day-Ahead Market and Day-of Market whereby PX Participants are given the opportunity to bid additional Energy to their Supply and/or Demand portfolios/resources at the Market Clearing Price after the primary market closes. |
| **Power Flow Model** | The computer software used by the ISO to model the voltages, power injections and power flows on the ISO Controlled Grid and determine the expected Transmission Losses and Generation Meter Multipliers. |
| **Preferred Day-Ahead Schedule** | A Scheduling Coordinator's Preferred Schedule for the ISO Day-Ahead scheduling process. |
| **Preferred Schedule** | The initial Schedule produced by a Scheduling Coordinator that represents its preferred mix of Generation to meet its Demand. For each Generator, the Schedule will include the quantity of output, details of any Adjustment Bids, and |

| | |
|---|---|
| | the location of the Generator. For each Load, the Schedule will include the quantity of consumption, details of any Adjustment Bids, and the location of the Load. The Schedule will also specify quantities and location of trades between the Scheduling Coordinator and all other Scheduling Coordinators. The Preferred Schedule will be balanced with respect to Generation, Transmission Losses, Load and trades between Scheduling Coordinators. |
| **Preliminary Settlement Statement** | The initial statement issued by the ISO or the PX, as the case may be, of the calculation of the Settlements and allocation of the charges in respect of all Settlement Periods covered by the period to which it relates. |
| **PX (Power Exchange)** | The California Power Exchange Corporation, a state chartered, nonprofit corporation charged with providing a Day-Ahead forward market for Energy in accordance with the PX Tariff. The PX is a Scheduling Coordinator and is independent of both the ISO and all other Market Participants. |
| **PX Administration Charge** | The charge that the PX makes to PX Participants for the provision of its services. |
| **PX ADR Committee** | The committee appointed by the PX Governing Board pursuant to Article IV, Section 3 of the PX bylaws to perform functions assigned to the PX ADR Committee in the ADR Procedures provided for in Section 12 of the PX Tariff. |
| **PX ADR Procedures** | The procedures for resolution of disputes or differences provided for in Section 12 of the PX Tariff, as amended from time to time. |
| **PX Auction Activity Rules** | The rules by which bids submitted to and validated by the PX may be modified or withdrawn during a PX Energy market auction. |
| **PX Audit Committee** | A Committee of the PX Governing Board appointed pursuant to Article IV, Section 3 of the PX bylaws (1) to review the PX's annual independent audit, (2) report to the PX Governing Board on such audit, and (3) to monitor compliance with the PX Code of Conduct. |

| | |
|---|---|
| **PX Bank** | The bank at which the PX maintains the PX Clearing Account and the PX Reserve Account from time to time. |
| **PX Buyer** | A buyer of Energy or Ancillary Services through the PX. |
| **PX Code of Conduct** | For employees, the code of conduct for officers, employees and substantially full-time-consultants and contractors of the PX as set out in Exhibit A to the PX bylaws; for Governors, the code of conduct for governors of the PX as set out in Exhibit B to the PX bylaws. |
| **PX Creditor** | Each PX Participant to whom monies are payable pursuant to the terms of the PX Tariff in respect of: (i) the amounts standing to the credit of its account with the PX Reserve Account; or (ii) amounts owing to it by another PX Participant. |
| **PX Debtor** | Each PX Participant that is required to make a payment to the PX under the PX Tariff. |
| **PX Default Interest Rate** | The annual interest rate which is equal to 2% above the average cost incurred by the PX in funding the PX Liquidity Credit Line (including interest and fees payable on amounts drawn under its lines of credit) as determined by the PX and published on the PX Home Page from time to time. |
| **PX Documents** | The PX Tariff, the Operating Manual, the PX bylaws and any agreements entered into between the PX and a PX Participant pursuant to the PX Tariff. |
| **PX Governing Board** | The Board of Governors established by California law to govern the affairs of the PX. |
| **PX Indicative Price** | The average of the prices for Energy for the California/Oregon Border and Palos Verdes shown in the Dow Jones Index for the twelve (12) month period immediately preceding the date of the commencement of trading through the PX Market, as published each day in the Wall Street Journal. |
| **PX Markets** | The markets for the sale and purchase of Energy operated by the PX in accordance with the PX Tariff. |
| **PX Operating Manual** | The day-to-day operating procedures and standards promulgated by the PX (as amended from time to time) to |

be complied with by the PX and Market Participants in relation to operation and participation in the PX Markets.

