# PLAINTIFFS PACIFIC GAS AND ELECTRIC COMPANY, SOUTHERN CALIFORNIA EDISON COMPANY, AND SAN DIEGO GAS & ELECTRIC COMPANY'S APPENDIX TO PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

**VOLUME 3 OF 3**

**Part 4 of 6**

# POWER EXCHANGE SETTLEMENT AND BILLING PROCEDURES (PSABP)

# 1. OBJECTIVES AND DEFINITIONS

## 1.1 Objectives

The objective of these PX Settlement and Billing Procedures (PSABP) is to inform PX Participants of the manner in which the charges referred to in Schedule 6 of the PX Tariff will be settled and of the procedures regarding the invoicing and payment of these charges.

## 1.2 Definitions and Rules of Construction

### 1.2.1 Special Definitions for this PSABP

In this PSABP, the following words and expressions (which are not Variables) shall have the meanings set forth opposite them:

"**Export**" means the Energy exported from the PX Markets to outside of the ISO Controlled Grid.

"**Fed-Wire System**" means the Federal Reserve Wire Transfer System for electronic fund transfers.

"**Import**" means the Energy imported into the PX Market from outside of the ISO Controlled Grid.

"**Logical UDC**" or "**LUDC**" means that part of a UDC which is entirely within one Zone.

"**Load Center**" means that point in the ISO Controlled Grid where it is calculated that, in respect of PX Participants, the sum of the outputs of all Generating Units (as measured at each Generating Unit's output terminals and when adjusted by the relevant GMM), Imports (as measured at the intertie point and when adjusted by the relevant GMM) and Transfers-In will equal the sum of all Demands, Exports and Transfers-Out.

"**Market Segment**" means a part of the overall PX Markets as defined in PSABP Section 1.4.2.

"**PX Home Page**" means the PX internet home page at http://www.calpx.com or such other internet address as the PX shall publish from time to time.

"**PX Markets**" means the markets which encompass the totality of all of the Energy and Ancillary Services trading carried out through the PX.

"**PX Participant Rebate**" means a payment to a PX Participant which represents its share of a surplus of money resulting from the PX trading activities which would, unless shared among the PX Participants, result in a failure to achieve the financial balance described in PSABP Section 9 and which is determined according to the rules given in PSABP Appendix 1 Sections 8.2 or 8.4.

"**Resource**" means a single identifiable trading entity consisting of a Load, Import, Export, Transfer-In, Transfer-Out or Generating Unit and which is offered to the PX Markets by a single PX Participant.

"**Resource ID**" means the unique reference given to a Resource for the purposes of Settlement and billing under this PSABP.

"**Security**" means the form of security provided by a PX Participant pursuant to Section 2.4 of the PX Tariff to ensure its trading obligations.

"**Settlement ID**" means the unique reference given to a Settlement Statement that links settlement amount totals for a Trading Day to a line item on an invoice.

"**TA System**" means the electronic communications system used by the PX and PX Participants to conduct, across the WEnet, the Day-Ahead Market.

"**Trading Period**" means the period covered by all of the Trading Days that will be invoiced within a single billing cycle.

"**Transfer-In**" means Energy sold into the PX Markets by another Scheduling Coordinator into a specific Zone and which constitutes an Inter-Scheduling Coordinator Trade.

"**Transfer-Out**" means Energy bought from the PX Markets by another Scheduling Coordinator from a specific Zone and which constitutes an Inter-Scheduling Coordinator Trade.

"**Variable**" means the combination of characters which defines a specific term within an equation, algorithm or report definition in this PSABP and which is defined as a Variable in PSABP Appendix 2.

### 1.2.2 Variables

Each calculation, determination, report and invoice specified in this PSABP is defined by using alphabetic Variables to represent each data item. PSABP Appendix 2 contains the definitions of all Variables used.

### 1.2.3 Time

All references to time are references to the prevailing Pacific Time.

### 1.2.4 Financial Transaction Conventions

In this PSABP, the following conventions have been adopted in defining sums of money to be paid to or by a PX Participant trader or the ISO:

(a) where a PX Participant is to receive a sum of money in respect of its trades, this is defined as a "Payment";
(b) where a PX Participant is to required to pay a sum of money in respect of its trades, this is defined as a "Charge".

### 1.2.5 Financial Transactions Involving the ISO

In this PSABP, three different types of financial transactions involving the ISO have been identified. These are described below.

(a) For some transactions the ISO (acting as agent for the Market Participants) makes payments to or receives payments from the PX (acting as agent for the PX Participants) and identifies to which Resource ID this payment applies. The PX shall make a Payment to, or require a Charge from, the relevant PX Participant equal to this amount.
(b) For some transactions the ISO (acting as agent for the Market Participants) makes payments to or receives payments from the PX (acting as agent for the PX Participants) and the PX shall share out the Payment or Charge from the ISO across the PX Participants.
(c) In the case of the ISO's Payments in respect of the ISO's Monthly Grid Management Payment, the ISO is a principal and the monies paid by the PX are to the ISO's account.

In the transaction types identified in PSABP Sections 1.2.5 (a) and (b) and above, a payment from the ISO to either the PX or the PX Participants is identified as a Charge on the ISO and a payment from the PX or PX Participants to the ISO is identified as a Payment to the ISO. In each case the ISO's Payment and Charge is with the ISO acting as an Agent for the Market Participants and not as a principal in the transaction. Such transaction types are characterized by the inclusion of the words "the PX and ISO both

acting as Agents".

### 1.2.6 Payment Transactions Types

Table 4 of PSABP Appendix 2 lists the Variables on both sides of each financial transaction and shows the parties involved. Each transaction type is further characterized as shown below:

(a) where the transaction is between the PX and the ISO (both acting as agents) and is as described in PSABP 1.2.5 (a) above, the transaction type is given as "Match";
(b) where the transaction is between the PX and the ISO (both acting as agents) and is as described in PSABP 1.2.5 (b) above, the transaction type is given as "Share";
(c) where the transaction is directly between PX Participants, the transaction type is given as "Direct".

### 1.2.7 Payments and Charges Principles

For both PX Participant and ISO financial transactions, both Payments and Charges are, other than as modified by PSABP Appendix 1, positive amounts.

### 1.2.8 Settlement Period Basis of Financial Transactions

Unless the context otherwise specifically requires, all financial transactions are deemed to take place in respect of a specific Settlement Period and where summations of Settlement Period Payments or Charges are defined in this PSABP, these summations are only included to allow for administrative efficiency in operating the PX Markets.

### 1.2.9 Currency

All financial transactions are denominated in US dollars and cents.

### 1.2.10 Summary of Payments and Charges

Table 4 in PSABP Appendix 2 summarizes all of the basic Payments and Charges covered by this PSABP.

## 1.3 Energy Flows and Metering Conventions

In this PSABP, unless the context specifically requires otherwise, the following conventions have been adopted in defining Energy flows and metering:

(a) Generation, transfers-in and imports are positive when they supply Energy to the

PX Markets;

(b) Loads, transfers-out and exports are positive when they extract Energy from the PX Markets;

(c) Imbalance Energy is positive when it results in a payment to the ISO and negative when it results in a Charge on the ISO for this Imbalance Energy.

## 1.4 Market Descriptions

The descriptions in this part of the PSABP are for guidance only and are not an authoritative summary of the relevant provisions of the PX Tariff, ISO Tariff and ISO Protocols (which will in any event prevail).

### 1.4.1 Day-Ahead, Hour-Ahead and Real Time Markets

The conventions described in this part of the PSABP have been adopted in respect of the Day-Ahead, Hour-Ahead and Real Time Markets.

(a) The starting point for determining the volume traded in any of the Day-Ahead, Hour-Ahead and Real Time Markets is, unless the context otherwise requires, the Day-Ahead Energy, the Hour-Ahead Energy and the Real Time Energy.

(b) The net volume traded in the Day-Ahead Market is the Day-Ahead scheduled Energy.

(c) The Hour-Ahead Energy is the total Energy scheduled for the relevant Settlement Period. Thus, the net volume traded in the Hour-Ahead Market is the Hour-Ahead Energy less the Day-Ahead Energy.

(d) The Real Time Energy is the actual metered Energy, net of the MWhs scheduled as a result of an instruction from the ISO in respect of Ancillary Services, Intra-Zonal Congestion relief, Supplemental Energy and net of the Unaccounted for Energy. Thus, the net Energy traded in the Real Time Market is the Real Time Energy less the Day-Ahead Energy and Hour-Ahead Energy.

(e) Each of the Day-Ahead Energy, the Hour-Ahead Energy and the Real Time Energy for Generating Unit Generation, imports and transfers-in are the values delivered at the Zone Load center.

### 1.4.2 Market Segments

For purposes of this PSABP, there are thirteen specific Market Segments. A Market Segment defines a particular service in a particular time period. Other than as noted below, each Settlement Statement will cover a single Participant's position in a single market segment for a single day. The exception is for the monthly management charge market segment when the Settlement Statement covers a month rather than a day.

The Market Segments are as follows:

**Forward Market, Comprised of Day-Ahead and Hour-Ahead Markets.**

(a) Day-Ahead Energy {DAE}:
 (i) Payments and Charges for Day-Ahead Energy;
(b) Hour-Ahead Energy {HAE}
 (i) Payments and Charges for Hour-Ahead Energy;
 (ii) Charges due to Net Transmission Capacity Buy Back.
(c) Forward Market PX Admin Fee {MMS}.

