IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| PACIFIC GAS AND ELECTRIC COMPANY, SOUTHERN CALIFORNIA EDISON COMPANY, AND CALIFORNIA ELECTRICITY OVERSIGHT BOARD,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 07-157C<br>(Senior Judge Smith) |
| SAN DIEGO GAS & ELECTRIC CO.,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 07-167C<br>(Senior Judge Smith) |

**DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME TO FILE A REPLY TO PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION TO DISMISS**

Defendant respectfully requests an enlargement of time of 14 days, to and including May 21, 2008, within which to file our reply to plaintiffs' response to our motion to dismiss. Our response is now due to be filed on May 7, 2008. This is defendant's first request for an enlargement of time for this purpose. Plaintiffs' counsel has informed us that plaintiffs do not oppose this motion.

An enlargement of time is necessary in this matter to permit the Government time to complete its brief. Counsel of record for the United States in this matter anticipates that he will

be required to devote significant time and resources in the coming month to preparation of defendant's reply brief in Rose Acre Farms v. United States (Fed. Cir. 2007-5169), in addition to his normally assigned supervisory duties. Counsel assisting counsel of record anticipates that he will be required to devote significant time and resources to preparing for oral argument in H & R Services, Inc. v. United States, (Fed. Cl. No. 06-582), scheduled for argument on April 25, and to preparing for oral argument in Systems Integrated v. Navy, (Fed. Cir. No. 07-1540), scheduled for argument on May 5, 2008, and also to filing a response brief in Dobson v. Army, (Fed. Cir. 2008-3127), due on April 29, 2008, and a motion for summary judgment in Hitt Contracting v. United States, (Fed. Cl. 07-823), due on April 30. An enlargement until May 21, 2008, should provide defendant sufficient time to finish its reply brief.

Further, counsel for defendant has consulted with counsel for the plaintiffs concerning the Court's proposed date and location for oral argument in this matter, June 24, 2008, in San Francisco, CA. The parties do not have any conflicts with this date or location.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

s/ Jeanne E. Davidson
JEANNE E. DAVIDSON
Director

OF COUNSEL:
Sean B. McNamara
Trial Attorney
Department of Justice

Peter Burger
Attorney
Bonneville Power Administration

John D. Bremer
Attorney
Western Area Power Administration

April 22, 2008

s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 616-0475
Fax: (202) 305-7644

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 22nd day of April, 2008, a copy of the foregoing "DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME TO FILE A REPLY TO PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION TO DISMISS" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/ Mark A. Melnick