# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**PACIFIC GAS AND ELECTRIC COMPANY, SOUTHERN CALIFORNIA EDISON COMPANY, AND CALIFORNIA ELECTRICITY OVERSIGHT BOARD,**

*Plaintiffs,*

v.

**THE UNITED STATES,**

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * * * * * *

Case Nos.07-157C cons. with 07-167C

Senior Judge Smith

Filed: April 25, 2008

**ORDER**

The Court hereby **GRANTS** Defendant's Motion for Enlargement of Time to File a Reply to Plaintiffs' Response to Defendant's Motion to Dismiss. Defendant shall file its reply by May 21, 2008.

Oral argument shall be held on the Motion to Dismiss on Tuesday, June 24, 2008 at 10:00 a.m., in Courtroom #1, U.S. Court of Appeals for the Ninth Circuit, 95th Seventh Street, San Francisco, CA 94103.

**It is so ORDERED.**

s/Loren A. Smith
LOREN A. SMITH
Senior Judge