IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| PACIFIC GAS AND ELECTRIC COMPANY, SOUTHERN CALIFORNIA EDISON COMPANY, AND CALIFORNIA ELECTRICITY OVERSIGHT BOARD,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 07-157C<br>(Senior Judge Smith) |
| SAN DIEGO GAS & ELECTRIC COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 07-167C<br>(Senior Judge Smith) |

**DEFENDANT'S MOTION FOR LEAVE TO EXCEED PAGE LIMITS**

Pursuant to Rule 5.3(b)(2) of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests leave of the Court to file a 39-page reply brief. We have conferred with plaintiffs' counsel, and plaintiffs' counsel has informed us that plaintiffs oppose this motion.

Rule 5.3(b)(2) limits the length of an opening brief to 40 pages and of a reply brief to 20 pages. In its February 5, 2008 order, the Court permitted the parties to file 60-page opening briefs. Our initial brief in this matter contains 55 pages, with six footnotes. Plaintiffs' brief

contains 60 pages and 52 footnotes. We have made every effort to limit the length of our reply, but the complexity and detail of plaintiffs' brief, reflected in the brief's voluminous footnotes, has required us to exceed the maximum amount of pages allowed under the Rules. Accordingly, we respectfully request that the Court permit us to file a 39-page reply brief.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

s/ Jeanne E. Davidson
JEANNE E. DAVIDSON
Director

s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 616-0475
Fax: (202) 305-7644

Attorneys for Defendant

OF COUNSEL:
Sean B. McNamara
Trial Attorney
Department of Justice

Peter Burger
Attorney
Bonneville Power Administration

John D. Bremer
Attorney
Western Area Power Administration

May 21, 2008

CERTIFICATE OF FILING

I hereby certify that on this 21st day of May, 2008, a copy of the foregoing "DEFENDANT'S MOTION FOR LEAVE TO EXCEED PAGE LIMITS" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/ Mark A. Melnick