13.13 **Political Activities** — No Member shall be required to participate in any political activities or to participate in or contribute to any activity which is intended to influence legislation, nor shall any portion of its dues be utilized for such purposes.

13.14 **Laws of the United States** — This Restated Agreement shall not make any laws or regulations governing employment or production of goods and services enacted by the Congress of the United States or by any other legislative or governmental body in the United States or any state thereof applicable to any power or other service provided or used in Canada. This Restated Agreement shall not confer or extend the authority or jurisdiction of FERC or any Regulatory Agency over matters pertaining to the generation, sale, purchase or transmission of electric energy in Canada or by Members in the United States not otherwise subject to the jurisdiction of FERC or any such Regulatory Agency, or over the rates, charges, terms and conditions of service therefor, or over the facilities for providing such service. Nothing in this Restated Agreement waives any objection to, or otherwise constitutes a consent to, any assertion of such jurisdiction, including any assertion of jurisdiction over any entity based on its membership in MAPP.

13.15 **Compliance with Applicable Laws** — This Restated Agreement shall be binding on all Members to the maximum extent permitted by United States federal and state law or regulation, and Canadian federal and provincial law or regulation, but notwithstanding any other provision of this Restated Agreement, no Member shall be required to take any action or do any other thing with respect to rates, charges, terms or conditions of service, the resolution of disputes under this Restated Agreement, or any other matter, that (a) it is not permitted by law to undertake or that is prohibited in whole or in part by any law or regulation applicable to such Member, or (b) would require such Member to violate a

provision of such law or regulation in order to comply with this Restated Agreement. Each Member shall seek such approvals, grant such waivers, and take such other actions as may be necessary to comply with this Restated Agreement, to the maximum extent permitted by United States federal or state law or regulation, or Canadian federal or provincial law or regulation. If as a result of any such law or regulation a Member does not provide services or other benefits in accordance with any provision of this Restated Agreement to any other Member or Members, each such other Member or Members (i) shall only be obligated to provide services or other benefits to the legally restricted Member on a basis comparable to the services and other benefits the restricted Member is permitted or enabled to provide to the other Members, (ii) may exercise any rights it may otherwise have to request FERC to issue an order under the FPA requiring the restricted Member to provide interconnection or transmission service, or (iii) may contest any such law or regulation in any court or Regulatory Agency having jurisdiction thereof.

13.16 **Effect of Canadian Laws** — The sale, purchase and transmission of electricity in Canada and the rates, charges, terms and conditions of service therefor are subject in all respects to Canadian Laws. This includes but is not limited to:

i. The final authority of the Government of Canada in all matters relating to the export of electric power; and

ii. The final authority of the government of a Canadian province in all matters relating to the installation or construction of facilities.

13.17 **Independent Contractors** — The Members are independent contractors, and this Restated Agreement creates no partnership, joint venture or other joint legal entity in

connection with which any Member shall be jointly or severally liable for the acts of any other Member.

13.18 **Currency** – All rates stated in the Service Schedules, and all monetary transactions, revenues, dues, accounting and cost calculations among the Parties shall be determined and stated in lawful money of the United States. Unless otherwise approved by the Executive Committee, if required for any such monetary transaction, revenue, dues, accounting or cost calculations, the rate to be used to convert from the currency of Canada to that of the United States or to convert from the currency of the United States to that of Canada, for each day shall be the Bank of Canada noon spot exchange rate for such day as published by the Royal Bank of Canada, Winnipeg, Manitoba, Canada, or the last published rate if not published for such day. If any such monetary transaction, accounting or cost calculation is for a period of time of more than one day, the average of such noon spot exchange rates for each day in such period of time shall be used.

13.19 **Weighted Voting for Transmission Owning Members** — For purposes of voting on the Management Committee, the MAPP Reliability Council, and the Regional Transmission Committee that is required to be done separately by the Transmission Owning Members and the Transmission Using Members, the Transmission Owning Members may agree by resolution to conduct such voting within the Transmission Owning Members on a weighted voting basis. Adoption of such a resolution to use weighted voting shall require the affirmative votes of two-thirds or more of the Transmission Owing Members. If such a resolution is adopted, the majority requirements applicable to Transmission Owning Members herein shall be understood to apply to the weighted votes of the Transmission Owning Members.

13.20 **Weighted Voting for Transmission Using Members** — For purposes of voting on the Management Committee, the MAPP Reliability Council, and the Regional Transmission Committee that is required to be done separately by the Transmission Owning Members and the Transmission Using Members, the Transmission Using Members may agree by resolution to conduct such voting within the Transmission Using Members on a weighted voting basis. Adoption of such a resolution to use weighted voting shall require the affirmative votes of two-thirds or more of the Transmission Using Members. If such a resolution is adopted, the majority requirements applicable to Transmission Using Members herein shall be understood to apply to the weighted votes of the Transmission Using Members.

13.21 **Time References** — All references to time, unless otherwise stated, shall be to Central Standard Time or Central Daylight Time as observed by the Contractor.

13.22 **Affiliate Relationships** — If a Member and one or more of its Affiliates operate as an integrated electric system, all interchanges of power and energy between such Member or any such Affiliate and another Member shall be considered transactions between such other Member and the Member having such Affiliates.

ARTICLE 14

TERM

14.1 **Effective Date** — This Restated Agreement shall become effective upon the first May 1 or the first November 1 first following the later of (a) its adoption as an

amendment to and restatement of the MAPP Agreement pursuant to Sections 33.01 and 33.02 thereof and the expiration of the time period specified therein, and (b) the earlier of (i) the expiration of thirty days following the date on which a final order by FERC approving this Restated Agreement in its entirety without condition or modification is no longer subject to judicial review, or (ii) in the event such FERC final order is subject to judicial review, such date as may be established by an affirmative vote of 75% or more of the total authorized votes of the Management Committee as specified in Section 33.03 of the MAPP Agreement. If FERC issues a final order approving this Restated Agreement with any condition or modification, this Restated Agreement shall only become effective upon the later of (a) the confirmation and approval of such condition or modification in accordance with the provisions of Section 33.03 of the MAPP Agreement, and (b) the earlier of (i) expiration of thirty days following the date on which a final order by FERC approving the readopted Restated Agreement in its entirety without condition or modification is no longer subject to judicial review, or (ii) in the event such FERC final order is subject to judicial review, such date as may be established by an affirmative vote of 75% or more of the total authorized votes of the Management Committee as specified in Section 33.03 of the MAPP Agreement.

14.2 **Termination of MAPP Agreement** — Upon the Effective Date this Restated Agreement shall supersede in its entirety the MAPP Agreement as amended. With the exception of the continuing obligations identified in Sections 4.2.1 and 4.7.1, the MAPP Agreement shall terminate upon the Effective Date. Nothing herein shall affect the continuity of service provided pursuant to obligations entered into prior to the termination of the MAPP Agreement.

mapp

mid-continent area power pool

# RESTATED AGREEMENT:

# EXHIBITS

# EXHIBIT A

## INITIAL REGIONAL RELIABILITY COMMITTEE SUBCOMMITTEES

The initial subcommittees of the Regional Reliability Committee, and the responsibilities of those subcommittees, shall be as set forth below. The subcommittees shall have such additional responsibilities as may be assigned by the Regional Reliability Committee. Each subcommittee shall initially utilize the applicable procedures of the existing MAPP handbooks and manuals, but may adopt such further or different procedures as it may deem appropriate, subject to the requirements of the Restated Agreement and any procedures for the governance of any of its subcommittees as may be adopted by the Regional Reliability Committee.

### DESIGN REVIEW SUBCOMMITTEE

The members of the Design Review Committee under the MAPP Agreement immediately prior to the Effective Date shall serve as the Design Review Subcommittee until Representatives for the Design Review Subcommittee are selected in accordance with the terms of the Restated Agreement.

**Design Review Subcommittee Responsibilities:**

1. Review each Applicant's generation and transmission facilities in the MAPP Region for conformance with the standards specified in the MAPP Engineering Handbook as in effect on the Effective Date and as such standards may thereafter be revised by the MAPP Reliability Council or the Regional Reliability Committee ("MAPP System Design

Standards"), approve facilities that conform with such standards, and report its findings to the Regional Reliability Committee.

2. Review each Member's proposed additions to or retirements of generation or transmission facilities in the MAPP Region for conformance with MAPP System Design Standards, approve facility additions or retirements that conform with such standards, and report its findings to the Regional Reliability Committee.

3. Review planned capacity transactions by any Member that exceed the megawatt and duration thresholds established by the Regional Reliability Committee pursuant to Section 6.6.8(f) and 6.6.8(g) for conformance with applicable reliability criteria, approve capacity transactions that conform with such standards, and report its findings to the Regional Reliability Committee.

4. Determine any operating restrictions necessary to make a Member's planned facilities operate within MAPP System Design Standards, and forward a description of any such restrictions to the Operating Review Subcommittee for action.

5. Approve temporary generating unit accreditation or authorized accreditation.

## OPERATING REVIEW SUBCOMMITTEE

The members of the Operating Review Committee under the MAPP Agreement immediately prior to the Effective Date shall serve as the Operating Review Subcommittee until Representatives for the Operating Review Subcommittee can be selected in accordance with the terms of the Restated Agreement.

**Operating Review Subcommittee Responsibilities:**

1. Review each Member's generation and transmission facilities and its operating studies, guides and practices for conformance to the standards specified in the MAPP Operating Handbook as in effect on the Effective Date and as such standards may thereafter be revised by the MAPP Reliability Council or the Regional Reliability Committee ("MAPP System Operating Standards"), approve such of the foregoing as conform with such standards, and report its findings to the Regional Reliability Committee.

2. Impose and revise as necessary any operating restrictions forwarded by the Design Review Subcommittee necessary to make a Member's planned facility operate within MAPP System Design Standards.

3. Impose operating restrictions on any Member necessary to make facilities within the MAPP Region operate in accordance with MAPP System Operating Standards.

4. Review any capacity or energy transaction, and impose any restrictions necessary to ensure that Members operate in accordance with MAPP System Operating Standards.

## Accreditation Subcommittee

The members of the Accreditation Subcommittee under the MAPP Agreement immediately prior to the Effective Date shall serve as the Accreditation Subcommittee until Representatives for the Accreditation Subcommittee can be selected in accordance with the terms of the Restated Agreement.

**Accreditation Subcommittee Responsibilities:**

1. Review each Member's seasonal load and capability forecasts for the next ten years (or such period as the Regional Reliability Committee may designate), and the Member's monthly load and capability forecasts for the first two years of this period, and prepare appropriate reports for the Regional Reliability Committee.

2. Establish detailed criteria for the accreditation of capacity transactions,[1/] including a requirement to obtain approval from the Design Review Subcommittee for transactions of greater than the megawatt or duration thresholds established by the Regional Reliability Committee.

3. Conduct a semiannual review of after-the-fact load and capability data from each Member, and from such data determine the amount and allocation of any required Reserve Capacity Deficiency Service purchases and sales in accordance with criteria established by the Regional Reliability Committee.

4. Compile, reproduce and supply load and capability data in any format needed by any council, committee or subcommittee of MAPP, or for submission to reliability or government agencies.

5. Approve any interruptible load appropriate for adjustment in the MAPP Load and Capability Report.

6. Assume responsibility for the following Sections of the MAPP Engineering Committee Handbook:

---

[1/] A capacity transaction for the month of October that otherwise meets the criteria of the Regional Reliability Committee may be included in the Accredited Capability of a Member only to the extent that the Member's October system demand is forecast to exceed its maximum system demand of the previous five months.

| | | |
|---|---|---|
| a. | Section 2 | Power Transactions (Procedures for approval of capacity transactions) |
| b. | Section 5 | Generation and Interconnection Evaluation (Procedures for approval of generation accreditation and outside pool transactions) |
| c. | Exhibit G | Allocation Procedures for Participant Deficiencies (Procedure to allocate surplus capacity at Service Schedule B rates to deficit utilities) |
| d. | Exhibit H | Procedures for Systematic Recordings of Committed Power Transactions (Procedures to record approved capacity transactions for MAPP Members) |
| e. | Exhibit J | MAPP Procedures for the Uniform Rating of Generating Equipment (Rules used in determining the capacity of all types of generation including coal, nuclear, hydro, gas, oil, wind and solar) |
| f. | Exhibits K, L, L-2 | Forms for Temporary Accreditation Request, Extended Accreditation Request, and return from Extended Accreditation |
| g. | Exhibit N | MAPP Procedure for Certification of Interruptible Demand for Purchase of Service Schedule L. |

Note:

Under the Restated Agreement, the Contractor will determine whether capacity transactions below megawatt and duration thresholds set by the Regional Reliability Committee meet applicable reliability criteria. If the Contractor determines that a proposed capacity purchase or sale will violate MAPP System Design Standards or MAPP System Operating Standards, it will notify the Members participating in any such transaction in writing, which may be done by electronic mail.

## OPERATING PROCEDURES SUBCOMMITTEE

The members of the Operating Practices Subcommittee under the MAPP Agreement immediately prior to the Effective Date shall serve as the Operating Procedures Subcommittee until Representatives for the Operating Procedures Subcommittee can be selected in accordance with the terms of the Restated Agreement.

**Operating Procedures Subcommittee Responsibilities:**

1. Adopt procedures for re-establishing reserves following a resource loss.

2. Adopt criteria for load shedding.

3. Adopt procedures and practices for coordinating interregional reliability, including coordinating MAPP reliability activities with adjoining systems, pools, and other regional power coordination agencies.

4. Adopt methods, standards and procedures for pool voltage and VAR control.

5. Coordinate Members' transmission and generation maintenance schedules in order to maintain regional reliability.

6. In cooperation with other concerned councils, committees and subcommittees, coordinate the activities of the MAPP communications network.

7. In coordination with the Reliability Studies Subcommittee, develop MAPP computer models for seasonal power flow, stability and short circuit studies for use by Members and the MAPP Center.

8. Establish and modify line-loading relief standards, requirements and procedures necessary to preserve regional reliability.

9. Review, and modify as necessary to preserve regional reliability, the Total Operating Reserve Obligation and the formula for establishing the Operating Reserve Obligation of the End-Use Load Members.

10. Review and approve methods and procedures, including determination of costs, accounting and billing, for the use of the Generation Reserve-Sharing Pool Schedules, including the Service Schedules for Emergency Energy Interchange Service, Scheduled Outage Energy Interchange Service, Operating Reserve Service, and Reserve Capacity Deficiency Service.

11. Develop continuing education programs for Members' System Operators.

12. Assume responsibility for the following portions of the MAPP Operating Handbook:

Section III Generating Capability Availability
Interconnection Capacity
Operating Reserve
Maintenance Scheduling
Incremental Cost Determination Guide

Section IV Emergency Procedures Overview
Transmission Loading Relief Procedure
Tight Capacity Procedure
Emergency Energy Replacement Procedure
Scheduled Outage Energy Locating Procedure
Reduced Oil and Gas Consumption Procedure

Section VII Uniform Rating of Generating Equipment (URGE) Procedure

13. Assume responsibility for the following portions of the NERC Operating Guides:

Guide II - System Security

A. MW Generation Reserve
C. Transmission Operation
E. Monitoring Interconnection Parameters
F. Information Exchange
G. Maintenance Coordination

Guide III - Emergency Operations

A. Insufficient Generation Capacity
B. Transmission Overload and Voltage Control
C. Load Shedding
D. System Restoration
E. Emergency Information Exchange
F. Special System or Control Area Action
G. Control Center Backup

Guide IV - Operating Personnel

A. Responsibility and Authority
B. Selection
C. Training
D. Responsibility to Other Groups

Guide V - Operations Planning

A. Normal Operations
B. Planning for Emergency Conditions
C. Long Term Deficiencies
D. Load Shedding
E. System Restoration

Guide VI - Telecommunications

A. Facilities
B. System Operator Communications Procedures
C. Loss of Communications

## POOL PERFORMANCE SUBCOMMITTEE

The members of the Pool Performance Subcommittee under the MAPP Agreement immediately prior to the Effective Date shall serve as the Pool Performance Subcommittee until Representatives for the Pool Performance Subcommittee can be selected in accordance with the terms of the Restated Agreement.

**Pool Performance Subcommittee Responsibilities:**

1. Review and adopt Operating Principles and Guides establishing commonly accepted standards for control area operation.

2. Review and adopt methods, standards, and procedures for monitoring and improving control performance in the MAPP Region.

3. Coordinate the activities of MAPP control areas with the NERC Performance Subcommittee through the MAPP Survey Coordinator, who shall be the MAPP representative to the NERC Performance Subcommittee. The MAPP Survey Coordinator shall be nominated by the Pool Performance Subcommittee and elected by the Regional Reliability Committee, shall serve for a term of two years with eligibility for re-election, and shall:

   a. Represent MAPP on the NERC Operating Committee Performance Subcommittee, and attend all meetings of the subcommittee.

   b. Be responsible for performance surveys and other surveys as requested by the NERC Operating Committee Performance Subcommittee.

   c. Serve as a non-voting member of the MAPP Pool Performance Subcommittee.

4. Assume responsibility for the following portions of the MAPP Operating Handbook:

Section III Control Area Operation

Section VII Average Production Cost, Other Than Fuel
Additional Payment for Scheduled Outage Energy

5. Assume responsibility for the MAPP Operating Requirements Document.

6. Assume responsibility for the following portions of the NERC Operating Guides:

Guide I - Systems Control

A. Generation Control
B. Voltage Control
C. Time and Frequency Control
D. Interchange Scheduling
E. Control Performance Criteria
F. Inadvertent Interchange Management
G. Control Surveys

Guide II - System Security

B. Reactive Power Supply
E. Monitoring Interconnection Parameters

## RELIABILITY STUDIES SUBCOMMITTEE

The members of the Technical Operations Subcommittee and the Reliability Subcommittee under the MAPP Agreement immediately prior to the Effective Date shall serve as the Reliability Studies Subcommittee until Representatives for the Reliability Studies Subcommittee can be selected in accordance with the terms of the Restated Agreement.

