# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * 

**PACIFIC GAS AND ELECTRIC COMPANY, SOUTHERN CALIFORNIA EDISON COMPANY, AND CALIFORNIA ELECTRICITY OVERSIGHT BOARD,**

*Plaintiffs,*

v.

**THE UNITED STATES,**

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * * * * * 

Case Nos. 07-157C cons. with 07-167C

Senior Judge Smith

Filed: June 2, 2008

## ORDER

The Court hereby GRANTS Defendant's Motion for leave to file its reply brief 39 pages in length. Plaintiffs' may file a surreply brief, not to exceed 20 pages, addressing Defendant's new arguments on or before June 16, 2008.

**It is so ORDERED.**

s/Loren A. Smith
LOREN A. SMITH
Senior Judge