IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| PACIFIC GAS AND ELECTRIC COMPANY, SOUTHERN CALIFORNIA EDISON COMPANY, AND CALIFORNIA ELECTRICITY OVERSIGHT BOARD,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 07-157C<br>(Senior Judge Smith) |
| SAN DIEGO GAS & ELECTRIC CO.,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 07-167C<br>(Senior Judge Smith) |

**DEFENDANT'S MOTION TO STRIKE PLAINTIFFS' SURREPLY**

Defendant, the United States, respectfully requests that the Court strike plaintiffs' surreply, filed on June 16, 2008, because plaintiffs' brief brazenly defies this Court's June 2, 2008 order. That order permitted the plaintiffs, investor-owned utilities ("IOUs"), to "file a surreply brief, not to exceed 20 pages, addressing Defendant's new arguments on or before June 16, 2008." In our reply to the IOUs' response to our motion to dismiss, we relied upon documents produced to us by the Bonneville Power Administration after our motion to dismiss was filed. See Reply at 8-9. Because our motion to dismiss did not incorporate these

documents, the IOUs did not have an opportunity to respond to our argument relying upon the documents, which concern the choice of law governing this dispute. Accordingly, we stated in our reply that we would not object to the IOUs filing a surreply limited to addressing these documents. Id. Our reply raised no other new issues or new arguments. Our reply merely responded, point-by-point, to the arguments raised in the IOUs' response.

The IOUs have exploited the Court's order to file a 14-part surreply attacking every single argument — new and old — presented in our reply brief. In so doing, the IOUs have violated the Court's order restricting their surreply to "new arguments." Pursuant to Rule 1 of the Rules of the United States Court of Federal Claims, this Court should strike those portions of the IOUs' brief that fail to comply with the Court's order.

Alternatively, we request that the Court postpone the oral argument in this matter scheduled for one week from today to allow us sufficient time to prepare a response to the IOUs' detailed new arguments.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

s/ Jeanne E. Davidson
JEANNE E. DAVIDSON
Director

s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 616-0475
Fax: (202) 305-7644

Attorneys for Defendant

OF COUNSEL:
Sean B. McNamara
Trial Attorney
Department of Justice

Peter Burger
Attorney
Bonneville Power Administration

John D. Bremer
Attorney
Western Area Power Administration

June 17, 2008

CERTIFICATE OF FILING

I hereby certify that on this 17th day of June, 2008, a copy of the foregoing "DEFENDANT'S MOTION TO STRIKE PLAINTIFFS' SURREPLY" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/ Mark A. Melnick