IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PACIFIC GAS AND ELECTRIC COMPANY, SOUTHERN CALIFORNIA EDISON COMPANY, AND CALIFORNIA ELECTRICITY OVERSIGHT BOARD,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 07-157C<br>(Senior Judge Smith) |
| SAN DIEGO GAS & ELECTRIC CO.,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 07-167C<br>(Senior Judge Smith) |

**DEFENDANT'S REPLY TO PLAINTIFFS' RESPONSE TO**
**DEFENDANT'S MOTION TO STRIKE PLAINTIFFS' SURREPLY**

Defendant, the United States, respectfully submits this reply to plaintiffs' response to defendant's motion to strike plaintiffs' surreply. The plaintiffs admit that their surreply addresses not only "new arguments," as permitted by the Court's order, but also"newly expanded arguments" raised by our reply brief. The Court's order did not permit plaintiffs this indulgence. In our reply, we raised only one "new argument," concerning choice of law, and otherwise responded point-by-point to the arguments raised in plaintiffs' response. Plaintiffs

should have accordingly tailored their surreply to the issue of choice of law. Instead, they ignored the Court's order and rules for their own gain. Further, we note that our 39-page reply brief, filed with leave of the court, is not "the only reason this issue has come up," as the plaintiffs' claim. We filed such a comprehensive reply because plaintiffs' 60-page response, with its 52 detailed, single-spaced footnotes, itself violated the spirit of this Court's initial page-limit order. In short, this Court should not permit plaintiffs' practices; it should strike their surreply or delay next week's argument to allow us sufficient time to prepare an appropriate response.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

s/ Jeanne E. Davidson
JEANNE E. DAVIDSON
Director

s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 616-0475
Fax: (202) 305-7644

OF COUNSEL:
Sean B. McNamara
Trial Attorney
Department of Justice

Peter Burger
Attorney
Bonneville Power Administration

John D. Bremer
Attorney
Western Area Power Administration

June 19, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 19th day of June, 2008, a copy of the foregoing "DEFENDANT'S REPLY TO PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION TO STRIKE PLAINTIFFS' SURREPLY" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/ Mark A. Melnick