# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**PACIFIC GAS AND ELECTRIC COMPANY, SOUTHERN CALIFORNIA EDISON COMPANY, AND CALIFORNIA ELECTRICITY OVERSIGHT BOARD,**

*Plaintiffs,*

v.

**THE UNITED STATES,**

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * * * * * *

Case Nos.07-157C cons. with 07-167C

Senior Judge Smith

Filed: June 20, 2008

**ORDER**

The Court hereby **DENIES IN PART** and **DEFERS IN PART** Defendant's Motion to Strike Plaintiffs' Surreply. Defendant's request to postpone the hearing for one week is **DENIED**. The parties shall address the issues in the Motion at the hearing to be held on June 24, 2008.

**It is so ORDERED.**

s/Loren A. Smith
LOREN A. SMITH
Senior Judge