# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**PACIFIC GAS AND ELECTRIC COMPANY, SOUTHERN CALIFORNIA EDISON COMPANY, AND CALIFORNIA ELECTRICITY OVERSIGHT BOARD,**

*Plaintiffs,*

v.

**THE UNITED STATES,**

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * * * * * *

Case Nos.07-157C cons. with 07-167C

Senior Judge Smith

Filed: July 9, 2008

## ORDER

Pursuant to the hearing held on June 24, 2008, the Court hereby **DENIES** Defendant's Motion to Dismiss. Further, the Court **SCHEDULES** a telephone status conference for July 31, 2008 at 4:30 p.m. EDT to discuss further litigation in this matter.

**It is so ORDERED.**

s/Loren A. Smith
LOREN A. SMITH
Senior Judge