# Exhibit B

# TUTORIAL PRESENTATION

## Purpose

- To provide Court with background information regarding the restructuring of the California wholesale energy markets, including AB 1890; nature of the PX and ISO markets, including relevant Tariff provisions; operation of the markets, including auction market and out-of-market transactions; the roles of market participants; economics of market transactions; and the 2000-2001 Western Energy Crisis.

## Nature of proceeding

- A tutorial presentation, not a fact-finding proceeding; Court would not enter findings of fact or conclusions of law based on the presentations.
- No waiver of any privilege based on witness presentations.
- Proceedings to be kept confidential, limited to parties and counsel in this case.
- Presentations do not constitute prior statements and would not be usable for purposes of cross-examination or impeachment in subsequent proceedings.
- Plaintiffs do not believe a transcript is necessary, but if the Court wants a transcript it would be designated as confidential and available only to parties and counsel in this case.

## Procedures

- Panel format, with each side's panel to give a narrative presentation (including the use of PowerPoints or other demonstratives), each presentation to be followed by Q&A by the Court. Each side's panel may also give a rebuttal statement.
- No formal direct examination, cross examination or objections; not subject to rules of evidence.
- Each side limited to no more than 3 panel members; each side to identify its panel members to Court and the other side one week prior to the proceeding, together with a brief description of the subject matter that each participant will address.
- Each side's presentation to be limited to 3 hours, not inclusive of Q&A.

## Scheduling

- Dates: Week of September 29

- Length of proceeding: No more than 2 days
- Location: Plaintiffs propose San Francisco