# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**PACIFIC GAS AND ELECTRIC COMPANY, SOUTHERN CALIFORNIA EDISON COMPANY, AND CALIFORNIA ELECTRICITY OVERSIGHT BOARD,**

*Plaintiffs,*

v.

**THE UNITED STATES,**

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * * * * * *

Case Nos.07-157C cons. with 07-167C

Senior Judge Smith

Filed: August 5, 2008

## ORDER

Pursuant to the status conference held on July 31, 2008, the Court hereby directs the parties to confer and file a joint proposal by August 22, 2000 on whether there should be an evidentiary hearing or tutorial hearing with the regard to the next step in this litigation. If the parties are unable to agree, each party shall file its own proposal and the Court will pick one.

The Court further **SCHEDULES** a telephone conference with regard to the proposal(s) for Thursday, August 28, 2008 at 1:00 p.m. EDT.

**It is so ORDERED.**

s/Loren A. Smith
LOREN A. SMITH
Senior Judge