# PLAINTIFFS' PROPOSAL FOR A TUTORIAL PRESENTATION

## Purpose

- To provide Court with background information regarding the restructuring of the California wholesale energy markets, including AB 1890; nature of the PX and ISO markets, including operation of the markets; the roles of market participants in market transactions; the economics of market transactions; the 2000-2001 Western Energy Crisis, and a glossary of terms.

## Procedures

- An educational and informational presentation, not a fact-finding proceeding; Presentations would not be admitted into evidence in the case, and the Court would not enter findings of fact or conclusions of law based on the presentations.

- Each side allotted total of 6 hours for its witness or witnesses to give a presentation (including the use of PowerPoints or other demonstratives), with Q&A by the Court. Each side may also present a rebuttal so long as it does not exceed the total time allotted to that side.

- Witness presentations given under oath.

- Proceedings to be transcribed; transcript to be designated as confidential and available only to parties and counsel in this case.

- Non-adversarial proceeding with no formal direct examination, cross examination or objections, and not subject to rules of evidence. Testimony may be presented through leading questions or narrative statements.

- Each side limited to no more than 3 witnesses, whom it will identify to Court and the other side two weeks prior to the proceeding, together with a brief description of the subject matter that each participant will address.

## Scheduling

- Dates: Week of December 8, 2008

- Proposed location: San Francisco