# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**PACIFIC GAS AND ELECTRIC COMPANY, SOUTHERN CALIFORNIA EDISON COMPANY, AND CALIFORNIA ELECTRICITY OVERSIGHT BOARD,**

*Plaintiffs,*

v.

**THE UNITED STATES,**

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * * * * * *

Case Nos.07-157C cons. with 07-167C

Senior Judge Smith

Filed: August 28, 2008

**ORDER**

Pursuant to the telephone status conference held on August 28, 2008, Defendant's Answer shall be filed and served on or before October 3, 2008. The Court **SCHEDULES** a telephone status conference for October 30, 2008 at 2:30 p.m. to discuss the litigation timetable.

**It is so ORDERED.**

s/Loren A. Smith
LOREN A. SMITH
Senior Judge