**PX Overgeneration** — A condition that occurs when the aggregate quantity (in MWh) of Supply Bids relating to Eligible Regulatory Must-Take Generation and Eligible Regulatory Must-Run Generation exceeds the aggregate quantity (in MWh) of Demand Bids in the PX auction.

**PX Participant** — An entity that is authorized to buy or sell Energy or Ancillary Services through the PX, and any agent authorized to act on behalf of such entity.

**PX Participant Settlement Account** — The settlement account of a PX Participant held at a bank situated in the United States, the details of which are set out in the PX Participant's Participation Agreement.

**PX Payments Calendar** — A calendar published by the PX showing the dates on which Settlement Statements will be published by the PX and the Payment Dates by which invoices issued under the PX Tariff must be paid.

**PX Seller** — Any PX Participant selling Energy or Ancillary Services through the PX.

**PX Tariff** — The California Power Exchange FERC Electric Service Tariff No. 2, dated September 1, 1999 (which supersedes the California Power Exchange Operating Agreement and Tariff dated March 31, 1997) as modified from time to time.

**PX Technical Advisory Committee**

A Committee appointed by the PX Governing Board pursuant to Article IV, Section 4 of the PX bylaws to advise on additions and revisions to ISO rules and protocols, tariffs, reliability and operating standards and other technical matters.

**Ramping**

Changing the loading level of a Generating Unit in a constant manner over a fixed time (e.g., ramping up or ramping down). Such changes may be directed by a computer or manual control.

**Real Time Market**

The competitive generation market controlled and coordinated by the ISO for arranging real time Imbalance Energy.

**Redispatch**

The readjustment of scheduled Generation or Demand side management measures, to relieve Congestion or manage Energy imbalances.

**Regulation**

The service provided by Generating Units equipped and operating with AGC which will enable such units to respond to the ISO's direct digital control signals in an upward and downward direction to match, on a real time basis, Demand and resources, consistent with established NERC and WSCC operating criteria. Regulation is used to control the power output of electric generators within a prescribed area in response to a change in system frequency, tieline loading, or the relation of these to each other so as to maintain the target system frequency and/or the established interchange with other areas within the predetermined limits.

**Regulation Up**

Generating Units equipped and operating with Automatic Generator Control ("AGC") which will respond to the ISO's direct digital control signals in an upward direction to match, on a real-time basis, Demand and resources, consistent with established NERC and WSCC operating criteria.

**Regulation Down**

Generating Units equipped and operating with Automatic Generator Control ("AGC") which will respond to the ISO's direct digital control signals in a downward direction to match, on a real-time basis, Demand and resources, consistent with established NERC and WSCC operating criteria.

**Regulatory Must-Run Generation**

Hydro Spill Generation and Generation which is required to run by applicable Federal or California laws, regulations, or other governing jurisdictional authority. Such requirements include but are not limited to hydrological flow requirements, environmental requirements, such as minimum fish releases, fish pulse releases and water quality requirements, irrigation and water supply requirements, or the requirements of solid waste Generation, or other Generation contracts specified or designated by the jurisdictional regulatory authority as it existed on December 20, 1995, or as revised by Federal or California law or Local Regulatory Authority.

**Regulatory Must-Take Generation**

Those Generation resources identified by CPUC, or a Local Regulatory Authority, the operation of which is not subject to competition. These resources will be scheduled by the relevant Scheduling Coordinator directly with the ISO on a must-take basis. Regulatory Must-Take Generation includes qualifying facility Generating Units as defined by federal law, nuclear units and pre-existing power purchase contracts with minimum energy take requirements.