**Real-Time Market.**

(d) Day-Ahead Ancillary Services reservation {DAAS} comprising:
 (i) Payments and Charges to providers of Ancillary Services; and
 (ii) Payments and Charges on PX Participants for their share of the total Ancillary Services (less Replacement Reserve) costs.
(e) Day-Ahead Inter-Zonal Congestion {DAZC}.
(f) Hour-Ahead Ancillary Services reservation {HAAS} comprising:
 (i) Payments and Charges to providers of Ancillary Services; and
 (ii) Payments and Charges on PX Participants for their share of the total Ancillary Services (less Replacement Reserve) costs.
(g) Hour-Ahead Inter-Zonal Congestion {HAZC}.
 (i) Hour-Ahead Inter-Zonal Payments and Charges from the ISO;
 (ii) ISO Charges due to a reduction in transmission capacity between the Day-Ahead and Hour-Ahead Markets.
(h) Replacement Reserve cost recovery and Uplift {RR} comprising:
 (i) Neutrality Adjustment;
 (ii) Replacement Reserve;
 (iii) Monthly Wheeling Out or Wheeling Through;
 (iv) Daily Wheeling Out or Wheeling Through;
 (v) Daily ISO Grid Management Payments and Charges;
 (vi) REPA Cost Recovery Payments and Charges;
 (vii) Existing Contract UFE Cost Recovery Payments and Charges; and
 (viii) PX Congestion Cost Recovery Payments and Charges.
(i) Real-Time Energy {RTE} comprising:
 (i) Ancillary Services Energy and Supplemental Energy;
 (ii) Real Time Intra-Zonal Payments and Charges;
 (iii) Reactive Power Payments and Charges;
 (iv) Black Start Energy Payments and Charges;
 (v) Out of Sequence or Out of Market Energy Payments;
 (vi) REPA Payments and Charges; and
 (vii) Overgeneration Payments and Charges.
(j) Imbalance Energy {IE}.

(k) Unaccounted for Energy {UFE}.
(l) Real Time PX Admin Fee {MMR}.
(m) ISO's monthly management payments and charges {MMC} comprising:
  (i) ISO's Grid Management Charge;
  (ii) Black Start Capacity;
  (iii) Long Term Voltage Support;
  (iv) Rounding.
(n) Real Time Miscellaneous Payments and Charges [MIS]
  (i) Shared charges;
  (ii) Resource-specific charges; and
  (iii) Resource-specific charges affecting PX administrative fee calculation.

### 1.4.3 PX Participants

A PX Participant can be both a PX Seller and a PX Buyer.

A Scheduling Coordinator can be a PX Participant and will be treated as such if it trades Energy through the PX.

## 1.5 Payments Calendar and Settlement Timelines

### 1.5.1 Payments Calendar

In October of each year, the PX will, in accordance with the provisions of the PX Tariff, prepare a draft PX Payments Calendar for the following year, based on the ISO Payments Calendar which it receives from the ISO pursuant to the ISO Tariff, showing for each Trading Day:

(a) The date on which PX Participants are required to pay their proportion of the PX Administration Charge falling due in that month;
(b) The dates by which the PX will send out Preliminary Settlement Statements to PX Participants for Day-Ahead and Hour-Ahead Energy;
(c) The date on which the PX will send out Preliminary Settlement Statements for that Trading Day for Charges or Payments incurred in the settlement timeline described in PSABP Section 1.5.3;
(d) The date by which any errors or omissions in each Preliminary Settlement Statement must be notified to the PX;
(e) The date on which the PX will send out Final Settlement Statements for that Trading Day for Day-Ahead and Hour-Ahead Energy;

(f) The date on which the PX will issue Final Settlement Statements for that Trading Day for Charges or Payments incurred in the timeline described in PSABP Section 1.5.3;
(g) The date on which the PX will issue invoices for that Trading Day for Day-Ahead and Hour-Ahead Energy and Scheduled PX Administration Charges;
(h) The date on which the PX will issue invoices for that Trading Day for charges or payments incurred in the timeline described in PSABP Section 1.5.3;
(i) The date by which PX Debtors are required to have made payments into the PX Clearing Account in settlement of invoices for that Trading Day; and
(j) The date on which PX Creditors will receive payments from the PX Clearing Account of amounts owing to them for that Trading Day for Day-Ahead and Hour-Ahead Energy.

The PX may change the content or format of the PX Payments Calendar in accordance with this PSABP Section 1.5.1 and may also produce a summary outline of the settlement and billing cycles, if it considers it appropriate in the circumstances.

The PX will make a draft PX Payments Calendar available via the PX Home Page to PX Participants who will have not less than two (2) weeks to submit comments and objections to the PX.

No later than 15 November in each year, the PX will publish on the PX Home Page the final PX Payments Calendar for the following calendar year after considering any comments and objections received from PX Participants.

The final PX Payments Calendar will be binding on the PX and on PX Participants.

In the event of any conflicts between the requirements of PSABP Sections 1.5.2, 1.5.4 and 1.5.5 and the PX Payments Calendar, the requirements of the PX Payments Calendar will prevail.

### 1.5.2 Timeline for Day-Ahead and Hour-Ahead Markets

The timeline for Day-Ahead Market and Hour-Ahead Market for Energy is as described in this Section 1.5.2. The method of communication between the PX and PX Participants will be in accordance with the provisions of the Communications Procedures (PCP) portion of this PX Operating Manual.

The Trading Period for the Day-Ahead Market will be equal to a calendar month.

The Preliminary Settlement Statement will be issued within two (2) Business Days after the Trading Day.

PX Participants will have two (2) Business Days in which to notify the PX of errors in their

Preliminary Settlement Statement.

The Final Settlement Statement will be issued within five (5) Business Days after the Trading Day. The Final Settlement Statement constitutes the basis for invoicing and billing.

The invoice for the Market Segments covered by the Final Settlement Statement will be issued seven (7) Business Days after the end of the Trading Period.

The Payment Date for the Trading Period occurs on the fifteenth (15th) day of the calendar month succeeding the calendar month in which the Trading Period of the relevant invoice occurs. All PX Participants shall ensure that their payments reach the PX Clearing Account no later than noon on the Payment Date. PX Participants electing to prepay in accordance with Schedule 6 of the PX Tariff must notify the PX via telephone two (2) days in advance of the anticipated date of payment. The PX will pay the sums owing to PX Participants for the Trading Period from the PX Clearing Account by close of banking business two (2) days after the Payment Date.

### 1.5.3 Timeline for Real-Time Markets

The Settlement timeline for charges and payments in the Real-Time Market (Energy, Ancillary Services, Intra-Zonal Congestion, Imbalance Energy, Unaccounted for Energy, Replacement Recovery, Monthly ISO charges and Real Time PX Admin Fees) is as described in this PSABP Section 1.5.3.

The Trading Period for the Real Time Markets will be equal to a calendar month.

The PX will issue a Preliminary Settlement Statement and a Final Settlement Statement for each Trading Day within a Trading Period.

The Preliminary Settlement Statement will be issued within three (3) Business Days after receipt of all required information from the ISO for the relevant Trading Day.

PX Participants will have four (4) Business Days in which to notify the PX via e-mail of errors in their Preliminary Settlement Statements.

The Final Settlement Statement will be issued within two (2) Business Days after receipt of all required information from the ISO for the relevant Trading Day. The Final Settlement Statement constitutes the basis for invoicing and billing.

The PX will issue one invoice covering all Trading Days within a Trading Period within one (1) Business Day after it issues the Final Settlement Statement for the last Trading Day of that Trading Period. The Payment Date for the Trading Period occurs one (1) Business Day after

the presentation of the Invoice for the Trading Period. All PX Participants shall ensure that their payments reach the PX Clearing Account by noon on the Payment Date.

The PX will pay the sums owing to PX Participants for the Trading Period from the PX Clearing Account by close of banking business three (3) Business Days after the Invoice Date.

The PX will pay (or receive, as the case may be) all amounts payable to or receivable from the ISO fifty-six (56) days after the last day of the Trading Period in accordance with the ISO Tariff and ISO Protocols.

Subject to the provisions of PSABP Section 5.4.3, the ISO shall have first call on any funds in the PX Clearing Account in full payment of the PX's obligations under the ISO Tariff and Protocols.

### 1.5.4 The PX Administration Charge

The PX Administration Charge will be levied monthly in arrears in accordance with the provisions of the PX Tariff.

### 1.5.5 The ISO Billing Cycle

In its dealings with the ISO, the PX will comply to the extent practicable with the ISO Payments Calendar.

### 1.5.5 Revisions to PX Payments Calendar and Settlement Timelines

If the ISO changes the Payment Date, or its timeline for, or delays, the issuance of Preliminary Settlement Statements, Final Settlement Statements, invoices, or other documents containing information and the PX is unable to issue Preliminary Settlement Statements, Final Settlement Statements or invoices within the timeline for any of the PX Markets or cannot effect payment on the Payment Date, the PX may revise its Payments Calendar and Settlement timelines for the PX Markets.

(a) If the ISO has delayed the issuance of any Preliminary Settlement Statements, Final Settlement Statements, invoices or other documents containing information required by the PX for ISO Settlements, or there is a failure of the PX billing and settlements operations, the PX will promptly notify all PX Participants, via the TA System and e-mail, of any temporary changes to the timeline concerning the issuance of any relevant Settlement Statements, invoices or any postponement to the Payment Date.

(b) If the ISO has permanently changed the ISO Payments Calendar, the PX shall promptly notify all PX Participants, via the TA System and e-mail, of any consequential revisions

to the PX Payments Calendar and shall consult, to the extent permitted by the time constraints of the Settlement procedure, with PX Participants on such revisions.

(c) The PX shall not be responsible for any delay or disruption caused to the Settlement process or to PX Participants as a result of an ISO delay or a change to the ISO Payments Calendar.