**Reliability Studies Subcommittee Responsibilities:**

1. Collect and analyze operating data pertinent to the interconnected operation of MAPP.

2. Conduct appropriate transmission network studies.

3. Review the Reserve Capacity Obligation, and recommend such modifications as it may deem appropriate to the Regional Reliability Committee.

4. Review and approve operating reliability standards, criteria, and rules relating to protective equipment and communications or digital control systems.

5. Identify the planning functions that should be conducted by the Contractor in order to improve reliability.

6. Review the reliability characteristics of the MAPP system and perform associated reliability studies as appropriate.

7. Coordinate the development and updating by the Members and MAPP of appropriate models for power flow, stability, short-circuit, and reliability studies of the MAPP Region.

8. Accumulate and maintain data files as necessary to determine existing system reliability and to propose recommendations on system reliability to the Regional Reliability Committee.

9. Conduct static transmission adequacy assessments as appropriate, including assessments of the intra- and inter-regional transfer capability of the MAPP system.

10. Evaluate new methodologies, with a goal of performing combined generation and transmission reliability analysis.

11. Review and evaluate recommended plans and procedures developed by the Regional Transmission Committee for technical coordination of the MAPP Plan with adjoining systems, pools, and other regional coordinating agencies.

12. In cooperation with other concerned committees and subcommittees, coordinate the activities of the MAPP communications network.

13. Assume responsibility for reliability criteria and modelling necessary for submission of FERC Form 715 information for MAPP.

14. Assume responsibility for the following portions of the MAPP Engineering Handbook:

| | |
|---|---|
| Section 1 | Load and Capability (Requirement to submit Load and Generating Capability for OE-411 reporting) |
| Exhibit F | Load and Capability Reporting (Instruction forms for projected seasonal and monthly load and capability reporting) |

15. Assume responsibility for the following portions of the MAPP Operating Handbook:

| | |
|---|---|
| Section II | Major Disturbance Analysis Procedure |
| Section III | Interconnection Capacity<br>Regional Communications<br>Protective Relaying Guide |
| Section VII | Special Stability Systems and Procedures<br>Transmission Line Capacity Data |

16. Assume responsibility for the following portions of the NERC Operating Guides:

Guide I - Systems Control

H. Control Equipment Requirements

Guide II - System Security

D. Relay Coordination
F. Information Exchange

## Environmental Subcommittee

The members of the Environmental Committee under the MAPP Agreement immediately prior to the Effective Date shall serve as the Environmental Subcommittee until Representatives for the Environmental Subcommittee are selected in accordance with the terms of the Restated Agreement.

**Environmental Subcommittee Responsibilities:**

1. Keep abreast of current environmental laws, regulations, and natural resource issues which may impact regional system operating reliability.

2. Provide input and recommendations to decision-making agencies concerning the actual or potential impact on regional reliability of proposed environmental laws and regulations, and emerging natural resource issues.

3. Foster information exchange among Members on environmental factors, compliance issues, and resource programs that may impact reliability within the MAPP Region.

4. Foster greater understanding of MAPP by providing information to the public on the interrelationship of environmental factors, regional reliability, system planning and operations.

EXHIBIT B

INITIAL GENERATION RESERVE-SHARING POOL SCHEDULES

## GENERAL TERMS AND CONDITIONS

**Section 1. General Description**

1.1 The initial Service Schedules set forth herein are intended to facilitate the exchange of capacity and energy in the MAPP Generation Reserve Sharing Pool. The Service Schedules are established to enable the Pool Participants to help maintain the reliability of the interconnected system through sharing of capacity reserves and operating reserves. These Service Schedules may be revised and new Service Schedules established as needs arise, in accordance with the Restated Agreement.

**Section 2. Accreditation**

2.1 Accreditation of capacity transactions shall be determined and assigned under procedures established by the Regional Reliability Committee. Initially, the same procedures shall be used as in effect immediately prior to the Effective Date.

**Section 3. Scheduling**

3.1 Interchange of capacity and energy between the Pool Participants shall be in accordance with the reliability standards and procedures established by the Regional Reliability Committee. These standards and procedures shall meet or exceed NERC criteria. Exchange of energy between Pool Participants shall conform to the MAPP Operating

Requirements in order to satisfy the obligations of those Pool Participants which operate Control Areas.

**Section 4. Line Loading Relief**

4.1 Delivery of energy between Pool Participants under the Scheduled Outage Energy Interchange Service Schedule shall be subject to the MAPP Line Loading Relief Procedures when such procedures are necessary to alleviate overloads or potential overloads of transmission facilities. Reserve Capacity Deficiency Service, Emergency Energy Interchange Service, and Operating Reserve Service are not subject to the MAPP Line Loading Relief Procedures.

**Section 5. Transmission Service and Loss Repayment**

5.1 Pool Participants that schedule capacity and energy under the Service Schedules for Reserve Capacity Deficiency Service, Emergency Energy Interchange Service, or Scheduled Outage Energy Interchange Service are obligated to compensate other Pool Participants for use of their transmission facilities in accordance with Schedule F - Transmission Service for Coordination Transactions. Such compensation may include a transmission service charge for any of these Service Schedules, plus a charge for net incremental losses incurred by such other Pool Participants for energy delivered under the Scheduled Outage Energy Interchange Service Schedule or the Emergency Energy Interchange Service Schedule. Procedures for determining transmission service and loss repayment charges and for administering the payment process shall be established by the Regional Transmission Committee.

**Section 6. Billing and Payment**

6.1 For billing purposes, the amount of energy delivered by a supplying Pool Participant to a purchasing Pool Participant, or delivered to the purchasing Pool Participant through any intervening transmission service providers during any period, shall be the amount scheduled for delivery at a point or points where the system of the supplying Pool Participant connects with the system of the purchasing Pool Participant or with the Transmission System (as defined in Schedule F - Transmission Service for Coordination Transactions).

6.2 Billing for any transaction involving generation or transmission capacity, including any transmission charges pertaining to a transaction, shall be based upon the amount of such capacity committed in advance for delivery at a point or points where the system of the supplying Pool Participant connects with either the system of the purchasing Pool Participant or with the Transmission System (as defined in Schedule F - Transmission Service for Coordination Transactions).

6.3 All bills for services supplied in connection with the Generation Reserve-Sharing Pool shall be rendered monthly by the supplying Pool Participant to the purchasing Pool Participant after the end of the period to which such bills are applicable. Unless otherwise specified by the appropriate council or committee, such period shall be from 12:01 a.m. of the first day of the month to 12:01 a.m. of the first day of the succeeding month. Bills shall be due and payable within fifteen days from the date such bills are rendered. Payment shall be made when due and without deduction, and may be effected by electronic funds transfer. Bills shall be deemed rendered on the postmark date if deposited in first class mail with postage prepaid and shall be deemed rendered upon receipt

if another means of delivery is used. If the due date of any bill falls on Saturday, Sunday or holiday observed by either Pool Participant, the bill shall be due and payable on the next following working day of both Pool Participants. Interest shall accrue and be compounded daily on any unpaid amount, from the date due until the date upon which payment is made, using the lowest daily prime rates published in the money rates section of the Wall Street Journal for the applicable time period. Such daily interest shall be computed on the basis of actual days and a 365 day calendar year.

6.4 In the event a Pool Participant desires to dispute all or any part of the charges submitted by some other Pool Participant, it shall nevertheless pay the full amount of the charges when due and give notification in writing within sixty (60) days from the date of the statement stating the grounds on which the charges are disputed and the amount in dispute. The complaining Pool Participant shall not be entitled to any adjustment on account of any disputed charges that are not brought to the attention of the Pool Participant rendering such charges within the time and in the manner herein specified. If settlement of the dispute results in a refund to the payer, interest shall accrue and be compounded daily on the amount to be refunded from the date of payment until the date upon which refund is made, using the lowest daily prime rates published in the money rates section of the Wall Street Journal for the applicable time period. Such daily interest shall be computed on the basis of a 365 day year. If the Pool Participants are unable to reach a mutually satisfactory agreement, the dispute resolution procedures of Article 11 of the Restated Agreement shall apply.

**Section 7. Definitions**

7.1 For purposes of Service Schedules C and C1 only, Incremental Cost shall mean:

a. The cost of fuel, operating labor, and maintenance required to generate the energy necessary to supply (i) the scheduled delivery to the purchasing Pool Participant's system, plus (ii) the incremental losses incurred on the supplying Pool Participant's system, plus (3) the energy supplied to any intervening system or systems as compensation for losses;

b. The cost of starting and operating any generating units which must be started as a result of supplying such energy; and

c. The supplying Pool Participant's cost of purchased energy if the purchase is made as a result of supplying such energy.

d. The Incremental Cost per kilowatt-hour for any particular transaction shall be the total of such costs divided by the kilowatt-hours scheduled for delivery to the purchasing Pool Participant either directly by the supplying Pool Participant or through an intervening system or systems.

## SCHEDULE B: RESERVE CAPACITY DEFICIENCY SERVICE

**Section 1. Service to be Provided**

1.1 Reserve Capacity Deficiency is the value in kilowatts by which a Pool Participant's System Demand plus its Reserve Capacity Obligation in any hour of either the Summer Season (May 1 - Oct 31) or the Winter Season (Nov 1 - April 30) exceeds its Accredited Capability for such hour. This Service Schedule provides for the sale of Reserve Capacity by any Pool Participant to any other Pool Participant that has experienced a Reserve Capacity Deficiency, to enable the purchasing Pool Participant to satisfy its Reserve Capacity Obligation.

1.2 Allocation of sales from other Pool Participants' seasonal surpluses to supply the deficiency shall be determined after the fact in accordance with procedures established by the Regional Reliability Subcommittee.

**Section 2. Conditions of Service**

2.1 This Service Schedule shall be available for the sale of Reserve Capacity Deficiency Service for six consecutive months beginning on May 1 or November 1 unless another duration and other dates are agreed to by the Regional Reliability Committee.

2.2 Reserve Capacity Deficiency Service shall be supplied through transmission facilities which have adequate capacity for transmitting such power, in accordance with reliability standards and procedures established by the Regional Reliability Committee.

2.3 Firm Capacity Transmission Service under Service Schedule F - Transmission Service for Coordination Transactions shall be obtained for delivery of Reserve Capacity Deficiency Service.

**Section 3. Schedule of Rates**

3.1 The purchasing Pool Participant shall pay to the supplying Pool Participant for Reserve Capacity Deficiency Service furnished during any month a demand charge determined as follows:

For each megawatt or fraction thereof committed by the supplier, a charge per month not more than P, where

$$P = \frac{A}{12}$$

where A = the value for the applicable year based on ten (10) years of data representing the composite levelized annual fixed charges per megawatt for the units of the Pool Participants which supplied, or are most likely to supply, capacity and energy under this Service Schedule.

3.2 For each FERC regulated Pool Participant, the levelized annual fixed carrying charge is the sum of the return requirement, depreciation, income tax, property tax, insurance and administrative and general costs. The return requirement shall be calculated in accordance with standard FERC methods using debt costs, preferred stock cost and a percentage rate of return on equity, weighted in accordance with the Pool Participant's capital ratios at the end of the preceding calendar year. The percentage rate of return on equity shall not be higher than the most recent rate of return on equity percentage approved

by the Pool Participant's state regulatory commission. The income tax requirement which shall include deferred taxes, shall be calculated in accordance with standard FERC methods using federal and state tax rates in effect for the current year. The administrative and general costs in column b on line 167 of page 323 of the FERC Form 1 shall be appropriately allocated to the electric production plant and converted to a percentage of the electric production plant investment.

## SCHEDULE C: EMERGENCY ENERGY INTERCHANGE SERVICE

**Section 1. Service to be Provided**

1.1 This Service Schedule provides for the supply of Emergency Energy by any Pool Participant to any other Pool Participant during emergency outages of generating or transmission facilities or both.

**Section 2. Scheduling of Deliveries**

2.1 Deliveries of Emergency Energy shall be scheduled as soon as possible after the occurrence of an Emergency Outage, through transmission facilities which have adequate capacity for transmitting such energy, in accordance with reliability standards and procedures established by the Regional Reliability Committee.

2.2 Firm Energy Transmission Service under Service Schedule F - Transmission Service for Coordination Transactions shall be obtained for delivery of Emergency Energy Interchange Service.

**Section 3. Schedule of Rates**

3.1 The receiving Pool Participant shall pay to the supplying Pool Participant for Emergency Energy furnished during any month under this Service Schedule the greater of 3.0 cents per kilowatt-hour or 110 percent of the supplying Pool Participant's Incremental Cost of supplying such energy.

## SCHEDULE C1: SCHEDULED OUTAGE ENERGY INTERCHANGE SERVICE

**Section 1. Service to be Provided**

1.1 This Service Schedule provides for the supply of energy by any Pool Participant to any other Pool Participant during Scheduled Outages of generation or transmission facilities or both.

**Section 2. Scheduling of Deliveries**

2.1 Scheduled Outage Energy shall be supplied through transmission facilities which have adequate capacity for transmitting such power and energy, in accordance with reliability standards and procedures established by the Regional Reliability Committee.

2.2 Scheduled Outage Energy may be scheduled from a Pool Participant not directly interconnected with the purchasing Pool Participant if such energy is available at a lower delivered cost than from a directly interconnected Pool Participant.

2.3 Firm Energy Transmission Service under Service Schedule F - Transmission Service for Coordination Transactions shall be obtained for Scheduled Outage Energy Interchange Service.

**Section 3. Schedule of Rates**

3.1 The purchasing Pool Participant shall compensate the supplying Pool Participant for Scheduled Outage Energy furnished during any month under this Service Schedule in accordance with one of the following subparagraphs:

a. The purchasing Pool Participant shall pay to the supplying Pool Participant for such Scheduled Outage Energy the greater of:

i. 110 percent of the Incremental Cost of producing such energy, or

ii. 110 percent of the Average Production Cost (as specified in Section 3.28 of the MAPP Agreement as in effect on the Effective Date and as may thereafter be revised by the MAPP Reliability Council or the Regional Reliability Committee) of the purchasing Pool Participant had it produced such energy with the generating unit which is out of service; provided that, if the purchasing Pool Participant is not using its Total Available Accredited Capacity, the supplying Pool Participant may require the purchasing Pool Participant to make an additional payment for any financial loss that accrues to the supplying Pool Participant attributable to foregoing a sale to another party. For uniformity of application, such additional payment shall be calculated assuming that the decremental cost of the foregone sale would have been an amount equal to the cost of energy from oil-fired generation determined in accordance with principles and practices established by the Regional Reliability Committee as follows: The cost of oil-fired generation will be calculated using the least-squares method based on a maximum of seven years' data. For FERC regulated Pool Participants, the data used will be the sum of fuel, operation and maintenance costs divided by net KWH line 35 on page 402 and columns e, h, i and o on pages 410 and 411 of the

FERC Form 1. Pool Participants not regulated by the FERC will provide comparable data when cost data is requested for filing with the Contractor.

b. The Pool Participant supplying Scheduled Outage Energy may, at its option, require the purchasing Pool Participant to return such energy at such times and under such conditions that the supplying Pool Participant will not experience a loss due to the transaction, or under conditions mutually agreeable to both Pool Participants.

## SCHEDULE D: OPERATING RESERVE SERVICE

**Section 1. Service to be Provided**

1.1 A Pool Participant may arrange for another Pool Participant to supply part or all of its Operating Reserve requirement. Such other Pool Participant is not obligated to supply Operating Reserve Service if the requesting Pool Participant is not using all of its Available Accredited Capacity.

**Section 2. Schedule of Rates** (See Note No. 1)

2.1 Except as otherwise agreed to by the Pool Participants concerned, a Pool Participant supplying a portion or all of another Pool Participant's Operating Reserve during any month shall be paid by the purchasing Pool Participant the greater of:

a. 110 percent of the Incremental Cost of supplying such service; or

b. The Incremental Cost of supplying such service plus one-half of the overall savings of such transaction, where overall savings shall be equal to the difference between the Incremental Cost of the selling Pool Participant and the Decremental Cost of the purchasing Pool Participant.

2.2 In the event there are repetitive transactions between certain Pool Participants involving similar Incremental and Decremental Costs, flat rates or exchange arrangements may be established for such transactions by the Pool Participants concerned.

2.3 Transmission service need not be arranged for Operating Reserve Service; provided, however, that any energy subsequently taken from Operating Reserves shall be

taken under the applicable energy Service Schedule, and appropriate transmission service shall be arranged therefor.

Note No. 1:

For the purpose of this Service Schedule only, Incremental and Decremental Cost shall be determined as follows:

> Incremental Cost of the supplying Pool Participant shall be based on the costs incurred in starting and operating any generating unit or units which must be started as a result of supplying such service.
>
> Decremental Cost of the purchasing Pool Participant shall be based on the cost avoided by not starting and operating any generating unit or units as a result of receiving such service.

EXHIBIT C

SCHEDULE F: TRANSMISSION SERVICE FOR

COORDINATION TRANSACTIONS

**Preamble**

This Service Schedule provides transmission service for Coordination Transactions pursuant to the MAPP Restated Agreement.

1. **Definitions**

Definitions provided in the Restated Agreement shall apply to this Service Schedule unless otherwise provided in this Service Schedule.

1.1 **Application**: A request by a Member for transmission service pursuant to the provisions of this Service Schedule.

1.2 **Buyer**: The Member that is the purchaser pursuant to a Coordination Transaction.