**Reliability Criteria**

Pre-established criteria that are to be followed in order to maintain desired performance of the ISO Controlled Grid under contingency or steady state conditions.

**Reliability Must-Run Contract**

A contract entered into by the ISO with a Generator which operates a Generating Unit giving the ISO the right to call on the Generator to generate Energy and/or provide Ancillary Services from the Generating Unit as and when this is required to ensure the reliability of the ISO Controlled Grid.

**Reliability Must-Run Generation**

Generation that the ISO determines is required to be on line to meet Applicable Reliability Criteria requirements. This includes i) Generation constrained on line to meet NERC and WSCC reliability criteria for interconnected systems operation; ii) Generation needed to meet Load demand in constrained areas; and iii) Generation needed to be operated to provide voltage or security support of the ISO or a local area.

**Reliability Must-Run Unit**

A Generating Unit which is the subject of the contract between the Generator and the ISO under which, in return for certain payments, the ISO is entitled to call upon the

owner to run the unit when required by the ISO for the purposes of the reliable operation of the ISO Controlled Grid.

**Remaining Replacement Reserve Charge** — That charge for Replacement Reserve costs in excess of those covered by the Deviation Replacement Reserve Charge.

**Replacement Reserve** — Generating capacity that is dedicated to the ISO, capable of starting up if not already operating, being synchronized to the ISO Controlled Grid, and ramping to a specified Load point within a sixty (60) minute period, the output of which can be continuously maintained for a two hour period. Also, Curtailable Demand that is capable of being curtailed within sixty (60) minutes and that can remain curtailed for two hours.

**Revenue Requirement** — The revenue level required by a utility to cover expenses made on an investment, while earning a specified rate of return on the investment.

**Revised Schedule** — A Schedule submitted by a Scheduling Coordinator to the ISO following receipt of the ISO's Suggested Adjusted Schedule.

**SC Agreement** — An agreement between a Scheduling Coordinator and the ISO whereby the Scheduling Coordinator agrees to comply with all ISO rules, protocols and instructions, as those rules, protocols and instructions may be amended from time to time.

**Schedule** — A statement of (i) Demand, including quantity, duration and Take-Out Points and (ii) Generation, including quantity, duration, location of Generating Unit, and Transmission Losses; and (iii) Ancillary Services which will be self provided, (if any) submitted by a Scheduling Coordinator to the ISO. "Schedule" includes Preferred Schedules, Suggested Adjusted Schedules, Final Schedules and Revised Schedules.

**Scheduling Coordinator** — An entity certified by the ISO for the purposes of undertaking the functions specified in Section 2.2.6 of the ISO Tariff.

**Scheduling Coordinator Metered Entity or SC** — means a Generator, Eligible Customer or End-User that is not an ISO Metered Entity.



EXH. 2.195

**Metered Entity Scheduling Point** — A location at which the ISO Controlled Grid is connected, by a group of transmission paths for which a physical, non-simultaneous transmission capacity rating has been established for Congestion Management, to transmission facilities that are outside the ISO's Operational Control. A Scheduling Point typically is physically located at an "outside" boundary of the ISO Controlled Grid (e.g., at the point of interconnection between a Control Area utility and the ISO Controlled Grid). For most practical purposes, a Scheduling Point can be considered to be a Zone that is outside the ISO's Controlled Grid.

**Self-Sufficiency or Self-Sufficient** — A Participating TO for which the sum of its Dependable Generation and its FIITC is greater than or equal to its Monthly Peak Load.

**Self-Sufficiency Test Period** — For the initial Self-Sufficiency determination for a Participating TO, the Self-Sufficiency Test Period shall be the twelve-month period ending December 31, 1996. The Self-Sufficiency Test Period for a Participating TO undergoing a new Self-Sufficiency determination as a result of the termination or modification of an Existing Contract as referred in Section 7.1.3.2 of the ISO Tariff shall be the twelve (12) month period ending in the month prior to the month that the Existing Contract was terminated or modified.