## 2. BANK ACCOUNTS

### 2.1 PX Accounts

The following PX Accounts have been established pursuant to the provisions of the PX Tariff (Schedule 7):

#### 2.1.1 The PX Clearing Account

The PX Clearing Account is an account to and from which all payments are made. Details of the PX Clearing Account will appear in the invoices sent by the PX to PX Participants.

#### 2.1.2 The PX Reserve Account

The PX Reserve Account is an account from which any debit balances on the PX Clearing Account are settled in accordance with the PX Tariff.

(a) The proceeds of drawings under any line of credit or other banking facility of the PX Reserve Account shall be held in trust for PX Creditors;

(b) If the Reserve Account is replenished as provided for in PSABP Section 5.9, any credits shall be held in trust for all PX Creditors.

#### 2.1.3 The PX Adjustment Account

The PX Adjustment Account is used for the purposes described in PSABP Section 2.2.

#### 2.1.4 The PX Suspense Account

The PX Suspense Account is used for the purposes described in PSABP Section 2.4.

### 2.2 Use of the PX Adjustment Account

If in the course of the Settlement and billing process referred to in this PSABP the PX determines that the Charges calculated as due from PX Debtors are higher or lower than the Payments calculated as due to PX Creditors in relation to the same Trading Day, the PX will on the Payment Date credit or debit the PX Adjustment Account and transfer such funds from

or to the PX Clearing Account to balance the PX Clearing Account to clear.

The PX Adjustment Account will only be used for the credits or debits described above in the event that the amount to be credited, or debited, for one or more charges or payments does not exceed a certain amount, the level of which will be determined by the PX Governing Board from time to time. If such amount exceeds the maximum level, the charges or payments will be allocated pursuant to Section 16 of PSABP Appendix 1 or Section 6.1.2 of the PX Tariff, as appropriate.

In the event that there are accumulated funds standing in credit of the PX Adjustment Account in excess of an amount to be determined by the PX Governing Board, such excess will be distributed to PX Participants in a manner to be determined by the PX Governing Board.

In the event that the accumulated debit balance of the PX Adjustment Account exceeds at any time an amount to be determined by the PX Governing Board, the PX will notify the PX Governing Board which will determine the appropriate action to be taken.

### 2.2.1 Other Funds Standing to the Credit of the PX Adjustment Account.

Any amounts paid to the PX in respect of acts or defaults giving rise to default interest, penalties, damages, fines, losses, reimbursement of costs or expenses, or other similar payments by PX Participants, shall be first applied to reimburse to the PX the expense, loss or cost the PX has incurred or will incur as a result of such act or default and any excess will be credited to the PX Adjustment Account.

All amounts standing to the credit or debit of the PX Adjustment Account will be held at all times in trust for PX Creditors.

## 2.3 PX Participant Accounts

Each PX Participant is required to set up and maintain such accounts as are specified in its PX Participation Agreement.

### 2.3.1 PX Participant Settlement Account

Each PX Participant is required to set up and maintain a PX Participant Settlement Account located at a bank or other financial institution in California reasonably acceptable to the PX Governing Board.

## 2.4 Use of the PX Suspense Account

If in the course of the Settlement and billing process referred to in this PSABP, the PX

determines that the charges or payments referred to in the ISO Settlements file contain insufficient information to settle with PX Participants, the PX will on the Payment Date credit or debit the PX Suspense Account and transfer such funds from or to the PX Clearing Account balance to the PX Clearing Account.

The PX Suspense Account will only be used for the credits or debits described above in the event that the amount to be credited, or debited, for one or more charges or payments does not exceed a certain amount, the level of which will be determined by the PX Governing Board from time to time. If such amount exceeds the maximum level, the PX will take further actions with the ISO to obtain the information necessary to settle the charges. If, at some point the PX Governing Board determines it necessary to allocate the payments and charges held in this account, the PX will do so in a manner approved by the PX Governing Board and post notice of the action on its Home Page.

## 2.5 Changing or Closing Bank Accounts

### 2.5.1 PX Bank Accounts

The PX may change the PX Bank(s) or the details of any PX bank account provided that, if this bank account is one which is used for the transfer of funds to or from PX Participants, all PX Participants are notified in writing at least ten (10) days prior to the change becoming effective.

### 2.5.2 PX Participant Account

Any PX Participant may change its PX Participant Settlement Account at any time in accordance with Section 6 of its Participation Agreement provided that the bank and branch of the bank selected by the PX Participant is reasonably acceptable to the PX.

# 3. SETTLEMENT DATA MANAGEMENT

## 3.1 Principles of Data Input

### 3.1.1 Scheduling and Market Clearing Price Data

The PX will ensure that any data required for the purposes of Settlement and billing concerning the Day-Ahead Market or Hour Ahead Market that are produced under the terms of Schedule 4 of the PX Tariff or the PX Scheduling and Control Procedures (PSCP) in this PX Operating Manual are made available for these purposes in an accurate and timely fashion.

### 3.1.2 Master File Data

The PX will ensure that any data required for the purposes of Settlement and billing concerning details of each PX Participant which are held on that PX Participant's Master File are made available for these purposes in an accurate and timely fashion.

### 3.1.3 Data from the ISO

The PX will ensure that any data required for the purposes of Settlement and billing which are made available to the PX by the ISO are made available for these purposes in an accurate and timely fashion.

### 3.1.4 Standing Data

The PX will ensure that any standing data not covered by PSABP Sections 3.1.1, 3.1.2 or 3.1.3 and which are required for the purposes of Settlement and billing are made available for these purposes in an accurate and timely fashion.

## 3.2 Data Access

Data will not be disseminated by the PX except as provided for under Section 8.2 of the PX Tariff and the provisions of the PX Communications Procedures (PCP) in this PX Operating Manual. A system of communications including the strict use of passwords for data access will be employed, so as to ensure that information is kept confidential between the PX and the relevant PX Participant.

## 3.3 Storage of Data

The PX will maintain computer back-up systems, including sufficient off-site data storage of all necessary hardware and software to enable day-to-day Settlement operations to be relocated for a reasonable period of time following a Settlement system breakdown as specified in PX Tariff Section 6.1.

The PX will ensure that the Settlement process contains, at a minimum, the data gathering and storage capabilities set out in PX Tariff Section 8. These include sufficient information to allow PX Participants to fully verify their Settlement Statements, to specify and accept data specifically needed for audit trail requirements and the archiving of records for a period which at least allows for any re-run of data as provided in PSABP Section 5.3 or as required by any Local Regulatory Authority.

# 4. SETTLEMENTS OF PAYMENTS AND CHARGES

## 4.1 Introduction to Settlement of Payments and Charges

This PSABP Section 4 provides a description of the process for determining Settlement Payments and Charges as defined in PSABP Appendix 1. It is intended to give an overview of the process only and to assist in identifying the specific section of PSABP Appendix 1 where the determination of a Payment or Charge is defined. In the event of any conflict between this PSABP Section 4 and PSABP Appendix 1, the details given in PSABP Appendix 1 will apply. The descriptions in this PSABP and in PSABP Appendix 1 are designed to assist the reader and are not an authoritative summary of the provisions in the PX Tariff, ISO Tariff and ISO Protocols (which will, in any event, prevail).

## 4.2 Day-Ahead and Hour-Ahead Energy

### 4.2.1 Day-Ahead Energy (PX Seller)

In the Day-Ahead Energy market each PX Seller will be entitled to payment for each MWh of electricity it is scheduled to provide to the market at the Load Center as shown in the Day-Ahead Schedule. It will be paid for this Energy at the Day-Ahead Market Clearing Price for the applicable Settlement Period and Zone. The Settlement of payments for Day-Ahead Energy for PX Sellers is determined according to the rules set forth in Section 3.2 of PSABP Appendix 1.

### 4.2.2 Hour-Ahead Energy (PX Seller)

In the Hour-Ahead Market, the MWhs that a PX Seller is deemed to trade is the difference between what it is scheduled to provide according to its Hour-Ahead Schedule and what it was scheduled to provide in its Day-Ahead schedule. If the Hour-Ahead MWhs are more than the Day-Ahead MWhs, the PX Seller will be paid for the difference. If the Hour-Ahead MWhs are less than the Day-Ahead MWhs, the PX Seller will be required to pay for the difference. The payments and charges for this difference will be calculated based on the applicable Hour-Ahead Market Clearing Price for the Settlement Period and Zone. The Settlement of payments and charges for Hour-Ahead Energy for PX Sellers is determined according to the rules set forth in Section 3.3 of PSABP Appendix 1.

### 4.2.3 Day-Ahead Energy (PX Buyer)

In the Day-Ahead Energy market each PX Buyer will be required to pay for each MWh of electricity it is scheduled to receive from the market as shown in the Day-Ahead Schedule. It will pay for this Energy at the Day-Ahead Market Clearing Price for the Settlement Period and Zone applicable. The Settlement of charges for Day-Ahead Energy for PX Buyers is determined according to the rules set forth in Section 4.2 of PSABP Appendix 1.

### 4.2.4 Hour-Ahead Energy (PX Buyer)

In the Hour-Ahead Energy market, the MWhs that a PX Buyer is deemed to trade is the difference between what is scheduled to receive according to its Hour-Ahead Schedule and what it was scheduled to receive in its Day-Ahead Schedule. If the Hour-Ahead MWhs are more than the Day-Ahead MWhs, the PX Buyer will be required to pay for the difference. If the Hour-Ahead MWhs are less than the Day-Ahead MWhs, the PX Buyer will be paid for the difference. The Payments and Charges for this difference will be calculated based on the applicable Hour-Ahead Market Clearing Price for the Settlement Period and Zone. The Settlement of payments and charges for Hour-Ahead Energy for PX Buyers are determined according to the rules set forth in Section 4.3 of PSABP Appendix 1.