1.3 **Completed Application**: An Application that satisfies all of the information and other requirements of this Service Schedule.

1.4 **Contractor**: An impartial entity that performs actions or functions under this Service Schedule on behalf of all of the Transmission Providers. The initial Contractor shall be the Contractor under the Restated Agreement.

1.5 **Coordination Transaction**: Any sale for resale of power and/or energy between Members, for a period not to exceed two years, using existing generation and transmission facilities. Any transaction where the Seller is obligated to sell, or has an option to sell, power and/or energy, or the Buyer is obligated to take or pay, or has the option to

take or pay, for power and/or energy, for more than two years shall not qualify for service under this Service Schedule for any portion of the duration of the transaction.

1.6 **Delivering Member**: The Member on whose system the capacity and/or energy provided under a Coordination Transaction will be delivered to the Buyer. The Delivering Member may be the Buyer. The Delivering Member shall be specified in the Completed Application.

1.7 **Firm Transmission Service**: Transmission service under this Service Schedule that is reserved or scheduled for a term not to exceed two years, and that is of the firmness and priority as set forth in this Service Schedule. Firm Transmission Service is available as Firm Capacity Transmission Service or Firm Energy Transmission Service.

1.8 **Line Loading Relief Procedures**: Those procedures established by the Regional Transmission Committee involving curtailment of transactions for the purpose of relieving transmission system overloads or maintaining necessary voltage criteria.

1.9 **Loss Repayment Procedure**: Those procedures established by the Regional Transmission Committee involving repayment of transmission system losses due to Coordination Transactions.

1.10 **Native Load Customers**: The wholesale and retail customers on whose behalf the Transmission Provider, by statute, franchise, regulatory requirements, or contract, has undertaken an obligation to construct and operate the Transmission Provider's system to provide reliable transmission service on a firm basis.

1.11 **Network Customers**: Entities receiving transmission service pursuant to the terms of the Transmission Provider's network service tariff or other contracts for similar service.

1.12 **Non-firm Transmission Service**: Transmission service under this Service Schedule that is reserved and/or scheduled on an as available basis and is subject to interruption pursuant to MAPP Line Loading Relief Procedures. Non-firm Transmission Service is available as either Hourly Non-firm Transmission Service or Reserved Non-firm Transmission Service.

1.13 **Parties**: The Transmission Providers and the Transmission Customer receiving service under this Service Schedule.

1.14 **Receiving Member**: The Member on whose system capacity and/or energy from a Coordination Transaction will be made available to the Transmission Providers by the Seller. The Receiving Member may be the Seller. The Receiving Member shall be specified in the Completed Application.

1.15 **Regional Transmission Committee**: A standing committee under the MAPP Restated Agreement.

1.16 **Seller**: The Member that is the seller pursuant to a Coordination Transaction.

1.17 **System Impact Study**: An assessment by the Contractor or the Regional Transmission Committee of the adequacy of the Transmission System to accommodate a request for Firm Transmission Service.

1.18 **Transmission Customer**: Any Member whose Completed Application for Transmission Service is approved by the Contractor and who receives transmission service under this Service Schedule. The Transmission Customer shall be the Buyer.

1.19 **Transmission Provider**: A Member owning or controlling transmission used to provide service under this Service Schedule. The Contractor shall not be considered to be a Transmission Provider.

1.20 **Transmission System**: The composite of all contiguous networked, synchronously operated 115 kV and above (or 69 kV as specified in Appendix C) transmission facilities owned or controlled by MAPP Members. Such contiguous facilities shall include (i) networked facilities in the MAPP Region, (ii) facilities that are directly interconnected with those within the MAPP Region, and (iii) facilities that are interconnected with those within the MAPP Region through the facilities of another Member or Members.

2. **Scope**

2.1 This Service Schedule provides for transmission service pursuant to the Restated Agreement in connection with Coordination Transactions. A Member located outside of the MAPP Region agrees to provide service to the other Members under the terms and conditions of this Service Schedule over transmission facilities owned or controlled by it or its Affiliates, that are a part of the Transmission System. Service under this Service Schedule is not available to an entity not eligible for an order requiring transmission service under Sections 210, 211 or 212 of the FPA as in effect on the Effective Date or of a type not available pursuant to an order requiring such service under Sections 210, 211 or 212 of the FPA as in effect on the Effective Date.

2.2 This Service Schedule shall be used for Coordination Transactions between Members instead of the individual tariffs of the Members. Service is available for Coordination Transactions arranged under the MAPP Power and Energy Market, the

Generation Reserve-Sharing Pool or otherwise. Any entity eligible to obtain a Section 211 order under the Federal Power Act is eligible to become a MAPP Member and obtain service under this Service Schedule. Service under this Service Schedule is available to all Members on an equivalent basis pursuant to the terms of this Service Schedule. To receive such service, an entity must be willing to take on the responsibilities and obligations of membership.

2.3 Subject to the waiver provisions of Section 13.4 hereof, charges are imposed for service under this Service Schedule.

2.4 This Service Schedule cannot be used to deliver power or energy directly to a non-Member. This Service Schedule also is not intended to be used, and shall not be used, by a generator located on a Receiving Member's system in place of a long term transmission arrangement that compensates the Receiving Member for the load imposed on the Receiving Member's system by the generator. Nor is this Service Schedule intended to be used for load located on a Delivering Member's system and routinely imposed on that system in lieu of a long term transmission arrangement for the needs of that load. Furthermore, this Service Schedule is intended to apply only to transactions of two years or less. This Service Schedule shall be interpreted and applied to prevent its use for any transactions that are in any way more than a two years in duration.

2.5 If any Member believes that the intended scope of this Service Schedule expressed above is being violated in connection with any transaction, it may file a written complaint specifying its concern with the Regional Transmission Committee, or the appropriate subcommittee of the Regional Transmission Committee. During the pendency of any such complaints, the charges sought to be imposed by the Transmission Providers under

this Service Schedule and/or under their individual tariffs or other agreements shall be paid by the Transmission Customer and held in escrow by the Contractor and shall be paid, with any interest earned thereon, to the appropriate parties upon final resolution of the dispute. The Regional Transmission Committee shall deal with all such disputes on an expedited basis.

2.6 In addition to the primary purpose of this Service Schedule set forth above, the Members hereby agree that the rate schedules appended hereto also shall be used to compensate Members for third party use of their systems in connection with sales or purchases by Members to or from non-Members that otherwise meet the requirements of a Coordination Transaction. Such transactions must be scheduled and arranged by the transacting parties under the individual tariffs of the Members.

3. **Nature of Firm Transmission Service**

3.1 **Term**

(a) The minimum term of Firm Capacity Transmission Service reservations shall be seven consecutive days, which hereafter may be referred to as "weekly." The maximum term for Firm Capacity Transmission Service reservations shall be two years.

(b) The minimum term for Firm Energy Transmission Service shall be one hour and the maximum term shall be 120 days, or as otherwise required for extended maintenance or extended accreditation authorized by the Regional Reliability Committee.

3.2 **Service Priority** — An Application for Firm Transmission Service will have priority over Non-firm Transmission Service under this Service Schedule. Firm

Transmission Service will always have priority over Non-firm Transmission Service under this Service Schedule, including previously scheduled Non-firm Transmission Service. Firm Capacity Transmission Service shall have priority over Firm Energy Transmission Service, including previously scheduled Firm Energy Transmission Service. Firm Transmission Service under this Service Schedule shall be available on a first-come, first-served basis (*i.e.*, in the chronological sequence in which each Transmission Customer has requested service) from capacity in excess of that needed for reliable service to Native Load Customers, Network Customers and other transmission customers taking firm transmission service for longer than two years and previously scheduled Firm Capacity Transmission Service under this Service Schedule or tariffs and contracts of the Transmission Providers.

3.3 **Curtailment of Service** — The Transmission Providers shall provide Firm Transmission Service with the curtailment priority set forth in the MAPP Line Loading Relief Procedures as they may be amended from time to time by the Regional Transmission Committee. To the extent practical under the circumstances, Firm Energy Transmission Service shall be curtailed before Firm Capacity Transmission Service and Firm Transmission Service shall be curtailed prior to firm transmission service provided by the Transmission Provider for a term in excess of two years. When the Contractor or the Transmission Provider determines that an electrical emergency exists and implements emergency procedures to curtail Firm Transmission Service, the Transmission Customer shall make the required reductions upon request of the Contractor. The Contractor has the right to direct the interruption of service whenever an emergency exists or MAPP Line Loading Relief Procedures are required.

3.4 **Classification of Firm Transmission Services** —

(a) Firm Transmission Service under this Service Schedule shall be Member system to Member system transmission service. Firm Transmission Service shall include: (i) Firm Capacity Transmission Service on a weekly, monthly, seasonal or one-year basis under Rate Schedule FCTS; and (ii) Firm Energy Transmission Service on an hourly basis up to 120 days under Rate Schedule FETS. Firm Energy Transmission Service is available only for Emergency Energy Interchange Service and Scheduled Outage Energy Interchange Service under the Generation Reserve-Sharing Pool in the Restated Agreement and the comparable needs of Members that are not participants in the Pool.

(b) A Transmission Customer may purchase transmission service to make purchases of power from multiple generating units that are on the Receiving Member's Transmission System. The Transmission Customer will be required to provide to the Contractor the information identified in Section 9.2 of this Service Schedule.

(c) The Transmission Providers shall provide firm deliveries of power from a point or points at which power and/or energy for a Coordination Transaction is made available by the Seller to the Receiving Member to a point or points at which power and/or energy for a Coordination Transaction are made available to the Buyer by the Delivering Member. Each Receiving Member at which firm transmission capacity is reserved by the Transmission Customer shall be set forth in the Completed Application along with a corresponding capacity reservation. The reservation and schedules shall be in whole megawatts measured on a sixty minute, clock hour interval. Each Delivering Member at which firm transmission capacity is reserved by the Transmission Customer shall be set forth in the Completed Application along with a corresponding capacity reservation. The

Transmission Customer will be billed for its transmission service as set forth in Appendix A. The Transmission Customer may not exceed its firm capacity reservation.

(d) Schedules for the Transmission Customer's Firm Transmission Service must be submitted to the Contractor in accordance with procedures established by the Regional Transmission Committee. Initially, those procedures shall be: Schedules for the Transmission Customer's Firm Capacity Transmission Service must be submitted to the Contractor no later than 3:00 p.m. of the day prior to the day service is to commence. Hour-to-schedules of any power and energy that is to be delivered must be stated in increments of whole megawatts per hour. Scheduling changes will be permitted up to 20 minutes before the start of the next clock hour or such other time as established by the Regional Transmission Committee. The Transmission Customer will furnish to schedulers at the Contractor and on the system of the Delivering Member hour-to-hour schedules equal to those furnished by the Receiving Member and shall deliver power and energy to the Delivering Member in an amount provided by such schedules. Should the Transmission Customer, Delivering Member or Receiving Member revise or terminate any schedule pursuant to its contract authority to do so, such party shall immediately notify the Contractor, and the Transmission Providers shall have the right to adjust accordingly the schedule for capacity and energy to be received and to be delivered.

4. **Nature of Non-firm Transmission Service**

4.1 **Term** — Non-firm Transmission Service will be available for periods ranging from hourly to six consecutive months.

4.2 **Service Priority** — Non-firm Transmission Service shall be available on a first-come, first-served basis (*i.e.*, in the chronological sequence in which each Transmission Customer has reserved service) from capacity in excess of that needed for reliable service to Native Load Customers, Network Customers and other transmission customers taking Firm service for more than two years and previously reserved or scheduled Firm and Non-firm Transmission Service under this Service Schedule or tariffs and contracts of the Transmission Providers.

4.3 **Classifications of Non-firm Transmission Service**

(a) Non-firm transmission service shall be Member system to Member system transmission service. Parties requesting non-firm service for the transmission of firm power do so at their own risk with the full realization that such service is subject to interruption under the terms of this Service Schedule. Non-firm Transmission Service shall include:

(i) Hourly Non-firm Transmission Service — Transmission of energy on an hourly basis under Rate Schedule HNF; and

(ii) Reserved Non-firm Transmission Service — Transmission of reserved non-firm capacity and energy on a seasonal, monthly, weekly or daily basis subject to Section 9.3 and not to exceed six consecutive months in duration for any one Application for non-firm service under Rate Schedule RNF.

(b) The Transmission Providers shall provide non-firm deliveries of energy from the Receiving Member to the Delivering Member. Each Receiving Member at which non-firm transmission capacity is reserved by the Transmission Customer shall be set

forth in the Completed Application along with a corresponding capacity reservation. The reservation shall be in whole megawatts measured on a sixty minute, clock hour interval. Each Delivering Member at which non-firm transmission capacity is reserved by the Transmission Customer shall be set forth in the Completed Application along with a corresponding capacity reservation. The Transmission Customer will be billed for its transmission service as set forth in Appendix A. The Transmission Customer may not exceed its non-firm capacity reservation.

4.4 **Scheduling of Non-firm Transmission** — Schedules for the Transmission Customer's Hourly Non-firm Transmission Service and Reserved Non-firm Transmission Service must be submitted to the Contractor in accordance with procedures established by the Regional Transmission Committee. Initially, those procedures shall be: Schedules for the Transmission Customer's Reserved Non-firm Transmission Service must be submitted to the Contractor no later than 3:00 p.m. of the day prior to the day service is to commence. New schedules and schedule changes submitted after 3:00 p.m. will be accommodated, if practicable, in light of all other schedules in place. Schedules for Hourly Non-firm Transmission Service shall be submitted no earlier than 3:00 p.m. of the day prior to the commencement of service. New Hourly Non-firm Transmission Service and scheduling changes shall be submitted prior to the commencement of such service. Schedules submitted for service to commence during the current clock hour or for any application requiring a portion of a clock hour will have transmission service charges applied for the full associated clock hour. The Transmission Customer will furnish to schedulers at the Contractor and on the system of the Delivering Member hour-to-hour schedules equal to those furnished by the Receiving Member and shall deliver power and energy to the Delivering Member in an

amount provided by such schedules. Hour-to-hour schedules of energy that is to be delivered must be stated in increments of whole megawatts per hour. Should the Transmission Customer, Delivering Member or Receiving Member revise or terminate any schedule, such party shall immediately notify the Contractor.

4.5 **Curtailment of Service** — The Contractor has the right to direct interruption, in whole or in part, of Transmission Service provided under this Service Schedule when, in the Contractor's sole discretion, an emergency or other unforeseen condition impairs or degrades the reliability of the Transmission System. In such situations, all Non-firm Transmission Service contributing to the situation requiring relief will be curtailed before Firm Transmission Service is curtailed. Firm Energy Transmission Service will be curtailed before Firm Capacity Transmission Service where practicable and Hourly Non-firm Transmission Service will be curtailed before Reserved Non-firm Transmission Service where practicable. Curtailments will be made in accordance with the MAPP Line Loading Relief Procedures. The Contractor, by posting on its electronic information network, will provide advance notice of curtailments where such notice can be provided consistent with Good Utility Practice.

5. **Service Availability**

5.1 **General Conditions** — Subject to the terms and conditions of this Service Schedule, Transmission Providers will provide Firm and Non-firm Transmission Service over the Transmission System for any Member that has met the requirements of Section 8.0 of this Service Schedule. Nothing in this Service Schedule relieves or otherwise modifies the obligation of a Transmission Customer or the Transmission Provider to perform its

obligations under previously negotiated contractual commitments and agreements. In addition, the Transmission Providers undertake no obligation to plan the Transmission System to have sufficient capacity for Firm and Non-firm Transmission Service under this Service Schedule.

5.2 Determination of Capacity Availability — The Contractor will respond to a Firm Transmission Service Request on behalf of the Transmission Providers in accordance with procedures of Section 9 of this Service Schedule.

5.3 **Policy on Facility Additions or Redispatch of Generation** — Nothing contained in this Service Schedule or in the procedures established by the Regional Transmission Committee shall be interpreted to require a Member to install or upgrade transmission facilities in order to enable transmission service under this Service Schedule. Redispatch of generation may be offered in association with the provisions of MAPP's Line Loading Relief Procedures. Available transmission capacity for transmission service under this Service Schedule shall be determined on an integrated system basis considering the combined capability of the Transmission System.

6. **Electronic Information Network**

An electronic information network ("EIN") will provide 24-hour access to data as directed by the Regional Transmission Committee and will initially provide the Member to Member availability of capacity over the Transmission System, rates to be charged for service, and all currently approved Completed Applications. Members may submit their Application for Transmission Service over the EIN. The information that the Contractor and the Members post on the EIN will be available in accordance with FERC policy.

7. **Standards of Nondiscrimination**

In performing its obligations under this Service Schedule, the Contractor shall apply this Service Schedule's provisions in a nondiscriminatory manner to all Members.

8. **Conditions Required of Transmission Customers**

Transmission Service shall be provided by the Transmission Providers under this Service Schedule only if the following conditions are satisfied:

(a) The Transmission Service is consistent with the Completed Application submitted by a Member;

(b) The Transmission Customer meets the creditworthiness criteria set forth in Section 17 of this Service Schedule;

(c) The Transmission Customer will have final arrangements in place for any other transmission service necessary to effect the delivery from the generating source to the ultimate load prior to the time service under this Service Schedule commences; and

(d) The Contractor has approved the service requested under a Completed Application.

9. **Procedures for Arranging Firm Service**

9.1 **Application** — Members seeking Firm Transmission Services under this Service Schedule must submit a Completed Application to the Contractor by (i) entering the information listed below directly on the Contractor's EIN, (ii) transmitting the required information to the Contractor by telefax, or (iii) providing the information by telephone over

the Contractor's time recorded telephone line. Each of these methods will provide a time-stamped record for establishing the priority of the Application.