**Service Area** — An area in which, as of December 20, 1995, an IOU or a Local Publicly Owned Electric Utility was obligated to provide electric service to End-Use Customers.

**Settlement** — Process of financial settlement for products and services purchased and sold undertaken by the ISO under Section 11 of the ISO Tariff or by the PX under Section 6 of the PX Tariff. Each Settlement will involve a price and a quantity.

**Settlement Period** — For all ISO and PX transactions the period beginning at the start of the hour, and ending at the end of the hour. There

are twenty-four (24) Settlement Periods in each Trading Day, with the exception of a Trading Day in which there is a change to or from daylight savings time.

**Settlement Quality Meter Data** — Meter Data gathered, edited, validated, and stored in a settlement-ready format, for Settlement and auditing purposes.

**Settlement Statement** — Either or both of a Preliminary Settlement Statement or Final Settlement Statement.

**Settlement Statement Re-run** — The re-calculation of a Settlement Statement in accordance with the provisions of the ISO Tariff or PX Tariff as the case may be or any protocol or operating manual of the ISO or PX.

**Severance Fee** — The charge or periodic charge assessed to customers to recover the reasonable uneconomic portion of costs associated with Generation-related assets and obligations, nuclear decommissioning, and capitalized Energy efficiency investment programs approved prior to August 15, 1996 and as defined in the California Assembly Bill No. 1890 enacted on February 24, 1995.

**Spinning Reserve** — The portion of unloaded synchronized generating capacity that is immediately responsive to system frequency and that is capable of being loaded in ten minutes, and that is capable of running for at least two hours.

**Suggested Adjusted Schedule** — The output of the ISO's initial Congestion Management for each Scheduling Coordinator for the Day-Ahead Market ("Suggested Adjusted Day-Ahead Schedule") or for the Hour-Ahead Market ("Suggested Adjusted Hour-Ahead Schedule"). These Schedules will reflect ISO suggested adjustments to each Scheduling Coordinator's Preferred Schedule to resolve Inter-Zonal Congestion on the ISO Controlled Grid, based on the Adjustment Bids submitted. These schedules will be balanced with respect to Generation, Transmission Losses, Load, and trades between Scheduling Coordinators to resolve Inter-Zonal Congestion.

**Supplemental Energy** — Energy from Generating Units and other resources which have uncommitted capacity following finalization of the Hour-Ahead Schedules and for which Scheduling Coordinators have submitted bids to the ISO at least half

| | |
|---|---|
| | an hour before the commencement of the Settlement Period. |
| **Supply** | The rate at which Energy is delivered to the ISO Controlled Grid measured in units of watts or standard multiples thereof, e.g., 1,000W=1 KW; 1,000 KW = 1MW, etc. |
| **Supply Bid** | A bid into the PX indicating a price at which a seller is prepared to sell Energy. |
| **Supply Market Participant** | Any Generator on behalf of whom Generation and Ancillary Services are scheduled pursuant to the ISO Tariff. |
| **System Emergency** | Conditions beyond the normal control of the ISO that affect the ability of the ISO Control Area to function normally including any abnormal system condition which requires immediate manual or automatic action to prevent loss of Load, equipment damage, or tripping of system elements which might result in cascading outages or to restore system operation to meet the minimum operating reliability criteria. |
| **System Reliability** | A measure of an electric system's ability to deliver uninterrupted service at the proper voltage and frequency. |
| **System Resource** | A group of resources located outside of the ISO Control Area capable of providing Energy and/or Ancillary Services to the ISO Controlled Grid. |
| **System Unit** | One or more resources within a Metered Subsystem controlled so as to simulate a single resource with specified performance characteristics. |
| **Take-Out Point** | The metering points at which a Scheduling Coordinator Metered Entity or ISO Metered Entity takes delivery of Energy. |
| **TCA (Transmission Control Agreement** | The agreement between the ISO and Participating TOs establishing the terms and conditions under which TOs will become Participating TOs and how the ISO and each Participating TO will discharge their respective duties and responsibilities, as may be modified from time to time. |