## 4.3 Real Time Energy

### 4.3.1 Imbalance Energy

In respect of a Generating Unit or Load, Imbalance Energy is the difference between what was scheduled to be provided or consumed (taking into account the Day-Ahead and Hour-Ahead Schedules and any subsequent instructions from the ISO) and what was actually provided or consumed. In respect of Imports and Exports, Imbalance Energy is the difference between what was scheduled to be provided or consumed and is determined on an intertie basis (taking into account the Day-Ahead Schedule, but ignoring any scheduled adjustments for Intra-Zonal Congestion and any subsequent instructions from the ISO) and what was actually provided or consumed. Imbalance Energy does not apply to Transfers-In or Transfers-Out.

Imbalance Energy is determined by the ISO (and this information passed to the PX) and can be either positive (metered Energy greater than scheduled) or negative (metered Energy less than scheduled). For positive Imbalance Energy, the PX Participant receives a Payment. For negative Imbalance Energy the PX Participant incurs a Charge. In each case the Payment or Charge is made from or to the ISO through the PX. Imbalance Energy prices are determined by the ISO.

Sections 5.2 and 5.5 of PSABP Appendix 1 define the determination of Imbalance Energy Payments and Charges for a PX Seller.

Section 6.1 of PSABP Appendix 1 defines the determination of Imbalance Energy Payments and Charges for a PX Buyer.

The PX will pass through to its Participants, as appropriate, adjustments that the ISO makes in response to Uninstructed Deviations from dispatch instructions.

If a resource does not respond to the ISO's dispatch of capacity committed to provide Ancillary Services, the ISO will charge the resource an Insufficient Response to ISO Dispatch Instruction Adjustment.

If a resource dispatches capacity to produce Energy that was previously committed to provide Ancillary Services capacity without ISO instruction, the ISO will charge the resource an Imbalance Energy Adjustment as a Result of Uninstructed Deviation charge. The ISO will also charge the resource a Capacity Adjustment as a result of Uninstructed Deviation.

Finally, the ISO will charge the resource an Effective Price for Uninstructed Deviation Adjustment charge.

### 4.3.2 Real Time Energy (PX Sellers)

Where a Generating Unit or Import is instructed to adjust the MWhs it is to provide in respect of an Ancillary Services obligation or in response to its Supplemental Energy bid, the adjusted amount of MWhs will be determined by the ISO and the information passed to the PX. In each case the Payment (if it is required to increase its MWhs output) or the Charge (if it is required to decrease its MWhs output) is due to or from the ISO and the PX simply acts as a clearing house for this transaction. The PX Seller will be paid or will pay for this instructed output adjustment at the Real Time Market Clearing Price.

Section 5.3 of PSABP Appendix 1 defines the determination of Real Time Payments and Charges for a PX Seller.

### 4.3.3 Real Time Energy (PX Buyers)

Where a Load is instructed to adjust the MWhs it is to consume in respect of an Ancillary Services obligation or in response to its Supplemental Energy bid, the adjusted amount of MWhs will be determined by the ISO and the information passed to the PX. In each case the Payment (if it is required to decrease its MWhs consumption) or the Charge (if it is required to increase its MWhs consumption) is due to or from the ISO and the PX simply acts as a clearing house for this transaction. The PX Buyer will be paid or will pay for this instructed output adjustment at the Real Time Market Clearing Price.

Section 6.2 of PSABP Appendix 1 defines the determination of Real Time Payments for a PX Buyer.

## 4.4 Intra-Zonal Congestion

### 4.4.1 Payments to PX Buyers and PX Sellers

PX Buyers who are instructed to reduce or increase the demand of a dispatchable Load or PX Sellers who are instructed to either reduce or increase output of a Generating Unit to relieve Intra-Zonal Congestion will receive a Payment (decrease in Load or increase in Generating Unit output) or incur a Charge (decrease in Generating Unit output or increase in

Load) calculated on their individual bid prices. In each case the Payment or Charge is made by or to the ISO through the PX. Section 7.1 of PSABP Appendix 1 defines the determination of these Payments and Charges.

### 4.4.2 Grid Operations Charge

The ISO will need to balance its books over the Payments and Charges which it has incurred or received pursuant to PSABP Section 4.4.1. It therefore will pay to the PX or receive from the PX the share of the total amount which it has determined should be allocated to the PX Participants (the Grid Operations Charge). The PX will share this amount across all PX Buyers (other than in respect of a PX Buyer's trades as a Scheduling Coordinator), as a Payment or as a Charge as the case may be.

Section 7.1 of PSABP Appendix 1 defines the determination of these Payments and Charges.

## 4.5 Inter-Zonal Congestion

Where Inter-Zonal Congestion applies, the PX may find that in one Zone it pays to PX Sellers less than it receives from PX Buyers. It will, however, have to pay to the ISO the cost for using the congested transmission path. It is expected that this payment to the ISO will exactly match the difference between its Payments and Charges between PX Participants. In the event that this match does not occur, the PX will use the PX Adjustment Account for the surplus and will distribute this in accordance with Section 2.3.3 of PX Tariff Schedule 6.

If the ISO charges the PX for Net Transmission Capacity Buy Back in the Hour-Ahead Market, the PX will allocate any such charges from ISO *pro rata* to all Schedules in the Day-Ahead Market in accordance with Sections 2.3.2 and 2.3.3 of PX Tariff Schedule 6.

## 4.6 Day-Ahead Ancillary Services

### 4.6.1 Payments to PX Participants

The Day-Ahead and Hour-Ahead Ancillary Services reservation markets are operated by the ISO. The PX pays to PX Participants who are successful in this market the sums of money determined by the ISO and passed to the PX by the ISO for these Ancillary Services. The amounts to be paid are determined according to the rules set forth in Section 10 of PSABP Appendix 1. In the Hour-Ahead Ancillary Services Market, PX Participants may be able to buy back from the ISO Ancillary Services obligations entered into in the Day-Ahead Ancillary Services auction.

### 4.6.2 Cost recovery for Ancillary Services

The ISO will charge the PX for the PX Market's share of the total cost of the provision of Day-Ahead and Hour-Ahead Ancillary Services Reserve Reservations on the ISO Controlled Grid. The PX shall recover these costs from PX Participants in accordance with Sections 1.2.3, 2.2.1 and 3.1.1 of PX Tariff Schedule 6. The proportion of the costs for which a PX Buyer and PX Seller is responsible is determined according to the formulas in PSABP Appendix 1.

### 4.7 Unaccounted for Energy

After all of the Imbalance Energy reconciliations have been carried out, it is expected that there will be found to be a residual difference between the total amount of Energy produced (adjusted for losses) and the total amount of Energy consumed. This is called the "Unaccounted for Energy" or "UFE". The ISO determines the total amount of UFE for the system and prices this at the Real Time Market Clearing Price. It then shares this out over all Scheduling Coordinators (of which the PX is one). This may result in a Payment to the PX or a Charge on the PX. The PX will allocate this amount to all PX Buyers (if it receives a Payment) or will recover it from all PX Buyers (if it has incurred a Charge). The money is allocated according to the demand of Loads and Exports only (and excludes the demands of Transfers-Out).

Section 12 of PSABP Appendix 1 describes the process of allocating this Payment or Charge.

### 4.8 Monthly Charges

#### 4.8.1 ISO Grid Management Charge

The ISO makes a monthly Charge on the PX pursuant to Section 8 of the ISO Tariff and the ISO Protocols. The PX will recover this charge from PX Participants according to the rules set forth in Section 9 or 14 of PSABP Appendix 1.

#### 4.8.2 PX Administration Charge

The PX Administration Charges assessed pursuant to PX Tariff Schedule 1 are allocated across PX Participants according to the rules set forth in Section 15 of PSABP Appendix 1, which can be summarized as follows:

(a) Each PX Participant pays a monthly charge for each terminal through which it submits bids or receives reports and invoices and which it obtains from the PX;

(b) A PX Buyer which is required to procure its full requirements through the PX will pay its share of the PX Administration Charge on the basis of the volume of its Energy purchases;

(c) PX Buyers to which PSABP Section 4.8.2(b) does not apply, can elect to pay for their

trades in one or a combination of the following methods:

(i) a monthly amount related to the number of MWhs purchased;

(ii) a monthly subscription to cover all MWhs purchased below the MW maximum Demand level specified in the subscription;

(iii) an annual subscription, invoiced in twelve equal monthly amounts, to cover all MWhs purchased below the MW maximum Demand level specified in the subscription.

(d) For those periods in which a PX Participant who is normally a PX Seller becomes a PX Buyer in whole or in part, it will pay Administration Charges on the basis of the volume of its Energy purchases, which include reductions of its supply in the Hour-Ahead Market from the Day-Ahead Market, or in the Real-Time Market from the Hour-Ahead Market; provided, however, that effective for service on and after February 15, 1999, PX Participants will not be responsible for the payment of Administration Charges when the reduction of supply, as mentioned above, is attributable to transmission line losses outside the control of the PX Participant.

### 4.8.3 Reactive Power and Black Start Monthly Charges

The ISO charges Scheduling Coordinators for the costs that the ISO incurs in respect of contracts for Black Start Energy, Reactive Power (short term Voltage Support) and long term Voltage Support. These charges which are recovered by the ISO from the PX, will be recovered in turn by the PX from PX Participants. The mechanism that the PX uses to allocate these Charges is shown in PSABP Appendix 1.

## 4.9 ISO Hour-Ahead Charges to PX Participants in the PX Day-Ahead Market

Any Payments or Charges, including Reliability Must-Run payments, from the ISO with respect to the ISO Hour-Ahead Market will be processed as follows:

(a) For any Payments or Charges, which are classed as "Match" Payments or Charges, the PX will process these as if they were additional Day-Ahead Payments or Charges of the same type. To the extent that it is not possible for the PX to process these Payments and Charges in the same amount of time as they would have been processed had they actually been Day-Ahead Payments or Charges, the PX will process them as soon as is reasonably practicable.