9.2 **Completed Application** — A Completed Application shall provide all of the following information and such additional information as may be required by the Regional Transmission Committee:

(a) The identity of the Member requesting service;

(b) The identities of the Receiving Member and the Delivering Member;

(c) The electrical location of the generating facility(ies) supplying the capacity and energy and the location of the load ultimately served by the capacity and energy transmitted, or to the extent known, the generation displaced by the transaction;

(d) A description of the supply characteristics of the capacity and energy to be delivered;

(e) An estimate of the capacity and energy expected to be delivered to the Receiving Member;

(f) The service commencement date and hour and the service termination date and hour of the requested Transmission Service; and

(g) The transmission capacity requirement (1,000 kilowatt minimum) stated in increments of whole megawatts per hour.

9.3 **Reservation of Firm Transmission Services**

(a) Requests to reserve Firm Capacity Transmission Service shall be submitted in accordance with the following schedule, or such other times established by the Regional Transmission Committee. Requests to reserve service for any term of six consecutive months up to two years shall be submitted no later than 30 days and no earlier than one year before service is to commence; requests to reserve service for more than one month and up to six consecutive months shall be submitted no later than 14 days and no

earlier than 120 days before service is to commence; requests to reserve service for one week and up to one month shall be submitted no later than 7 days and no earlier than 60 days before service is to commence.

(b) The 30 day minimum for reservation of service for a period of six months to two years shall not apply when a Member must purchase firm transmission service for Reserve Capacity Deficiency Service.

(c) Firm Energy Transmission Service may be taken and scheduled for a term of one hour up to 120 days, or as otherwise required for extended maintenance or extended accreditation authorized by the Regional Reliability Committee. Requests for Firm Energy Transmission Service for emergencies shall be submitted as soon as possible under the circumstances. Requests for Firm Energy Transmission Service for scheduled outages shall be submitted in accordance with the requirements for Reserved Non-firm Transmission Service in Section 10.3.

9.4 **Notice of Deficient Application** — If an Application fails to meet the requirements of this Service Schedule, the Contractor shall notify the Member requesting service of the reasons for such failure within twenty-four hours of receipt of the Application. The Contractor will attempt to remedy minor deficiencies in the Application through informal communications with the Transmission Customer. If such efforts are unsuccessful, the Contractor shall return the Application. Upon receipt of a new or revised Application that fully complies with the requirements of this Service Schedule, the Transmission Customer shall be assigned a new priority consistent with the date of the new or revised Application.

9.5 **Response to Completed Applications**

(a) Following receipt of a Completed Application for Firm Capacity Transmission Service, the Contractor shall make a determination of capacity availability as required in Section 11 of this Service Schedule. The Contractor should consult with the Transmission Provider(s) likely to be impacted as necessary, but shall make an independent determination of capacity availability. The Contractor shall notify the Transmission Customer as soon as practicable after the date of receipt of a Completed Application, but not later than one business day for a weekly reservation request, not later than two business days for a monthly reservation request, and not later than one week for a reservation request of greater than a month, either (i) if service can be provided under this Service Schedule without performing a System Impact Study or (ii) if such a study is needed to evaluate the impact of the Application.

(b) The Contractor shall respond to requests for Firm Energy Transmission Service for emergencies within the same timeframe as it responds to requests for Hourly Non-Firm Transmission Service and to requests for Firm Energy Transmission Service for scheduled outages within the same timeframe in which the Contractor responds to requests for Reserved Non-Firm Transmission Service.

9.6 **Completed Application Approvals** — Whenever the Contractor determines that a System Impact Study is not required and that the service can be provided, it shall approve the Completed Application within the time frames specified in Section 9.5 above. Where a System Impact Study is required, the provisions of Section 11 of this Service Schedule will govern the tendering and execution of a Study Agreement between the Contractor and a Transmission Customer.

10. **Procedures for Arranging Non-firm Transmission Service**

10.1 **Application** — Members seeking non-firm service under this Service Schedule must submit a Completed Application to the Contractor. Applications may be submitted by (i) entering the information listed below directly on the Contractor's EIN, (ii) transmitting the required information to the Contractor by telefax, or (iii) providing the information by telephone over the Contractor's time recorded telephone line. Each of these methods will provide a time-stamped record for establishing the service priority of the Application.

10.2 **Completed Application** — A Completed Application shall provide all of the following information and such additional information as may be required by the Regional Transmission Committee or the Contractor:

(a) The identity, address and telephone number of the Member requesting service;

(b) The identities of the Receiving Member and Delivering Member;

(c) The maximum amount of capacity requested; and

(d) The proposed dates and hours for initiating and terminating transmission service hereunder.

In addition to the information specified above, when required to properly evaluate system conditions, the Contractor has the right to require the Transmission Customer to provide the following:

(e) The electrical location of the initial source of the power to be transmitted pursuant to the Transmission Customer's request for service and to the extent known, the generation displaced by the transaction; and

(f) The electrical location of the ultimate load.

10.3 **Reservation of Non-firm Transmission Service**

(a) Requests for Reserved Non-firm Transmission Service shall be submitted to the Contractor no later than 3:00 p.m. of the day prior to the day service is to commence, and no earlier than the times specified below, or such other deadlines as are established by the Regional Transmission Committee. Requests to reserve service for more than one month and up to six consecutive months shall be submitted no earlier than 120 days before service is to commence; requests to reserve service for more than one week and up to one month shall be submitted no earlier than 60 days before service is to commence; requests to reserve service for more than one day and up to one week shall be submitted no earlier than 30 days before service is to commence; and requests to reserve daily service shall be submitted no earlier than 3 days before service is to commence.

(b) Hourly Non-firm Service may not be reserved in advance except by scheduling a transaction no earlier than 3:00 p.m. of the day prior to the day service is to commence. Requests for Hourly Non-firm Service over transmission facilities that are not constrained shall be deemed approved unless the Contractor notifies the Transmission Requester within 30 minutes that the transaction is denied. Requests for Hourly Non-firm Service over transmission facilities that the Contractor has identified on the MAPP electronic information network as constrained facilities shall require approval from the Contractor before scheduling commences.

10.4 **Determination of Capacity Availability** — Following receipt of a Completed Application the Contractor will make a determination on a nondiscriminatory basis of capacity availability. The Contractor should consult with the Transmission Provider(s) likely to be impacted as necessary, but shall make an independent determination

of capacity availability. Such determination shall be made as soon as reasonably practicable after receipt, but not later than the following time periods for the following terms of service, or such other deadlines as are established by the Regional Transmission Committee: (i) thirty minutes for Hourly Non-firm Transmission Service; (ii) one hour for daily Reserved Non-firm Transmission Service; (iii) four hours for weekly Reserved Non-firm Transmission Service; (iv) two business days for monthly Reserved Non-firm Transmission Service; and (v) one week for Reserved Non-firm Transmission Service for more than one month.

10.5 **Transmission Customer Responsibility for Third-Party Arrangements** — Any arrangements that may be required with electric systems not subject to this Service Schedule shall be the responsibility of the Transmission Customer.

11. **Determination of Capacity Availability and Responsibility for Costs Incurred in Providing System Impact Studies**

11.1 **Notice of Need for System Impact Study** — After receiving a request for service, the Contractor shall determine on a nondiscriminatory basis whether a System Impact Study is needed. If the Contractor determines that the Transmission System may be inadequate to accommodate a request for service, it shall so inform the Applicant, within the time periods specified in Section 9.5 following receipt of a Completed Application. In such cases, the Contractor shall tender an agreement (the "Study Agreement") pursuant to which the Transmission Customer shall agree to reimburse the Contractor for performing the required System Impact Study.

11.2 **Study Agreement and Cost Reimbursement**

(a) The Study Agreement will clearly specify an estimated charge, based on the Contractor's estimate of the actual cost, and time for completion of the System Impact Study. The charge shall be based on the actual cost of the study. The study shall identify any system constraints. A description of the methodology that will be used by the Contractor in assessing capacity available to provide service is contained in the FERC Form 715 filing for MAPP, Annual Transmission Planning and Evaluation Report. The criteria specified in Form 715 are provided to apprise the Transmission Customer of the criteria the Contractor intends to apply, but shall not be deemed to bind the Regional Transmission Committee in reviewing any dispute over the availability of capacity to provide Firm Transmission Services.

(b) In performing the System Impact Study, the Contractor shall rely, to the extent reasonably practicable, on existing transmission planning studies. The Transmission Customer will not be assessed a charge for such existing studies. The Transmission Customer will, however, be responsible for charges associated with any modifications to existing planning studies that are reasonably necessary in evaluating the impact of the Transmission Customer's request for service on the Transmission System.

(c) In cases where a single System Impact Study is sufficient for the Contractor to assess capacity availability, in response to multiple Members requesting service in relation to the same competitive solicitation, the costs of that study shall be prorated among the requesting Members.

(d) For a service request to remain valid, the Transmission Customer shall execute the Study Agreement and return it to the Contractor within thirty (30) days. If

the Transmission Customer elects not to execute the Study Agreement, its Application shall be deemed withdrawn.

11.3 **Performance of System Impact Study** — Upon receipt of an executed Study Agreement, the Contractor will use due diligence to complete the required System Impact Study within a sixty (60) day period. The Contractor should consult with the Transmission Provider(s) likely to be impacted as necessary, but shall make an independent determination of capacity availability. In the event that the Contractor is unable to complete the required studies within such time period, it shall so notify the Transmission Customer and provide an estimated completion date along with an explanation of the reasons why additional time is required to complete the required studies. A copy of the completed study and related work papers shall be made available to the Transmission Customer. The Contractor will use the same due diligence in completing the studies for a Transmission Customer as it uses when completing studies for Transmission Providers.

11.4 **Partial Interim Service** — If the Contractor determines that adequate transmission capacity does not exist to satisfy the full amount of a Completed Application for Firm Transmission Service, the Transmission Providers nonetheless shall be obligated to offer and provide the portion of the requested Firm Transmission Service that can be accommodated utilizing the existing system. However, the Transmission Providers shall not be obligated to provide the incremental amount of requested Firm Transmission Service that requires the addition of facilities or upgrades to the Transmission System.

12. **Sale or Assignment of Transmission Service**

12.1 **Procedures for Assignment or Transfer of Service** — A Transmission Customer may sell, assign, or transfer all or a portion of its rights under this Service Schedule for Firm Capacity Transmission Service whose duration is six months or longer under this Service Schedule, but only to another Member (the "Assignee"), provided that there is no change in the Receiving Member or the Delivering Member and no increase in the amount of service reserved as Reserved Non-firm Transmission Service or Firm Service. Any sale, assignment or transfer shall not result in the Transmission Customer receiving compensation that exceeds its cost under this Service Schedule.

12.2 **Information on Assignment or Transfer of Service** — In accordance with Section 5, Transmission Customers or Assignees must use the Contractor's EIN to post capacity availability.

13. **Compensation for Transmission Service**

13.1 **Compensation for Use of Transmission Facilities**

(a) Transmission Providers shall be compensated for use of their respective portion of the Transmission System for Coordination Transactions in accordance with the rate schedules appended to this Service Schedule and subject to Section 13.4 below: Firm Energy Transmission Service (Rate Schedule FETS), Firm Capacity Transmission Service (Rate Schedule FCTS), Reserved Non-Firm Service (Rate Schedule RNF), and Hourly Non-Firm Service (Rate Schedule HNF). Transmission Customers shall pay for Transmission Services obtained under this Service Schedule pursuant to these rate schedules.

(b) In addition, a Member that sells or purchases power and energy to or from a non-Member in a transaction that would otherwise qualify as a Coordination Transaction shall compensate the Transmission Providers who are not providing service under their transmission tariffs for the transaction, using the rate schedules appended hereto. Such transactions must be arranged under Member tariffs with third party impact compensation under this Service Schedule.

(c) The Contractor will itemize the Member's payment obligations and credits.

13.2 **Capacity and Energy Losses** — The Transmission Customer shall be responsible to compensate other Members for capacity and energy losses in accordance with the MAPP Loss Repayment Procedure.

13.3 **Other Charges** — Costs incurred by the Contractor for administering Transmission Service under this Service Schedule shall be compensated by the Scheduling Charges and Administrative Charges included in the rate schedules appended to this Service Schedule.

13.4 **Waivers or Exclusions of Payments**

(a) Receiving Members' Systems — No charge shall be imposed under the rate schedules appended hereto for the use of the Receiving Member's transmission system by any Transmission Customer, including the Receiving Member, where (i) the Seller has a transmission arrangement with the Receiving Member, such as a generator outlet arrangement or long term flexible point-to-point transmission service agreement, that allows use of the Receiving Member's system for the Coordination Transaction or (ii) the source of the power and energy for the Coordination Transaction, if other than the Seller, has such a

transmission arrangement with the Receiving Member; provided however, that where any such transmission arrangement covers only a portion of the Receiving Member's transmission system, the waiver of charges shall apply only to such portion. Where the criteria in (i) or (ii) are not met and the service is within the scope of this Service Schedule, this Service Schedule shall impose a charge for use of the Receiving Member's system, including use by the Receiving Member of its own system for Coordination Transactions. Where this Service Schedule is applicable, the Receiving Member shall charge itself hereunder rather than under its individual tariff.

(b) Delivering Members' Systems — No charge shall be imposed hereunder for use of the Delivering Member's system by any Transmission Customer, including the Delivering Member, where (i) the Delivering Member is the Buyer and the power and energy is delivered to the Delivering Members' load on its system, (ii) the Buyer is a Network Customer of the Delivering Member and the power and energy is delivered to the Buyer's load covered by such service, (iii) the Buyer otherwise has a transmission arrangement with the Delivering Member that covers the delivery of the power and energy associated with the Coordination Transaction or (iv) the entity to which the Buyer is making delivery at the Delivery Points has such a transmission arrangement with the Delivering Member; provided however, where any such transmission arrangement covers only a portion of the Delivering Member's system, the waiver of charges shall apply only to such portion. Where none of the criteria in (i), (ii), (iii) or (iv) applies and the service is within the scope of this Service Schedule, this Service Schedule shall impose a charge for use of the Delivering Member's system for delivery of the Coordination Transaction.

(c) Intervening Members' Systems — A Member shall waive payment of charges to it hereunder by the Buyer on a nondiscriminatory basis where the Member is not the Delivering or Receiving Member and the Buyer or Seller has a transmission arrangement with the Member, such as a shared system, joint use agreement or other transmission agreement, under which the Buyer or Seller has the right to use the Member's system for the Coordination Transaction. Such a waiver may apply to all or only a portion of the Member's system and, where appropriate, such waivers may be reciprocal.

(d) Disclosure — All waivers of charges under (a), (b) and (c) above must be on file with the Regional Transmission Committee and disclosed to all Members. All disputes concerning waivers, including but not limited to, disputes over whether a waiver is or is not required, or is or is not nondiscriminatory, and the scope of any waiver, shall be reported, in writing, to the Regional Transmission Committee, or the appropriate subcommittee of the Regional Transmission Committee, for review, and shall be subject to dispute resolution under Article 11 of the Restated Agreement. During the pendency of any such dispute, all disputed charges claimed to be due under this Service Schedule or a Transmission Provider's tariff shall be paid to the Contractor and held in escrow pending resolution of the dispute. Upon final resolution of the dispute, the funds in escrow, together with any interest earned thereon, shall be paid to the parties to which they are due.

14. **Billing and Payment**

14.1 **Billing Procedure** — Within a reasonable time after the first day of each month, the Contractor shall submit an invoice to the Transmission Customer for the charges for all transmission services furnished under this Service Schedule during the preceding

month. Charges for the month will be netted against revenue for each Member for all transactions which occurred. Payments shall be made in accordance to procedures approved from time to time by the Regional Transmission Committee and pursuant to the Restated Agreement.

14.2 **Interest on Unpaid Balances** — Interest on any unpaid amount shall be calculated in accordance with the methodology specified for interest on refunds in FERC's regulations at 18 CFR § 35.19a(a)(2)(iii). Interest on delinquent amounts shall be calculated from the due date of the bill to the date of payment. When payments are made by mail, bills shall be considered as having been paid on the date of receipt by the Contractor.

14.3 **Customer Default** — In the event the Transmission Customer fails, for any reason other than a billing dispute as described below, to make payment to the Contractor on or before the due date as described above, and such failure of payment is not corrected within thirty (30) calendar days after the Contractor notifies the Transmission Customer to cure such failure, a default by the Transmission Customer shall be deemed to exist. Upon the occurrence of a default, (i) the Regional Transmission Committee or its designee may initiate a proceeding to terminate service and (ii) a late payment charge in the amount of 2% per month of the defaulted payment shall be required. In the event of a billing dispute between the Transmission Providers and the Transmission Customer, the Transmission Providers will continue to provide service under the Service Agreement as long as the Transmission Customer (i) continues to make all payments not in dispute, and (ii) pays into an independent escrow account the portion of the invoice in dispute, pending resolution of such dispute. If the Transmission Customer fails to meet these two requirements for continuation of service, the Regional Transmission Committee will provide notice to the

Transmission Customer of its intention to suspend service, in accordance with Regional Transmission Committee policy.

15. **Regulatory Filings**

Nothing contained in this Service Schedule or any Service Agreement shall be construed as affecting in any way the right of MAPP to change any of the rates, rate methodologies, charges, classification or term or conditions of service, or any rule, regulation or Service Agreement related to service hereunder, and to file any such change, under Section 205 of the FPA and pursuant to FERC's rules and regulations promulgated thereunder on behalf of the Transmission Providers.