(b) For any Payments or Charges which are classed as "Share" Payments or Charges, the PX will allocate these Payments or Charges based on a PX Participant's hourly trades. "Share" Payments and Charges will be processed as if part of the Real Time Zonal Uplift described in PSABP Appendix 1 Section 9.1.

(c) ISO Payments and Charges will be detailed on each PX Participant's Settlement Statement. As part of the billing process, the PX will verify ISO Payments or Charges and obtain information necessary to validate, audit, and assign ISO Payments or

Charges to PX Participants.

## 5. SETTLEMENT STATEMENTS AND INVOICES

### 5.1.1 PX Responsibility

The PX will issue the Preliminary Settlement Statement and the Final Settlement Statement relating to each Trading Day to the relevant PX Participant according to the Payments Calendar and the Settlement communication methods contained in the PX Communications Procedures (PCP) portion of this PX Operating Manual. Such Settlement Statements will be accompanied by a data file of supporting information as set out in PX Tariff Schedule 6.

### 5.1.2 PX Participant Responsibility

It is the responsibility of each PX Participant as specified in PX Tariff Schedule 6 to notify the PX if it fails to receive a Preliminary Settlement Statement or a Final Settlement Statement on the date specified for the publication of such Settlement Statement in the Payments Calendar. Each PX Participant will be deemed to have received its Settlement Statement on the date specified in the Payments Calendar, unless it notifies the PX to the contrary.

In the event that a PX Participant notifies the PX that it has failed to receive a Preliminary Settlement Statement or a Final Settlement Statement on the specified day, the PX will fax or e-mail the appropriate Settlement Statement to the relevant PX Participant according to Section 2.5.2 of the PCP.

### 5.1.3 PX Participant to review Preliminary Settlement Statement

Each PX Participant shall have the opportunity to review the terms of the Preliminary Settlement Statements that it receives for errors of price and/or quantity of Energy or Ancillary Services received or sold during the pertinent Trading Day as specified in PX Tariff Schedule 6. The PX Participant will be deemed to have validated the prices and quantities specified in each Preliminary Settlement Statement unless it has raised a dispute or reported an exception:

(a) in relation to Energy traded in the Real-Time Market, within three (3) Business Days; and

(b) in relation to Energy traded in the Hour-Ahead Market and the Day-Ahead Market, within two (2) Business Days.

Once validated, a Settlement Statement will be binding on the PX Participant to which it relates.

### 5.2 Resolution of Disputes Relating to Preliminary Settlement Statements

### 5.2.1 Notice of Dispute

If a PX Participant disputes any item or calculation set forth in the Preliminary Settlement Statement it received, it shall provide the PX with a notice of dispute in accordance with the provisions of the PX Tariff, Payments Calendar and the PCP.

The notice of dispute shall state clearly the Trading Day, the issue date of the Preliminary Settlement Statement, the item disputed, the reasons for the dispute, the proposed amendment (if appropriate) and shall be accompanied by all available evidence reasonably required to support the claim.

If the PX agrees with the proposed amendment, it will incorporate the relevant data into the Final Settlement Statement.

If the PX does not agree with the proposed amendment or if it requires additional information, it will use its reasonable endeavors (depending on how early the PX Participant sent the notice of dispute and the complexity of the issue involved) to contact the relevant PX Participant to resolve the issue before issuing the Final Settlement Statement. If this is not possible, the PX will issue the Final Settlement Statement taking into account the dispute.

### 5.2.2 Resolution of Dispute

When the dispute has been resolved, the PX will recalculate the amounts payable and receivable and show any required adjustments as a debit or credit in the next Settlement Statement for all affected PX Participants.

Each PX Participant which receives a Final Settlement Statement shall pay any net debit and shall be entitled to receive any net credit shown in the Final Settlement Statement on the Payment Date, whether or not there is any dispute regarding the amount of the debit or credit. The dispute resolution provisions of Section 12 of the PX Tariff shall apply to the disputed amount.

## 5.3 Settlement Statement Re-runs

### 5.3.1 PX Participant Requests a Settlement Re-Run

If a PX Participant, after having made reasonable efforts to resolve with the PX any dispute relating to a Preliminary Settlement Statement pursuant to this PSABP requires a Settlement Statement re-run, it shall send at any time to the PX Governing Board a notice in writing and also notify the PX according to the requirements of the PCP. The PX Governing Board will, in considering whether to approve a request for a Settlement Statement re-run, determine in

its reasonable discretion, whether there is good cause to justify the performance of a Settlement Statement re-run.

#### 5.3.2 PX to carry out a Settlement Re-Run

If a Settlement Statement re-run is ordered by the PX Governing Board, the PX will arrange to have the Settlement Statement re-run carried out as soon as is reasonably practicable following the PX Governing Board's order, subject to the availability of staff and computer time, compatible software, appropriate data and other resources.

#### 5.3.3 Charge for a Settlement Re-Run

The PX will publish each year the standard charge which it will levy for each Settlement re-run it undertakes in respect of a single Trading Day. The charge for each such Settlement re-run will be borne by the PX Participant requesting it, unless the Settlement re-run was needed due to a clerical oversight or error on the part of the PX staff.

#### 5.3.4 Modification to Settlement Results

Where a Settlement Statement re-run indicates that the accounts of PX Participants should be debited or credited to reflect alterations to Settlements previously made under the PX Tariff, for those PX Participants affected by the Settlement Statement re-run, the PX will reflect the amounts to be debited or credited in the next Preliminary Settlement Statements that it issues following the Settlement Statement re-run to which this PSABP Section 5.3.4 applies. The net balance of all adjustments will go into the PX Adjustment Account.

#### 5.3.5 Additional Settlement Statements

The PX may, at its discretion, issue additional Settlement Statements for additional charges or payments given to the PX subsequent to the issuance of a Preliminary Settlement Statement for a Trading Day. Such additional Settlement Statements will be subject to the confirmation, validation and dispute resolution procedures applicable to Preliminary Settlement Statements.

### 5.4 Invoices

#### 5.4.1 Content of Invoice

Each invoice issued to a PX Participant will be a financial summary of the Final Settlement Statements for the Trading Period to which the invoice relates, summarized at the Market Segment level. Each line item will correspond to a Trading Day's activity in a Market Segment. The Settlement ID appearing on the Settlement Statement will allow invoice line items to be cross-referenced to the Settlement Statements.

### 5.4.2 Provision of Invoice

The PX will provide on the day specified in the PX Payments Calendar together with the Final Statement, an invoice in the format set out in PSABP Appendix 4 showing:

(a) amounts which according to the Final Statements are to be paid by or to each PX Participant;
(b) the Payment Date, being the date on which such amounts are to be paid by the PX Participant (if any) and the time for such payment;
(c) the date on which the PX is going to make payments (if any) to that PX Participant in respect of that invoice;
(d) details (including the account number, bank name and wire transfer instructions) of the PX Clearing Account to which any amounts owed by the PX Participants are to be paid; and
(e) Trading Day charges that were outstanding at the close of the prior invoice period.

Such invoices will be issued via the TA System in accordance with the PCP.

### 5.4.3 Priority in Payments of the PX Administration Charge

The PX may instruct the PX Bank to debit the PX Clearing Account and transfer to the relevant PX account sufficient funds to pay in full the PX Administration Charge falling due on any Payment Day in priority to any other payments to be made on that or on subsequent days out of the PX Clearing Account.

## 5.5 Payment of Invoices

### 5.5.1 Funds Transfer

All payments by PX Participants shall be made to the PX Clearing Account via the Fed Wire System for funds to be received at the PX Clearing Account no later than noon on the Payment Date. If the PX Participant's Settlement Account is with the PX Bank, such PX Participant may choose, as an alternative to the Fed-Wire System, a different fund transfer method within the PX Bank provided that such transfer is (a) irrevocable and (b) it ensures that funds are received in the PX Clearing Account for value by noon on the Payment Date.

All payments by the PX to PX Participants shall be made via the Fed-Wire System for funds to be received at the PX Participants' Settlement Accounts no later than the close of banking business two days after the Payment Date. If the PX Participant's Settlement Account is with the PX Bank, the PX may choose, as an alternative to the Fed-Wire System, a different fund transfer method within the PX Bank, provided that such transfer is (a) irrevocable and (b) it ensures that funds are received in the PX Participant's Settlement Account for value by the close of banking business two (2) days after the Payment Date.

### 5.5.2 Pre-Payments

A PX Participant may elect to pay for its trading in the Day-Ahead or the Real Time Markets at an earlier date than the Payment Date specified in the Payments Calendar by way of prepayment provided it notifies the PX in a method to be determined by the PX two (2) days before submitting its prepaid funds. Prepayment notifications must be specify the dollar amount prepaid. Prepayments must be made via the Fed-Wire System into the prepayment account designated by the PX. The relevant PX Participant shall grant the PX a security interest in all funds held at all times in its prepayment account. Any interest accrued on amounts from prepayments will be added to the balance of the relevant prepayment account on a monthly basis and treated as part of the PX Participant's PX Security Amount (if any). Funds designated as prepayment by a PX Participant may be used by the PX to recoup or offset outstanding financial obligations of that PX Participant under this PSABP to the PX or other PX Participants and the PX shall be authorized to debit the relevant prepayment account for this purpose.

## 5.6 Confirmation Notices

At the end of each calendar month, the PX will issue via the TA System a confirmation notice (the "PX Participant Monthly Statement") to each PX Participant electronically according to the PCP. The PX Participant Monthly Statement will contain statements of the amounts received from, or paid out to such PX Participant, on each Payment Date in that month and of the interest accrued on the relevant prepayment account (if applicable).