16. **Liability and Indemnification**

16.1 **Liability** — Neither the Transmission Customer nor the Transmission Provider shall be liable to the other for damages for any act, omission, or circumstance occasioned by or in consequence of any act of God, labor disturbance, act of the public enemy, war, insurrection, riot, fire, storm or flood, explosion, breakage or accident to machinery or equipment, or by any other cause or causes beyond such Party's control, including any curtailment, order, regulation or restriction imposed by governmental, military or lawfully established civilian authorities, or by the making of necessary repairs upon the property or equipment of either Party hereto.

16.2 **Release** — For and in consideration of the provision by the Contractor of the services specified herein, each Transmission Provider and each Transmission Customer (hereinafter referred to as a "Releasing Entity"), to the maximum extent permitted by law,

releases and discharges, and shall indemnify and hold harmless, the Contractor from any and all liability for any and all damage or other claim each Releasing Entity may have, or that may be asserted on behalf or in the name of the Releasing Entity, to the extent any such claim arises out of or relates to the administration of this Service Schedule, or otherwise relates to transmission service provided or sought under such Service Schedule, including but not limited to (i) unintentional, consequential, direct, compensatory, punitive, special, indirect, or incidental damages, (ii) damages arising from loss of or damage to property and loss of life or personal injury, or (iii) any claims arising from any loss of interchange or coordination sales or revenues, loss of profits, costs or substitute power or transmission service, costs or additional operating expenses, or suits by third parties; provided, however, that the Contractor shall not be released, discharged, indemnified or held harmless with respect to any liability for damages or other claims arising from any action by the Contractor that is unlawful, undertaken in bad faith, grossly negligent or the product of willful misconduct. If MAPPCOR is replaced as Contractor, the agreement between MAPP and the new Contractor shall deal with any limitations on the Contractor's liability.

16.3 **Damages** — Except in the event of bad faith or intentional breach of its obligations hereunder, a Transmission Provider shall not be liable to a Transmission Customer, and a Transmission Customer shall not be liable to a Transmission Provider, for any claim for any consequential, incidental or indirect damages arising out of service provided under this Service Schedule.

17. **Creditworthiness**

For the purpose of determining the ability of the Transmission Customer to meet its obligations related to service hereunder, the Contractor may require reasonable credit review procedures. This review shall be made in accordance with standard commercial practices. Where the Contractor determines a basis exists to question a Member's creditworthiness consistent with good commercial practice, the Contractor may require the Transmission Customer to provide and maintain in effect an unconditional and irrevocable letter of credit or a deposit as security to meet its responsibilities and obligations under this Service Schedule, or an alternative form of security proposed by the Transmission Customer and acceptable to the Contractor and consistent with commercial practices established by the Uniform Commercial Code that protects the Contractor and the Transmission Providers against the risk of non-payment.

18. **Dispute Resolution Procedures**

Any dispute between a Transmission Customer and the Transmission Provider involving Transmission Service under this Service Schedule shall be resolved pursuant to the dispute resolution procedures set forth in Article 11 of the Restated Agreement.

19. **Appointment of Representative**

Each Member hereby appoints the Contractor as its representative for purposes of administering this Service Schedule on an impartial, nondiscriminatory basis.

20. **Effectiveness**

This Service Schedule shall apply to all Coordination Transactions entered into on or after the Effective Date.

# COORDINATION TRANSMISSION SERVICE SCHEDULE

## Appendix A

## RATE SCHEDULE FCTS

**Firm Capacity Transmission Service** — The Transmission Customer shall compensate the Transmission Providers each month for Reserved Capacity at the sum of the applicable charges set forth below:

1. Transmission Service Charge:

The maximum amount of capacity (MW) reserved for Firm Capacity Transmission Services shall be charged as follows:

***Monthly Firm Demand Charge = Rate * EOC * 0.6***

***Weekly Firm Demand Charge = 12/52 * Rate * EOC * 0.6***

where the Rate and EOC are determined by the MW-Mile methodology set forth in Appendix C. The Firm Demand Charge is to be posted on the MAPP electronic information network in advance of each season. Such posting shall provide the Firm Demand Charge from each Member's transmission system to each of the other Members' transmission systems.

2. Administrative Charge:

Up to $0.10 per MWh for energy scheduled shall be charged to cover MAPP Center expenses related to Coordination Transmission. MAPP Center shall record expenses at the close of each calendar month and shall charge for transmission service on the basis of expenses incurred during the month that service was rendered.

Reconciliations of either credits or debits shall be applied to the month that service was provided.

3. Loss Compensation:

Third party Member's energy losses shall be paid in accordance with the MAPP Loss Repayment Procedure. Responsibility for the associated generation capacity required to supply energy losses shall be in accordance with the MAPP Loss Repayment Procedure.

4. Scheduling Services:

For each Firm Capacity Transmission Service Transaction, the Transmission Customer shall pay the Contractor a charge for Scheduling Services as follows:

***Weekly Firm: $100 per approved Completed Application***

***Monthly, seasonal or longer Firm: $200 per approved Completed Application***

***Schedule changes: $25 per schedule change for schedules submitted after 3:00 p.m. of the day prior to the day the change is to be effective.***

## RATE SCHEDULE FETS

**Firm Energy Transmission Services** — The Transmission Customer shall compensate the Transmission Providers each month for transmission service at the sum of the applicable charges set forth below:

1. Transmission Service Charge:

Each megawatthour (MWh) of energy scheduled and taken under FETS shall be charged as follows:

$$\textit{Firm Energy} = \frac{\textit{Monthly Firm Demand Charge}}{730\ \textit{hours/month}}$$

where the Monthly Firm Demand Charge is taken from Rate Schedule FCTS. In the event the amount of Firm Energy Transmission Service is reduced by the Contractor, the transmission service charge shall be zero for each megawatt so reduced. The Firm Energy Charge shall be posted on the MAPP EIN in advance of each season. Such posting shall provide the Firm Energy Charge from each Member's transmission system to each of the other Members' transmission systems.

2. Administrative Charge:

Up to $0.10 per MWh for energy scheduled shall be charged to cover MAPP Center expenses related to Coordination Transmission. MAPP Center shall record expenses at the close of each calendar month and shall charge for transmission service on the basis of expenses incurred during the month that service was rendered.

Reconciliations of either credits or debits shall be applied to the month that service was provided.

3. Loss Compensation:

Third party Member's energy losses shall be paid in accordance with the MAPP Loss Repayment Procedure. Responsibility for the associated generation capacity required to supply energy losses shall be in accordance with the MAPP Loss Repayment Procedure.

4. Scheduling Services:

For each Firm Energy Transmission Service transaction, the Transmission Customer shall pay the Contractor a charge for Scheduling Services as follows:

***New Schedules: $50 per approved Completed Application***

***Schedule Changes: $25 per schedule change for schedules submitted after 3:00 p.m. of the day prior to the day the change is to be effective.***

## RATE SCHEDULE RNF

**Reserved Non-firm Transmission Service** — The Transmission Customer shall compensate the Transmission Providers for reserved non-firm service at the sum of the applicable charges set forth below:

1. Reservation Charge:

The MW of capacity reserved for the reservation period shall be the MW of capacity reserved during the hour of maximum demand over the reservation period. The following charge shall apply to the reserved capacity:

*Monthly Reservation Charge = 0.35 * FIRM charge*
*= 0.35 * Rate * EOC * 0.6*

*Weekly Reservation Charge = Monthly Reservation Charge * 12 Months/52 Weeks*
*= Monthly Reservation Charge * 0.231*

*Daily Reservation Charge = Weekly Reservation Charge/6 Days*
*= Weekly Reservation Charge * 0.167*

where the Rate and EOC are derived by the MW Mile methodology set forth in Appendix C to Schedule F - Transmission Service for Coordination Transactions.

2. Energy Charge:

For each MWh of energy scheduled the HNF energy charge rate shall apply.

3. Administrative Charge:

Up to $0.10 per MWh for energy scheduled shall be charged to cover MAPP Center expenses related to Coordination Transactions. MAPP Center shall record expenses at the close of each calendar month and shall charge for transmission service on the basis of

expenses incurred during the month that service was rendered. Reconciliations of either credits or debits shall be applied to the month that service was provided.

4. Loss Compensation:

Energy losses shall be paid back in accordance with the MAPP Loss Repayment Procedure. Responsibility for the associated generation capacity required to supply energy losses shall be in accordance with the MAPP Loss Repayment Procedure.

5. Scheduling Services:

For each Reserved Non-firm Transmission Service transaction, the Transmission Customer shall pay the Contractor a charge for Scheduling Services as follows:

*New schedules: $100 per approved Completed Application*

*Schedule changes: $25 per schedule change for schedules submitted after 3:00 p.m. of the day prior to the day the change is to be effective.*

## RATE SCHEDULE HNF

**Hourly Non-firm Transmission Service** — The Transmission Customer shall compensate the Transmission Providers for Hourly Non-firm Transmission Service at the sum of the applicable charges set forth below:

1. Transmission Service Charge:

For each MWh of energy scheduled the following charge shall apply:

$$Hourly\ On\text{-}Peak\ Non\text{-}Firm\ Energy\ Charge = \frac{0.5 * Rate}{730\ hours/month}$$

$$Hourly\ Off\text{-}Peak\ Non\text{-}Firm\ Energy\ Charge = \frac{0.25 * Rate}{730\ hours/month}$$

where the Rate is determined by the MW-Mile methodology set forth in Appendix C. In the event the amount of Hourly Non-firm Transmission Service is reduced by the Contractor, the transmission service charge shall be zero for each megawatt reduced. Specific Non-firm Energy Charges shall be posted on the MAPP EIN in advance of each season. Such posting shall provide the Non-firm Energy Charge from each Member's transmission system to each of the other Members' transmission systems.

2. Administrative Charge:

Up to $0.10 per MWh for energy scheduled shall be charged to cover MAPP Center expenses related to Coordination Transmission. MAPP Center shall record expenses at the close of each calendar month and shall charge for transmission service on the basis of expenses incurred during the month that service was rendered. Reconciliations of either credits or debits shall be applied to the month that service was provided.

3. Losses:

Losses shall be repaid through the MAPP Loss Repayment Procedure.

COORDINATION TRANSMISSION SERVICE SCHEDULE

Appendix B

**APPLICATION FOR TRANSMISSION SERVICE**

1.0 This Application, dated as of ________________________________, is a request for Transmission Service under the provisions of Schedule F - Transmission Service for Coordination Transactions.

2.0 The Transmission Customer agrees to take and pay for Transmission Services in accordance with the provisions of the Service Schedule and this Application.

3.0 The specifications for Transmission Services as requested by the Transmission Customer and accepted by the MAPP Center are as follows:

i. Transmission Customer: ________________________________

Term of Transaction: ________________________________

Start Hour and Date: ________________________________

Termination Hour and Date: ________________________________

ii. Nature of Transmission Service requested:

FCTS ______. FETS ______. RNF ______. HNF ______

SEASONAL __ MONTHLY __ WEEKLY __ DAILY __ HOURLY __

iii. Delivering Member: ________________________________

iv. Receiving Member: ________________________________

v. Maximum amount of capacity and/or energy to be transmitted (Reserved Capacity): ________________________________

vi. Designation of party subject to reciprocal service obligation:

________________________________________

4.0 Any notice or request made to or by either Party regarding this Service Application shall be made to the representative of the other Party as indicated below.

MAPP Center:
Transaction Coordinator
Mid-Continent Area Power Pool
430 Century Plaza
1111 Third Avenue South
Minneapolis, MN 55404

Transmission Customer:

____________________________________

____________________________________

____________________________________

____________________________________

5.0 This Application for Transmission Service is submitted by:

NAME: ______________________________

TITLE: ______________________________

MEMBER: ______________________________

DATE: ______________________________

6.0 This Application for Transmission Service is:

Authorized by: ________________ Denied: __________

NAME: ______________________________

TITLE: ______________________________

DATE: ________________ TIME: __________

COORDINATION TRANSMISSION SERVICE SCHEDULE

Appendix C

# PROCEDURE FOR CALCULATION AND ADMINISTRATION OF THE TRANSMISSION SERVICE CHARGE

## 1. Introduction

1.1 The purpose of this Appendix C is to provide written documentation of the transmission service charge process as implemented by the Mid-Continent Area Power Pool. Definitions of the models and parameters used in the calculations are presented, as well as a description of the calculations performed by the "Megawatt-Mile Software". Details of the rate calculations, adjustments to this rate, and its application to MAPP transactions are discussed. Procedures for administering the program by the Contractor are included.

1.2 The megawatt-mile technique, adopted by MAPP, is a distance based method of calculating payment for transmission use considering that power will, to some extent, flow over all available paths from the generating source to the load. The flow over each and every facility due to a transaction is calculated. This flow is then multiplied by the monthly MAPP Transmission System average cost per megawatt-mile (or average cost per MVA for transformers), by voltage class, of owning such a facility. The sum of all the individual use charges is the total transmission service charge for the transaction.

## 2. Definitions, Models and Parameters Used

2.1 **Composition of the Network Model** — The network models used in the transmission service charge calculations are derived from loadflow models of the MAPP

system assembled annually by MAPP. Prior to May 1 each year, data are submitted, models assembled, modifications required for using the models in the transmission service charge calculations are made, and the rate tables for the upcoming Summer and Winter seasons are computed.

2.1.1 **Seasonal Models** — The seasonal models used in the calculations are the Summer Peak Load Operating model and the Winter Peak Load Operating model, as modified for use in the transmission service charge computations. Modifications to the models include some AREA renumbering and required changes to phase shifter and DC line representation as outlined in sections 2.1.5 and 2.1.6, respectively. Estimated rates for future Summer and Winter seasons may be calculated using the appropriate planning model from the annual series of MAPP models.

2.1.2 **Transmission Elements Included in the Transmission Service Charge Calculations** — All transmission lines and terminal equipment of 115 kV and higher voltage modeled by a Member may be included in the transmission service charge calculations. All transformers modeled by a Member with a secondary voltage of 115 kV or higher may be included. All other transmission elements are excluded, except as provided in section 2.1.4. Network branches below the 115 kV level that are present in the loadflow model participate in the determination of power flow on the network, but are excluded from participation in determination of the transmission service charge rates since there are no rents paid for the use of these branches, except as provided in section 2.1.4.

2.1.3 **Transmission Facility Rating Assumptions** — The transmission service charge calculations are based on the normal continuous MVA ratings of transmission facilities for the applicable season. The ratings used are the most limiting rating reported in

the then-current MAPP operating model. For transmission lines, these are normally the lesser of the conductor thermal rating and the rating of equipment such as switches, wavetraps, etc. For transformers, these are normally the continuous rating of the transformers. The corresponding ratings from the applicable MAPP planning model are used in estimating transmission service charges for future years. Members may determine the transmission facility ratings described herein based on their individual system design standards.

2.1.4 **Criteria For Inclusion of 69 kV Facilities** — A Member may elect to include investments in and flows through 69 kV facilities for the purpose of determining MAPP transmission service charges, subject to the following criteria:

(a) Only networked facilities may be included (*i.e.*, include only those facilities that are normally operated in a manner subjecting them to changes in flows due to transactions by other Members).

(b) Transformers between the 69 kV system and the higher voltage transmission system may be included. Substations associated with step-down to voltages below 69 kV are to be excluded.

(c) The Member must demonstrate that adding the 69 kV facilities identified per items (a) and (b) above will change at least one entry of the megawatt-mile rate matrix by at least 5%.

(d) The Member must supply modeling information for its 69 kV system to the appropriate MAPP committee(s) for inclusion in MAPP powerflow models. The 69 kV system model should be simplified as much as possible to minimize the number of buses and branches added. For example, radial

lines and two-branch buses (except for those associated with transformers between the 69 kV and higher voltage systems) should be eliminated.

Members electing to include 69 kV facilities must submit requests with supporting information to the Regional Transmission Committee for review.

2.1.5 **Modeling Phase Shifters** — Phase shifting transformers within MAPP are represented as an open circuit. Power flow on the phase shifting transformer prior to opening the circuit is represented by appropriate placement of equivalent loads and/or generation on buses at both ends of the open circuit, in order not to change the operating point of the remaining network. Where owners of such facilities indicate the need to schedule transactions across the phase shifter, appropriate modeling is provided (*i.e.*, dummy loads or generation) to accommodate such transactions.

2.1.6 **Modeling DC Lines** — Appropriate modeling of DC lines shall be provided by the owners of such facilities. DC lines are typically represented as an open circuit, with generation on the rectifier end reduced an amount equivalent to the power flow on the DC line or offset by a load equivalent to the flow into the DC line. A dummy generator is placed at the inverter end, operating at a level equivalent to the flow on the line. The rating of the dummy generator should be equivalent to the rating of the DC line or the rating of the generator at the rectifier end reduced for DC line losses. This inverter end dummy generator is used in the allocation process instead of the rectifier end generation. A similar dummy rectifier end load and generator arrangement can be used to represent transmission service through a DC system.

2.2 **Calculating the Cost Parameters** — Annual Transmission System average costs are developed for each voltage class of transmission lines and transformers of 115 kV

and higher. Transmission lines and transformers of 69 kV may be included subject to the provisions of section 2.1.4.

2.2.1 **Transmission Lines and Terminals** — The electric plant in service (investment) per megawatt-mile for each voltage class of transmission lines, including terminals, is calculated by summing the individual monthly costs of all Members owning such facilities. This sum for each voltage class is then divided by the total megawatt-miles of transmission at that voltage class in the Transmission System. The annual Transmission System electric plant in service per megawatt-mile is developed using actual data for the prior year for all Members owning transmission lines.

2.2.2 **Transformers** — The electric plant in service (investment) per MVA for each voltage class of transformers is calculated by summing the individual monthly costs of all Members owning transformers. This sum for each voltage class is then divided by the total MVA of transformers at that voltage class in the Transmission System. The electric plant in service per MVA is developed using actual data for the prior year for all Members owning transmission transformers.