## 5.7 Payment Default

The PX will calculate the amounts available for distribution to PX Creditors (and the ISO if applicable) not later than the end of the day two (2) Business Days after the Payment Date and will instruct the PX Bank to remit via the Fed-Wire System from the PX Clearing Account to the relevant PX Creditor's Settlement Accounts the aggregate of amounts determined by the PX to be available for payment to PX Creditors. If the PX ascertains that all or any part of any amount due to be remitted by a PX Participant to the PX Clearing Account has not be remitted and there are insufficient funds held in trust for the creditors of the relevant PX Participant at the relevant prepayment account ("the Default Amount") the PX will take the following actions to enable the PX Clearing Account to clear.

### 5.7.1 Enforcement of defaulting PX Debtor's Security

Subject to PSABP Section 5.8, the PX will make reasonable endeavors to enforce the defaulting PX Debtor's Security to the extent necessary to pay the Default Amount. If it is not practicable to obtain clear funds in time to effect payment to the ISO (if applicable) and the PX Creditors of that Training Period, the PX will proceed in accordance with PSABP Section

5.7.2 or 5.7.3 as applicable.

### 5.7.2 Use of PX Reserve Account

The PX Reserve Account will be used to advance Default Amounts to PX Creditors and the ISO to the extent funds are available in the PX Reserve Account and in accordance with guidelines approved by the PX Governing Board from time to time. The PX's cost of funding and operating the PX Reserve Account (net of interest earned on cash balances on the PX Reserve Account and default interest paid by PX Debtors on Default Amounts advanced from the PX Reserve Account) will be recoverable through the PX Administration Charge.

### 5.7.3 Reduction of Payments to PX Creditors

The PX may, but is not obligated to, request drawings under its lines of credit to fund the PX Reserve Account to advance a Default Amount to PX Creditors. If there are insufficient funds standing to the credit of the PX Reserve Account (including the proceeds of drawings under banking facilities described in PSABP Section 2.1.2(a)), and the proceeds of enforcement of the defaulting PX Participant's Security are insufficient to cover the Default Amount, the PX will reduce payments of PX Creditors on that Payment Date pursuant to PX Tariff Schedule 6 to fund any shortfall which arises as a result of payment default by a PX Participant. The PX will account for such reduction in the PX ledger accounts as amounts due and owing by the defaulting PX Debtor to each PX Creditor whose payment was so reduced.

## 5.8 Default to be Remedied Promptly

In the event that the PX reasonably believes that a Default Amount is likely to be paid no later than close of banking business on the Business Day following the Payment Date, then if the defaulting PX Debtor is a PX Participant which has provided Security which is available to the PX, the PX may (but is not obligated to) delay calling upon or proceeding to realize that Security until after the close of business on the Business Day following the Payment Date; provided that in all cases default interest at the PX Default Interest Rate will nonetheless accrue on the Default Amount pursuant to PSABP Section 5.10.4.

## 5.9 Replenishing the PX Reserve Account

If the PX has debited the PX Reserve Account as provided in PSABP Section 5.7.1 then:

(a) If the defaulting PX Debtor has provided Security which could not be enforced in time pursuant to PSABP Section 5.7.1, the PX shall subject to PSABP Section 5.8 as soon as practicable realize that Security for an amount equivalent to the Default Amount (including costs and interest at the PX Default Interest Rate) and credit the PX Reserve Account with the amount realized.

(b) If there is not sufficient Security to cover the Default Amount or the defaulting PX

Debtor had not provided Security, the PX will take all actions it deems practicable to recover the Default Amount (including any interest accruing thereon), including exercising its right of recoupment or set-off pursuant to PSABP Section 5.10 or may at its discretion bring proceedings against the defaulting PX Participant pursuant to PX Tariff Schedule 6, and will credit the PX Reserve Account with the amount recovered.

(c) If it is not possible to recover the Default Amount in full to replenish the Reserve Account by realizing the PX Participant's Security or by exercising the right to set-off and the PX does not deem it practicable or economical to bring proceedings against the defaulting PX Debtor, the PX may treat any monies paid from the PX Reserve Account in part or full payment of the Default Amount (less any monies which have been recovered from the defaulting PX Debtor or realized from its Security) as money owed by the PX Participants who were PX Creditors on the Payment Date the default occurred by way of a Charge which shall be paid by those PX Creditors to the PX Reserve Account within five (5) Business Days after receipt of the PX's invoice for such amount.

## 5.10 Consequences of Default

### 5.10.1 Payment Default

The provisions of PX Tariff Section 7 shall apply to payment defaults.

### 5.10.2 Set-Off

The PX may recoup, set off and apply any amount to which any defaulting PX Participant is entitled towards satisfaction of any of that PX Participant's debts then due and payable to PX Creditors pursuant to the PX Settlement and billing procedure under the PX Tariff and this PSABP.

Each PX Creditor and each PX Debtor recognizes that the oldest outstanding amounts will be settled first among those PX Participants who were PX Creditors in the order of the creation of such debts.

### 5.10.3 Order of Payments

The PX will apply payments of Default Amounts remitted to the PX Clearing Account first to replenish any shortfall in the PX Reserve Account which was created as a result of the default and then to debts to PX Creditors in the order of the creation of such debts and the oldest outstanding debts of that defaulting PX Participant will be settled first.

### 5.10.4 Default Interest

PX Debtors shall pay interest on Default Amounts at the PX Default Interest Rate for the period from the relevant Payment Date to the date on which the payment is received by the PX together with any related transaction costs incurred by the PX pursuant to PSABP Section 5.7.1.

## 6. PAYMENT ERROR

### 6.1 Overpayments

#### 6.1.1 Notification

If a PX Creditor receives an overpayment on any Payment Date, it shall notify the PX of such overpayment within two (2) Business Days in accordance with the provisions of PX Tariff Schedule 6.

If the PX receives notice (from the PX Bank or otherwise) of an overpayment to a PX Creditor prior to the PX Creditor notifying the PX of the overpayment, the PX will notify the PX Creditor accordingly according to PX Tariff Schedule 6.

#### 6.1.2 Overpayment Held in Trust

Until a PX Creditor refunds the overpayment to the PX, the PX Creditor will be deemed to hold the amount of such overpayment in trust for any PX Creditors which may have been underpaid in consequence of such overpayment, pro rata to the amount of the underpayment.

#### 6.1.3 Interest on Overpayment

(a) If an overpayment is repaid by a PX Creditor in accordance with PX Tariff Schedule 6, the overpayment shall bear interest at the Prime Rate of the bank where the PX Participant Settlement Account of the overpaid PX Creditor is located from the date the overpayment was received to the time that the repayment is credited to the relevant PX Account.

(b) If the overpayment (or any part of it) is not repaid by an PX Creditor in accordance with PX Tariff Schedule 6, the PX shall be entitled to interest at the PX Default Interest Rate from the expiry of the two day period referred to in that Section until the repayment is credited to the relevant PX Account and the PX will be entitled to treat the overpayment (and any interest accruing thereon) as a Default Amount to which PSABP Sections 5.7 and 5.8 will apply.

#### 6.1.4 Treatment of Amounts Outstanding as a Result of an Overpayment

The PX will apply the amount of any overpayment repaid (including interest received) to it under PX Tariff Schedule 6 to credit any underpaid PX Creditors pro rata to the amounts of their underpayments on the same day of receipt, or if not practicable, on the following Business Day.

### 6.2 Underpayments

If a PX Creditor receives an underpayment on any Payment Date, it shall notify the PX of such underpayment within two (2) Business Days in accordance with the provisions of PX Tariff Schedule 6.

The PX will use all reasonable endeavors to identify such entity as shall have received any corresponding overpayment and shall act promptly to correct the underpayment.

### 6.3 Late Payment

If, after the PX has debited the PX Reserve Account on a Payment Date, the PX Bank receives a remittance from a PX Debtor which had not been (but should have been, if it had been received on a timely basis) credited to the PX Clearing Account by close of banking business on the Payment Date and which gave rise to the need for the debiting of the PX Reserve Account (in whole or in part) or to the enforcement of its Security, then such remittance will be credited to the PX Reserve Account.

If, by reason of its negligence, the PX holds or has under its control after five (5) Business Days from receipt in the PX Clearing Account, amounts which it ought properly to have paid to PX Participants, such PX Participants shall be entitled to interest on such amounts at the PX Default Interest Rate, for such period as the PX improperly holds or has such amounts under its control.

### 6.4 System Failure

#### 6.4.1 At PX Debtors' Bank

If any PX Debtor becomes aware that a payment which it is due to make will not be remitted to the PX Bank by close of banking business on the Payment Date for any reason (including failure of the Fed-Wire or a computer system) the provisions of the PCP and the Emergency Recovery Procedures (PERP) in the PX Operating Manual shall apply.

#### 6.4.2 At the PX's Bank

In the event of failure of any electronic transfer system affecting the PX Bank, the provisions of the PCP and the PERP shall apply.

# 7. SETTLEMENT AND BILLING SOFTWARE

## 7.1 Initial Audit of Settlement and Billing System

The PX Settlement and Billing software will be audited by an independent firm of professionals competent to carry out audit of such software to determine its consistency with the PX Tariff and this PSABP. In any dispute regarding Settlement calculations, a certificate of such firm of auditors that PX software is consistent with the PX Tariff shall be prime facie proof that the charges shown in a Settlement Statement have been calculated in accordance with the PX Tariff and this PSABP.

## 7.2 Change Management

In order to ensure that the development of and changes to the Settlement and Billing Software are made in an ordered and controlled manner, the PX Governing Board will require the PX to adopt such change management policies and procedures as it deems are appropriate and each of the PX Participants undertakes to comply with such policies and procedures.