2.2.3 **Fixed Charge Rate** — The annual cost of each Member is the product of that Member's fixed charge rate and the related electric plant in service. The rate used for fixed charges includes the following components:

(a) Operation and maintenance expenses;

(b) Depreciation expenses;

(c) Return and composite income taxes (or interest and margins);

(d) Administrative and general expenses (includes property insurance);

(e) General plant;

(f) Cash working capital;

(g) An adjustment to the fixed charge rate to reflect the utilities accumulated provision for deferred income taxes;

(h) Income taxes; and

(i) Taxes other than income taxes (*i.e.*, Minnesota property taxes, Wisconsin taxes on gross receipts).

Such annual cost will be converted to monthly amounts when determining the monthly rates. Procedures for calculation and collection of data associated with the fixed charge rates are determined by the Regional Transmission Committee.

2.3 **Transmission Facility Ownership Representation** — Members are required to update their transmission facility ownership representation annually in conjunction with the MAPP Model data submittal.

2.3.1 **Transmission Lines and Terminals** — Each transmission line which is to participate in the calculation of the transmission service charge has a record in a branch ownership file. This file is required by the Megawatt-Mile Software in order to calculate and allocate payments for use of every branch. The ownership file contains two types of records for every transmission line: one record contains the total line mileage; the other reflects the percent of each Member's "ownership" (*i.e.*, for collecting rents) of the line. If ownership percentages for a given branch are not provided, the ownership will be divided equally to the AREA (Members are represented by AREAs in the model) numbers in which the buses on either end of the branch reside in the loadflow model. If a transmission line does not have a mileage entry in the ownership file, it will not participate in the rate calculation since the line mileage is not known.

2.3.2 **Transformers** — The transformer ownership file is similar to the branch ownership file, except that there is no mileage record associated with the transformer. The records for transformers serve the same function as for transmission lines. If ownership percentages for a given branch are not provided, the ownership will be divided equally to the AREA numbers in which the buses on either end of the branch reside in the loadflow model.

2.3.3 **Generation and Load** — The ownership representation for generation and load is maintained in generation and load ownership files. These files are required by the Megawatt-Mile Software in order to model transactions. For each bus that has either generation or load, a record in the ownership file allocates to the AREAs their percent ownership. If no record is entered for a load bus or generator bus, the ownership is allocated to the AREA in which the bus resides in the loadflow model.

2.3.4 **Representation of Utilities Outside of MAPP** — Utilities outside of MAPP are to be represented in the model as needed to result in accurate transmission service charge and loss repayment calculations. Minimum representation for a non-Member involved in a sale to a Member is ownership of a generator bus in the non-Member's system or a generator bus judged to be electrically close to the non-Member's system. Similarly, minimum representation for a non-Member involved in a purchase from a Member is ownership of a load bus in the non-Member's system or a load bus judged to be electrically close to the non-Member's system.

3. **Calculating the Rate for Transmission Service**

3.1 **History of the Technique and Computer Programs** — The megawatt-mile method of calculating transmission service charge utilizes two computer

programs known as the Megawatt-Mile Software to accomplish the necessary computations. A commercially available power systems analysis package, PTI's PSS/E, performs the necessary network flow calculations through activity MWMI, which was written specifically for this application. MWMI also keeps track of cost information and branch, load, and generation ownership. The second program is a stand alone program called MWMIRPT which reads the output of MWMI and provides the distribution of payments for transmission service, given a set of power transactions.

3.2 **Detailed Explanation of the Rate Calculation** — The megawatt-mile approach is a distance based method of calculating payment for transmission service considering that power will, to some extent, flow over all available paths from the generating source to the load. The distribution of flows over each and every facility due to transactions between each combination of potential parties is calculated. This flow on applicable facilities, as defined in section 2.1.2, is then multiplied by the monthly MAPP Transmission System average cost per megawatt-mile (or average cost per MVA for transformers) of owning the facility. The sum of all the individual charges is the total transmission service charge for the transaction.

3.3 **The "Megawatt-Mile" Method**

(a) The megawatt-mile technique starts from a solved loadflow model of the system. Transactions are modeled between utilities by changing generation on the sending, or selling end, and changing the load on the receiving, or buyer end. The amount by which the generation and load are changed is small. A linear analysis technique is then used to determine the distribution of flows on each branch in the network. This value is used in subsequent calculations.

(b) Individual branch charges are calculated given the flow on the branch due to the transaction, the line mileage (for transmission lines), and the facility costs as described in section 2.2. The individual branch charges for transmission lines are determined as follows:

Transmission Line Charges = P * L * C [$/MW-month]

where

P = calculated flow due to the transaction

L = line length in miles

C = cost per megawatt-mile per month

(c) Similarly, the individual branch charges for transformers are determined as follows:

Transformer Charge = P * C [$/MW-month]

where

P = calculated flow due to the transaction

C = cost per MVA per month

(d) The sum of all the individual branch charges for each utility is calculated in units $/MW-month. These charges can be summarized, by utility, for all combinations of buyers and sellers.

(e) The Rate, before adjustments or discounts, represents Transmission System average embedded costs. The transmission service Rate paid for actual transactions is the total transmission service charge per MW per month for a given transaction. The Rate, in $/MW-month, is defined as the sum of the branch charges:

$$Rate = \sum Branch\ Charges \qquad [\$/MW\text{-}month]$$

3.3.1 **Adjustments and Discount Factors Applied to the Rate** — Adjustments and discount factors are applied to this basic rate. The adjustment for effective operating capacity will increase or decrease the rate as reserve transmission capacity is either used up or expanded. The "Effective Operating Capacity Ratio" (EOC), is the adjustment which recognizes total pool transmission capacity beyond that required to serve load, and available to accommodate transactions. The megawatt-miles required to serve the total load of all the Members from all the on-line generation of the Members is calculated, as well as the Members' total megawatt-miles of transmission capacity. The transmission reserve is defined as the difference between the Members' total megawatt-miles of transmission capacity and the megawatt-miles required to serve load. The EOC can then be defined as the total megawatt-miles of transmission capacity divided by the total megawatt-miles of transmission reserve:

$$EOC = \frac{Total\ megawatt\text{-}miles\ transmission\ capacity}{Total\ megawatt\text{-}miles\ transmission\ reserve}$$

The EOC is calculated for each Season.

3.4 **Application to Service Charge Rates** — Transmission service charge rates using this MW-Mile methodology shall be set forth in the rate schedules established for each respective type of service and shall be incorporated in the MAPP Regional Transmission Service Schedule.

3.5 **Generator and Load Dispatch** — Capacity transactions under Service Schedules A and B are simulated as coming from the seller's generator(s) as designated in the contract

provided to the Regional Reliability Committee. Capacity transactions under Service Schedules J and K are simulated as coming from all of a seller's on-line generation in proportion to unit MVA base (nameplate rating). In both cases the transaction is simulated as delivered to all of the buyer's load.

Energy transactions are simulated as coming from all of the seller's on-line generation in proportion to the unit MVA base (nameplate rating) and delivered to all of the buyer's load.

In all cases the capability to model transactions as sold from a particular generator bus or set of generator buses is available.

Each load on a bus at which the buyer represents load ownership picks up a proportionate amount of the transaction. The portion of the transaction picked up at any given bus is the amount of load owned by the buyer on that bus divided by the total load owned by the buyer.

Alternative modeling of generator and load dispatch and phase shifter representation may be utilized if a Member can demonstrate that the alternative modeling more accurately reflects the actual performance of the transmission system. Requests to utilize alternative modeling are reviewed by the Regional Transmission Committee.

# EXHIBIT D

## INITIAL REGIONAL TRANSMISSION COMMITTEE SUBCOMMITTEES

The initial subcommittees of the Regional Transmission Committee, and the responsibilities and procedures of those subcommittees, shall be as set forth below. The subcommittees shall have such additional responsibilities as may be assigned by the Regional Transmission Committee. Subject to the requirements of the Restated Agreement and any procedures for the governance of any of its subcommittees as may adopted by the Regional Transmission Committee, each subcommittee may adopt such further procedures governing its operations as it may deem appropriate.

### TRANSMISSION PLANNING SUBCOMMITTEE

**Transmission Planning Subcommittee Responsibilities**:

1. Develop and recommend for approval by the Regional Transmission Committee the biennial Plan required by Section 8.6.4 of the Restated Agreement.

2. Develop procedures and policies for updating and modifying the Plan between biennial planning cycles, and approve modifications to the Plan.

3. Develop and approve procedures, standards and requirements for the communication of the future transmission requirements of Members and non-Members to the appropriate Transmission Owning Members, and for the inclusion of *bona fide* requirements in the transmission plans of the Transmission Owning Members, and in the Plan.

4. Establish procedures, standards and requirements for the coordination of the transmission plans of Transmission Owning Members with the transmission plans of neighboring transmission systems, including establishing subregional working groups for resolution of subregional transmission planning issues on a cooperative basis.

5. Establish procedures, standards and requirements for making available Members' transmission plans and the information on which the plans are based, as required by Section 8.6.2 of the Restated Agreement.

6. Establish procedures, standards and requirements for public input, including input from Regulatory Participants, in the development of the Plan.

7. In the absence of agreement among the affected parties, in accordance with the requirements of Section 8.7 of the Restated Agreement determine the appropriate Member or Members to construct and own, or to receive Rights Equivalent to Ownership in, transmission facilities.

8. Coordinate with the subcommittees of the Regional Reliability Committee on reliability issues, standards, requirements, procedures, models and studies, and conduct or request a subcommittee of the Regional Reliability Committee to conduct such studies as are appropriate to carry out the responsibilities of the Transmission Planning Subcommittee.

9. Assume responsibility for submission of FERC Form 715 information for MAPP.

## Transmission Schedules and Compensation Subcommittee

**Transmission Schedules and Compensation Subcommittee Responsibilities:**

1. Review and recommend to the Regional Transmission Committee changes in the compensation, terms and conditions, waiver, and other provisions of Service Schedule F - Transmission Service for Coordination Transactions.

2. Establish, and modify from time to time, consistent requirements for flexible point-to-point service and network service provided by Members in the MAPP Region.

3. Establish procedures, standards and requirements to resolve equitably third-party impact and loop flow issues associated with long-term uses of transmission facilities in the MAPP Region.

4. Endeavor to establish, and if possible establish, tariffs for the MAPP Region or its subregions for long-term transmission service.

5. Establish procedures, standards and requirements for cost allocation and compensation in connection with the construction of transmission facilities as required by Section 8.7 of the Restated Agreement.

6. Develop and recommend to the Regional Transmission Committee compensation formulas and methodologies.

7. Establish procedures, standards and requirements for compensation of transmission losses.

8. Pursuant to line-loading relief standards and requirements established by the Regional Reliability Committee or its subcommittees, and subject to review, approval and modification by the Regional Reliability Committee or its subcommittees as necessary to maintain

reliability, establish procedures, standards and requirements for implementing line-loading relief, including appropriate compensation measures.

9. Establish procedures, standards and requirements for requests for transmission service by Members, and for responses to such requests, to the extent such procedures, standards and requirements are not set forth in Service Schedule F - Transmission Service for Coordination Transactions, each Members' transmission tariffs, or applicable MAPP tariffs for long-term transmission service.

10. Upon the request of a Member, determine whether two or more Members should provide long-term transmission service pursuant to a joint tariff, such determination to be based on applicable comparability and other standards for transmission service and the integrated nature of such Members' transmission facilities.

## OPERATIONS AND COMPLIANCE SUBCOMMITTEE

**Operations and Compliance Subcommittee Responsibilities**:

1. Establish procedures, standards and requirements for coordinating the operation and development of transmission facilities in the MAPP Region with the operation and development of transmission facilities in or subject to adjoining systems, pools, regional transmission groups, or Reliability Councils.

2. Monitor and enforce compliance with transmission service, use, and compensation requirements established in or pursuant to the Restated Agreement, including compliance with all transmission tariffs, Service Schedules, principles and agreements relating to transmission service within the MAPP Region.

3. Monitor and enforce compliance with the transmission planning obligations established in Section 8.6.1. of the Restated Agreement.

4. Conduct the review of transmission tariffs required by Section 8.3.3 of the Restated Agreement, including review and approval or modification of proposed rates, other compensation, or terms and conditions for transmission service under tariffs on file with MAPP.

5. Hear and decide, or refer to dispute resolution, disputes between Members as to the availability or comparability of transmission service or the use of transmission facilities, or the rates, other compensation, or terms and conditions, for transmission service or the use of transmission facilities.

6. Hear and decide, or refer to dispute resolution, disputes between Members as to the applicability of waivers of charges and the non-discriminatory application of such waivers pursuant to Service Schedule F - Transmission Service for Coordination Transactions.

# EXHIBIT E

## INITIAL POWER AND ENERGY MARKET SCHEDULES

### GENERAL TERMS AND CONDITIONS

**Section 1. General Description**

1.1 The initial Service Schedules described herein are intended to facilitate the exchange of capacity and energy in the MAPP Power and Energy Market. The Service Schedules employ market-based rates for interchange of capacity and energy and are available to all Market Participants. These Service Schedules may be revised and new Service Schedules established as needs arise, in accordance with the Restated Agreement.

**Section 2. Accreditation**

2.1 Accreditation of capacity transactions shall be determined and assigned under procedures established by the Regional Reliability Committee. Initially, the same procedures shall be used as in effect immediately prior to the Effective Date.

**Section 3. Scheduling**

3.1 Interchange of capacity and energy between the Market Participants shall be in accordance with any applicable reliability standards and procedures established by the Regional Reliability Committee. These standards and procedures shall meet or exceed NERC criteria. Exchange of energy between Market Participants shall conform to the

MAPP Operating Requirements in order to satisfy the obligations of those participants which operate Control Areas.

**Section 4. Line Loading Relief**

4.1 Delivery of energy between Market Participants shall be subject to the MAPP Line Loading Relief Procedures when such procedures are necessary to alleviate overloads or potential overloads of transmission facilities.

**Section 5. Transmission Service and Loss Repayment**

5.1 Market Participants that schedule capacity or energy under any of the Service Schedules in this Exhibit E shall make appropriate arrangements for the provision of any necessary transmission service with the entities providing such service, along with appropriate arrangements for compensation of losses.

**Section 6. Billing and Payment**

6.1 For billing purposes, the amount of energy delivered under these Service Schedules by a supplying Market Participant to a purchasing Market Participant, or delivered to the purchasing Market Participant through an intervening Transmission Provider during any period, shall be the amount scheduled for delivery at a point or points where the system of the supplying Market Participant connects with the system of the purchasing Market Participant or with the Transmission System (as defined in Schedule F - Transmission Service for Coordination Transactions).

6.2 Billing for any transaction involving generation or transmission capacity under the Service Schedules, including any transmission charges pertaining to a transaction, shall be based upon the amount of such capacity committed in advance for delivery at a point or points where the system of the supplying Market Participant connects with either the system of the purchasing Market Participant or with the Transmission System (as defined in Schedule F - Transmission Service for Coordination Transactions).

6.3 All bills for services supplied in connection with the Power and Energy Market shall be rendered monthly by the supplying Market Participant or the Contractor to the purchasing Market Participant after the end of the period to which such bills are applicable. Unless otherwise agreed upon by the appropriate Committee, such period shall be from 12:01 a.m. of the first day of the month to 12:01 a.m. of the first day of the succeeding month. Bills shall be due and payable within fifteen days from the date such bills are rendered. Payment shall be made when due and without deduction, and may be effected by electronic funds transfer. Bills shall be deemed rendered on the postmark date if deposited in first class mail with postage prepaid and shall be deemed rendered upon receipt if another means of delivery is used. If the due date of any bill falls on a Saturday, Sunday or holiday observed by either Market Participant, the bill shall be due and payable on the next following working day of both Market Participants. Interest shall accrue and be compounded daily on any unpaid amount, from the date due until the date upon which payment is made, using the lowest daily prime rates published in the money rates section of the Wall Street Journal for the applicable time period. Such daily interest shall be computed on the basis of actual days and a 365 day calendar year.

6.4 In the event a Market Participant desires to dispute all or any part of the charges submitted by another Market Participant, it shall nevertheless pay the full amount of the charges when due and give notification in writing within sixty (60) days from the date of the statement stating the grounds on which the charges are disputed and the amount in dispute. The complaining Market Participant shall not be entitled to any adjustment on account of any disputed charges that are not brought to the attention of the Market Participant rendering such charges within the time and in the manner herein specified. If settlement of the dispute results in a refund to the payer, interest shall accrue and be compounded daily on the amount to be refunded from the date of payment until the date upon which refund is made, using the lowest daily prime rates published in the money rates section of the Wall Street Journal for the applicable time period. Such daily interest shall be computed on the basis of a 365 day year. If the Market Participants are unable to reach a mutually satisfactory agreement, the dispute resolution procedures of Article 11 of the Restated Agreement shall apply.

## SCHEDULE A: PARTICIPATION POWER INTERCHANGE SERVICE

**Section 1. Service to be Provided**

1.1 This Service Schedule provides for the sale of Participation Power by a Market Participant to any other Market Participant from a specific generating unit or units. Participation Power shall mean power and energy sold from a specific generating unit or units on a continuously available basis except when such unit or units are temporarily out of service for maintenance, during which time the delivery of energy from other sources shall be at the seller's option.

**Section 2. Conditions of Service**

2.1 This Service Schedule shall be available for the sale of Participation Power for a period of six months or more.

2.2 Participation Power shall be supplied through transmission facilities that have adequate capacity for transmitting such power and energy, in accordance with any applicable reliability standards and procedures established by the Regional Reliability Committee.