The change management policies and procedures may be amended by the PX Governing Board after consultation with PX Participants.

The change management policies and procedures are expected to evolve with the development of the PX Markets. In particular, the policies may address:

(a) Design and definition of the Settlement System during market start-up;
(b) Testing of the Settlement System during market start-up;
(c) The treatment of changes identified during operation of the Settlement System;
(d) Design, definition and development of amendments to the Settlement System;
(e) Testing of amendments to the Settlement System; and
(f) Implementing updates to the Settlement System during live operation.

## 7.3 Notification of Defects by PX Market Participants

Each PX Participant undertakes to the PX and other PX Participants to promptly notify the PX and the PX Governing Board in writing of any defects of which it is or becomes aware in the software and its operation and to provide reasonable assistance (and such further information) as may be required by the PX to identify, isolate and correct such defect according to the change management policies.

## 7.4 Software Escrow Arrangements

### 7.4.1 Software Escrow (Executable Code)

Where the PX is required:

(a) to carry out a re-run of Settlement (and where the original run was carried out using a version of the Settlement and billing software which is no longer the current version); or

(b) to have available for use in the event of a dispute a version of the Settlement and billing software which is no longer the current version; or

(c) to demonstrate that the current version of the Settlement and Billing Software is that which was approved by the PX Participants;

the PX must be able to access an authorized copy of the executable code of the relevant version of the software. For this purpose, the PX will make arrangements to store safely and securely at its own premises or with an escrow agent a copy of the executable code, manuals and procedures for every version of the Settlement and billing software.

## 8. SETTLEMENT FINANCIAL BALANCE

It is a requirement that in respect of each Trading Period (but excluding any amounts due to the PX to cover its administration costs), the sum of all payments to PX Sellers and the ISO must exactly equal the sum of all receipts from PX Buyers and the ISO. The PX will regularly monitor all transactions to ensure that this balance is effected (by means of the calculations shown in Section 16 of PSABP Appendix 1) and will promptly inform the PX Governing Board of any instances where this balance is not achieved.

## 9. AUDIT

### 9.1 PX to Make Available Records for the Audit

The PX's financial books and any documentation pertaining to its Settlement activities will be subject to audit as required by the PX Tariff.

### 9.2 PX to Make Audit Reports Available

Copies of the audit reports will be provided to the PX Audit Committee, and upon request, to PX Participants.

## 10. OTHER

10.1 Confidentiality

10.1.1 Confidentiality for PX Market Participants

(a) The PX will be required to constitute and maintain a system of communications with PX Participants according to the PCP which provides confidentiality for documents, data and information relating to Settlement and billing.

(b) The PX will maintain the confidentiality of all of the documents, data and information provided to it by any PX Participant relating to Settlements that are treated as confidential or commercially sensitive under the PX Tariff, except for:

(i) information that is explicitly subject to data exchange through WEnet pursuant to Section 6.1 of the ISO Tariff;

(ii) information that the PX or the PX Participant is required to disclose pursuant to the PX Tariff, the ISO Tariff or applicable regulatory limit; and

(iii) information that becomes available to the public on a non-confidential basis (other than as a result of the PX's breach of the PX Tariff).

(c) The rights of PX Participants to receive from the PX or to review documents, data or other information designated as confidential is contained in Section 19.3.3 of the PX Tariff.

(d) All PX Participants shall adopt procedures within their organizations for ensuring the confidentiality of all confidential information which it is obliged to preserve as confidential under the PX Tariff and PX Operating Manual. These procedures shall include:

(i) confidential information will be disseminated within the organization on a "need to know" basis;

(ii) employees, directors, agents, consultants and professional advisors of the PX Participant in receipt of confidential information will be made fully aware of the PX Participant's obligations in relation to confidentiality; and

(iii) any copies of confidential information, whether in hard copy or computerized form will clearly identify the confidential information as confidential.

## 11. APPENDICES

### 11.1 Appendix 1: Algorithms for Determination of Payments

### 11.2 Appendix 2: Tables of Variables

#### 11.2.1 Table 1: Variables Listing and Definitions

Table 1 of PSABP Appendix 2 lists all of the Variables used in the Appendices. It provides information on the units to be used, subscripts applicable, Market Segment to which the Variable applies and a definition of each Variable. It is sorted by Variable.

#### 11.2.2 Table 2: Variables Names Listing and Definitions

Table 2 provides the same information as Table 1, but is listed in Variable Name order.

### 11.2.3 Table 3: Sources and Uses of Variables

Table 3 identifies for each Variable the section in PSABP Appendix 1 where it is derived and the sections where it is used.

### 11.2.4 Table 4: Payments and Charges

Table 4 lists all of the Variables which represent either a Payment or Charge (other than those which are simply a summation of lower level Payments and Charges) and shows the parties involved in the financial transaction and the financial transaction type.

### 11.2.5 Table 5: PX - ISO interface

Table 5 lists all Variables which represent a flow of Settlement information between the PX and the ISO.

## 11.3 Appendix 3: Example of Settlement Statement

## 11.4 Appendix 4: Example of Invoice

IN THE UNITED STATES OF AMERICA
BEFORE THE
FEDERAL ENERGY REGULATORY COMMISSION

| | |
|---|---|
| California Muncipal Utilities Association, Complainant, | |
| v. | |
| All Jurisdictional Sellers of Energy and Ancillary Services Into the Energy and Ancillary Service Markets Operated by the California Independent System Operator and the California Power Exchange; California Independent System Operator Corporation; California Power Exchange Corporation; Respondents. | Docket No.EL01-1-000 |
| San Diego Gas & Electric Company | Docket No.EL00-95-000 |
| Investigation of Practices of the California Independent System Operator and California Power Exchange | Docket No.EL00-98-000 |
| California Electricity Oversight Board | Docket No.EL00-104-000 |
| Public Meeting in San Diego, California | Docket No.EL00-107-000 |

**MOTION TO INTERVENE BY THE WESTERN AREA POWER ADMINISTRATION**

The Western Area Power Administration (Western), an agency of the U.S. Department of Energy (DOE), files its

Motion to Intervene pursuant to the Commission's Notice of Filing dated October 11, 2000 and Rule 214 of the Federal Energy Regulatory Commission's Rules and Regulations (18 C.F.R. § 385.214). The comments contained herein are Western's and do not necessarily reflect the views of the DOE.

## I. BACKGROUND

On October 6, 2000, the California Municipal Utilities Association (CMUA) submitted a Complaint, Request to Institute Cost-Base Rates, and Motion to Consolidate. CMUA alleges that the markets for energy and ancillary services operated by the California Power Exchange Corporation (CALPX) and the California Independent System Operator Corporation (CAISO) are not workably competitive and that the prices in those markets are unjust and unreasonable. CMUA requests that the Commission order all jurisdictional sellers into those markets to tender cost-based filings. CMUA further requests that the Commission consolidate this docket with *San Diego Gas and Electric Company*, Docket EL00-95-000, *Investigation of Practices of the California Independent System Operator and the California Power Exchange*, Docket EL00-98-000, *California Electricity*

*Oversight Board*, Docket EL00-104-000, and *Public Meetings in San Diego, California*, Docket EL00-107-000.

## II. WESTERN HAS AN INTEREST THAT MAY BE DIRECTLY AFFECTED BY THE OUTCOME OF THESE PROCEEDINGS.

Western has an interest that may be directly affected by the outcome in these proceedings. Western's Sierra Nevada Region marketed over 10 billion kilowatt hours of energy in fiscal year 1999 in northern California. In northern California, Western owns the ninety-four (94) circuit mile Malin-Round Mountain 500-kV transmission line (an integral section of the Pacific AC Intertie), 830 circuit miles of 230-kV transmission lines, seven (7) circuit miles of 115-kV transmission lines and forty-four (44) miles of 69-kV transmission lines. In addition, Western is the operating agent for, and is a joint owner of the 350 mile 500-kV California Oregon Transmission Project (COTP). Western is certified as a Scheduling Coordinator by the CAISO.

## III. SERVICE INFORMATION

Pursuant to Rule 203 (18 C.F.R. § 385.203), Western further requests all correspondence, pleadings, and other communications concerning this filing be served upon:

Koji Kawamura

P. June Taylor
Office of General Counsel
Western Area Power Administration
P.O. Box 281213
12155 W. Alameda Pkwy
Lakewood, CO 80228-8213

In addition, Western requests an additional copy of any correspondence and orders be sent to:

Jerry W. Toenyes, Regional Manager
Western Area Power Administration
Sierra Nevada Customer Service Region
114 Parkshore Drive
Folsom, CA 95630-4710

**IV. CONCLUSION AND PRAYER FOR RELIEF**

Western has an interest in this proceeding and Western's interest is not adequately represented by any other party.

WHEREFORE, Western requests that the Commission grant its Motion to Intervene in the docket.

Dated this 23rd day of October 2000.

Respectfully submitted,

Koji Kawamura
P. June Taylor
Office of General Counsel

Western Area Power Administration
(720) 962-7010

CERTIFICATE OF SERVICE

I hereby certify that I have this day served the foregoing document upon each person designated on the official service list compiled by the Secretary in this proceeding.

Dated at Lakewood, Colorado, this 23rd day of October 2000.