**Section 3. Schedule of Rates**

3.1 The rates and term for Participation Power shall be negotiated by the Market participants arranging the transaction and confirmed in writing by them. The rate shall be market-based.

3.2 In the event that service cannot be supplied on the effective date of an agreement to sell Participation Power because of a delayed in-service date of the associated

generating facility or facilities, the demand charge to be paid by the purchasing Market participant shall not be effective until the date such facility or facilities are placed in commercial operation.

## SCHEDULE J: FIRM POWER INTERCHANGE SERVICE

**Section 1. Service to be Provided**

1.1 This Service Schedule provides for the sale of Firm Power by any Market Participant to any other Market Participant.

**Section 2. Conditions of Service**

2.1 Firm Power shall be supplied through transmission facilities which have adequate capacity for transmitting such power and energy, in accordance with any applicable reliability standards and procedures established by the Regional Reliability Committee.

2.2 This Service Schedule shall be available for the sale of Firm Power for a period of seven days or longer.

2.3 Energy available under this Service Schedule may be supplied in one of the following forms:

a. Energy is available at all times during the period covered by the commitment; or

b. If energy is being supplied as peaking energy, or for other purposes which anticipate a capacity-factor limitation, the supplying Market Participant and the purchasing Market Participant may mutually agree on minimum or maximum limits on the energy to be delivered during the period covered by the commitment.

**Section 3. Schedule of Rates**

3.1 The rates and term for Firm Power shall be negotiated by the Market Participants arranging the transaction and confirmed in writing by them. The rates shall be market-based.

## SCHEDULE K: SYSTEM PARTICIPATION POWER INTERCHANGE SERVICE

**Section 1. Service to be Provided**

1.1 This Service Schedule provides for the sale of System Participation Power by any Market Participant to any other Market Participant for a specified period for the purpose of obtaining a supply of power that can be depended upon with the same degree of assurance as that expected from the Market Participant's own generating capacity, but which does not include reserve capacity.

**Section 2. Conditions of Service**

2.1 This Service Schedule shall be available for the sale of System Participation Power for periods of seven or more consecutive days.

2.2 System Participation Power is intended to be available at all times during the period covered by the commitment; provided, however, that if conditions arise during the period covered by the commitment that in the sole judgment of the supplying Market Participant would otherwise require curtailment of firm power sales or service to its own customers, the supplying Market Participant has the right to notify and require the receiving Market Participant to reduce its take of such energy to any amount specified and for any portion of the term of the commitment. The receiving Market Participant shall promptly comply with such requirements of the supplying Market Participant.

2.3 System Participation Power shall be supplied through transmission facilities that have adequate capacity for transmitting such power and energy, in accordance with any

applicable reliability standards and procedures established by the Regional Reliability Committee.

**Section 3. Schedule of Rates**

3.1 The rates and terms for System Participation Power shall be negotiated by the Market Participants arranging the transaction and confirmed in writing by them. The rate shall be market-based.

## SCHEDULE L: INTERRUPTIBLE LOAD REPLACEMENT ENERGY SERVICE

**Section 1. Services to be Provided**

1.1 This Service Schedule provides for the supply of Interruptible Load Replacement Energy by any Market Participant to any other Market Participant when it is economical and practical to do so under the conditions set forth hereinafter.

**Section 2. Conditions of Service**

2.1 Interruptible Load Replacement Energy may be used by Market Participants to serve interruptible load when that load would otherwise be interrupted.

a. In order to be eligible for Interruptible Load Replacement Energy Service, the purchasing Market Participant must report in advance monthly quantities of Certified Interruptible Demand, as specified in the MAPP Engineering Handbook as in effect on the Effective Date and as the specification therefor may thereafter be revised by the MAPP Reliability Council or the Regional Reliability Committee.

b. The rate of delivery of energy supplied under this Service Schedule in any hour shall not exceed the purchasing Market Participant's Certified Interruptible Demand.

c. Deliveries of energy may be received under this Service Schedule only when a Market Participant's maximum System Demand would otherwise be greater than the Market Participant's forecast System Demand for the current

season, and shall not exceed that required to reduce the System Demand to the forecast System Demand.

d. Interruptible Load Replacement Energy Service shall be supplied through transmission facilities which have adequate capacity for transmitting such power and energy, in accordance with any applicable reliability standards and procedures established by the Regional Reliability Committee.

**Section 3. Schedule of Rates**

3.1 The rates and term for Interruptible Load Replacement Energy Service shall be negotiated by the Market Participants arranging the transaction and confirmed in writing by them. The rate shall be market-based.

## SCHEDULE M: GENERAL PURPOSE ENERGY SERVICE

**Section 1. Service to be Provided**

1.1 This Service Schedule provides for the supply of General Purpose Energy by any Market Participant to any other Market Participant to enhance economic system operation.

**Section 2. Conditions of Service**

2.1 To the extent practicable, General Purpose Energy shall be used to improve the overall economy of the systems involved in the transactions.

2.2 General Purpose Energy shall be supplied through transmission facilities which have adequate capacity for transmitting such energy, in accordance with any applicable reliability standards and procedures established by the Regional Reliability Committee.

**Section 3. Schedule of Rates**

3.1 The rate and term for General Purpose Energy shall be negotiated by the Market Participants arranging the transaction and confirmed in writing by them. The rate shall be market-based.

3.2 Transactions under this Service Schedule may include the purchase or sale of energy for use for operational control, in order to improve electric system control and reliability. Rates for such energy may be (a) on the basis of the incremental cost of the supplying Market Participant, or the decremental costs of the purchasing Market Participant,

as agreed to by the parties to the transaction, or (b) such other basis as agreed to by the parties to the transaction.

3.3 Transactions under this Service Schedule may include the purchase or sale of energy for the purpose of lowering the cost of energy of the supplying Market Participant or the purchasing Market Participant. Rates for such energy may be on the basis of a split of the difference between the incremental cost of the supplying Market Participant and the decremental cost of the purchasing Market Participant as agreed upon by the parties to the transaction, or such other basis as may be agreed upon by such parties.

EXHIBIT F

MAP OF THE MAPP REGION


Mid-Continent Area Power Pool
Principal Power Supply Facilities Existing and Authorized – 10 Year Map
1995 – 2004
Electric Transmission Lines
115 KV and Above
DC Line*
765 KV
500 KV
345 KV
230 KV
115-161 KV
Authorized
Electric Generating Plants
30 MW and Larger
Fossil Fuel
Nuclear
Hydro
Pumped Storage
Transmission Stations
Scale in Miles
mapp
mid-continent area power pool
ONTARIO
MINNESOTA
WISCONSIN
MICHIGAN
IOWA
ILLINOIS
MISSOURI
INDIANA
Lake Superior
Lake Michigan


SASKATCHEWAN
MANITOBA
MONTANA
NORTH DAKOTA
SOUTH DAKOTA
WYOMING
NEBRASKA
OLORADO
KANSAS

FILED
OFFICE OF THE SECRETARY
96 MAR 29 AM 10: 13
FEDERAL ENERGY
REGULATORY COMMISSION

## Mid-Continent Area Power Pool

# Restated Agreement

Book 2 of 2

**Attachment II**

## List of Documents Submitted

| | | |
|---|---|---|
| Attachment I | - | Restated Agreement, including six exhibits |
| Attachment II | - | List of Documents Submitted |
| Attachment III | - | Interim Market Schedules |
| Attachment IV | - | Cost Support for Service Schedule F |
| Attachment V | - | Letters of Support from Regulatory Agencies |
| Attachment VI | - | Names and Addresses of Persons to Whom a Copy of the Rate Schedule Has Been Mailed |
| Attachment VII | - | Form of Notice Suitable for Publication in the Federal Register |

**Attachment III**

**Interim Market Schedules**

**Attachment III**

INTERIM POWER AND ENERGY MARKET SCHEDULES

**GENERAL TERMS AND CONDITIONS**

**Section 1. General Description**

1.1 The interim Service Schedules described herein are intended to facilitate the exchange of capacity and energy in the MAPP Power and Energy Market. The Service Schedules employ market-based rates for interchange of capacity and energy and are available to all Market Participants. These Service Schedules may be revised and new Service Schedules established as needs arise, in accordance with the Restated Agreement.

**Section 2. Accreditation**

2.1 Accreditation of capacity transactions shall be determined and assigned under procedures established by the Regional Reliability Committee. Initially, the same procedures shall be used as in effect immediately prior to the Effective Date.

**Section 3. Scheduling**

3.1 Interchange of capacity and energy between the Market Participants shall be in accordance with any applicable reliability standards and procedures established by the Regional Reliability Committee. These standards and procedures shall meet or exceed NERC criteria. Exchange of energy between Market Participants shall conform to the

MAPP Operating Requirements in order to satisfy the obligations of those participants which operate Control Areas.

**Section 4. Line Loading Relief**

4.1 Delivery of energy between Market Participants shall be subject to the MAPP Line Loading Relief Procedures when such procedures are necessary to alleviate overloads or potential overloads of transmission facilities.

**Section 5. Transmission Service and Loss Repayment**

5.1 Market Participants that schedule capacity or energy under any of the Service Schedules in this Exhibit E shall make appropriate arrangements for the provision of any necessary transmission service with the entities providing such service, along with appropriate arrangements for compensation of losses.

**Section 6. Billing and Payment**

6.1 For billing purposes, the amount of energy delivered under these Service Schedules by a supplying Market Participant to a purchasing Market Participant, or delivered to the purchasing Market Participant through an intervening Transmission Provider during any period, shall be the amount scheduled for delivery at a point or points where the system of the supplying Market Participant connects with the system of the purchasing Market Participant or with the Transmission System (as defined in Schedule F - Transmission Service for Coordination Transactions).

6.2 Billing for any transaction involving generation or transmission capacity under the Service Schedules, including any transmission charges pertaining to a transaction, shall be based upon the amount of such capacity committed in advance for delivery at a point or points where the system of the supplying Market Participant connects with either the system of the purchasing Market Participant or with the Transmission System (as defined in Schedule F - Transmission Service for Coordination Transactions).

6.3 All bills for services supplied in connection with the Power and Energy Market shall be rendered monthly by the supplying Market Participant or the Contractor to the purchasing Market Participant after the end of the period to which such bills are applicable. Unless otherwise agreed upon by the appropriate Committee, such period shall be from 12:01 a.m. of the first day of the month to 12:01 a.m. of the first day of the succeeding month. Bills shall be due and payable within fifteen days from the date such bills are rendered. Payment shall be made when due and without deduction, and may be effected by electronic funds transfer. Bills shall be deemed rendered on the postmark date if deposited in first class mail with postage prepaid and shall be deemed rendered upon receipt if another means of delivery is used. If the due date of any bill falls on a Saturday, Sunday or holiday observed by either Market Participant, the bill shall be due and payable on the next following working day of both Market Participants. Interest shall accrue and be compounded daily on any unpaid amount, from the date due until the date upon which payment is made, using the lowest daily prime rates published in the money rates section of the Wall Street Journal for the applicable time period. Such daily interest shall be computed on the basis of actual days and a 365 day calendar year.

6.4 In the event a Market Participant desires to dispute all or any part of the charges submitted by another Market Participant, it shall nevertheless pay the full amount of the charges when due and give notification in writing within sixty (60) days from the date of the statement stating the grounds on which the charges are disputed and the amount in dispute. The complaining Market Participant shall not be entitled to any adjustment on account of any disputed charges that are not brought to the attention of the Market Participant rendering such charges within the time and in the manner herein specified. If settlement of the dispute results in a refund to the payer, interest shall accrue and be compounded daily on the amount to be refunded from the date of payment until the date upon which refund is made, using the lowest daily prime rates published in the money rates section of the Wall Street Journal for the applicable time period. Such daily interest shall be computed on the basis of a 365 day year. If the Market Participants are unable to reach a mutually satisfactory agreement, the dispute resolution procedures of Article 11 of the Restated Agreement shall apply.

**Section 7. Definitions**

7.1 Incremental Cost.

7.1.1 For purposes of these Schedules, Incremental Cost shall mean:

a. The cost of fuel, operating labor, and maintenance required to generate the energy necessary to supply (i) the scheduled delivery to the purchasing Market Participant's system, plus (ii) the incremental losses incurred on the supplying Market Participant's system, plus (3) the

energy supplied to any intervening system or systems as compensation for losses.

b. The cost of starting and operating any generating units which must be started as a result of supplying such energy.

c. The supplying Market Participant's cost of purchased energy if the purchase is made as a result of supplying such energy.

7.1.2 The incremental cost per kilowatt-hour for any particular transaction shall be the total of such costs divided by the kilowatt-hours scheduled for delivery to the purchasing Market Participant either directly by the supplying Market Participant or through an intervening system or systems.

7.2 Decremental Cost.

7.2.1 For purposes of these Schedules, Decremental Cost shall mean:

a. The cost of the fuel, operating labor, and maintenance which such Market Participant avoided using by means of such purchase.

b. The cost of starting and operating a generating unit or units which such Market Participant avoided by means of such purchase.

7.2.2 The decremental cost per kilowatt-hour shall be the total of such costs divided by the number of kilowatt-hours scheduled for delivery to the purchasing Market Participant either directly by the supplying Market Participant or through an intervening system or systems.

## SCHEDULE A: PARTICIPATION POWER INTERCHANGE SERVICE

**Section 1. Service to be Provided**

1.1 This Service Schedule provides for the sale of Participation Power by a Market Participant to any other Market Participant from a specific generating unit or units. Participation Power shall mean power and energy sold from a specific generating unit or units on a continuously available basis except when such unit or units are temporarily out of service for maintenance, during which time the delivery of energy from other sources shall be at the seller's option.

**Section 2. Conditions of Service**

2.1 This Service Schedule shall be available for the sale of Participation Power for a period of six months or more.

2.2 Participation Power shall be supplied through transmission facilities that have adequate capacity for transmitting such power and energy, in accordance with any applicable reliability standards and procedures established by the Regional Reliability Committee.

**Section 3. Schedule of Rates**

3.1 The rates and term for Participation Power shall be negotiated by the Market participants arranging the transaction and confirmed in writing by them.

3.2 In the event that service cannot be supplied on the effective date of an agreement to sell Participation Power because of a delayed in-service date of the associated

generating facility or facilities, the demand charge to be paid by the purchasing Market participant shall not be effective until the date such facility or facilities are placed in commercial operation.

## SCHEDULE E: ECONOMY ENERGY INTERCHANGE SERVICE

**Section 1. Service to be Provided**

1.1 This Schedule provides for the supply of Economy Energy by any Market Participant to any other Market Participant when it is economical and practical to do so under the conditions set forth herein.

**Section 2. Conditions of Service**

2.1 To the extent practical, Economy Energy from available sources having the lowest Incremental Costs shall be used to displace generation having the highest Decremental Costs and so on until such transactions are no longer economical; provided that such transactions are not scheduled in amounts which will overload any transmission facility or endanger the operation of interconnected systems.

2.2 Transmission service shall be available in accordance with procedures established by the Regional Transmission Committee.

**Section 3. Scheduling Deliveries**

3.1 Prior to beginning deliveries, the Market Participants involved will agree on an hour-by-hour schedule of energy to be delivered.

**Section 4. Schedule of Rates**

4.1 The overall savings of an Economy Energy transaction shall be equal to the difference between the Incremental Cost of the supplying Market Participant and the

Decremental Cost of the purchasing Market Participant. If the transmission system of an entity other than the supplying and purchasing Market Participants is involved in an Economy Energy transaction, any transmission fees and losses to be paid for the use of such system shall be deducted from the overall savings in determining the net savings of the transaction.

4.2 The purchasing Market Participant shall pay the supplying Market Participant for Economy Energy supplied during each month an amount equal to the Incremental Cost of the energy so supplied, plus one-half of the net savings of such transactions which remain after deducting the amount paid by the purchasing Market Participant to any entities providing transmission service.

## SCHEDULE G: OPERATIONAL CONTROL INTERCHANGE SERVICE

**Section 1. Service to be Provided**

1.1 This Schedule provides for the supply of Operational Control Energy by any Market Participant to any other Market Participant to improve electric system control and reliability.

1.2 This Schedule also provides for the supply of energy by any Market Participant to any other Market Participant for resale to another electric supplier, not signatory hereto, to enable such other supplier to meet emergency conditions on its own system.

**Section 2. Conditions of Service**

2.1 Operational Control Energy shall not be used in lieu of energy available under any other Service Schedule.

2.2 Transmission service shall be available in accordance with procedures established by the Regional Transmission Committee.

**Section 3. Schedule of Rates**

3.1 For all energy supplied during any month under Section 1.1 of this Schedule, the purchasing Market Participant shall pay to the supplying Market Participant 110 percent of the Incremental Cost of the supplying Market Participant when the transaction is initiated by the purchasing Market Participant for its benefit, or 90 percent of the Decremental Cost

of the purchasing Market Participant when the transaction is initiated by the supplying Market Participant for its benefit.

3.2 The percentage adder components contained in the third-party purchase and resale provisions of this rate schedule are hereby limited to recover no more than:

i. The FERC Order 84 adder for each FERC-regulated Market Participant. FERC-regulated Market Participants shall provide the Contractor with a revised Order 84 adder whenever a change to such adder is filed with FERC.

ii. A value on file with the Contractor for Market Participants not regulated by FERC.

3.3 For all energy supplied under Section 1.2 of this Schedule, the purchasing Market Participant shall pay to the supplying Market Participant the greater of 3.0 cents per kilowatt-hour or 110 percent of the supplying Market Participant's Incremental Cost of supplying such energy.

## SCHEDULE J: FIRM POWER INTERCHANGE SERVICE

**Section 1. Service to be Provided**

1.1 This Service Schedule provides for the sale of Firm Power by any Market Participant to any other Market Participant.

**Section 2. Conditions of Service**

2.1 Firm Power shall be supplied through transmission facilities which have adequate capacity for transmitting such power and energy, in accordance with any applicable reliability standards and procedures established by the Regional Reliability Committee.