Tami Pelton

By

Tami Pelton
Office of General Counsel
Western Area Power Administration
P.O. Box 281213
Lakewood, CO 80228-8213
(720) 962-7010
(720) 962-7009 (fax)

FILED
OFFICE OF THE SECRETARY
00 NOV 22 PM 3:51
FEDERAL ENERGY
REGULATORY COMMISSION

UNITED STATES OF AMERICA
BEFORE THE
FEDERAL ENERGY REGULATORY COMMISSION

| | | |
|---|---|---|
| San Diego Gas & Electric Company | ) | Docket No. EL00-95-000 |
| | ) | |
| | ) | |
| | ) | |
| Sellers of Energy and Ancillary Services Into Markets Operated by the California Independent System Operator and the California Power Exchange | ) | |
| | ) | |
| Investigation of Practices of the California Independent System Operator and the California Power Exchange | ) | Docket No. EL00-98-000 |
| | ) | |
| Public Meeting in San Diego, California | ) | Docket No. EL00-107-000 |
| | ) | |
| California Power Exchange Corporation | ) | Docket No. ER00-3461-000 |
| | ) | |
| California Independent System Operator Corporation | ) | Docket No. ER00-3673-000 |

MOTION TO INTERVENE AND COMMENTS OF THE
BONNEVILLE POWER ADMINISTRATION

Pursuant to rule 214 of the Commission's Rules of Practice and Procedure, 18 C.F.R. § 385.214 (1999), and the Commission's Orders in Docket No. EL00-95-000, et. al., dated October 19, 2000, and November 1, 2000, the Bonneville Power Administration (Bonneville) files this Motion to Intervene and Comments.

I. MOTION TO INTERVENE

Bonneville is a federal power-marketing agency that markets electric power from 29 federal hydro projects and some non-federal projects. Bonneville's primary service area is the Pacific Northwest, comprised of Oregon, Washington, Idaho, western Montana and portions of California, Nevada, Utah and Wyoming. Bonneville's power

sales account for approximately 40 percent of the electric power consumed in the Pacific Northwest. Bonneville also markets power that is surplus to Pacific Northwest needs in the Pacific Southwest, primarily to parties located in California and Arizona.

Bonneville also owns and operates approximately 75 percent of the high voltage bulk transmission capacity in the Pacific Northwest. Bonneville's Transmission Business Line is the control area operator of the Federal Columbia River Transmission System (FCRTS) facilities that are interconnected with transmission facilities that are part of the ISO control area. Bonneville's Transmission Business Line provides open access transmission service over the FCRTS to entities transmitting both federal and non-federal power. Bonneville operates the Pacific Alternating Current and Direct Current Interties that interconnect the Pacific Northwest and California.

Bonneville is a neighboring control area that is electrically interconnected with the ISO. Bonneville has existing contractual commitments with customers in California and the Pacific Southwest and has an interest in protecting those commitments. Bonneville has an interest in preserving its ability to export low-cost federal power to markets in California and the Pacific Southwest, thereby assuring cost recovery and timely Treasury payments.

Bonneville's interests are in protecting its existing contractual commitments and preserving its ability to export low-cost federal power to markets in California and the Pacific Southwest, thereby assuring cost recovery and timely U.S. Treasury payments. Bonneville is also concerned with maintaining the electrical stability and reliability of the FCRTS and assuring the reliable operation at the interconnection with the ISO control area.

Bonneville's interests will be directly affected by the outcome of the proceedings and cannot be represented by any other party. Therefore, pursuant to rule 214 of the Commission's Rules of Practice and Procedures, 18 C.F.R. § 385.214, Bonneville moves to intervene as a party in the above-referenced dockets.

All communications in the above-referenced dockets should be sent to:

Gerit F. Hull
Bonneville Power Administration – LP-7
905 N.E. 11th Ave
Portland, OR 97232

Bonneville respectfully requests that the Commission grant its motion to intervene in the above captioned proceedings.

## II. COMMENTS

Pursuant to the Federal Energy Regulatory Commission's Market Order Proposing Remedies for California Wholesale Electric Markets, issued November 1, 2000,[1] in the dockets captioned above, the Bonneville Power Administration hereby submits its comments.

The Commission has observed that volatility in the California wholesale power market has reduced electric reliability on the western grid. The market intervention measures the Commission has proposed appear to be thoughtfully designed to reduce that market volatility, and in turn, improve reliability in California. But while the Commission has stated that "the ISO's decision-making process must be responsive to the operations and welfare of the regional marketplace,"[2] the California ISO has historically adopted certain policies that impede imports into the ISO control area,

[1] San Diego Gas & Electric Co. v. Sellers of Energy and Ancillary Services Into Markets Operated by the California Independent System Operator and the California Power Exchange, 93 FERC ¶61,122 (2000) [hereinafter California Market Order].
[2] California Market Order, *mimeo* at 20.

tightening supply. Further, design flaws in the California markets have had a measurable impact on reliability in the Pacific Northwest.

The Commission has identified under-scheduling of loads and resources on the ISO Controlled Grid as a serious chronic problem that puts reliability at risk.[3] This under-scheduling adversely affects not only the California system, but also the reliable and orderly operations of WSCC interconnected transmission systems.[4] The following brief comments support the Commission's proposal directed at mitigating the problems associated with under-scheduling of load and resources, and suggest further steps the Commission could take to reduce barriers to imports.

In order to protect reliable and orderly system operations, Bonneville supports the Commission finding that schedules of loads and resources should be substantially finalized on a day-ahead basis or on the day of the schedule, but in advance of real time. Bonneville therefore supports the Commission's proposed order to establish and impose a penalty charge for schedule deviations in excess of 5% of an entity's hourly load requirements, and the corresponding proposed incentive mechanism that would allow accurate schedulers to share in the penalty revenues.[5] Bonneville recognizes that deviations affecting system reliability could also result from over-scheduling loads or resources. Accordingly, Bonneville supports application of the penalty to both over-scheduling and under-scheduling. However, the penalty should not apply to sales or purchases of supplemental energy that would relieve the over- or under-scheduling through exports and imports.

---

[3] *Id., mimeo* at 22-24.

[4] See Bonneville protests of 10 Minute Dispatch proposal, Docket No. ER00-2383-000; Cal ISO Outage Scheduling proposal, Docket No. ER00-1239-000.

[5] *See* California Market Order, *mimeo* at 24.

These measures should reduce the substantial amounts of energy presently required to meet the imbalances caused by under-scheduling in real time, which the ISO has often obtained by calling on energy from capacity procured for operating reserves.[6] The ISO's use of reserves as a source of balancing energy conflicts with the industry convention that reserves are to be called on only in the event of system emergencies or contingency conditions.

Mid-hour reserve calls have become a routine element of ISO load and resource balancing operations, rather than a response to system emergency or contingency conditions. The ISO's use of reserves as a source of balancing energy has adversely impacted the reliability of neighboring control areas as well. The ISO's call for numerous mid-hour schedule changes on purchased imports resulted in Bonneville's Transmission Business Line placing a hiatus on non-emergency, non-contingency mid-hour schedule changes from the ISO 10-minute market, effectively prohibiting Bonneville's Power Business Line and other market participants from participating in ISO reserve markets.[7] Thus, under-scheduling has imposed a barrier to imports of critical power products into California, including products sold as reserve capacity.

Under-scheduling has required within-hour schedule changes that have been difficult to accommodate without control area-to-control area automation. The ISO 10-minute market creates workload for adjacent control areas by dramatically increasing the total number of mid-hour schedule changes that control area operators must process. Based on the stakeholder process for the 10-minute market, the ISO agreed that

---

[6] *See id.*, *mimeo* at 23.

[7] The ISO Tariff and Protocols do not distinguish between mid-hour changes for non-contingency conditions versus contingency conditions. Providers who fail to respond to non-contingency mid-hour changes risk financial penalties and loss of certification.

automated dispatch was necessary to manage these schedule changes; however, the Automated Dispatch System (ADS) that the ISO has implemented is ineffective outside of the ISO control area because all mid-hour schedule changes involving adjacent control areas must be confirmed manually by dispatchers for the affected control areas. Therefore, in addition to the proposed solution to under-scheduling, the Commission should require the ISO to modify its ADS to facilitate control area-to-control area automation with adjacent control areas in order to remove this significant barrier to reserve imports.

As an additional and more direct barrier to reserve imports, the ISO has limited the amount of reserves that can be supplied from outside its control area, initially to 25%, and later to 50% of the system requirement for spin and non-spin reserves. Because the ISO applies the limit after the ancillary services auction, price competition among suppliers importing ancillary services into the ISO under the limit has resulted in bids that bear no relation to market value, at times reaching extreme negative prices. Importers bidding the cost or value of their reserves are unlikely to be awarded any sales to the ISO even if their bid prices are far below the eventual market-clearing price. The Commission should therefore require the ISO to justify its reserve import limits based reliability criteria and develop an auction that does not create unfair obstacles for importers.

The Commission has recognized that California utilities need to have access to forward markets. The ISO treatment of transmission for reserve products discourages forward markets in reserves. Market participants can neither obtain firm transmission or use firm transmission rights for reserve products. Without such products, delivery cannot be guaranteed and forward sales will entail significant risk. Therefore, the Commission

should order the ISO to make firm transmission available to facilitate forward transactions in reserve products.

DATED this 22nd day of November 2000.

Respectfully submitted,

Gerit F. Hull
Attorney for the Bonneville Power Administration
905 NE 11th Avenue
Portland, OR 97232
Phone: (503) 230-4201

CERTIFICATE OF SERVICE

I hereby certify on the 22nd day of November 2000, I served upon each person designated on the official service list for Docket Nos. EL00-95-000, EL00-98-000, EL00-107-000, ER00-3461-000, and ER00-3673-000, as compiled by the Secretary, a copy of the Bonneville Power Administration's Motion to Intervene and Comments, pursuant to Rule 2010 of the Commission's Rules of Practice and Procedure, 18 C.F.R. § 385.2010(a)(1)(i), by United States first class mail, properly addressed and with postage prepaid.

Nicole E. Morgan for

Gerit F. Hull
Attorney
Bonneville Power Administration
905 NE 11th Ave.
Portland, OR 97232
Phone: (503) 230-4201