2.2 This Service Schedule shall be available for the sale of Firm Power for a period of seven days or longer.

2.3 Energy available under this Service Schedule may be supplied in one of the following forms:

i. Energy is available at all times during the period covered by the commitment; or

ii. If energy is being supplied as peaking energy, or for other purposes which anticipate a capacity-factor limitation, the supplying Market Participant and the purchasing Market Participant may mutually agree on minimum or maximum limits on the energy to be delivered during the period covered by the commitment.

**Section 3. Schedule of Rates**

3.1 The rates and term for Firm Power shall be negotiated by the Market Participants arranging the transaction and confirmed in writing by them.

## SCHEDULE K: SYSTEM PARTICIPATION POWER INTERCHANGE SERVICE

**Section 1. Service to be Provided**

1.1 This Service Schedule provides for the sale of System Participation Power by any Market Participant to any other Market Participant for a specified period for the purpose of obtaining a supply of power that can be depended upon with the same degree of assurance as that expected from the Market Participant's own generating capacity, but which does not include reserve capacity.

**Section 2. Conditions of Service**

2.1 This Service Schedule shall be available for the sale of System Participation Power for periods of seven or more consecutive days.

2.2 System Participation Power is intended to be available at all times during the period covered by the commitment; provided, however, that if conditions arise during the period covered by the commitment that in the sole judgment of the supplying Market Participant would otherwise require curtailment of firm power sales or service to its own customers, the supplying Market Participant has the right to notify and require the receiving Market Participant to reduce its take of such energy to any amount specified and for any portion of the term of the commitment. The receiving Market Participant shall promptly comply with such requirements of the supplying Market Participant.

2.3 System Participation Power shall be supplied through transmission facilities that have adequate capacity for transmitting such power and energy, in accordance with any

applicable reliability standards and procedures established by the Regional Reliability Committee.

**Section 3. Schedule of Rates**

3.1 The purchasing Market Participant shall pay to the supplying Market Participant for System Participation Power furnished during any period under this Schedule an amount determined from the following schedule of rates:

3.1.1 Demand Charge

a. For each megawatt or fraction thereof committed by the supplying Market Participant, a charge per week of not more than S as determined by the following formula:

$$S = \frac{C}{52}$$

where C = a value based on all Market Participants' current levelized annual fixed charges per megawatt for their total thermal generating capacity excluding cogeneration; provided however, that should delivery of System Participation Power be curtailed by the supplying Market Participant, the demand charge shall be reduced by one-sixth per megawatt of curtailment for each day during which there is a curtailment, but such reduction shall not exceed the demand charge for the reservation period.

b. For each FERC-regulated Market Participant, the levelized annual fixed carrying charge shall be the sum of the return requirement, depreciation, income tax, property tax, and administrative and general costs. The return requirement shall be

calculated in accordance with standard FERC methods using debt costs, preferred stock cost and a percentage rate of return on equity, weighted in accordance with the Market Participant's capital ratios at the end of the preceding calendar year. The percentage rate of return on equity shall not be higher than the most recent rate of return on equity percentage approved by the Market Participant's state regulatory commission, which shall be filed annually with FERC. The income tax requirement, which shall include deferred taxes, shall be calculated in accordance with standard FERC methods using federal and state tax rates in effect for the current year. The administrative and general costs in column b on line 167 of page 323 of the FERC Form 1 shall be appropriately allocated to the electric production plant and converted to a percentage of the electric production plant investment.

c. Market Participants not regulated by FERC shall file a comparable, reasonable levelized annual carrying charge with the Contractor for use in this calculation.

3.1.2 Energy Charge — For all energy supplied hereunder, a charge per kilowatt-hour of 110 percent of the Incremental Cost of supplying such energy, for both the energy delivered to the purchasing Market Participant and the energy supplied by the supplying Market Participant to any intervening Market Participant or Market Participants as compensation for losses.

3.1.3 Adder — The percentage adder components contained in the third-party purchase and resale provisions of this rate schedule are hereby limited to recover no more than:

i. The FERC Order 84 adder for each FERC-regulated Market Participant. FERC-regulated Market Participants shall provide the

Contractor with a revised Order 84 adder whenever a change to such adder is filed with FERC.

ii. A value on file with the Contractor for Market Participants not regulated by FERC.

3.2 For any System Participation Capacity which the supplying Market Participant procures from electric supplier not signatory hereto for delivery to the purchasing Market Participant, the purchasing Market Participant shall pay to the supplying Market Participant the cost of procuring such capacity at cost and such associated energy cost at 110 percent of the cost of procuring such energy, in addition to wheeling and loss compensation as set forth in Service Schedule F — Transmission Service for Coordination Transactions.

## SCHEDULE L: INTERRUPTIBLE LOAD REPLACEMENT ENERGY SERVICE

**Section 1. Services to be Provided**

1.1 This Service Schedule provides for the supply of Interruptible Load Replacement Energy by any Market Participant to any other Market Participant when it is economical and practical to do so under the conditions set forth hereinafter.

**Section 2. Conditions of Service**

2.1 Interruptible Load Replacement Energy may be used by Market Participants to serve interruptible load when that load would otherwise be interrupted.

2.1.1 In order to be eligible for Interruptible Load Replacement Energy Service, the purchasing Market Participant must report in advance monthly quantities of Certified Interruptible Demand, as specified in the MAPP Engineering Handbook as in effect on the Effective Date and as the specification therefor may thereafter be revised by the MAPP Reliability Council or the Regional Reliability Committee.

2.1.2 The rate of delivery of energy supplied under this Service Schedule in any hour shall not exceed the purchasing Market Participant's Certified Interruptible Demand.

2.1.3 Deliveries of energy may be received under this Service Schedule only when a Market Participant's maximum System Demand would otherwise be greater than the Market Participant's forecast System Demand for the current season, and shall not exceed that required to reduce the System Demand to the forecast System Demand.

2.1.4 Interruptible Load Replacement Energy Service shall be supplied through transmission facilities which have adequate capacity for transmitting such power and energy, in accordance with any applicable reliability standards and procedures established by the Regional Reliability Committee.

**Section 3. Schedule of Rates**

3.1 The overall savings of an Interruptible Load Replacement Energy Service transaction shall be equal to the difference between the Incremental Cost of the supplying Market Participant and the Displaced Cost of the purchasing Market Participant where Displaced Cost shall be determined as in Section 3.4 below. If the transmission facilities of a system not a party hereto are involved in an Interruptible Load Replacement Energy transaction, any transmission fees and losses to be paid for the use of such facilities shall be deducted from the overall savings of the transactions in determining the net savings of the transactions.

3.2 The purchasing Market Participant shall pay the supplying Market Participant for the energy supplied during each month an amount equal to the Incremental Cost of the energy so supplied, plus one-half of the overall savings of such transactions. However, the amount paid by the purchasing Market Participant shall not be less than 110 percent of the supplying Market Participant's Incremental Cost.

3.3 When the purchasing Market Participant's Displaced Cost equals or is lower than the supplying Market Participant's Incremental Cost, transactions may occur with the price being the minimum specified in Paragraph 3.2.

3.4 The Displaced Cost per kilowatt-hour to be used under this schedule shall be determined as the total revenues received in the prior 12 months from retail customers whose load is associated with the Interruptible Load Replacement Energy to be purchased, divided by the kilowatt-hours of energy supplied those customers over the same period. Market Participants that supply wholesale loads which are associated with Interruptible Load Replacement Energy to be purchased under this schedule shall utilize the revenues received by the retail supplier(s) for the energy supplied these customers in the computation of the Displaced Cost.

## SCHEDULE M: GENERAL PURPOSE ENERGY SERVICE

**Section 1. Service to be Provided**

1.1 This Service Schedule provides for the supply of General Purpose Energy by any Market Participant to any other Market Participant to enhance economic system operation.

**Section 2. Conditions of Service**

2.1 To the extent practicable, General Purpose Energy shall be used to improve the overall economy of the systems involved in the transactions.

2.2 General Purpose Energy shall be supplied through transmission facilities which have adequate capacity for transmitting such energy, in accordance with any applicable reliability standards and procedures established by the Regional Reliability Committee.

**Section 3. Schedule of Rates**

3.1 The purchasing Market Participant shall pay the supplying Market Participant for the General Purpose Energy supplied a charge of up to 110 percent of the anticipated Incremental Cost of supplying such energy, plus an additional charge per megawatt-hour of up to:

$$\frac{S}{96}$$

where:

S = weekly demand charge for System Participant Power Interchange Service as specified in Service Schedule K, Section 3; and

96 = the number of on-peak hours for a given week.

This additional charge shall not exceed

$$\frac{S}{6} * MWHD$$

where:

MWHD = the highest number of megawatt-hours delivered in any one hour during that day; and

6 = the number of days in a week containing on-peak hours.

The total charge for each transaction shall not be less than 100 percent of the Incremental Cost of supplying the energy for the transaction.

PX markets, the Governmental Entities have unjustly enriched themselves at the expense of market purchasers, including the California IOUs and, ultimately, the IOUs' customers, who paid inflated and unlawful prices for electric power. The Governmental Entities' retention of those unlawful prices violates their contractual duty to abide by the provisions of the ISO and PX Tariffs.

91. In addition, the Governmental Entities' retention of prices in excess of the MMCP that are unauthorized under the tariffs is inequitable and unfair. For transactions where they were buyers, the Governmental Entities are seeking refunds from other sellers of prices they paid in excess of the lawful, corrected rate. By contrast, for transactions where they were sellers, the Governmental Entities deny any obligation to pay refunds, and seek to retain the windfall benefits of the original unlawful prices they charged other market participants.

92. The Governmental Entities have been unfairly enriched, entitling the California IOUs to judgment against each Governmental Entity for all amounts that each Governmental Entity received in excess of the lawful rate attributable to its wholesale sales of electric power to California IOUs in the ISO and the PX markets during the Refund Period, plus associated interest.

## FOURTH CAUSE OF ACTION

**By the California IOUs Against All Defendants for Money Had and Received**

93. The California Parties incorporate by reference the allegations set forth above.

94. By accepting and retaining prices that are unlawful under the ISO and PX Tariffs, and by denying their obligations to refund or credit overcharges to those buyers in the ISO and PX markets, the Governmental Entities have accepted the benefit of illegal profits that rightfully belong to purchasers in the ISO and PX markets, including the California IOUs, that were harmed by the unlawful prices. Any overcharges received by a Governmental Entity from the California IOUs as a result of unlawful prices rightfully belong to and should be returned to the California IOUs.

95. The Governmental Entities are accordingly liable to the California IOUs for all amounts each Governmental Entity received in excess of the lawful rate attributable to its wholesale sales of electric power to the California IOUs in the ISO and PX markets during the Refund Period, plus associated interest.

**Department of Energy**

Bonneville Power Administration
P.O. Box 3621
Portland, Oregon 97208-3621

EXECUTIVE OFFICE

March 18, 1998

In reply refer to: LP-7

Dennis W. Loughridge, President and CEO
California Power Exchange Corporation
1000 S. Fremont Avenue
Bldg. A9-West 5th Floor
Alhambra, CA 91803-4737

Dear Mr. Loughridge:

I wish to commend your staff for their efforts in working with Bonneville Power Administration (Bonneville) staff to reach agreement on proposed amendments to the California Power Exchange Corporation (PX) Tariff language. If approved by the Federal Energy Regulatory Commission (FERC), this Tariff language would allow Bonneville to participate in the PX market. These amendments include the revised applicable law and forum language that is acceptable to Bonneville. I understand that the PX submitted proposed amendments to the PX Tariff on March 3, 1998. However, there is no guarantee that FERC will approve these amendments prior to March 31, 1998.

Bonneville understands that an executed PX Agreement must be in place in order for Bonneville to participate in the PX on March 31, 1998, the PX's anticipated operations date. However, as we indicated in previous discussions, Bonneville cannot operate under the current PX Tariff with respect to the applicable law and forum section. In order to facilitate Bonneville participation in the PX market at the earliest possible date, Bonneville would like to offer the following:

1. Bonneville will provide four executed originals of the PX Agreement for your signature.

2. The PX will execute the four originals of the PX Agreement and return two originals to Bonneville.

3. The PX will sign the "Concur" line at the bottom of this Letter Agreement to indicate its acceptance of the terms of this Letter Agreement and mail an original executed signature copy back to Bonneville.

4. The PX agrees that if, for any reason, the proposed amendment dated March 3, 1998, to the PX Tariff addressing the revised applicable law and forum language is not approved by FERC, the PX Agreement between Bonneville and the PX will terminate as of the date of the FERC Order disapproving the applicable law and forum language in whole or in part.

5. The PX and Bonneville further agree that any termination of the PX Agreement in accordance with the terms of this Letter Agreement renders such PX Agreement null and void and without further effect.

I look forward to doing business with the PX.

Sincerely,

for Jack S. Robertson
Acting Administrator and Chief Executive Officer

CONCUR: ______________________
Dennis W. Loughridge
President and CEO,
California Power Exchange Corporation

Date: 3/24/98

cc: Scott Rasmussen, General Counsel
California Power Exchange Corporation

**Department of Energy**
Bonneville Power Administration
P.O. Box 3621
Portland, Oregon 97208-3621

EXECUTIVE OFFICE

April 28, 1998

In reply refer to: LP-7

Jeffrey D. Tranen, President and CEO
California Independent System Operator Corporation
151 Blue Ravine Road
Folsom, CA 95630-4707

Dear Mr. Tranen:

I want to thank your staff for their assistance in reaching agreement on the Scheduling Coordinator Agreement (Agreement). This Agreement will provide Bonneville Power Administration (Bonneville) with a great deal of flexibility with respect to participating in the California deregulated electricity market. There are, however, two provisions of the California Independent System Operator Corporation (ISO) Tariff that must be clarified before Bonneville can perform under the Agreement.

Section 20.7 of the ISO Tariff addresses "Applicable Law and Forum" and provides:

This ISO Tariff shall be governed by and construed in accordance with the laws of the State of California, except its conflict of laws provisions. Market Participants irrevocably consent that any legal action or proceeding arising under or relating to this ISO Tariff to which the ISO ADR Procedures do not apply, shall be brought in any court of the State of California or any federal court of the United States of America located in the State of California. Market Participants irrevocably waive any objection that they may have now or in the future to said courts in the State of California as the proper and exclusive forum for any legal action or proceeding arising under or related to this ISO Tariff.

Section 20.8 of the ISO Tariff addresses "Consistency with Federal Laws and Regulations" and provides:

(a) Nothing in the Tariff shall compel any person or federal entity to: (1) violate federal statutes or regulations; or (2) in the case of a federal agency, to exceed its statutory authority, as defined by any applicable federal statutes, regulations, or orders lawfully promulgated thereunder. If any provision of this Tariff is inconsistent with any obligation imposed on any person or federal entity by federal law or regulation to that extent, it shall be inapplicable to that person or federal entity. No person or federal entity shall incur any liability by failing to comply with a Tariff provision that is inapplicable to it by reason of being inconsistent with any federal statutes, regulations, or orders lawfully promulgated thereunder; provided, however, that such person or federal entity shall use its best efforts to comply with the Tariff to the extent that applicable federal laws, regulations, and orders lawfully promulgated thereunder permit it to do so.

(b) If any provision of this Tariff requiring any person or federal entity to give an indemnity or impose a sanction on any person is unenforceable against a federal entity, the ISO shall submit to the Secretary of Energy or other appropriate Departmental Secretary a report of any circumstances that would, but for this provision, have rendered a federal entity liable to indemnify any person or incur a sanction and may request the Secretary of Energy or other appropriate Departmental Secretary to take such steps as are necessary to give effect to any provisions of this Tariff that are not enforceable against the federal entity.

(c) To the extent that the ISO suffers any loss as a result of being unable to enforce any indemnity as a result of such enforcement being in violation of federal laws or regulations to which it is entitled under the Tariff under this Section or otherwise, it shall be entitled to recover such loss through the Grid Management Charge.

Bonneville understands that an executed Agreement must be in place in order for Bonneville to participate directly with the ISO. However, as we indicated in previous discussions with your staff, Bonneville must be assured that both the ISO Tariff and the Agreement are interpreted and construed in accordance with federal law. Therefore, in order to facilitate Bonneville participation as a scheduling coordinator at the earliest possible date, Bonneville would like to offer the following:

1. With respect to Bonneville, the ISO agrees that both the ISO Tariff and the Scheduling Coordinator Agreement shall be governed by federal law to the extent applicable.

2. Bonneville will provide three executed originals of the Scheduling Coordinator Agreement for your signature.

3. The ISO will execute the three originals of the Scheduling Coordinator Agreement and return at least one original to Bonneville.

4. The ISO will sign the "Concur" line at the bottom of this Letter Agreement to indicate its acceptance of the terms of this Letter Agreement and mail an original executed signature copy back to Bonneville.

I look forward to doing business with the ISO.

Sincerely,

for Jack S. Robertson
Acting Administrator and Chief Executive Officer

CONCUR: ______________________________ JRP
Jeffrey D. Tranen
President and CEO,
California Independent System Operator Corporation

Date: 4·30·98

cc: Bill Hayes, Counsel
California Independent System Operator Corporation

bcc:
Admin. Chron. File
S. Wright - AN
P. Olds – PGS-5
N. Baker – LP-7
P. Burger – LP-7
Official File – LW-24-11 (CUSTOMER FILES AND INFORMATION – CALIFORNIA INDEPENDENT SYSTEM OPERATOR CORPORATION)

Jpatton:7318:4/28/98:w:\patton\miscell\isoltr1.doc